

# T. A. Blackburn Law

TYRONE A. BLACKBURN

MEMBER OF
NY & NJ BAR

FEDERAL MEMBERSHIP
EDNY, SDNY, & DNJ

1242 EAST 80TH STREET, 3RD FLOOR
BROOKLYN, NY 11236

August 13, 2021

**Via ECF**
Clerk of the Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **Hough v. Miraj., et al., No. 21-cv-04568**

Dear Clerk of the Court:

    This law firm represents Plaintiff Hough. On August 13, 2021, this writer was charged twice on pacer when paying the filing fees for this cases. We are requesting a refund for the over payment. Please see **Exhibit A**.

Thank you for your time and attention.

Respectfully Submitted,

*Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.

347-342-7432   tblackburn@tablackburnlaw.com   TABlackburnlaw.com