# EXHIBIT # A

**From:** do_not_reply@psc.uscourts.gov
**Subject:** Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT
**Date:** August 13, 2021 at 12:25 PM
**To:** tyrone.a.blackburn@gmail.com

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at (718)613-2580.

Account Number: 5979026
Court: NEW YORK EASTERN DISTRICT COURT
Amount: $402.00
Tracking Id: ANYEDC-14749325
Approval Code: 06698D
Card Number: ************3476
Date/Time: 08/13/2021 12:25:56 ET

NOTE: This is an automated message. Please do not reply

**From:** do_not_reply@psc.uscourts.gov
**Subject:** Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT
**Date:** August 13, 2021 at 12:32 PM
**To:** tyrone.a.blackburn@gmail.com

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at (718)613-2580.

Account Number: 5979026
Court: NEW YORK EASTERN DISTRICT COURT
Amount: $402.00
Tracking Id: BNYEDC-14749325
Approval Code: 07483D
Card Number: ************3476
Date/Time: 08/13/2021 12:32:49 ET

NOTE: This is an automated message. Please do not reply