

# T. A. BLACKBURN LAW

TYRONE A. BLACKBURN

MEMBER OF
NY & NJ BAR

FEDERAL MEMBERSHIP
EDNY, SDNY, & DNJ

1242 EAST 80TH STREET, 3RD FLOOR
BROOKLYN, NY 11236

August 13, 2021

**Via ECF**
Clerk of the Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Please refund Tracking Id: ANYEDC-14749325**

*APPROVED*
*By AugustMarziliano at 9:12 am, Aug 16, 2021*

Re: **Hough v. Miraj., et al., No. 21-cv-04568**

Dear Clerk of the Court:

    This law firm represents Plaintiff Hough. On August 13, 2021, this writer was charged twice on pacer when paying the filing fees for this cases. We are requesting a refund for the over payment. Please see **Exhibit A**.

Thank you for your time and attention.

Respectfully Submitted,

*Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.

 347-342-7432     tblackburn@tablackburnlaw.com    TABlackburnlaw.com

# EXHIBIT # A

**From:** do_not_reply@psc.uscourts.gov
**Subject:** Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT
**Date:** August 13, 2021 at 12:25 PM
**To:** tyrone.a.blackburn@gmail.com

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at (718)613-2580.

Account Number: 5979026
Court: NEW YORK EASTERN DISTRICT COURT
Amount: $402.00
Tracking Id: ANYEDC-14749325
Approval Code: 06698D
Card Number: ************3476
Date/Time: 08/13/2021 12:25:56 ET

NOTE: This is an automated message. Please do not reply

**From:** do_not_reply@psc.uscourts.gov
**Subject:** Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT
**Date:** August 13, 2021 at 12:32 PM
**To:** tyrone.a.blackburn@gmail.com

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at (718)613-2580.

Account Number: 5979026
Court: NEW YORK EASTERN DISTRICT COURT
Amount: $402.00
Tracking Id: BNYEDC-14749325
Approval Code: 07483D
Card Number: ************3476
Date/Time: 08/13/2021 12:32:49 ET

NOTE: This is an automated message. Please do not reply