# T. A. BLACKBURN LAW

TYRONE A. BLACKBURN

MEMBER OF
NY & NJ BAR

FEDERAL MEMBERSHIP
EDNY, SDNY & DNJ

1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236

August 31, 2021

**Via ECF**:
Honorable Judge Eric N. Vitaliano
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, New York 11201

Status Update: Service of Process not executed

**Re: Hough v. Maraj, et al; case number: 1:21-cv-04568**

Dear Honorable Judge Vitaliano,

My firm represents Plaintiff Jennifer Hough ("Ms. Hough") in the above-referenced matter. Ms. Hough has made several attempts to serve a copy of the summons and complaint on Defendant Nicki Minaj and her husband, Defendant Kenneth Petty. Defendant's home address is not publicly listed. This writer has reached out to the last known counsel for Defendant Nicki Minaj and the current defense counsel for Defendant Kenneth Petty. Both counsels have ignored my emails and phone calls.

Defendant Nicki Minaj recently settled a civil suit in California, and her counsel of record is Peter Ross of Browne George Ross O'Brien Annaguey & Ellis LLP. (**Exhibit A**). Defendant Kenneth Petty is currently facing federal criminal charges in the Central District of California[1] for his failure to register as a sex offender, stemming from the vicious rape he visited upon Plaintiff Hough in 1994. (**Exhibit B**). Defendant Petty is represented by Michael Goldstein of Goldstein Law Group and Hagop Kuyumjian of the Kuyumjian Firm, APC.

We are writing to ask the court for an extension to serve the summons and complaint on Defendants Minaj and Defendant Petty. We are also asking the court to approve services of process via the U.S. Marshals office. If the U.S. Marshals are unsuccessful, we intend on petitioning the court for service of Process via Publication.

Respectfully Submitted,

/s/ Tyrone Blackburn
Tyrone A. Blackburn, Esq.

---

[1] Case # 20-CR-00108-MWF

 347-342-7432    tblackburn@tablackburnlaw.com    TABlackburnlaw.com