AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1-21-cv-04568-ENV-JRC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ONIKA TANYA MARAJ, AKA ("NICKI MINAJ")
was received by me on *(date)* 9/13/2021 . 23483 Park Colombo, Calabasas, CA 91302

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Kenneth Petty aka "Zoo" Husband _____, a person of suitable age and discretion who resides there,
on *(date)* 9/15/2021 at 6:25 PM , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/16/2021

Server's signature

Robert Diaz 5681
Printed name and title

254 E. 3rd Street
San Dimas, CA 91773
800-637-1805
Server's address

Additional information regarding attempted service, etc:

Documents:
Summons, Jury Demanded, Exhibit(s)

Description:
Black Male, 40 years old, 200lbs, 5'10. black hair, brown eyes

Print    Save As...    Reset