UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jennifer Hough,<br>　　　　　　　　　Plaintiff,<br><br>　-against-<br><br><br>Onika Tanya Maraj, AKA ("Nicki Minaj")<br>an individual,<br>Kenneth Petty, AKA "Zoo"),<br>an individual<br>　　　　　　　　　Defendants. | CERTIFICATE OF DEFAULT<br><br>Civil Action No. 21-cv-4568 |

　　　　I Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendant Onika Tanya Maraj, AKA Nicki Minaj, and Defendant Kenneth Petty, AKA Zoo has not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendant Onika Tanya Maraj, AKA Nicki Minaj, and Defendant Kenneth Petty, AKA Zoo is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: 　　　　　　, New York
　　　　　　　, 2021


　　　　　　　　　　　　　　　　　　　　DOUGLAS C. PALMER, Clerk of Court


　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

1