AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the Eastern District of New York

_____ District of _____

JENNIFER HOUGH )
*Plaintiff*
v. ) Case No. 21-cv-04568-ENV-JRC
ONIKA TANJA MARAJ and KENNETH PETTY )
*Defendant* )

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Onika Tanja Maraj.

Date: October 14, 2021

*Attorney's signature*

Judd Burstein -- JB9585
*Printed name and bar number*

260 Madison Avenue, NY, NY 10016
*Address*

jburstein@burlaw.com
*E-mail address*

(212) 974-2400
*Telephone number*

(212) 974-2944
*FAX number*