UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
JENNIFER HOUGH,

                 *Plaintiff,*

        -- against--

ONIKA TANYA MARAJ, AKA ("NICKI
MINAJ") and KENNETH PETTY, AKA
("ZOO"),

                 *Defendants.*

--------------------------------------------------------X

Docket No. 21-cv-04568-ENV-JRC

**NOTICE OF MOTION**

       **PLEASE TAKE NOTICE**, that upon the attached Declaration of Defendant Onika Tanya

Maraj, executed on October 14, 2021; the annexed Declaration of Judd Burstein, executed on

October 15, 2021, and the exhibits annexed thereto; the accompanying Memorandum of Law; and

all prior proceedings heretofore had herein, the undersigned, on behalf of Defendant Onika Tanya

Maraj, will move this Court, before the Honorable Eric N. Vitaliano, United States District Judge,

at the Courthouse located at 225 Cadman Plaza East, Brooklyn, New York, 11201, on a date and

time to be set by the Court for an Order granting Defendant leave to file what Plaintiff contends

would be a late Pre-Motion letter as required by the Court's Individual Practices.

Dated: New York New York
       October 15, 2021

                                           JUDD BURSTEIN, P.C.

                                           By:  /s/ Judd Burstein
                                              Judd Burstein (JB-9585)
                                         260 Madison Avenue, 15th Floor
                                         New York, New York 10016
                                         Tel.: (212) 974-2400
                                         Fax: (212) 974-2944
                                         jburstein@burlaw.com
                                         *Attorneys for Defendant Onika Tanya Maraj*

TO:    Tyrone A. Blackburn, Esq.
T.A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236
(347) 342-7432
*Attorneys for Plaintiff Jennifer Hough*
(Via ECF)