UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JENNIFER HOUGH,

                     *Plaintiff,*

         -- against--

ONIKA TANYA MARAJ, AKA ("NICKI
MINAJ") and KENNETH PETTY, AKA
("ZOO"),

                    *Defendants*.
-------------------------------------------------------X

Docket No. 21-cv-04568-ENV-JRC

**DECLARATION OF JUDD BURSTEIN**

**JUDD BURSTEIN** declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

       1.      I am an attorney admitted to the Bar of this Court.  My firm, Judd Burstein, P.C., represents Defendant Onika Tanya Maraj ("Defendant").

       2.      I submit this Declaration in support Defendant's motion seeking leave to file a late letter requesting a pre-motion conference in anticipation of a motion to dismiss the Amended Complaint pursuant to Fed. R. Civ. P. 12.

       3.      Annexed hereto as Exhibit A is a copy of the proposed pre-motion conference letter which Defendant seeks leave to file with the Court.

       4.      Annexed hereto as Exhibit B is a copy of my October 13, 2021 email correspondence with Plaintiff Jennifer Hough's counsel.

       5.      Annexed hereto as Exhibit C is a copy of an October 14, 2021 article posted on the *The Daily Beast*.

6.      I confirm the truth of those portions of Defendant's Declaration concerning my role

in her failure to secure my services promptly.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 15, 2021 in the State of Connecticut, Fairfield.

/s/ Judd Burstein
JUDD BURSTEIN