# EXHIBIT C

MUSIC

# Nicki Minaj Finally Responds to Jennifer Hough's Witness-Intimidation Lawsuit—Sort Of

**| ALLEGATIONS |**

Minaj and husband Kenneth Petty have ignored his sexual assault survivor's lawsuit for months. The threat of a $20 million default judgment has finally caught their attention.



Laura Bradley
Entertainment Reporter

Published Oct. 14, 2021 11:24AM ET





EXCLUSIVE

Jamie McCarthy/Getty

### READ THIS LIST

Epstein Bragged Bill Barr was in Charge, Not Trump
MICHAEL WOLFF

'Nightmare' Mom Accused in Teen Sex Parties Loved 'Power'
ALLISON QUINN, JUSTIN ROHRLICH

How Lilibet's Christening Became Another Royal War
TOM SYKES

Murdaugh Hospital Records Deepen Mystery of Botched Shooting

Nicki Minaj and Kenneth Petty's harassment and witness intimidation case just took another turn.

Jennifer Hough, whom Petty was convicted of sexually assaulting in 1995, recently requested a $20 million default judgment in her witness intimidation case against the couple after they failed to respond to her lawsuit. Hough's attorney, Tyrone Blackburn, says he received an email Thursday night from attorney Judd Burstein on Minaj's behalf—in which he requested that Blackburn withdraw the petition and grant an extension to respond.



"I said NO!" Blackburn told The Daily Beast in an email. "I told him to prepare his opposition to my request for default judgment and explain to the court why his client and her husband believe they're both above the law."

**READ THIS LIST**

Epstein Bragged Bill Barr was in Charge, Not Trump
MICHAEL WOLFF

'Nightmare' Mom Accused in Teen Sex Parties Loved 'Power'
ALLISON QUINN, JUSTIN ROHRLICH

How Lilibet's Christening Became Another Royal War
TOM SYKES

Murdaugh Hospital Records Deepen Mystery of Botched Shooting
PILAR MELENDEZ

Adele's New Song Is Even More Devastating Than We Thought
KEVIN FALLON