AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| JENNIFER HOUGH<br>*Plaintiff*<br>v.<br>ONIKA TANJA MARAJ AND KENNETH PETTY<br>*Defendant* | Case No. 1:21-cv-04568-ENV-JRC |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jennifer Hough.

Date: 10/18/2021

*Attorney's signature*

Steven N. Gordon, SG4807
*Printed name and bar number*

Tsyngauz & Associates, P.C.
114 Mulberry Street
Ground Floor
New York, New York 10013
*Address*

sg@nytlaw.com
*E-mail address*

(212) 337-9770
*Telephone number*

(212) 337-3375
*FAX number*