UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jennifer Hough,<br>                    Plaintiff,<br><br>   -against-<br><br><br>Onika Tanya Maraj, AKA ("Nicki Minaj")<br>an individual,<br>Kenneth Petty, AKA "Zoo"),<br>an individual<br>                    Defendants. | CERTIFICATE OF DEFAULT<br><br>Civil Action No. 21-cv-4568 (ENV)(JRC) |

    I Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendant Kenneth Petty, AKA Zoo has not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendant Kenneth Petty, AKA Zoo is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.


Dated:        Brooklyn, New York
                 October 19, 2021


                                       DOUGLAS C. PALMER, Clerk of Court


                                       By:  *Jalitza Poveda*
                                            Deputy Clerk

1