AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| JENNIFER HOUGH <br> *Plaintiff* <br> v. <br> ONIKA TANJA MARAJ AND KENNETH PETTY <br> *Defendant* | Case No. 21-cv-04568 (ENV) (JRC) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

KENNETH PETTY

Date:  10/25/2021

*Attorney's signature*

Steven Isser -- SI9772
*Printed name and bar number*

Law Offices of Steven D. Isser
424 Madison Avenue, Third Floor
New York, New York  10017

*Address*

sisser@isserlaw.com
*E-mail address*

(212) 812-5096
*Telephone number*

(212) 868-1058
*FAX number*