LAW OFFICES OF
# STEVEN D. ISSER
424 Madison Avenue, Third Floor
New York, New York 10017
(212) 812-5096
sisser@isserlaw.com

October 25, 2021

**BY ECF**

Hon. Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brookly, New York  11201

Re:    *Hough v. Maraj, et al.,* 21-civ-04568 (EDNY)

Dear Judge Vitaliano:

This firm represents Defendant Kenneth Petty in the above-referenced matter and this letter is written jointly with Plaintiff's counsel.

We write pursuant Rule III(A)(B) of the Court's Individual Motion Practice and Rules concerning briefing schedules.  Upon approval by the Court of a briefing schedule, Defendant Petty intends to file a motion pursuant to Rule 55(c) of the Federal Rule of Civil Procedure for an Order vacating the Certificate of Default entered against Defendant Petty [Doc. No. 19] and for leave to serve a response to the Amended Complaint.  Plaintiff intends to move for entry of default judgment and, upon approval of the Court, agrees to extend Your Honor's fourteen (14) day return date in accordance with the proposed briefing schedule.  The parties have agreed to the below briefing schedule for this motion:

> Affirmative Motions to be served and filed on or before October 27, 2021
> Oppositions to be served and filed on or before November 8, 2021
> Replies to be served and filed on or before November 22, 2021
> Return Date: November 23, 2021

Thank you for your attention to this matter.

Respectfully submitted,

Steven D. Isser

Hon. Eric N. Vitaliano                                                                October 25, 2021
                                                                                              Page 2 of 2

_____*Steven N. Gordon*_____
Steven Gordon, Esq.
Counsel for Plaintiff