From: Tyrone Blackburn tblackburn@tablackburnlaw.com
Subject: Hough v. Minaj, et al.
Date: Aug 17, 2021 at 7:53:38 PM
To: pross@bgrfirm.com

Hi Peter,

I hope this email finds you doing well. On August 13, 2021 my firm filed suit against your client Nicki Minaj and her husband Kenneth Petty in the Eastern District of New York (see attached a copy of the complaint). Please advise if you are still representing Ms. Minaj and whether to not you are willing to accept service of process on her behalf. If you are no longer representing her, please advise who is. I am attempting to execute service of process without having to make a motion to the court to have your client served by the US Marshals.

I look forward to hearing from you.

Regards,

Tyrone A. Blackburn, Esq.
T. A. Blackburn Law, PLLC.
Phone: 347-342-7432
TABlackburnlaw.com

| Tap to Download | Tap to Download |
|---|---|
| 1-1.pdf | 1-main.pdf |
| 541 KB | 432 KB |