From: Tyrone Blackburn tblackburn@tablackburnlaw.com
Subject: Re: USA v. Petty 2:20-cr-108-MWF-1
Date: Sep 3, 2021 at 5:11:17 PM
To: hk@tkflaw.com, mg@goldsteinlawgroup.com

Counsels,

See attached a letter plus exhibits that were sent to Judge Fitzgerald's chambers concerning the actions of your client Kenneth Petty and his intermediaries.

Regards,

Tyrone A. Blackburn, Esq.
T. A. Blackburn Law, PLLC.
Phone: 347-342-7432
TABlackburnlaw.com

Tap to Download
Exhibit E.pdf
154 KB

Tap to Download
Exhibit D.pdf
57 KB

Tap to Download
Exhibit C.pdf
66 KB

Tap to Download
Exhibit B.pdf
58 KB

**Tap to Download**
Exhibit A.pdf
573 KB

**Tap to Download**
Jennifer Ho...gerald .pdf
1.4 MB

**Tap to Download**
FullSizeRender.mov
13.4 MB

On Aug 19, 2021, at 12:52 PM, Tyrone Blackburn <tblackburn@tablackburnlaw.com> wrote:

Mr. Goldstein and Mr. Kuyumjian,

I am sure you are both well aware that a lawsuit has been filed against your client Kenneth Petty in the EDNY **on August 13, 2021**. Mr. Goldstin was informed of the filing, according to reporting by the NYT's.

I am writing to inquire if you all are still representing Mr. Petty, and if not, can you provide me with the contact information for his new counsel. If I do not hear from you **by Monday, August 23, 2021**, I will contact the court and request that the US Marshals serve your client and his wife.

Regards,

Tyrone A. Blackburn, Esq.

T. A. Blackburn Law, PLLC.
Phone: 347-342-7432
TABlackburnlaw.com

On Jun 30, 2021, at 8:10 PM, Tyrone Blackburn <tblackburn@tablackburnlaw.com> wrote:

Mr. Goldstein and Mr. Kuyumjian,

Please see the attached correspondence.

Regards,

Tyrone A. Blackburn, Esq.
T. A. Blackburn Law, PLLC.
Phone: 347-342-7432
TABlackburnlaw.com

<Jennifer Hough v. Kenneth Petty and Onika Tanya Maraj-Petty-Appearance Letter.pdf>