# California Megan's Law Website
State of California Department of Justice Office of the Attorney General

**Search Type:** Name: Kenneth Petty   **Postable Offenders:** 1   Show Map   Show List

| Photo | Name | Violation | SVP | Address | City | Zip | County |
|---|---|---|---|---|---|---|---|
| | PETTY, KENNETH NICHOLAS More Info | | | 23483 PARK COLOMBO Map | CALABASAS | 91302 | LOS ANGELES |

## Offender Profile

### PETTY, KENNETH NICHOLAS

**Known Aliases**
- PETTY, KENNETH
- JOHNSON, AVERY

**Description**

| | |
|---|---|
| Date Of Birth: | 4/7/1978 |
| Sex: | MALE |
| Height: | 5'09 |
| Weight: | 170 |
| Eye Color: | BROWN |
| Hair Color: | BROWN |
| Ethnicity: | BLACK |

**Offenses**

| | |
|---|---|
| Offense Code: | 261(a)(2) |
| Description: | ATTEMPTED RAPE BY FORCE OR FEAR |
| Year of Last Conviction: | |
| Year of Last Release: | |

The Department of Justice has no information about a subsequent felony incarceration for this registrant

**Risk Assessment**

If you believe a crime has been committed, please contact your local law enforcement agency.

---

**Menu**   **Home**   Translate Website | Traducir Sitio Web

**First Name:** Kenneth   **Last Name:** Petty   Search

▸ Address Search

Street Number: *
Street Name: *
Apt/Suite Number:
City: *
Zip Code: *
Radius: 2 miles   Find

Information pertaining to schools, parks and street map data is obtained with permission of and through a license agreement with Google LLC. Search results may vary dependent upon Google LLC mapping coordinates. To broaden search results, expand the radius distance. Note: You may find that the results may differ based upon what is included in the search criteria.

▸ City Search
▸ ZIP Code Search
▸ County Search
▸ Near Me

☐ Include Transient Offenders

*Registered Transient Offenders can only be viewed through the 'Show List' function and will display for the associated county pursuant to Penal Code § 290.46.