# EXHIBIT # J

Sean B

VERSACE



