# EXHIBIT # K

