# EXHIBIT # B

Black (barry)

And I can fly down wit u

Ur call

Barry

Stay on the strength of me

**Wifey**

message | call | WhatsApp | mail | pay

phone
+1 (818) 825-8316

Send Message

Share Contact

Create New Contact

Add to Existing Contact