# EXHIBIT # D

Case 1:21-cv-04568-ENV-JRC   Document 25-21   Filed 10/28/21   Page 2 of 7 PageID #: 282



**bigmedusa_1**

bigmedusa_1
Instagram
419 followers · 47 posts
You don't follow each other on Instagram
You both follow thejeanniemai and 2 others

View Profile

Today 5:33 AM

You're just a thief trying to make money off Nicki Minaj and Kenneth's name

**Accept message request from A.K.A THE VILLAN (bigmedusa_1)?**

If you accept, members will also be able to call you and see info like your Activity Status and when you've read messages.

Block          Delete          Accept





9:26

**jaiden ✝**
jxden.exe

171 followers · 0 posts
You don't follow each other on Instagram
You both follow chloebailey and 1 other

[View Profile]

Today 9:22 AM

You are fucking sick! Me and 10k other people just watched blackteablog's video and the receipts are there hunny. U talking to your cousins "we about to eat" and even that phone call I did with Jason Lee! Its all a molatter of time before u get exposed. @kinoputiya is up yo ass...u just dont know it yet. Nothing regarding the us Marshall's was mentioned in your interview and you're basically just contradicting yourself atp. Nicki is not dumb and works with the KARDASHIAN LAWYERS 🤣 YOU ARE SICK. U realize Ken has moved on and if actually making a bag for himself and now u just want piece of it too. Even your friend "black" why isnt he on the lawsuit? THE GUY IS PLAYING YOU dumbass. Watch and see.

**Accept message request from jaiden ✝ (jxden.exe)?**

If you accept, members will also be able to call you and see info like your Activity Status and when you've read messages.

Block          Delete          Accept







**spam or whateva** 🤪
coochieagatha · Instagram
1.2K followers · 213 posts
You don't follow each other on Instagram
You both follow akademiks

View Profile

Today 8:33 PM

> YOU WILL SUFFER! GOD DOESNT LIKE DIRTY. IVE CONTACTED THE WORST WITCHES I COULD FIND, YOU WILL SUFFER. NICKI MINAJ IS MY LIFE. HOW DARE YOU TRY TO COME FOR HER HARD WORK. I WILL GO TO H€LL AND BURN FOR NICKI. U CLOUT CHASING ACTOR MONEY HUNGRY UGLEE B!TCH.

Accept message request from **spam or whateva** 🤪 **(coochieagatha)**?

If you accept, members will also be able to call you and see info like your Activity Status and when you've read messages.

Block   Delete   Accept



**Luke**
luke1miller · Instagram
5.6K followers · 3 posts
You don't follow each other on Instagram
You both follow snoopdogg

**View Profile**

Today 5:29 PM

Weird ass bitch for lyin

Can't wait til you get clocked in that fuckin court room . Bitch

Lie on Nicki name and YOU gon get sued. Remember that? Remember the message u sent to ur cousin?

So fucking evil & nasty for using this story for some money from Nicki

This shit happened 30 years ago and he served his time and YOU said that too. Nobody harassing you, go feed your fuckin kids u weird ass bitch

**Accept message request from Luke (luke1miller)?**

If you accept, members will also be able to call you and see info like your Activity Status and when you've read messages.

Block    Delete    Accept