# EXHIBIT # E

