

# T. A. BLACKBURN LAW

TYRONE A. BLACKBURN

MEMBER OF
NY & NJ BAR

FEDERAL MEMBERSHIP
EDNY, SDNY, NDNY & DNJ

1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236

October 28, 2021

VIA PACER
Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**<u>Re: Jennifer Hough v. Onika Tanya Maraj AKA ("Nicki Minaj") and
Kenneth Petty AKA ("Zoo"); Case No. 1:21-cv-04568-ENV-JRC</u>**

Dear Judge Vitaliano:

We and our co-counsel, Steven N. Gordon, represent Plaintiff Jennifer Hough in the above-referenced matter.  I am writing to inform you that I had serious difficulty uploading the motion for Default Judgment against Kenneth Petty, docket entry #25, to ECF filing system.  See attached a screenshot of the message I received. (**Exhibit A**).  At approximately 1:38 AM EDT, I was finally able to upload the documents.

Respectfully Submitted,

*Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.

 347-342-7432    tblackburn@tablackburnlaw.com   TABlackburnlaw.com