# EXHIBIT # A



An internal error has occurred; could not open context file 807936661545302

Back