# **EXHIBIT 3**

No. 3524299

**Certification**

STATE OF NEW YORK, COUNTY OF QUEENS, SS:

I, Audrey I. Pheffer, County Clerk and Clerk of Supreme Court Queens County,

do hereby certify that on August 19, 2020 I have compared

the document attached hereto,

The People of the State of New York against KENNY PETTY ( Indictment  #
4521/1994): SENTENCE AND COMMITMENT (dated 4-5-95) page(s) 1

with the originals filed in my office and the same is a correct transcript

therefrom and of the whole of such original in witness

whereto I have affixed my signature and seal.

*Audrey I Pheffer*

AUDREY I. PHEFFER
QUEENS COUNTY CLERK

NEW YORK STATE SUPREME COURT
Queens County, Part __K6__



**SENTENCE & COMMITMENT**

| THE PEOPLE OF THE STATE OF NEW YORK | Ind. No: 452/94 |
| VS. | Date: 3/5/95 |
| KENNY PETTY | Hon. ARTHUR J COOPERMAN |
| | Justice. |
| | Court Reporter: D SPANO |

| M | 16 | | | | | | |
|---|----|--|--|--|--|--|--|
| SEX | AGE | | NYSID NUMBER | | | | |

The defendant having been

☑ convicted of the crime(s) of:
☐ adjudicated a Youthful Offender:

It is the Judgment of the Court that the defendant be and hereby is sentenced to

☑ an indeterminate term of imprisonment which shall have a:
☐ definite term of imprisonment of:

| crime(s) | min term (yrs) | max term (yrs) | (specify days, mos. or yr.) |
|----------|----------------|----------------|------------------------------|
| ATT RAPE 1° | 1/2 YRS | 4/2 YRS | |

as a
☐ second felony offender
☐ persistent felony offender
☐ Juvenile Offender — date crime committed _____

☐ second violent felony offender
☐ persistent violent felony offender

and/or

☐ Pay a fine of $ _____ or serve a term of _____ days

and that this sentence shall run concurrent with _____
consecutive to _____

The defendant shall pay:

☑ a surcharge of $ 150 or serve a term of _____ days ☑ from inmate funds

☑ a Crime Victim Assistance Fee of $ 500 ☑ from inmate funds

The defendant is hereby committed to the custody of the New York City Department of Correction to be delivered to:
☑ New York State Department of Correctional Services until released according to law.
☐ New York City Correctional Institution for Men/Women until released according to law.
☐ New York State Division for Youth to be housed in a secure facility until released according to law.

Defendant's home address: 12 40 INWOOD ST ROCKAWAY, N.Y
(number & street)          (city, state, zip)

REMARKS: X DEFT IS 16 YRS OLD AT TIME OF SENT.
WILL BE 17 ON 4-6-95

| Hon. Gloria D'Amico | A true extract from the minutes: |
| Clerk of the Court | by O. CALCATERRA (print name) |
| | O Calcaterra (signature) |
| | Court Clerk |