# **EXHIBIT 5**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jennifer Hough,<br>       Plaintiff,<br><br> -against-<br><br>Onika Tanya Maraj, AKA ("Nicki Minaj")<br>an individual,<br>Kenneth Petty, AKA ("Zoo"),<br>an individual<br>       Defendants. | REQUEST FOR CERTIFICATE OF DEFAULT<br>Civil Action No. 21-cv-4568 |

TO:  Douglas Palmer
    United States District Court
    Eastern District of New York

  Please enter the default of defendants Onika Tanya Maraj, AKA Nicki Minaj, and Kenneth Petty, AKA Zoo, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Tyrone A. Blackburn, Esq.

October 11, 2021

              By: *Tyrone A. Blackburn, Esq.*
              Tyrone A. Blackburn, Esq.
              T.A. Blackburn Law, PLLC
              1242 E. 80th Street, 3rd Floor
              Brooklyn, NY 11236
              Tel: 347-342-7432
              TBlackburn@TABlackburnlaw.com

1