AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| JENNIFER HOUGH ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 21-cv-04568-ENV-JRC |
| ONIKA TANYA MARAJ and KENNETH PETTY ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Onika Tanya Maraj .

Date:   11/11/2021

/s/ Emily C. Finestone
*Attorney's signature*

Emily C. Finestone (EF0725)
*Printed name and bar number*

Judd Burstein, P.C.
260 Madison Avenue, 15th Floor
New York, New York 10016

*Address*

efinestone@burlaw.com
*E-mail address*

(212) 974-2400
*Telephone number*

(212) 974-2944
*FAX number*