AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| JENNIFER HOUGH | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   21-cv-04568-ENV-JRC |
| ONIKA TANYA MARAJ and KENNETH PETTY | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Onika Tanya Maraj                                                                                               .

Date:     11/11/2021

/s/ Emily C. Finestone
*Attorney's signature*

Emily C. Finestone (EF0725)
*Printed name and bar number*

Judd Burstein, P.C.
260 Madison Avenue, 15th Floor
New York, New York 10016
*Address*

efinestone@burlaw.com
*E-mail address*

(212) 974-2400
*Telephone number*

(212) 974-2944
*FAX number*