UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

JENNIFER HOUGH,                                     :

                                                    :     Civil Action No. 21-cv-04568
                              Plaintiff,            :     (ENV) (JRC)

                                                    :
              - against -                           :     **NOTICE OF MOTION**

                                                    :
ONIKA TANYA MARAJ, AKA ("NICKI  MINAJ")  :
and KENNETH PETTY, AKA ("ZOO"),                     :

                                                    :
                              Defendants.           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PLEASE TAKE NOTICE that, based upon all prior proceedings heretofore had herein, the

Declaration of Steven D. Isser, sworn to on October 27, 2021, and the exhibits annexed thereto, the

Declaration of Kenneth Petty, sworn to on October 27, 2021, and the exhibits annexed thereto, and

the accompanying Memorandum of Law, Defendant Kenneth Petty ("Defendants") will move before

the Honorable Eric N. Vitaliano, United States District Judge for the Eastern District of New York,

at the Courthouse located at 225 Cadman Plaza East, Brooklyn, New York, on November 22, 2021 at

9:30 am or as soon thereafter s counsel can be heard, for the entry of an Order, pursuant to Fed. R.

Civ. P. 55(c), vacating the Certificate of Default, dated October 19, 2021, entered against the

Defendant and granting leave for Defendant to respond to the Amended Complaint by answer or

motion, together with such other and further relief as this Court deems just and proper.

Dated:  New York, New York
   October 27, 2021

          Law Offices of Steven D. Isser

By:_____
     Steven D. Isser. Esq.
424 Madison Avenue, Third Floor
New York, New York 10017
(212) 812-5096
*Attorneys for Defendant Kenneth Petty*