UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
JENNIFER HOUGH,                                          :
                                                         :    Civil Action No. 21-cv-04568
                                     Plaintiff,          :    (ENV) (JRC)
                                                         :
              - against -                                :
                                                         :    **DECLARATION OF KENNETH**
                                                         :    **PETTY**
ONIKA TANYA MARAJ, AKA ("NICKI MINAJ")                   :
and KENNETH PETTY, AKA ("ZOO"),                          :
                                                         :
                                     Defendants.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

KENNETH PETTY, declares under penalties of perjury pursuant to 28 U.S.C. § 1746:

1. I am a Defendant in this action and I have personal knowledge of the matters set forth in this Declaration. I submit this Declaration in support my motion to vacate the Certificate of Default.

**The Claimed Personal Service of the Summons and Complaint**

2. I am advised that the Plaintiff in this action, Jennifer Hough ("Plaintiff"), has filed an Affidavit of Service from a process server who claims I was served because he personally handed me the Summons. This is incorrect and this never happened. No one ever handed me, or tried to hand me, the Summons, Complaint, Amended Complaint or any other document in this litigation.

3. I am further advised that that the Affidavit of Service describes the individual served as "200 lbs, 5'10." I do not, however, weigh 200 pounds and I am not 5 feet and 10 inches tall. I weigh approximately 170-175 pounds and I am only 5'9'' tall. Attached hereto as Exhibit ("Ex.") 1 is a true and accurate picture taken on October 27, 2021 of my wife (who is approximately 5'2") and me.

4. Further, there is no person who resides in my house or who was present there on September 15, 2021, who fits the description contained in the Affidavit of Service.

**My Attempts to Obtain Counsel**

5. My failure to respond to the Amended Complaint by the date which Plaintiff claims was my last day to do so was due to difficulties in obtaining counsel and a miscommunication.

6. After learning about the Amended Complaint, I diligently sought to obtain counsel and spoke with a number of lawyers about representing me in this action (my New York lawyer does not do this type of civil litigation). Because, however, I am married to a wealthy celebrity, lawyers I spoke with asked for outrageous fees and sought exorbitant retainers (such as $100,000). During this time, my wife, a co-defendant in this action, also was seeking to obtain counsel and was in the process of retaining Judd Burstein, Esq. to represent her in this action. Mr. Burstein had agreed to help me obtain counsel. Due, however, to a miscommunication between Mr. Burstein and my wife, my wife and I both mistakenly believed that Mr. Burstein had been retained and was looking for counsel for me. This miscommunication is discussed in the Declaration of Judd Burstein and the Declaration of Onika Tanja Maraj, previously filed with the Court, true and correct copies of which are collectively attached hereto as Ex. 2.

7. After Mr. Burstein was retained by my wife, he referred me to my current counsel. I immediately retained my current counsel and he soon thereafter filed the instant motion.

**The Allegations in the Amended Complaint**

8. Plaintiff alleges that I raped her and that I was convicted of rape. Plaintiff is well aware of the falsity of both of these allegations. I was not convicted of raping Plaintiff in 1994, 27 years ago. I pled guilty to, and was convicted of, *attempted* rape. Attached

hereto as Ex. 3 is a true and correct copy of the Sentence and Commitment form from my criminal case, which reflects that I was convicted of attempted rape, and not of rape.

9. I never raped the Plaintiff and I deny her accusations of rape contained in the Amended Complaint. I also deny all of Plaintiff's allegations in the Amended Complaint that I committed any improper conduct, sexual abuse and/or sexual assault. The sexual encounter between Plaintiff and I, which occurred 27 years ago, was consensual and Plaintiff was a willing participant. I did not force Plaintiff into a house, I did not force Plaintiff to have sex with me and I did not sexually or physically assault Plaintiff in any way. Nor did I ever threaten Plaintiff. I pled guilty to attempted rape, despite my innocence, because I was a scared 16 year old kid and was told that my sentence would be 20 years to life if I did not plead guilty to attempted rape.

10. Plaintiff also alleges that I caused various people to harass, threaten or intimidate Plaintiff. I deny that I ever did this. The overwhelming majority of the allegations contained in the Amended Complaint are too vague and conclusory for me to specifically deny each one herein. Accordingly, I will only address certain of the more specific allegations. As stated, however, I deny all of the material allegations in the Amended Complaint of improper conduct.

11. I have never, directly or indirectly, intimidated, harassed or threatened Plaintiff in any way.

12. I have never, directly or indirectly, intimidated, harassed or threatened any of Plaintiff's relatives in any way.

13. I have never requested that anyone intimidate, harass or threaten Plaintiff or any of Plaintiff's relatives.

14. I never asked anyone to contact Plaintiff, including the individuals identified in the Amended Complaint.

15. I never stalked Plaintiff or any of her relatives. In fact, I have not seen or communicated with Plaintiff since approximately 1994.

## **CONCLUSION**

For any and all of the reasons discussed above, my motion should be granted in its entirety.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 27th day of October, 2021, in the State of New York, County of New York.

DocuSigned by:<br>
_____<br>
B5B6294F3EB648D...<br>
Kenneth Petty