# **EXHIBIT 3**

No. 3524299

## Certification

STATE OF NEW YORK, COUNTY OF QUEENS, SS:

I, Audrey I. Pheffer, County Clerk and Clerk of Supreme Court Queens County, do hereby certify that on August 19, 2020 I have compared the document attached hereto,

The People of the State of New York against KENNY PETTY ( Indictment # 4521/1994): SENTENCE AND COMMITMENT (dated 4-5-95) page(s) 1

with the originals filed in my office and the same is a correct transcript therefrom and of the whole of such original in witness whereto I have affixed my signature and seal.

*Audrey I. Pheffer*

AUDREY I. PHEFFER
QUEENS COUNTY CLERK

# NEW YORK STATE SUPREME COURT
## Queens County, Part K6



### SENTENCE & COMMITMENT

| THE PEOPLE OF THE STATE OF NEW YORK VS. | Ind. No: 452/94 |
|---|---|
| KENNY PETTY | Date: 5/95 |
| | Hon: ARTHUR J. COOPERMAN, Justice |
| SEX: M  AGE: 16  NYSID NUMBER: | Court Reporter: D. SPANO |

The defendant having been:
- [x] convicted of the crime(s) of:
- [ ] adjudicated a Youthful Offender;

It is the Judgment of the Court that the defendant be and hereby is sentenced to
- [x] an indeterminate term of imprisonment which shall have a:
- [ ] definite term of imprisonment of:

| crime(s) | min term (yrs) | max term (yrs) | (specify days, mos. or yr.) |
|---|---|---|---|
| ATT RAPE 1° | 1½ YRS | 4½ YRS | |

as a
- [ ] second felony offender
- [ ] persistent felony offender
- [ ] Juvenile Offender — date crime committed _____
- [ ] second violent felony offender
- [ ] persistent violent felony offender

and/or
- [ ] Pay a fine of $ _____ or serve a term of _____ days

and that this sentence shall run concurrent with _____ consecutive to _____

The defendant shall pay:
- [x] a surcharge of $ 150 or serve a term of _____ days [x] from inmate funds
- [x] a Crime Victim Assistance Fee of $ 500 [x] from inmate funds

The defendant is hereby committed to the custody of the New York City Department of Correction to be delivered to:
- [x] New York State Department of Correctional Services until released according to law.
- [ ] New York City Correctional Institution for Men/Women until released according to law.
- [ ] New York State Division for Youth to be housed in a secure facility until released according to law.

Defendant's home address: 123 40 INWOOD ST ROCKAWAY, N.Y.

REMARKS: X DEFT IS 16 YRS OLD AT TIME OF SENT. WILL BE 17 ON 4-6-95

Hon. Gloria D'Amico
Clerk of the Court

A true extract from the minutes:
by U. CALCATERRA (print name)
U. Calcaterra (signature)
Court Clerk

WHITE - CORRECTIONS   CANARY - COURT FILE   PINK - BOARD OF ELECTIONS (If applicable)   SC-CR5 REV. 9 91