# EXHIBIT # A



**1 OF 1 RECORD(S)**

FOR INFORMATIONAL PURPOSES ONLY
Copyright 2021 LexisNexis
a division of Reed Elsevier Inc. All Rights Reserved.

| Full Name | Address | County | Phone |
|---|---|---|---|
| PETTY, KENNETH | 967 MIDDLE BAY DR<br>BALDWIN, NY 11510-5041<br>NASSAU COUNTY | NASSAU | (516) 223-<br>(516) 546- |

**ADDITIONAL PERSONAL INFORMATION**

| SSN | DOB | Gender | LexID(sm) | Email |
|---|---|---|---|---|
| | | | 238812614019 | None Listed |

**Subject Summary**

**Name Variations**
1:     PETTY, KENNETH

**Others Using SSN - 0 records found**
**Address Summary - 1 records found**
**No.    Address**
1:     967 MIDDLE BAY DR
       BALDWIN, NY 11510-5041
       NASSAU COUNTY

**Address Details**
**1: 967 MIDDLE BAY DR BALDWIN, NY 11510-5041**

| Address | Dates | Phone |
|---|---|---|
| 967 MIDDLE BAY DR<br>BALDWIN, NY 11510-5041<br>NASSAU COUNTY | 11/2010 - 9/2019 | (516) 223-<br>(516) 546- |

**Census Data for Geographical Region**
Median Head of Household Age: 40
Median Income: $175,287
Median Home Value: $563,447
Median Education: 14 years
**Household Members**
None Listed
**Other Associates**
None Listed

**Voter Registrations - 0 records found**
**Professional Licenses - 0 records found**
**Health Care Providers - 0 records found**
**Health Care Sanctions - 0 records found**
**Pilot Licenses - 0 records found**
**Sport Licenses - 0 records found**
**Real Property - 2 records found**

**1: Deed Record for NASSAU County**

### Buyer Information
- **Name:** PETTY, KENNETH
- **Address:** 21731 VENTURA BLVD STE 300 WOODLAND HILLS, CA 91364-1851
- **County/FIPS:** LOS ANGELES

### Seller Information
- **Name:** MARAJ ONIKA

### Property Information
- **Address:** 967 MIDDLE BAY DR NORTH BALDWIN, NY 11510-5041
- **County/FIPS:** NASSAU
- **Data Source:** A

### Legal Information
- **Assessor's Parcel Number:** 54-582- -0035-0
- **Contract Date:** 07/03/2019
- **Recording Date:** 09/03/2019
- **Document Number:** 74987
- **Document Type:** DEED
- **Book/Page:** 13846/381

### Mortgage Information
- **Transaction Type:** NOMINAL

**2: Assessment Record for NASSAU County, NY**

### Owner Information
- **Name:** PETTY KENNETH
- **Name:** [REDACTED]

### Property Information
- **Address:** 967 MIDDLE BAY DR NORTH BALDWIN, NY 11510-5041
- **County/FIPS:** NASSAU
- **Data Source:** A

### Legal Information
- **Assessor's Parcel Number:** 54-582- -0035-0
- **Recording Date:** 11/05/2010
- **Book/Page:** 12666/749

### Sale Information
- **Sale Date:** 10/28/2010
- **Sale Price:** $525000

### Mortgage Information
- **Loan Type:** CONVENTIONAL
- **Loan Amount:** $417000
- **Lender Name:** WELLS FARGO BK NA

### Assessment Information
- **Assessed Value:** $1281
- **Market Land Value:** $253600
- **Market Improvement Value:** $258800
- **Total Market Value:** $512400

**Boats - 0 records found**
**Aircraft - 0 records found**
**Bankruptcy Information - 0 records found**
**Judgments/Liens - 0 records found**
**UCC Liens - 0 records found**
**Fictitious Businesses - 0 records found**
**Notice Of Defaults - 0 records found**
**Potential Relatives - 0 records found**
**Business Associates - 0 records found**

# GOVERNMENT   DEPARTMENTS   RESIDENTS   VISIT NASSAU   BUSINESS   E-SERVICES   NASSAU A-Z

Search   ▸ Land Records Viewer ▸   ASIE   My Nassau Info   Tax Map Verification   AskTheCountyAssessor.com   Login

◉ View Property Sketch   ▣ Correspondence, 511 & Tax Impact Notices ▸   ↖ Tax Maps ▸   ♥ Area Maps   ▣ Property Cards Archive ▸   ▯ Taxpayer Protection Plan ▸

**Address:** 967 MIDDLE BAY DR. BALDWIN, 11510
**Village:** N/A
**School:** Baldwin - 10
**Town:** Hempstead

For translation services of all documents, please contact LanguageLine Solutions at 1-800-752-6096 / www.languageline.com

**Section:** 54   **Block:** 582   **Lot:** 35
**Condo:**            **Unit:**

| Values | General and School Taxes | Open and Paid Taxes Info | Property Description | Recent Sales | My Nassau Info | Tax Class 1 Res Prognose (2021 Only) |
|---|---|---|---|---|---|---|

| Date of Sale | Sale Price | Book | Page | Condition of Transfer |
|---|---|---|---|---|
| 07/03/2019 | $0 | 13846 | 0381 | OTHER UNUSUAL FACTORS |
| 10/28/2010 | $525,000 | 12666 | 0749 | NONE |

Select Language