# EXHIBIT # A



Sep 16 2021
ZIP 07102
US POSTAGE
$2.36
7 oz First-Class Mail Flats Rate
FIRST-CLASS
11923275
062S0012913542

ONIKA TANYA MARAJ
23483 PARK COLOMBO
CALABASAS CA 91302-2814

Personal & Confidential
PERSONAL & CONFIDENTIAL
NEWARK NJ 07102-0000