# **EXHIBIT 1**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jennifer Hough,<br>     Plaintiff,<br><br> -against-<br><br>Onika Tanya Maraj, AKA ("Nicki Minaj")<br>an individual,<br>Kenneth Petty, AKA ("Zoo"),<br>an individual<br>     Defendants. | Civil Action No. 21-cv-4568<br><br>Declaration of Robert Diaz |

## Declaration of Robert Diaz

I, Robert Diaz, hereby declare according to 28 U.S.C. §1746 as follows:

1. I submit this Declaration to support the Proof of Service letter I signed dated September 16, 2021. I provided Plaintiff's Counsel, Tyrone Blackburn, with two proof of service letters for Kenneth Petty, AKA ("ZOO") ("Mr. Petty"), and Onika Tanya Maraj, AKA ("Nicki Minaj") ("Ms. Maraj"). I have personal knowledge of the facts outlined in this Declaration.

2. I am 37 years old. I have worked as a process server for over ten years. I have solely worked as a process server in California, in the city of Los Angeles.

3. On September 15, 2021, I made a second attempt to serve Mr. Petty and Ms. Maraj at their Calabasas, California, estate.

4. On September 15, 2021, at 6:28 pm PDT, I successfully served Mr. Petty in my second attempt with a summons and complaint for himself and one for Ms. Maraj.

5. Additionally, I was provided a photo of Mr. Petty by Plaintiff's Attorney, Tyrone Blackburn. **(Exhibit A. The photo of Kenneth Petty)**.

1

6. When I approached the Calabasas, California estate, I was greeted by a Caucasian female security officer. I identified myself as a registered process server (registration number 5681) and informed her that I was there to serve a summons and complaint on Mr. Petty and Ms. Maraj.

7. The security officer confirmed the residents of Mr. Petty and Ms. Maraj was 23483 Park Colombo, Calabasas, CA 91302 ("The residence").

8. When I approached the residence, I noticed two vehicles parked in the driveway. One of the vehicles was a Red Range Rover, license plate # 9SCY794, and a Black Range Rover, license plate # 8CTR104.

9. I approached the door and rang the doorbell. No one answered. I waited for 20 minutes, and I knocked on the door.

10. I returned to the security officer at the front, where I heard her speaking on the phone with Mr. Petty. Mr. Petty was yelling at her because he was upset that she let me into the compound. He said she was supposed to call him first before letting me in.

11. After hearing this, I returned to the residence and knocked on the door again. This time I saw a figure staring at me through the window. I knew it was Mr. Petty because the security guard informed me that he was indeed in the home. He refused to open the door. I then announced myself and informed him that he had been served. I showed him the two documents and left them outside the front of the door.

12. As stated in the proof of service, Mr. Petty is a Black Male, approximately 40 years old, approximately 200lbs, approximately 5'10" tall, he has black hair and brown eyes.

I declare under penalty of perjury that the preceding is true and correct.

Executed on October 27, 2021.

                                             *Roberto Diaz Garcia (Oct 27, 2021 15:26 PDT)*

                                             Robert Diaz

3

# Declaration of Robert Diaz.edited

Final Audit Report                                                                 2021-10-27

| | |
|---|---|
| Created: | 2021-10-27 |
| By: | Tyrone Blackburn (tyrone.a.blackburn@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAhAJva2oaKK5aiBsF06SXakqhymRuXw0C |

## "Declaration of Robert Diaz.edited" History

- Document created by Tyrone Blackburn (tyrone.a.blackburn@gmail.com)
  2021-10-27 - 10:14:39 PM GMT- IP address: 108.29.3.148

- Document emailed to Roberto Diaz Garcia (rdiaz.rldservices@gmail.com) for signature
  2021-10-27 - 10:15:08 PM GMT

- Email viewed by Roberto Diaz Garcia (rdiaz.rldservices@gmail.com)
  2021-10-27 - 10:16:17 PM GMT- IP address: 107.77.230.175

- Document e-signed by Roberto Diaz Garcia (rdiaz.rldservices@gmail.com)
  Signature Date: 2021-10-27 - 10:26:03 PM GMT - Time Source: server- IP address: 47.34.213.32

- Agreement completed.
  2021-10-27 - 10:26:03 PM GMT

Adobe Sign