UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JENNIFER HOUGH,

                Plaintiff,

-against-

ONIKA TANYA MARAJ AKA ("Nicki Minaj"), an individual, KENNETH PETTY, AKA ("Zoo"), an individual

                Defendants.

Civil Action No. 21-cv-4568-ENV-JRC

## NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE

**PLEASE TAKE NOTICE** that upon the annexed affidavit of movant in support of this motion and the Certificates of Good Standing annexed thereto, I, Tara E. Faenza, will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of McGivney Kluger Clark & Intoccia, PC and a member in good standing of the bar of the State of Florida, as attorney *pro hac vice*, to argue or try this case in whole or in part as counsel for Plaintiff, Jennifer Hough. There are no pending disciplinary proceedings against me in any state or federal court.

Date: November 29, 2021

Respectfully submitted,

McGIVNEY KLUGER CLARK & INTOCCIA, PC
Counsel for Plaintiff JENNIFER HOUGH
80 SW 8th Street, Suite 2000
Miami, FL 33130
Tel:    (305) 423-7189

By:   */s/ Tara E. Faenza. Esq.*
Tara E. Faenza
Florida Bar No. 106928
tfaenza@mcgivneyandkluger.com

{N1153953-1}