UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------

JENNIFER HOUGH                                    21-CV-04568

                     Plaintiff(s),

    v.                                          **AFFIDAVIT IN SUPPORT OF**
ONIKA TANYA MARAJ ("NICKI [              **MOTION TO ADMIT COUNSEL**
                   Defendant(s).        ***PRO HAC VICE***
-------------------------------------------------------------

I, TARA E. FAENZA, being duly sworn, hereby depose and say as follows:

1. I am a(n) Associate with the law firm of McGIVNEY KLUGER CLARK & INTOCCIA, P.C.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Florida.
4. There are no pending disciplinary proceedings against me in any state or federal court
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.
6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: 106928
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 21-CV-04568 for _____.

Date 11/18/20

Signature of Movant
Firm Name McGivney Kluger Clark & Intoccia, PC
Address 80 SW 8th Street, Suite 2000
Miami, FL 33130
Email tfaenza@mkcilaw.us.com
Phone 305-423-7189

**NOTARIZED**

ALBERT COBO
Notary Public - State of Florida
Commission # GG 970615
My Comm. Expires Mar 27, 2024