UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JENNIFER HOUGH,

          Plaintiff,

-against-

ONIKA TANYA MARAJ AKA ("Nicki Minaj"), an individual, KENNETH PETTY, AKA ("Zoo"), an individual

          Defendants.

Civil Action No. 21-cv-4568-ENV-JRC

**PLEASE TAKE NOTICE** that Tara E. Faenza, of the firm, McGivney, Kluger, Clark, & Intoccia, P.C. hereby appears as counsel *pro hac vice* for Plaintiff Jennifer Hough and respectfully requests that copies of all papers in this action be served upon the undersigned at the office address stated below. Pursuant to this Court's Order [DE35], Attorney Faenza attaches as Exhibit A the receipt for the payment of the $150.00 *Pro Hac Vice Filing Fee* with this Notice. (*See* Exhibit A)

Dated: November 30, 2021
Miami, Florida

Respectfully Submitted,

**McGIVNEY, KLUGER, CLARK & INTOCCIA, P.C.**

/s/ *Tara E. Faenza*
Tara E. Faenza Esq.
Brickell City Tower
80 SW 8th Street, Suite 2000
Miami, Florida 33130
(305) 423-7189
tfaenza@mcgivneyandkluger.com
Florida Bar No. 106928
File No.: 0032G-629
*Attorneys for Plaintiff Jennifer Hough*

To: All Counsel via CM/ECF

{N1155408-1}