# EXHIBIT A

**Tara E. Faenza**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Monday, November 29, 2021 4:50 PM |
| **To:** | Tara E. Faenza |
| **Subject:** | [SUSPICIOUS MESSAGE] Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT |

This Message contains suspicious characteristics and has originated outside your organization.

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at (718)613-2580.

   Account Number: 4503023
   Court: NEW YORK EASTERN DISTRICT COURT
   Amount: $150.00
   Tracking Id: ANYEDC-15067527
   Approval Code: 519294
   Card Number: ███████████
   Date/Time: 11/29/2021 04:49:41 ET

NOTE: This is an automated message. Please do not reply