# EXHIBIT A

# Victor Weberman

| | |
|---|---|
| **From:** | Steven Gordon <sg@nytlaw.com> |
| **Sent:** | Wednesday, December 1, 2021 10:46 AM |
| **To:** | Peter B. Schalk |
| **Cc:** | Tyrone Blackburn; Judd Burstein; Emily Finestone; Victor Weberman; msnizek@mkcilaw.us.com; tfaenza@mkcilaw.us.com; Yevgeny Tsyngauz |
| **Subject:** | Re: Question |

Hi Peter,

Our client has a right to oppose your pending motion and file a cross-motion. I think the letter is clear that we are seeking to both oppose your pending motion and cross move against it -- which is, obviously, the most efficient way to handle your motion and our forthcoming motion for entry of default judgment against your client. We did **not** want to seek the Court's intervention, but we were given no other choice. We have waited long enough.

As Judd requested, we provided the Court with the email including his proposal for a briefing schedule. That said, I don't know why you would need to burden the Court with dueling letters -- especially since our letter was filed due to your dithering. If you ultimately file a letter, please include this email.

Nonetheless, at this point, unless you are now willing to agree to our proposed briefing schedule, we will await the Court's decision.

Best,

Steve

On Wed, Dec 1, 2021 at 8:48 AM Peter B. Schalk <pschalk@burlaw.com> wrote:

> Hi Steven – I am following up on the below. We need to respond to the Court so if we do not hear back from you by noon today we will operate under the assumption that the below is not what you were requesting.
>
> Regards,
>
> Peter
>
> **From:** Peter B. Schalk
> **Sent:** Tuesday, November 30, 2021 4:12 PM
> **To:** Steven Gordon <sg@nytlaw.com>; Tyrone Blackburn <tblackburn@tablackburnlaw.com>
> **Cc:** Judd Burstein <jburstein@burlaw.com>; Emily Finestone <EFinestone@burlaw.com>; Victor Weberman <VWeberman@burlaw.com>
> **Subject:** Question

1

Steven - In your letter of today, are you asking the Court whether we would consent to a briefing schedule for only your client's proposed motion? That is an issue we can discuss and I would think could be resolved without troubling the Court. If you are talking about something else, which frankly in not 100% clear to us, then ok but please let us know what you are asking.

Thanks,

Peter B. Schalk

Partner

Judd Burstein, P.C.

260 Madison Avenue, 15th Floor

New York, New York 10016

Tel. 212-974-2400

Fax 212-974-2944

Cell 917-538-3781

pschalk@burlaw.com

--
Steven N. Gordon, Esq.
Tsyngauz & Associates, P.C.
114 Mulberry Street, Ground Floor
New York, NY 10013
Telephone: (212) 337-9770
Facsimile: (212) 337-3375
Email: sg@nytlaw.com