**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

JENNIFER HOUGH,

                Plaintiff,

-against-

ONIKA TANYA MARAJ AKA
("Nicki Minaj"), an individual,
KENNETH PETTY, AKA ("Zoo"),
an individual

                Defendants.

Civil Action No. 21-cv-4568-ENV-JRC

**PLEASE TAKE NOTICE** that McGivney, Kluger, Clark, & Intoccia, P.C. hereby appears as counsel for plaintiff, Jennifer Hough, and demands that a copy of all papers in this action be served upon the undersigned at the office address stated below:

Dated: December 1, 2021
New York, New York

Yours, etc.
**McGIVNEY, KLUGER, CLARK**
**& INTOCCIA, P.C.**

/s/ *Michael Snizek*
Michael J. Snizek, Esq.
80 Broad Street - 23rd Floor
New York, New York 10004
(212) 509-3456
msnizek@mcgivneyandkluger.com
File No.: 0032G-629

*Attorneys for Plaintiff Jennifer Hough*

To: All Counsel via CM/ECF

{N1153979-1}