UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jennifer Hough,<br>                Plaintiff,<br><br>-against-<br><br>Onika Tanya Maraj, AKA ("Nicki Minaj")<br>an individual,<br>Kenneth Petty, AKA ("Zoo"),<br>an individual<br>                Defendants. | Civil Action No. 21-cv-4568<br><br>Declaration of Jennifer Hough |

### Declaration of Jennifer Hough

I, Jennifer Hough, hereby declare according to 28 U.S.C. §1746 as follows:

1. I submit this Declaration in support of the Declaration of default judgment against Onika Tanya Maraj ("Maraj"). I have personal knowledge of the facts outlined in this Declaration.

2. In 2018, Maraj posted that she was doing a turkey giveaway in Queens, New York, on Rockaway Blvd. and 147th street. This attracted much attention given how big of a star Maraj is, and since Queens was her hometown.

3. On November 25, 2018, Maraj posted a picture of her and Kenny. It appeared they were dating, and in the photo, they were throwing up gang signs.

4. Toward the end of November, Maraj posted another picture of her and Kenny and replied to a comment stating, "Kenny was 15, she[1] was 16 and, in a relationship, but go awf Internet." This was picked up by every publication, tabloid, iheartradio, USA today, bloggers, and YouTubers.

---

[1] Referencing me.

1

5. As a result of Maraj's post, I was sought after for comment. Seeing no choice than to defend the truth, I recorded an interview with a YouTube blogger, giving my side of the story. I thought that would be the end of it.

6. In November 2019, Maraj did a show called "shade no shade" on Queen radio. She defamed my character when she repeated the same lie that Kenny was 15 years old but now added that he was "wrongly accused," "he did not have bail money," and said that I had "written a letter recanting my statement" but would face 90 days in jail if I had done so – which was all false.

7. Maraj also stated, "but white is right," because I am biracial (my deceased mother was Caucasian, and my father is African American). This was troubling because Maraj was trying to paint a narrative that my accusation of Kenny's rape was analogous to that of Emmett Till.

8. These statements by Maraj put social media in a frenzy trying to figure out who I was; if indeed I was a white woman, and where I currently lived.

9. In March 2020, my rapist, Kenneth "Kenny" Petty was arrested for failing to register as a sex offender in California.

10. A few days after the arrest I was contacted by someone whom I believed was an old childhood friend, Barry Dukes, aka "Black." We caught up, and the topic of my 1994 rape came up, to which I stated, "I wished it could all just go away forever." Black responded, "I can make that happen."

11. A few days later, Black called me and informed me that Maraj had asked for my phone number and that he had given it to her. Black sent me a text message of a screenshot he received from Kenny. In the message was a phone number with the name wifey. Black informed me that I would receive a call from Maraj from that number. Shortly after that, Maraj called me.

2

12. During the call, Maraj stated she heard I was willing to "help out" their situation and stated that she would fly my family and me to Los Angeles. I declined this offer.

13. Maraj then stated she would send her publicist to me to craft a statement recanting my rape charge. I denied this offer as well.

14. Before we got off the phone, I said to Maraj, "I need you to know woman to woman, that this happened." Maraj hung up the phone. Within days of this conversation, my family and I suffered an onslaught of harassing calls and unsolicited visits.

15. A few days after Maraj called me, my brother called me. He stated two people reached out to a family member stating an offer of $500,000.00 from Maraj if I wrote a letter recanting the rape claim against Kenny.

16. This act by Maraj and her associates caused me to panic because Black, who was in contact with Maraj, now knew where I lived, where I worked, and my kids' identity.

17. In April 2020, on behalf of Kenny, factfinder/investigator Charles Mittelstadt from Georgia contacted me. He put me in contact with an attorney named Ian Wallach ("Attorney Wallach") from New York.

18. Black continued to receive and relay messages from Kenny and Maraj and relayed them to me. For a while, I ignored Black's calls. When I finally answered, and he told me that he had good news and stated that nothing would happen to me if I signed and notarized some papers in his possession.

19. Shortly after the call, Black appeared in front of my home. To protect my children in my home, I met Black in front of my house in his car. While in his car, Black pulled out a green-colored folder that had a document inside. This document was a written recanted statement prepared for me to sign.

20. Black then pulls twenty thousand dollars out of the armrest and places it on my lap. I took the money off my lap and placed it on the floor. I could not believe that Maraj would go this far to bribe me.

21. As a result of these unsolicited calls, contacts, popup visits, and communications, I started having nightmares and panic attacks. The memories began to flood back from the day of Kenny raping me. I began to experience anger, pain, sorrow, anxiety, and trust issues. I started having crying fits and thoughts of paranoia.

22. At the end of May 2020, I received a call from my brother. He was speaking frantically. My brother stated they knew where I lived, what my oldest daughter did during her day, and they threatened to have someone else show up at my house if I did not recant the 1994 rape claim.

23. After receiving this threat, I moved in June of 2020. I changed my phone number and registered the new number under my husband's name. These efforts were unsuccessful in curbing the harassment and unwanted contact shortly after changing my number. I became so paranoid that I moved again in August 2020.

24. Three days after moving in August 2020, U.S. Marshal Roy Wright showed up at my husband's job. I called U.S. Marshal Wright, and he stated that someone had called to report that I was being harassed and they were worried about my safety.

25. The Marshal offered me witness protection. The Marshal also confirmed that the call I received from California was indeed Maraj.

26. In September 2020, while visiting my brother in South Carolina, I was harassed once again. I got a call from a New York Attorney stating that they represent Kenny.

27. The attorney stated they were trying to go to Court to get Kenny off the sex offenders registry and asked about the recantment letter and if I wrote it.

4

28. In October of 2020, my daughter was at an event in Atlanta, Georgia. At the end of the night, my daughter and her friend group were approached by a man. The man asked, "do you know Zoo?" (Zoo is Kenny's Street name). My daughter yelled at the man and left with her friends.

29. After this incident, I again feared for my family's safety, so I moved to Florida. I was afraid my child would be killed or kidnapped due to the threats from Maraj and Kenny.

30. In November of 2020, I put a YouTube video out speaking about everything I had been going through in hopes of creating a digital footprint just in case something was to happen to me.

31. Bloggers caught wind of the YouTube video and began victim-shaming me, telling their audiences that I was lying, that I was just a white woman trying to make a quick dollar out of the limelight. Maraj's fans claimed, "Nicki said it was a lie, so it is a lie."

32. As a result, I have not worked since May of 2020 due to severe depression, paranoia, constant moving, harassment, and threats from Maraj, Kenny, and their associates. I am currently living in isolation out of fear of retaliation.

33. On August 12, 2021, within days of Kenny reaching a plea agreement in the Central District of California for his failure to register as a sex offender, Black posted a threat to me on his Instagram social media account.

34. In the post, Black said, "Case is over now," referring to the federal criminal case Kenny accepted the plea deal for in the Central District of California. The video went on to say:

    a. "Jon Wayne tv coming soon tell that bitch she will be expose case over now 20k huh,"
    b. "u know u don't fucked uped,"
    c. "Jon wayne tv,"
    d. "you lying ass bitch, 20 thousand,"

5

35. Black ends the video with a photo of two guns circled, with the words "be safe out here lol" written on the photo.

36. In fear for my life, I filed a police report in Florida and have since moved to another state out of fear of being found and killed by Kenny, Maraj, Black, or one of their associates.

Recent threats:

37. Since filing this lawsuit, I have received an onslaught of hate messages and threats on Instagram from Maraj's fans and followers,

38. The weekend of October 23, 2021, Maraj and Kenny were in Jamaica, Queen's New York. Maraj did a live video on Instagram.

39. During that Instagram live video, Kenney, along with other members of the Makk Ballers set of the Bloods Gang, and Maraj were throwing up gang signs and threatening me.

40. On Twitter, a member of the Makk Ballers set of the Bloods Gang said the following: "Jennifer if you see this, the Makks are coming to get you."

41. On October 24, 2021, at 9:22 PM, Kenny's attorney Steven D. Isser, and Maraj's attorney, Judd Burstein, met with and spoke to Lexie Chung. This information as provide to me by a blogger. It is important to note this meeting occurred twenty-four hours before Steven D. Isser made an appearance in this case on behalf of Kenny.

I declare under penalty of perjury that the preceding is true and correct.

Executed on December 17, 2021.

*Jennifer Hough*
Jennifer Hough (Dec 17, 2021 20:04 EST)

Jennifer Hough

6