# EXHIBIT # A

Personal & Confidential
PERSONAL & CONFIDENTIAL
NEWARK NJ 07102-0000



Sep 16 2021
ZIP 07102

$2.36   US POSTAGE
7 oz First-Class Mail Flats Rate
FIRST-CLASS
11923275                    062S0012913542

ONIKA TANYA MARAJ
23483 PARK COLOMBO
CALABASAS CA 91302-2814