# EXHIBIT C



## 1 OF 1 RECORD(S)

FOR INFORMATIONAL PURPOSES ONLY
Copyright 2021 LexisNexis
a division of Reed Elsevier Inc. All Rights Reserved.

Date: 12/6/2021
Report processed by:
Judd Burstein PC

| Full Name | Address | County | Phone |
|---|---|---|---|
| HOUGH, JENNIFER KENYA | ███████ | ███ | None Listed |

### ADDITIONAL PERSONAL INFORMATION

| SSN | DOB | Gender | LexID(sm) | Email |
|---|---|---|---|---|
| ███████ ⚑ SSN linked to multiple people | 3/1978 (Age:43) | Female | ███ | ███ |

### Subject Summary

**Name Variations**
1: ELIZABETH HOUGH, JENNIFER KENYA
2: HOUGH, J
3: HOUGH, JENNIFER
4: HOUGH, JENNIFER K
5: HOUGH, JENNIFER KENYA
6: HOUGH, JENNIFER KENYA ELIZABETH
7: HOUGH, JODY

**SSNs Summary**

| No. | SSN | State Iss. | Date Iss. | Warnings |
|---|---|---|---|---|
| | | | Most frequent SSN attributed to subject: | |
| 1: | ███ | New York | 1978-1980 | ⚑ SSN linked to multiple people |

**DOBs**
Reported DOBs:
1979

**Others Using SSN - 1 records found**

| # | Full Name | SSN | DOB |
|---|---|---|---|
| 1: | ███ | ███ | 3/1978 |



**Personal Information**
**Name:** HOUGH, JENNIFER
**Address:**

