# EXHIBIT E

Judd Burstein
Judd Burstein
Westport CT 06880-3034



Judd Burstein, P.C.
260 Madison Avenue
New York NY 10016