# EXHIBIT B



+1 (678) ███████

Text Message
Aug 31, 2020, 12:49 PM

US Marshalls are asking questions!!! They showed up at my house