# EXHIBIT C

839041 12-28-18

**TAXABLE YEAR**
**2018**

## California Nonresident or Part-Year Resident Income Tax Return  Long Form

**FORM**
**540NR**

APE                    ATTACH FEDERAL RETURN

ONIKA          MARAJ                                        18    PBA    512200

A
R
RP

C/O 21731 VENTURA BLVD 300
WOODLAND HILLS    CA    91364

---

If your California filing status is different from your federal filing status, check the box here .......................

| | | | |
|---|---|---|---|
| **1** | X Single | **4** | Head of household (with qualifying person). See instructions. |
| **2** | Married/RDP filing jointly. See inst. | **5** | Qualifying widow(er).  Enter year spouse/RDP died. |
| | | | See instructions. |

**Filing Status**

**3**  Married/RDP filing separately. Enter spouse's/RDP's SSN or ITIN above and full name here

**6**  If someone can claim you (or your spouse/RDP) as a dependent, check the box here. See inst  ......  ● **6**

▶ For line 7, line 8, line 9, and line 10: Multiply the amount you enter in the box by the pre-printed dollar amount for that line. **Whole dollars only**

**7**  **Personal:** If you checked box 1, 3, or 4 above, enter 1 in the box. If you
checked box 2 or 5, enter 2. If you checked the box on line 6, see instructions.● **7**   X $118 = ● $

**8**  **Blind:** If you (or your spouse/RDP) are visually impaired, enter 1;
if both are visually impaired, enter 2 ...................................................... ● **8**   X $118 = ● $

**9**  **Senior:** If you (or your spouse/RDP) are 65 or older, enter 1;
if both are 65 or older, enter 2 .................................................. ● **9**   X $118 = ● $

**10**  **Dependents: Do not include yourself or your spouse/RDP.**

**Exemptions**

| | Dependent 1 | Dependent 2 | Dependent 3 |
|---|---|---|---|
| First Name ● | | ● | ● |
| Last Name ● | | ● | ● |
| SSN ● | | ● | ● |
| Dependent's relationship to you ● | | ● | ● |

Total dependent exemptions .................................................... ● **10**   X $367 = ● $

---

022    3131184                              Long Form 540NR 2018 **Side 1**

939001 01-14-20

TAXABLE YEAR
**2019**  **California Resident Income Tax Return**

APE

**FORM**
**540**

ATTACH FEDERAL RETURN

19    PBA    711510

A
R
RP

ONIKA        MARAJ
KENNETH    N  PETTY

C/O 21731 VENTURA BLVD 300
WOODLAND HILLS    CA  91364

**Filing Status**

If your California filing status is different from your federal filing status, check the box here ..........................

1 ☐ Single

2 ☒ Married/RDP filing jointly. See inst.

4 ☐ Head of household (with qualifying person). See instructions.

5 ☐ Qualifying widow(er). Enter year spouse/RDP died

See instructions

3 ☐ Married/RDP filing separately. Enter spouse's/RDP's SSN or ITIN above and full name here

6 If someone can claim you (or your spouse/RDP) as a dependent, check the box here. See inst. ........ ● 6

▶ For line 7, line 8, line 9, and line 10: Multiply the number you enter in the box by the pre-printed dollar amount for that line. **Whole dollars only**

**Exemptions**

7 **Personal:** If you checked box 1, 3, or 4 above, enter 1 in the box. If you checked
box 2 or 5, enter 2 in the box. If you checked the box on line 6, see instructions   ◉ 7 ☐  X $122 = ◉ $

8 **Blind:** If you (or your spouse/RDP) are visually impaired, enter 1;
if both are visually impaired, enter 2 ....................................................   ◉ 8  X $122 = ◉ $

9 **Senior:** If you (or your spouse/RDP) are 65 or older, enter 1;
if both are 65 or older, enter 2 ............................................................   ● 9  X $122 = ◉ $

10 **Dependents: Do not include yourself or your spouse/RDP.**

| | Dependent 1 | Dependent 2 | Dependent 3 |
|---|---|---|---|
| First Name ◉ | | ◉ | ◉ |
| Last Name ◉ | | ◉ | ◉ |
| SSN ● | | ● | ● |
| Dependent's relationship ◉ to you | | ◉ | ◉ |

Total dependent exemptions ..................................................  ● 10 ☐  X $378 = ◉ $

022    3101194    Form 540 2019 **Side 1**

039001 01-19-21

**TAXABLE YEAR**
**2020** **California Resident Income Tax Return**

APE

**FORM**
**540**

ATTACH FEDERAL RETURN

20   PBA   711510

ONIKA      T  MARAJ
KENNETH    N  PETTY

C/O 21731 VENTURA BLVD 300
WOODLAND HILLS    CA  91364

A
R
RP

**Principal Residence**

Enter your county at time of filing (see instructions)

⦿ LOS ANGELES

If your address above is the same as your principal/residence address at the time of filing, check this box ⦿

If not, enter below your principal/physical residence address at the time of filing.

Street address (number and street) (If foreign address, see instructions.)    Apt. no/ste. no.

⦿                                                                      ⦿

City                                                      State   ZIP code

⦿                                                          ⦿       ⦿

**Filing Status**

If your California filing status is different from your federal filing status, check the box here ...................

1 [ ] Single

2 [X] Married/RDP filing jointly. See inst.

3 [ ] Married/RDP filing separately. Enter spouse's/RDP's SSN or ITIN above and full name here.

4 [ ] Head of household (with qualifying person). See instructions.

5 [ ] Qualifying widow(er). Enter year spouse/RDP died.

See instructions.

6 If someone can claim you (or your spouse/RDP) as a dependent, check the box here. See inst. ......... ● 6

**Exemptions**

▶ For line 7, line 8, line 9, and line 10: Multiply the number you enter in the box by the pre-printed dollar amount for that line.    Whole dollars only

7 **Personal:** If you checked box 1, 3, or 4 above, enter 1 in the box. If you checked box 2 or 5, enter 2 in the box. If you checked the box on line 6, see instructions.    ⦿ 7 [ ] X $124 = ⦿ $

8 **Blind:** If you (or your spouse/RDP) are visually impaired, enter 1; if both are visually impaired, enter 2 ...........................................    ⦿ 8 X $124 = ⦿ $

9 **Senior:** If you (or your spouse/RDP) are 65 or older, enter 1; if both are 65 or older, enter 2 ...........................................    ● 9 X $124 = ⦿ $

022      3101204

Form 540  2020 **Side 1**