# EXHIBIT D

Introducing the new California Driver License/Identification Card!
A card newly designed to keep your identity secure.

## CONGRATULATIONS!
## ENCLOSED IS YOUR NEWLY DESIGNED
## CALIFORNIA DRIVER LICENSE/IDENTIFICATION CARD

If your DL/ID card is marked 🐻 (actual color of bear is gold), your card meets the requirements of the federal REAL ID Act. For additional information, visit www.dmv.ca.gov.



It is our goal to maintain the highest quality and accuracy of your information. Please ensure that the information on your driver license/identification card is correct. Verify you have received the appropriate version of the driver license/identification card.

If any of the information on your card is incorrect, please contact us immediately at 1-800-777-0133 (TTY: 1-800-368-4327) or www.dmv.ca.gov to make an appointment at your local DMV office to make the correction. Para información en español, favor de llamar al 1-800-777-0133.

### Your information is important to us.

DMV takes pride in the information collected as accurate, secure, and valid. We are committed to:

- Complying with state and federal privacy laws in order to protect your personal information. Protecting your information from unauthorized access, use or improper disclosure.
- Using state-of-the-art security features for the manufacture of California driver license/identification cards.
- Training our employees, law enforcement, financial institutions, and merchants in fraud detection.

-- See Reverse Side --

DL CC5000 A (REV. 1/2018)