UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER HOUGH,<br><br>       Plaintiff,<br><br>-against-<br><br><br>ONIKA TANYA MARAJ, AKA ("NICKI MINAJ") an individual, KENNETH PETTY, AKA ("ZOO"), an individual<br>       Defendants. | Case No. 21-CV-04568<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ONIKA TANYA MARAJ PURSUANT TO F.R.C.P 41(a)(1)(A)(i)** |

  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, JENNIFER HOUGH ("Plaintiff"), and her counsel hereby give notice that Plaintiff voluntarily dismisses her claims against Defendant ONIKA TANYA MARAJ, without prejudice.

Dated: January 12, 2022

                   *Tyrone A. Blackburn, Esq.*
                   Tyrone A. Blackburn, Esq.
                   T. A. Blackburn Law, PLLC.
                   1242 E. 80th Street, 3rd Floor
                   Brooklyn, NY 11236
                   T: (347) 347-7432
                   E: tblackburn@tablackburnlaw.com