UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER HOUGH,<br><br>        Plaintiff,<br><br>-against-<br><br>ONIKA TANYA MARAJ, AKA ("NICKI MINAJ") an individual, KENNETH PETTY, AKA ("ZOO"), an individual<br>        Defendants. | Case No. 21-CV-04568<br><br>NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ONIKA TANYA MARAJ PURSUANT TO F.R.C.P 41(a)(1)(A)(i) |

  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, JENNIFER HOUGH ("Plaintiff"), and her counsel hereby give notice that Plaintiff voluntarily dismisses her claims against Defendant ONIKA TANYA MARAJ, without prejudice.

Dated: January 12, 2022

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 1/19/2022

/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge

Tyrone A. Blackburn, Esq.
Tyrone A. Blackburn, Esq.
T. A. Blackburn Law, PLLC.
1242 E. 80th Street, 3rd Floor
Brooklyn, NY 11236
T: (347) 347-7432
E: tblackburn@tablackburnlaw.com

1