UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JENNIFER HOUGH,

          *Plaintiff,*

    -- against--

ONIKA TANYA MARAJ, AKA ("NICKI MARAJ" and KENNETH PETTY, AKA ("ZOO"),

          *Defendants*.
-------------------------------------------------------X

Case No. 21-cv-04568-ENV-JRC

**DECLARATION OF SERVICE**

    **JUDD BURSTEIN**, hereby declares under penalty of perjury as follows:

    I am the sole shareholder of the law firm of Judd Burstein, P.C., attorneys for Onika Tanya Maraj ("Ms. Maraj") in the above-captioned matter. On January 20, 2022, I served my Letter to United States District Judge Eric N. Vitaliano, dated January 20, 2022 and filed that same day on the electronic docket of the above-captioned action as ECF Doc. No. 50, upon:

> Tara E. Faenza
> MCGIVNEY KLUGER CLARK & INTOCCIA, P.C.
> 18 Columbia Turnpike, Suite 300
> Florham Park, NJ 07932
> tfaenza@mcgivneyandkluger.com

former attorneys for Plaintiff Jennifer Hough, by enclosing a true and accurate copy thereof by email to the address listed above.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on January 20, 2022 in the State of Connecticut, Fairfield County.

                                                                /s/ Judd Burstein
                                                                JUDD BURSTEIN