# EXHIBIT A

 Gmail

Steven Gordon <sg@nytlaw.com>

**Your wife**
1 message

**Judd Burstein** <jburstein@burlaw.com>  Wed, Nov 3, 2021 at 3:13 PM
To: Steven Gordon <sg@nytlaw.com>
Cc: Tyrone Blackburn <tblackburn@tablackburnlaw.com>, Emily Finestone <EFinestone@burlaw.com>, "Steven D. Isser" <sisser@isserlaw.com>, "Peter B. Schalk" <pschalk@burlaw.com>

Steven:

I am not sure you are aware of your wife's posts on social media. While they raise a number of issues, I am reminding you out of courtesy that she is not covered by the litigation privilege, and to the extent she is relating discussions with you, she may have waived the marital communications privilege. There is no need for you to respond to this email because .

Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)

(917) 687-2981 (Cell—Best number)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS. I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE.**