JUDD BURSTEIN, P.C.
ATTORNEYS AT LAW

JUDD BURSTEIN*
JBURSTEIN@BURLAW.COM

PETER B. SCHALK**
PSCHALK@BURLAW.COM

⎯⎯⎯

EMILY C. FINESTONE***
EFINESTONE@BURLAW.COM

*ALSO ADMITTED IN CONNECTICUT
**ALSO ADMITTED IN NEW JERSEY
***ALSO ADMITTED IN MASSACHUSETTS,
  PENNSYLVANIA, AND VIRGINIA

260 MADISON AVENUE
15TH FLOOR
NEW YORK, NEW YORK 10016
TEL: (212) 974-2400
FAX: (212) 974-2944
WWW.BURLAW.COM

12 OLD HILL FARMS ROAD
WESTPORT, CONNECTICUT 06880

January 24, 2022

**VIA ECF**
Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    *Hough v. Maraj and Petty*, Case No. 21-cv-04568-ENV-JRC

Dear Judge Vitaliano:

I do not want to subject the Court to a deluge of submissions concerning scheduling, and I certainly am not going to rise to the bait of writing letters demonstrating why Mr. Blackburn and Mr. Gordon are engaging in additional sanctionable conduct by sending correspondence to the Court filled with false and/or intentionally misleading accusations. Instead, I will respond to their accusations under oath by serving my sanctions motion on them (or filing them if the Court refers the motion to Magistrate Judge Cho) by no later than Wednesday, January 26, 2021.

If, after reviewing my motion, Mr. Gordon and Mr. Blackburn believe they truly need until March to respond to it, I will consent to whatever date in March which they request.

Respectfully yours,

/s/ Judd Burstein

Judd Burstein

cc: All counsel (via ECF)