UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER HOUGH,<br><br>                              Plaintiff,<br><br>   -against-<br><br>ONIKA TANYA MARAJ, AKA<br>("NICKI MINAJ") an individual,<br>KENNETH PETTY, AKA ("ZOO"),<br>an individual<br>                              Defendants. | Case No. 21-CV-04568<br><br>NOTICE OF VOLUNTARY DISMISSAL<br>OF CERTAIN CAUSES OF ACTION<br>DEFENDANT KENNETH PETTY<br>PURSUANT TO F.R.C.P 41(a)(1)(A)(i) |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, JENNIFER HOUGH ("Plaintiff"), and her counsel hereby give notice that Plaintiff voluntarily dismisses the Fifth and Seventh causes of action against Defendant KENNETH PETTY, and only to the extent it relates to conduct from 2018 or later, the Fourth cause of action of the Amended Complaint, WITHOUT prejudice.

Dated: January 26, 2022

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 1/27/2022

/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge

Tyrone A. Blackburn, Esq.
Tyrone A. Blackburn, Esq.
T. A. Blackburn Law, PLLC.
1242 E. 80th Street, 3rd Floor
Brooklyn, NY 11236
T: (347) 347-7432
E: tblackburn@tablackburnlaw.com

1