# JUDD BURSTEIN, P.C.
## ATTORNEYS AT LAW

JUDD BURSTEIN*
JBURSTEIN@BURLAW.COM

PETER B. SCHALK**
PSCHALK@BURLAW.COM

EMILY C. FINESTONE***
EFINESTONE@BURLAW.COM

*ALSO ADMITTED IN CONNECTICUT
**ALSO ADMITTED IN NEW JERSEY
***ALSO ADMITTED IN MASSACHUSETTS,
   PENNSYLVANIA, AND VIRGINIA

260 MADISON AVENUE
15TH FLOOR
NEW YORK, NEW YORK 10016
TEL: (212) 974-2400
FAX: (212) 974-2944
WWW.BURLAW.COM

12 OLD HILL FARMS ROAD
WESTPORT, CONNECTICUT 06880

January 28, 2022

**VIA ECF**
Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Hough v. Maraj and Petty*, Case No. 21-cv-04568-ENV-JRC

Dear Judge Vitaliano:

    I write to inform the Court that (a) Ms. Maraj will not be seeking sanctions against Steven Gordon, and (b) Tyrone Blackburn and I have conferred and we have reached an agreement on a briefing schedule.

    Ms. Maraj's motion for sanctions against Mr. Blackburn will be served on or before February 2, 2022.

    Mr. Blackburn will answer the motion on or before March 25, 2022.

    Ms. Maraj's reply will be filed on or before April 3, 2022, at which time I will file a bundled set of the motion papers via ECF unless the Court refers the motion to Magistrate Judge Cho, in which case the parties' motion papers will be submitted on that same schedule in accordance with Magistrate Judge Cho's Individual Practices.

    Respectfully yours,

    /s/ Judd Burstein

    Judd Burstein

cc: All counsel (via ECF)