```
                        UNITED STATES DISTRICT COURT

                        EASTERN DISTRICT OF NEW YORK

    Jennifer Hough,                  .    Docket No.
                                     .    21-CV-04568-ENV-JRC
         Plaintiff,                  .
                                     .
            v.                       .    Brooklyn, New York
                                     .    Monday, January 31, 2022
    ONIKA TANYA MARAJ, et al.,       .
                                     .
         Defendants.                 .
    . . . . . . . . . . . . . . . . .

                    TRANSCRIPT OF ZOOM MOTION HEARING
                   BEFORE THE HONORABLE JAMES R. CHO
                     UNITED STATES MAGISTRATE JUDGE

    APPEARANCES:

    For the Plaintiff:         T. A. Blackburn Law, PLLC.
                               TYRONE ANTHONY BLACKBURN, ESQ.
                               1242 East 80th Street, 3rd Floor
                               Brooklyn, New York  11236
                               347-342-7432

    For the Plaintiff:         Tsyngauz & Associates, P.C.
                               STEVEN N. GORDON, ESQ.
                               114 Mulberry Street
                               Suite Ground Floor
                               New York, New York  10013
                               631-356-8135

    For the Defendant Kenneth  Law Offices of Steven D. Isser
    Petty:                     STEVEN DAVID ISSER, ESQ.
                               424 Madison Avenue, Third Floor
                               New York, New York  10017
                               212-812-5096


    Transcription Service:     Opti-Script, Inc.
                               P.O. Box 77
                               Winfield, PA 17889
                               800-494-7500


    Proceedings recorded by electronic sound recording;
    transcript produced by transcription service.
```

```
                              P R O C E E D I N G S
              THE COURT:  Hi.  Good morning, everyone.  We're
here for a hearing on a motion to withdraw as counsel in
Hough versus Maraj, et al., case number 21-cv-4568.
              Can the parties state their appearances for the
record, starting with Plaintiff?
              MR. BLACKBURN:  Tyrone Blackburn on behalf of the
Plaintiff.
              MR. ISSER:  Steven Isser on behalf of Defendant
Kenneth Petty.
              MR. GORDON:  Steven Gordon, formerly on behalf of
Plaintiff.
              THE COURT:  Okay.  Good morning, everyone.  All
right.  So we are here on Mr. Gordon's motion to withdraw as
counsel.  What I want to do is in a few minutes break off
into a private session and go off the record.  I don't want
any attorney-client communications put on the record.  Okay?
              UNIDENTIFIED VOICE:  Okay.
              THE COURT:  All right.  So first question for you,
Mr. Gordon, under Local Rule 1.4, if you're going to move to
withdraw as counsel, you have to indicate, one, whether
you're asserting a retaining or charging lien.  And two,
whether you actually served your client.
              So one, have you served your client with the motion
to withdraw?
```

```
 1                MR. GORDON:  Yes.  I have.
 2                THE COURT:  Okay.  Second question.  Retaining or
 3   charging lien.  Are you asserting either of those two?
 4                MR. GORDON:  Seeking a charging lien, Your Honor.
 5                THE COURT:  Okay.  All right.  Let's go off the
 6   record for one minute.  I'm going to put the two of you in a
 7   breakout room, okay, and we'll chat briefly?
 8                MR. GORDON:  Okay.
 9                THE COURT:  All right.  Let me stop the recording.
10   Mr. Isser, is that okay with you?
11                MR. ISSER:  It's fine, Your Honor.  Yes.  Of
12   course.
13                THE COURT:  Okay.  Hold on one second.  It will
14   only take a few minutes.
15         (Whereupon a recess was taken)
16                THE COURT:  All right.  So I'm back.  I see Mr.
17   Blackburn, Mr. Gordon, and Mr. Isser.  Okay.
18                So Mr. Gordon, I will grant your motion to withdraw
19   as counsel.  Okay?  So your motion has been granted.
20                All right.  Now, one more issue.  Mr. Blackburn, I
21   know you filed a notice to dismiss Ms. Maraj and also a
22   motion for partial dismissal as to some of the claims against
23   Mr. Petty.  Is that right?  Sorry.  You're muted.  Say that
24   again.
25                MR. BLACKBURN:  Correct.  Correct, Your Honor.
```

```
 1                THE COURT:  Okay.  So the question I have for you
 2   is there is still a pending motion for default against
 3   Defendant Petty; is that right?
 4                MR. BLACKBURN:  Yes, Your Honor.
 5                THE COURT:  All right.  Do you intend to proceed
 6   with that motion at this time in light of the voluntary
 7   dismissals you've filed?
 8                MR. BLACKBURN:  Yes, Your Honor.  The motion
 9   practice has already been completed.  And we're just waiting
10   for the Court's decision.
11                THE COURT:  All right.  Now, it's a bit unclear as
12   to which claims you want to move for default on in light of
13   the voluntary dismissal as to Petty.
14                MR. BLACKBURN:  The remaining clauses of action,
15   Your Honor, which is --
16                THE COURT:  Understood. Understood.  But your
17   motion for default is as to all claims, including those that
18   you've already dismissed, right?
19                MR. BLACKBURN:  Correct, Your Honor.  Yes.
20                THE COURT:  Right.  So my suggestion is I think
21   it'd be easier if you were to refile if you do intend to move
22   for a default still against Mr. Petty, all right, as to just
23   those claims that are surviving after your notice to
24   withdraw, okay?
25                MR. BLACKBURN:  Okay.
```

```
 1                THE COURT:  Okay.  Mr. Isser, any objection?
 2                MR. ISSER:  No.  It's a little unclear from the
 3   notice exactly what claims are dismissed.  It was kind of
 4   hard to follow.  I guess that will straighten it out.
 5                And I'm also curious -- it's not necessarily
 6   related, but Defendant's withdrawn certain allegations based
 7   on a Rule 11 motion from Defendant Maraj, withdrawn certain
 8   allegations against Defendant Maraj.  That motion, though, is
 9   in his default motion against her.  But he hasn't withdrawn
10   them against Defendant Petty.
11                And he's made the same baseless allegations against
12   my client, that he's a member of a gang and things like that.
13   So I'm just curious if we'll be getting withdrawals of these
14   kind of allegations against my client as well.
15                THE COURT:  Go ahead, Mr. Blackburn.
16                MR. BLACKBURN:  Your Honor, Mr. Petty published a
17   video on Instagram that says, and I'm paraphrasing here, gang
18   shit, gang shit, heavy on the Macs, heavy on the Macs.  And
19   he throws up the gang sign for Mac Baller Brims.  So one
20   could assume that he's a member of the gang if he's saying
21   gang shit, gang shit, heavy on the Macs.  And I'll be more
22   than happy to provide that to the Court.
23                THE COURT:  Okay.  Understood.  So you're going to
24   as a matter of course, then, go ahead, withdraw your motion
25   for default.  I'll give you leave to refile in light of the
```

1   claims that you believe are still pending after your notice
2   of voluntary dismissal.
3           Okay.  So the question is, Mr. Blackburn, how much
4   time do you need to refile?
5           MR. BLACKBURN:  I'm seeking about a week or -- two
6   weeks, Your Honor.
7           THE COURT:  Okay.  All right.  So I'm looking at my
8   calendar now.  All right.  So how about this?  By the close
9   of business today, file a letter withdrawing your motion for
10  default, and I'll give you two weeks to refile.  All right?
11  Just so it's so clear on the docket.
12          So by February 14th, you can refile your motion.
13  Okay?
14          MR. BLACKBURN:  Okay.
15          MR. ISSER:  Your Honor.
16          THE COURT:  Yes.
17          MR. ISSER:  I assume we're not rebriefing it.  It's
18  just going to be -- going to use the same papers; is that
19  correct?
20          MR. BLACKBURN:  Yes, Your Honor.  I'm not going to
21  be rebriefing it either.  I'm just going to remove and
22  clarify which counts it's going to be relating to.
23          THE COURT:  Well, look.  I leave it up to the
24  parties as to what they're going to refile or resubmit.  All
25  right?  But make it clear as to what you're moving for

1  default on, what claims you believe are surviving after
2  notice of dismissal as to Petty, okay?
3            So Mr. Isser, I leave it up to you as well.  If you
4  want to tweak your response as well, I leave that up to you.
5  Okay?
6            MR. ISSER:  All right.  We'll work it.  Yes, Your
7  Honor.  Thank you.  I'll work that out with counsel.  If he's
8  not putting any new argument or anything in his papers, we
9  may just be able to agree to, you know, have it decided on
10 the papers submitted.
11           THE COURT:  Okay.  Understood.  Look, I don't think
12 it's going to be a heavy lift for either party.  All right?
13           MR. ISSER:  Agreed.
14           THE COURT:  Mr. Isser, how much time do you need to
15 respond?
16           MR. ISSER:  Well, I guess that depends on what
17 we're agreeing to.  If we're going to go on the papers
18 submitted, I would think two weeks.  But it sounds like from
19 the tenor of this conversation we're going to wind up resting
20 on our papers.  I guess just in case, two weeks is probably
21 good.
22           THE COURT:  Okay.  So by February 28th.  Okay.
23           All right.  Anything else you want to address today
24 for you, Mr. Blackburn?
25           MR. BLACKBURN:  No, Your Honor.

```
 1              THE COURT:  Okay.  Anything else for you, Mr.
 2   Isser?
 3              MR. ISSER:  No, Your Honor.
 4              THE COURT:  Okay.  With that, we're adjourned.
 5   Have a nice day, everyone.
 6         (Proceedings adjourned)
 7
 8                    TRANSCRIBER'S CERTIFICATE
 9            I certify that the foregoing is a correct
10   transcript from the electronic sound recording of the
11   proceedings in the above-entitled matter.
12
13                                          February 1, 2022
14   *Carrie Clouse* (signature)
15   _____      _____
16   Carrie Clouse, CET-1207              DATE
17   Legal Transcriber
18
19
20
21
22
23
24
25
```