# EXHIBIT # B



**Black (barry)**

And I can fly down wit u

Ur call

Barry

Stay on the strength of me

**Wifey**

message  call  WhatsApp  mail  pay

phone
+1 ( ) -8316

Send Message

Share Contact

Create New Contact

Add to Existing Contact