# EXHIBIT # F



**From: Judd Burstein**
**To: Lexie Chung**
**Cc: Steven D. Isser**
Yesterday at 7:40 PM

Hi—

I am connecting you with Steven Isser, Kenneth's lawyer.

Steven, listen to what she has to say – very helpful

Judd Burstein
Judd Burstein, P.C.
260 Madison Avenue
15th Floor
New York, New York 10016
(212) 974-2400
(212) 974-2944 (Fax)
(917) 687-2981 (Cell—Best number)

**MY APOLOGIES IN ADVANCE**

Reply...




14 Messages

< Back

Sent from my iPhone

On Oct 24, 2021, at 9:22 PM, Steven D. Isser <sisser@isserlaw.com> wrote:

It is nice to meet you Ms. Chung. I would love to speak with you. Can we speak tomorrow?

Law Offices of Steven D. Isser
424 Madison Avenue, Third Floor
New York, New York 10017
Tel: (212) 812-5096
sisser@isserlaw.com

**Privileged And Confidential Communication.**
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

**From:** Judd Burstein [mailto:jburstein@burlaw.com]
**Sent:** Sunday, October 24, 2021 7:41 PM

 Reply...