UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jennifer Hough,<br>      Plaintiff,<br><br> -against-<br><br><br>Kenneth Petty, AKA ("Zoo"),<br>an individual<br>      Defendant. | **Notice of Motion**<br><br>Civil Action No. 21-cv-4568 |

**PLEASE TAKE NOTICE,** that upon this motion dated February 14, 2022, the Declarations of Tyrone Blackburn, Robert Diaz, Jennifer Hough, and supporting exhibits, and Memorandum of Law in Support of this Motion, Plaintiff respectfully moves the Court pursuant to Federal Rules of Civil Procedure 55(b) and Local Civil Rule 55.2(b) to enter default judgment in favor of Plaintiff and against Defendant KENNETH PETTY on the grounds that said Defendant failed to answer or otherwise defend against the complaint; to set a date for an inquest so that Plaintiff may prove damages; and for such further relief as this Court may deem just and proper.

Date: February 14, 2022,

                   Respectfully Submitted,

                   *Tyrone A. Blackburn, Esq.*
                   Tyrone A. Blackburn, Esq.