UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Jennifer Hough,
                     Plaintiff,

-against-

Kenneth Petty, AKA ("Zoo"),
an individual
                     Defendant.

**Proposed Default Judgment**

Civil Action No. 21-cv-4568

This action having been commenced on August 13, 2021, by the filing of the Summons and Complaint, and a copy of the Summons and Amended Complaint having been served on Defendant Kenneth Petty ("Defendant Petty") on September 15, 2021, by personal service on Defendant Petty at his residence located at 23483 Park Colombo, Calabasas, CA 91302, and proof of such service was filed on September 17, 2021; and Defendant Petty not having answered the Complaint, and the time for answering the Complaint having expired; it is

ORDERED, ADJUDGED AND DECREED: That Plaintiff has judgment against Defendant Petty in the amount sought in the Amended Complaint and to be determined by the Court at an Inquest Hearing on _____.

Dated: Brooklyn, New York _____, 2022

                                                            _____
                                                                  U.S.D.J.

This document was entered on the docket on February 14, 2022.