# EXHIBIT # D

# California Megan's Law Website
State of California Department of Justice Office of the Attorney General

🏠 Home ☰ Menu   Translate Website | Traducir Sitio Web

**Search Type:** Name: Kenneth Petty   **Postable Offenders:** 1   Show Map   Show List

| Photo | Name | Violation | SVP | Address | City | Zip | County |
|---|---|---|---|---|---|---|---|
| | PETTY, KENNETH NICHOLAS<br>More Info | | | 23483 PARK COLOMBO Map | CALABASAS | 91302 | LOS ANGELES |

### Offender Profile

## PETTY, KENNETH NICHOLAS

### Known Aliases
- PETTY, KENNETH
- JOHNSON, AVERY

If you believe a crime has been committed, please contact your local law enforcement agency.

### Description
Date Of Birth: 4/7/1978
Sex: MALE
Height: 5'09
Weight: 170
Eye Color: BROWN
Hair Color: BROWN
Ethnicity: BLACK

### Offenses
Offense Code: 261(a)(2)
Description: ATTEMPTED RAPE BY FORCE OR FEAR
Year of Last Conviction:
Year of Last Release:

The Department of Justice has no information about a subsequent felony incarceration for this registrant

### Risk Assessment

**First Name:** Kenneth   **Last Name:** Petty   [Search]

▼ Address Search

Street Number: *
Street Name: *
Apt/Suite Number:
City: *
Zip Code: *
Radius: 2 miles ▾ [Find]

Information pertaining to schools, parks and street map data is obtained with permission of and through a license agreement with Google LLC. Search results may vary dependent upon Google LLC mapping coordinates. To broaden search results, expand the radius distance. Note: You may find that the results may differ based upon what is included in the search criteria.

▸ City Search
▸ ZIP Code Search
▸ County Search
▸ Near Me

☐ Include Transient Offenders*

*Registered Transient Offenders can only be viewed through the 'Show List' function and will display for the associated county pursuant to Penal Code § 290.46.