# EXHIBIT # G

Ad by CRITEO

Report this ad

Ad choices

Ad by CRITEO

Report this ad

Ad choices

Ad by CRITEO

Report this ad

Ad choices

Us News

# Nicki Minaj Sued Over Husband's Alleged Brutal Attack On Security Guard

• 3 days ago   0   14   2 minutes read



Ad by CRITEO

Report this ad

Ad choices

**Nicki Minaj** sued by a guard after her husband brutally assaulted a guard, breaking his jaw, resulting in a valid arrest warrant issued in Germany.

According to legal documents obtained by The Blast, Thomas Weidenmuller is suing the rapper for battery and mental harm. In the documentation, Weidenmüller claims to have worked as head of security at Nicki's 2019 concert in Frankfurt, Germany.

**Related Articles**


What to Watch as Kansas City Hosts the Bengals in the AFC Championship
2 hours ago


Aaron Rodgers spent extra time with Packers staff discussing future following playoff exit
2 hours ago


Teen who turned down $5,000 from Elon Musk to shut down a Twitter account tracking the billionaire's jet says he gets too much work satisfaction to settle for less than $50,000
2 hours ago



Willem Dafoe hosting Saturday Night Live is as weird as you'd expect, and as funny, unfortunately
3 hours ago

During the concert, the fan was able to bypass security and gain access to the stage. Of course, this infuriated Minaj after "a concert goer broke through the security barricade separating the audience from the stage and was able to enter the stage during Minaj's performance. Passing to the stage, a concert visitor passed a female security guard standing at the stairs leading to the stage.

# Nicki Minaj accused of assaulting a security guard after a concert



Mega

The guard claims that "the concert goer did not harm anyone else or damage any property during or after his limited time on stage. He just danced on stage to the music. He didn't try and actually make physical contact with Minaj on stage."

Ad by CRITEO

Report this ad

Ad choices

After the show, Thomas claims that Nicki Minaj and the "significant" entourage clashed with a female security guard about the incident, so he joined the conversation as head of security.

Ad by CRITEO

Report this ad

Ad choices

Nicki was "angry during this confrontation and yelled at the female security guard that she was acting like a bitch and accused her of putting Minaj in physical danger. During the confrontation, the female security guard burst into tears and apologized to Minaj," the lawsuit says.

# Nicki Minaj's husband is accused of hitting a security guard and breaking his jaw

*Mega*

At the time, Minaj was reportedly unhappy with the apology and began filming the interaction, demanding the woman "tell Minaj fans via tape that she didn't do her job and put Minaj in danger." As the groups dispersed, Minaj allegedly "thrown her shoes" at a security guard, but missed.

After the incident, Weidenmüller claims he was called backstage after the concert to speak with the artist. Nicky's then-boyfriend **Kenneth Petty**, approached him with Minaj and two other personal bodyguards. According to the lawsuit, Minaj began to shower him with insults and obscenities, again accusing him of having a physical or romantic relationship with another female security guard.

## Guard hospitalized for TEN days after brutal attack



*Mega*

"Without warning, Petty DELETED Weidenmüller from the side and hit the right side [his] face, he says. At the time, according to the man, he "immediately felt intense pain and was momentarily disoriented, and had to step aside around a corner to collect himself." He continued: "After two or three minutes, believing that his jaw was broken, Weidenmüller turned the corner again, returning to the place where Petty hit him."

It is reported that the police were called to the scene, and a criminal case was opened.

Due to the severity of his injuries, the man was allegedly hospitalized for ten days and "as a result of the brutal attack, Petty suffered a broken jaw".

# Nicki Minaj's husband Kenneth Petty reportedly has a warrant for his arrest in Germany

Mega

"After being discharged from the hospital, he was unable to eat solid food for some time and had to sleep in an upright position, because if he lay down horizontally, the concussion he received would have given him severe headaches," he said. he.

Amazingly, Weidenmuller says he has had EIGHT facial surgeries and now has "five plates in his jaw."

Kenneth Petty reportedly has a warrant for his arrest in Germany to this day following a criminal investigation into the attack.

Source link


(https://theblast.com/)

(https://www.facebook.com/TheBlastnews)

**Send us a Tip (https://theblast.com/have-a-tip/)**

Click (tel:+18444125278) or 844.412.5278 (tel:+18444125278)

(https://www.instagram.com/blast/)



# Nicki Minaj Sued Over Husband's Alleged BRUTAL Attack On Security Guard

by Mike Walters (https://theblast.com/author/mike-walters/)  Posted on January 27, 2022 at 4:14 pm

**Nicki Minaj** (https://theblast.com/web-stories/nicki-minaj-and-husband-want-to-sanction-rape-victim/) is being sued by a security guard after her husband brutally attacked a security guard, breaking his jaw, resulting in an active arrest warrant in Germany.

working as head of security for Nicki's 2019 concert in Frankfurt, Germany.

ADVERTISING



During the concert, a fan was able to bypass security and gain access to the stage. Of course, this enraged Minaj after the "concert-goer breached a security barricade dividing the audience from the stage and was able to get on stage while Minaj was performing. (https://ew.com/music/nicki-minaj-drops-out-of-mtv-vmas/)  In obtaining access to the stage, the concert-goer bypassed a female security guard stationed at the stairs leading to the stage."

# Nicki Minaj Accused Of Attacking Female Security Guard After Concert









damage any property during or after his limited time on stage. He simply danced on stage to the music. He did not attempt to, and did not actually, make any physical contact with Minaj while on stage."



Following the show, Thomas alleges that Nicki Minaj (https://theblast.com/c/nicki-minaj-husband-kenneth-petty-facing-10-years-prison-sex-offender/) and a "substantial" entourage confronted the female security guard about the incident, so he joined the conversation as head of security.

Nicki was "irate during this confrontation and screamed at the female security guard that she was a f—ing bitch and accused her of having put Minaj in physical danger. During the confrontation, the female security guard was in tears and apologized to Minaj," according to the suit.



# Nicki Minaj's Husband Accused Of Punching Security Guard, Breaking His Jaw

X

✗

**Mega**

At the time, Minaj was reportedly unsatisfied with the apology and began filming the interaction — demanding the woman "tell Minaj's fans, via the recording, that she failed to do her job and put Minaj in danger." As the groups were separated, Minaj allegedly "threw her shoes" at the

security guard, but missed.

Following the incident, Weidenmuller claims he was summoned backstage following the concert, suit, Minaj started hurling insults and obscenities at him, again, accusing him of having a physical or romantic relationship with the other female security guard.

# Security Guard Hospitalized for TEN Days Following Brutal Attack

**Mega**

"Without warning, Petty PUNCHED Weidenmuller from the side and made contact with the right side of [his] face," he says. At the time, the man says he was "instantly in extreme pain and was momentarily disoriented and had to step aside, around the corner, to collect himself." He

continued, "After two or three minutes, and under the belief that his jaw was broken, Weidenmuller turned the corner again, returning to the location where Petty hit him."





Due to the severity of the injuries, the man was allegedly hospitalized for ten days and "sustained a broken jaw as a result of Petty's brutal attack."

# Nicki Minaj's Husband, Kenneth Petty, Reportedly Has Warrant For His Arrest In Germany

X

✗

**Mega**

"Following his discharge from the hospital, he was unable to eat solid foods for some time and required to sleep upright because, if he laid down horizontally, the concussion that he sustained would cause him to experience extreme headaches," he reported.

Shockingly, Weidenmuller says he endured EIGHT surgeries on his face and now has "five plates in his jaw."



**Related to what you're reading:**

Nicki Minaj Doubles Down on Plans to Marry Boyfriend: 'I'm About to Be Married to My Soulmate'

Nicki Minaj's Ex-Boyfriend Safaree Shares First Photo of Baby With Erica Mena

Megan Thee Stallion TROLLS Mastro's Steakhouse For Their Burnt Salmon

Nicki Minaj Does Adorable Baby Talk While 8-Month-old Son Wears Burberry 'Fit

Birdman Million J Court B Miami N