# EXHIBIT # J



Case 1:21-cv-04568-ENV-JRC   Document 66-18   Filed 02/14/22   Page 3 of 4 PageID #: 1067



