# EXHIBIT # A

