# **EXHIBIT 2**

DocuSign Envelope ID: 783499AF-D655-45BB-BB64-DE0C2FE1C485
Case 1:21-cv-04568-ENV-JRC   Document 67-3   Filed 02/06/22   Page 2 of 6 PageID #: 1442

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------X
JENNIFER HOUGH,

        *Plaintiff,*

    -- against--　　　　　　　　　　Docket No. 21-cv-04568-ENV-JRC

ONIKA TANJA MARAJ, AKA ("NICKI　　**Declaration of Onika Tanja Maraj**
MARAJ" and KENNETH PETTY, AKA
("ZOO").

        *Defendant*.
-------------------------------------------------X

    ONIKA TANYA MARAJ declares under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct.

1.    I am a defendant in this case.

2.    I am advised that Plaintiff has filed an Affidavit of Service from a process server who claims that my husband and I were served because he personally handed the Summons and Complaint to my husband, who he describes as a "Black Male, 40 Years Old, 200 lbs. black hair, brown eyes."

3.    The process server is not telling the truth, as this never happened. In fact, my husband is approximately 5'9" tall and weighs no more than 175 pounds. Further, there is no person who resides in our house or who was present there on September 15, 2021, who fits the description contained in the Affidavit of Service

4. My failure to respond to the Complaint by the date which Plaintiff claims was my last date to do so was the product of series of innocent miscommunications:

a. After learning about the Complaint, I sought out recommendations for a lawyer in New York;

b. On September 22, 2021, Mr. Burstein was recommended to me and we met on a Zoom conference the next evening;

c. At the end of that conference, I believed that I had agreed to Mr. Burstein representing me, and I told him to work out the financial details with my manager, Angela Kukawski;

d. From that point on, I believed that Mr. Burstein was my lawyer and that I would hear from him when he needed to speak with me. I note that I have not had extensive experience with court cases and I did not know that I was at risk of a default while waiting to hear from Mr. Burstein.

e. I did not learn until October 12, when I received papers concerning a default, that Ms. Kukawski had not understood that I had approved Mr. Burstein as my lawyer and therefore he had not been retained.

f. Mr. Burstein was not available to speak with me until the evening of October 12, at which time the misunderstanding was cleared up and Mr. Burstein agreed to represent me upon approval of a retainer agreement and the payment of his advance retainer.

5. My failure to respond to the Complaint was the product of an innocent mistake, and I ask the Court to excuse the delay so that I can defend what I believe to be an entirely

2

frivolous case which Plaintiff's counsel has brought against me in an effort to use my name to generate publicity for himself.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 14, 2021 in the State of New York, New York County.

DocuSigned by:

_____
ONIKA TANYA MARAJ

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
JENNIFER HOUGH,

          *Plaintiff,*

    -- against--

ONIKA TANYA MARAJ, AKA ("NICKI MINAJ") and KENNETH PETTY, AKA ("ZOO"),

          *Defendants.*
--------------------------------------------------------X

Docket No. 21-cv-04568-ENV-JRC

**DECLARATION OF JUDD BURSTEIN**

    **JUDD BURSTEIN** declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

    1.    I am an attorney admitted to the Bar of this Court. My firm, Judd Burstein, P.C., represents Defendant Onika Tanya Maraj ("Defendant").

    2.    I submit this Declaration in support Defendant's motion seeking leave to file a late letter requesting a pre-motion conference in anticipation of a motion to dismiss the Amended Complaint pursuant to Fed. R. Civ. P. 12.

    3.    Annexed hereto as Exhibit A is a copy of the proposed pre-motion conference letter which Defendant seeks leave to file with the Court.

    4.    Annexed hereto as Exhibit B is a copy of my October 13, 2021 email correspondence with Plaintiff Jennifer Hough's counsel.

    5.    Annexed hereto as Exhibit C is a copy of an October 14, 2021 article posted on the *The Daily Beast*.

6. I confirm the truth of those portions of Defendant's Declaration concerning my role in her failure to secure my services promptly.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 15, 2021 in the State of Connecticut, Fairfield.

                                                              /s/ Judd Burstein
                                                               JUDD BURSTEIN