# **EXHIBIT 3**

No. 3524299

# Certification

**STATE OF NEW YORK, COUNTY OF QUEENS, SS:**

I, Audrey I. Pheffer, County Clerk and Clerk of Supreme Court Queens County, do hereby certify that on August 19, 2020 I have compared the document attached hereto,

The People of the State of New York against KENNY PETTY ( Indictment # 4521/1994): SENTENCE AND COMMITMENT (dated 4-5-95) page(s) 1

with the originals filed in my office and the same is a correct transcript therefrom and of the whole of such original in witness whereto I have affixed my signature and seal.

*Audrey I. Pheffer*

AUDREY I. PHEFFER
QUEENS COUNTY CLERK

# NEW YORK STATE SUPREME COURT
## Queens County, Part K6



**SENTENCE & COMMITMENT**

| THE PEOPLE OF THE STATE OF NEW YORK VS. | | Ind. No: 452/94 |
|---|---|---|
| KENNY PETTY | | Date: 3/__/95 |
| | | Hon: ARTHUR J. COOPERMAN, Justice |
| SEX: M | AGE: 16 | NYSID NUMBER: |
| | | Court Reporter: D. SPANO |

The defendant having been
☒ convicted of the crime(s) of:
☐ adjudicated a Youthful Offender;

It is the Judgment of the Court that the defendant be and hereby is sentenced to
☒ an indeterminate term of imprisonment which shall have a:
☐ definite term of imprisonment of: (specify days, mos. or yr.)

| crime(s) | min term (yrs) | max term (yrs) | |
|---|---|---|---|
| ATT RAPE 1° | 1½ YRS | 4½ YRS | |

as a
☐ second felony offender
☐ persistent felony offender
☐ Juvenile Offender — date crime committed _____
☐ second violent felony offender
☐ persistent violent felony offender

and/or
☐ Pay a fine of $_____ or serve a term of _____ days

and that this sentence shall run concurrent with _____
consecutive to _____

The defendant shall pay:
☒ a surcharge of $ 150.00 or serve a term of _____ days  ☒ from inmate funds
☒ a Crime Victim Assistance Fee of $ 5.00 _____ days  ☒ from inmate funds

The defendant is hereby committed to the custody of the New York City Department of Correction to be delivered to:
☒ New York State Department of Correctional Services until released according to law.
☐ New York City Correctional Institution for Men/Women until released according to law.
☐ New York State Division for Youth to be housed in a secure facility until released according to law.

Defendant's home address: 123 40 INWOOD ST ROCKAWAY, N.Y.

REMARKS: ☒ DEFT IS 16 YRS OLD AT TIME OF SENT. WILL BE 17 ON 4-6-95

Hon. Gloria D'Amico, Clerk of the Court

by U. CALCATERRA (print name)

U. Calcaterra (signature)
Court Clerk

WHITE - CORRECTIONS    CANARY - COURT FILE    PINK - BOARD OF ELECTIONS (If applicable)    SC-CR5 REV. 9 91