# **EXHIBIT 8**

**Family Speaks on the "Alleged" Victim of Kenneth Petty & Gives their recollection of Events in 1994!**
Judd Burstein
November 18, 2021
Transcript by TransPerfect

**EBONY:** Has Nicki Minaj or Kenneth Petty offered you or paid you any money to come out here and change her story?

**SHIRAN GRAYSON:** I don't even know Nicki, have a personal relationship with Nicki. And I mean, let me tell you something. When this first went down and I found out that my cousin was lying and that already had believed Petty side and wanted to, like I said, do this thing with his daughter and was talking mad shit I went to Cindy. I inboxed Nicki myself. Whether she ever looked at it and told her what she was dealing and if I was her, I will go and live my Barbie and Ken dream. I wouldn't worry about this girl. She was not raped by no damn Kenny. She was raped from inside the household and she's trying to put everything on Kenny to get into it that bag. There's no way that I would ever take any bribery, any money for anything like that. Like I said, I have family members that got murdered. People I know that got killed. Did little stuff like that. I do not play those games. And that's the number one reason that I do not care about the world seeing me go at her because I don't want anybody else to know that I have or even think that I sided with her.

**EBONY:** Hi guys. It's your girl, Ebony, with Black Tea. And I want to let you guys know that Crystal Nicole does have my permission to use this audio in footage for her video. Crystal Nicole is a great content creator and I hope you guys enjoy the show. Love you. Some viewers may find this video very disturbing. Viewer discretion is advised. So, before we get into this video, I just want to make everybody aware that I did rearrange this interview in order to tell the story in the way that I do. I did not remove anything from this interview besides one thing that was stated regarding the victim's daughter that I felt was too personal. Outside of that, nothing from this interview has been taken or cut. The only thing I have done is rearranged it because I want everybody to hear the cousin explaining why she decided to come forward and say something, how she feels about Jennifer, and especially why she first believed the victim's story to when things changed for her before we get into the gritty details of what she claims really occurred in 1994. So, let's go ahead and get into this.

**SHIRAN GRAYSON:** This is where I went wrong. I went wrong because when it first came out again in 2018 when they made a big deal of Nicki's -- any boyfriend Nicki's get they're going to blow it up -- but because of Petty because he wasn't -- we call him Zoo -- but because Zoo wasn't, I guess, what they thought should be her cup of tea they just went on -- it went on and on and on. And I know also from another person in the hood that kind of got upset, you know?

**EBONY:** Yeah.

**SHIRAN GRAYSON:** I mean, you don't want to call her name, but and put some stuff out there. So, it was when I'm looking, of course, I work in a bar so, I'm somewhere where a lot of people come, you know what I mean, a lot of celebrities come as well. So, it's just, of course, the story at the bar is one of the ones going to talked about the most. Of course, when I'm going into YouTube. And it's just like oh my God. Do you know what I mean? And this one is saying this and once I seen little comments, and they started mentioning my grandmother or the victim's mom and they were saying, oh, she's a white girl. Oh, she's this, oh, she's that. And it was -- it was getting me upset because of things they were saying about my grandmother were untrue. It

1

**Family Speaks on the "Alleged" Victim of Kenneth Petty & Gives their recollection of Events in 1994!**
**Judd Burstein**
**November 18, 2021**
**Transcript by TransPerfect**

was -- it's never been about making Jennifer a liar or trying to drag her or come for her because Jennifer has gone through a lot of things in her past.  I went there every single summer.  Every summer, every Christmas break.  Every break.  And when I -- and she says she was 14.  She wasn't even around.  I ran away from home at 14 because I was done.  My father was a pastor.  I couldn't listen to rap music.  I had to sneak to do everything --

**EBONY:**  Right.

**SHIRAN GRAYSON:**  -- so, when I was in New York I had more freedom.  So, I went -- and if I can check everybody can see I went to school at Far Rockaway.  And so, when this story first came out with her getting in trouble, you know, the cousins always know, this we're in trouble for this, that or what did she do now?  With Jennifer it's always like a oh, what'd she do now, but I'm always the cousin that always listens to her, that always, always, always accept her.

**EBONY:**  So, you're like that person in the family that she knows will actually listen to her venting and won't go against her.

**SHIRAN GRAYSON:**  Yes.  And she knows I have a soft spot for it.  I really -- let me tell you something.  I didn't even go to my grandmother's funeral and my cousin can tell you they're upset with me.  I didn't go to my own grandmother's funeral when she passed away because I had

**[00:05:00]**

got an attitude, called my aunties and them and said, "Well, Jennifer said that her name and her brother's name was not included in the obituary and you already know how grandma felt for them."  And my aunt said, "What are you talking about, girl?  This was the special one that she was talking about and read.  And look at you already starting."  Because I'm so like no, you know I had to keep everybody together.  You know, like, no.

**EBONY:**  Yeah.

**SHIRAN GRAYSON:**  And so, it caused so much, like, I didn't even go.  I'm already on one.  I didn't even want to go and mess up my grandmother's funeral at the time because it's just a revolving door with her, for her.  And I was bashing him for a long time, but it's just like no what's right is right and what's wrong is wrong.  I have a 16-year-old son and he plays football, and he has a lot of girls trying to come at him, come at him, very promiscuous.  [INDISCERNIBLE] begging him, "Please get me pregnant, me and my father is arguing."  So, I know how girls like you work, but I really try to be there for you.  What am I getting out of trying to get money from them for anything, like really?  I'm happy in my life.  And she knows that.  And so, the fact that -- I can show you inboxes of me really tell her, "Oh I'm so sorry that you have to see all of this, oh, I'm praying for you."  I mean, she really suckered me in.  I'm very hurt behind it because it's a dysfunctional family thing and this Nosey Heaux girl, whatever it is, it's you have no idea the sensitivity, the things that you are enemy like treading on.  You don't know everybody else that had to sit here and endure throughout these years to watch this girl do what she do to manipulate people.  She's very good at it.  I fell for the tears.

2

**Family Speaks on the "Alleged" Victim of Kenneth Petty & Gives their recollection of Events in 1994!**
Judd Burstein
November 18, 2021
Transcript by TransPerfect

**EBONY:** And what do you think she really wants? Do you think she wants the clout, or do you think she wants the money?

**SHIRAN GRAYSON:** Really, honestly speaking, now, I really think that girl just wants the love. I really think that she wants the love. I really feel that she has been battered and she doesn't understand. She's one of those kids that don't understand why she wasn't in her own house with a mother and a father that happy together and go that way. And that's quite fine because sometimes our lives don't go that way. That don't mean that we are -- that something's wrong with us, but it's like it is hard when you in the house and you've been molested and, you know? I've been molested. And my father's a pastor at a church --

**EBONY:** I'm so sorry that happened to you.

**SHIRAN GRAYSON:** -- and I've been molested. This is why I would never, ever -- I support -- I have so many little girls that come to me like, oh my God my uncle's or my auntie's boyfriend slept with me and I'm only 15, I can't say I'm having sex, and I'm pregnant. I'm like, "Oh my god, little girl, how did you know to come talk to me"? You know what I'm saying? I use my trauma to help the next. And when I got arrested for protecting another family member behind one of the same things, the same issues, I went to jail with girls who were raped and molested by their father and I said, you know what, when I went through it with cousins or stuff that was nothing compared to what they going through.

**EBONY:** But don't minimize it. You –

**SHIRAN GRAYSON:** I didn't minimize it.

**EBONY:** What happened to you was not right. And it doesn't -- just because it happened differently doesn't mean it wasn't just as horrible as those because you shouldn't have had that happen to you either.

**SHIRAN GRAYSON:** I shouldn't have, but it is so many things, now that understands what we came into this earth for. We're not -- we're going to go through these things accept from them.

**EBONY:** You're right.

**SHIRAN GRAYSON:** No one. No one isn't -- it's going to come in some form or way. You have to -- we gonna to go through these things. And so, it was something that I didn't walk around holding onto the hurt and blaming this one, and blaming that one, and it was just where was it getting me? Nowhere fast. And so, I chose to use it to help another. I'm not going to sit here and keep reliving it over and over and over again.

**EBONY:** Right.

**SHIRAN GRAYSON:** And I'm definitely not going to trip the blame the whole world for something that was meant to make me stronger.

**Family Speaks on the "Alleged" Victim of Kenneth Petty & Gives their recollection of Events in 1994!**
Judd Burstein
November 18, 2021
Transcript by TransPerfect

**EBONY:** Exactly.

**SHIRAN GRAYSON:** So, I would never -- if Nosey Heaux did her homework and she would know about me, and ask about me and she would see I went through just as much. But my brother got murdered when I was seven years old for a woman that was just like Jennifer that makes up these stories to make -- my brother was set up by a female --

**EBONY:** Wow.

**SHIRAN GRAYSON:** -- that took -- yeah -- that was -- he was out in the street at the time --

**EBONY:** I'm so sorry. That's hard.

**SHIRAN GRAYSON:** -- and so, this female, he got killed -- yeah, he got killed by someone who made up a lie and flee the town, and left him to take those bullets and explain his story so, it's like don't mess with – no I'm not about to do -- Nosey Heaux. I'm not going to do street games playing with people's lives for no amount of money. Are your serious right now?

**EBONY:** And I want to be objective though so, what about those people that will say that because your brother suffered that type of demise that possibly you're using that as a, as your lens to see Jennifer. What do you say to those people?

[00:10:00]

**SHIRAN GRAYSON:** Not at all because, not at all because I'm going back, because you forgot I once listened to her story. I once believed her side.

**EBONY:** Yeah.

**SHIRAN GRAYSON:** I was once right there talking about girl, they're doing this. She wasn't lying when she said you're the one who told me I did tell you it's out there. They're talking about the story again. It came up because he's married -- he's engaged to Nicki now, so, this is out here again.

**EBONY:** Right.

**SHIRAN GRAYSON:** It wasn't to go get the money, go get the bag. But once she started saying, well, oh, it's -- when I found out about the person that was working behind the scenes that's a very money hungry person and when I heard her go to that blog, I believe she did go to Tasha because she went to one of those blogs with the story the first time and that story sounded so phony. Me and my family members, my neighbors, everybody was just looking at each other. We could not stop busting out laughing. We was like this girl cannot be serious right now.

**EBONY:** Yeah. And to be clear that she, Tasha K., had nothing to do with that interview. That was actually --

4

**Family Speaks on the "Alleged" Victim of Kenneth Petty & Gives their recollection of Events in 1994!**
**Judd Burstein**
**November 18, 2021**
**Transcript by TransPerfect**

**SHIRAN GRAYSON:** It was somebody. I don't remember.

**EBONY**: -- and she did a full audio with her.

**SHIRAN GRAYSON:** It was her first story. Whatever it was I know I recall her saying he stabbed her in the stomach, and she had the slice mark to prove it. And I said well, girl, Iseeing you naked for years. I know you got a wound from having kids. I was like I couldn't stomach it. And that's when I was like, "Oh my God I owe my best friend a fucking apology." I'm looking at Zoo like this monster like even though I was seeing him, yeah, he around my niece. He's a good ass dad to my niece's daughter. Like, they love their dad. So, it's just it's always in the back of my head I'm hearing Jennifer's story. So, anytime something was to come up it's always that. So, it's like I could care less for anybody, for me to just sit here and say, oh, she's lying for money. For what?

**EBONY:** Right.

**SHIRAN GRAYSON:** I bartend. I work on the road. But everybody in New York knows where I lived. I'm going to show you every, single thing about this woman. This woman has taken me to India and London. This woman has done missionary work --

**EBONY:** Wow.

**SHIRAN GRAYSON:** -- all over. She has adopted many families. Many families call her mom. My grandmother adopted so many children. My grandmother had a home that she put an ad out in the paper and Jennifer's grandmother, her name was [PH] Marlene, she looked at this ad, called my grandmother and put her, Heather, Jennifer's mom and her brother [PH] Johnny in this car with some strangers and they brought them to New York. She didn't even know who the strangers where that brought her kids.

**EBONY:** Oh, my gosh.

**SHIRAN GRAYSON:** Yeah. So, this is the family that we talking about. They -- her roots are all the way in New Hampshire somewhere and I wish they never left there because it's like --

**EBONY:** Yeah, I hear you.

**SHIRAN GRAYSON:** -- my grandmother sacrificed a lot. She was not the best grandmother in the world, you understand, but she, Jennifer, was her prized possession and everybody knew that. And this is what started -- this was something that I will never forget that went on in my household. My parents, my mother and my two aunties were raped and molested by my grandmother's husband, right?

**EBONY:** Oh, wow. Okay.

**Family Speaks on the "Alleged" Victim of Kenneth Petty & Gives their recollection of Events in 1994!**
**Judd Burstein**
**November 18, 2021**
**Transcript by TransPerfect**

**SHIRAN GRAYSON:** My grandmother was one of those old school -- my grandmother, she -- whatever she did, she didn't protect them the way she should have, right?

**EBONY:** Okay.

**SHIRAN GRAYSON:** When she took Jennifer in, she had favoritism for Jennifer. For Heather and for Jennifer's -- for Heather's offspring. Well, she took them in, Jennifer always had this -- she was always promiscuous. She always got in trouble for cutting school, for doing something with a boy or something like that. But it was like I'm young, I am 12 and she's a little older -- she's two, three years older than me so, it's like I always looked up to her.

**EBONY:** Right.

**SHIRAN GRAYSON:** She was hanging out with a drug dealer boyfriend's. She always had a boy. She was a very beautiful girl. This is why I know when she says Zoo was just a drug dealer on the street. Zoo was just a bum. It's like, hold on, wait a minute.

**EBONY:** Right.

**SHIRAN GRAYSON:** I actually remember when this first went down like I said because my grandmother she stopped, my aunts that they were smothering. They stopped speaking to my grandmother because they couldn't understand how come when your husband raped us you did nothing, but Jennifer's lying and you went all the way down as far as pressing charges or this? You believed her side. This boy is in jail. That she had to spend a lot of time over at the house wasn't how she presented how it went you know what I mean because she's making it with Zoo, oh, he was just a bum. He was just a nobody and he just, you know? And then in one of the stories she says oh, he sliced me. This was the very first story I heard that made me upset when she actually went to the blogs, because I was trying to stop her because when I told her that our name was all and that the situation was all in the opening, instead of her

[00:15:00]

do what I thought she was going to do. Like, oh, I'm over that, that ain't nothing, because she did say things like that. So, it's like, Jennifer, what do you mean a foster home? She named you from the hospital and your mother didn't care about you. Not only that, this is what really what got me upset when she was telling her story, because it's like I was wrong for not put -- for putting her name out there because she did ask. You know, I like to respect other people, but it's just like okay you were lying for too long. We're not going to do this with the oh, I'm friends with his baby mother. I need to tell you how that go. I grew up in a neighborhood with his baby mother, with Kenny's baby mother.

**EBONY:** Okay.

**SHIRAN GRAYSON:** So, it's like … so, this is the very thing that put the icing on the cake with her --

6

**Family Speaks on the "Alleged" Victim of Kenneth Petty & Gives their recollection of Events in 1994!**
Judd Burstein
November 18, 2021
Transcript by TransPerfect

**EBONY:** Right.

**SHIRAN GRAYSON:** -- because my best friend she does have kids with Zoo, she does. They were not together -- they were not in a physical relationship when he left with Nicki. He already had left her for Red Bone. And so --

**EBONY:** So, Red Bone was the girlfriend after your best friend?

**SHIRAN GRAYSON:** After my best friend, yeah, she was somebody that they were having entanglements --

**EBONY:** I feel you.

**SHIRAN GRAYSON:** -- from my understanding.

**EBONY:** I feel you.

**SHIRAN GRAYSON:** But it was never something that he came out and said hey, he always denied the girl because she be harassing my best -- she would harass my best friend like with little, you know, with little stuff or whatever for her. So, it was just like, what? And then it was like by the time he got to Nicki my best friend was just like we were like oh, you go child. But then he did alright, because if he went from you to Nicki [INDISCERNIBLE] and she's like exactly, thank you God. But they look happy together. You see what I'm saying?

**EBONY:** Right.

**SHIRAN GRAYSON:** Like we've never seen him smile like that. And to me, I'm just well, shoot. Well, maybe God to give him this life with Nicki because he did have to get his innocence taken away from him, because at that point me and my best friend were going at it so much with this did my baby father do this or when we got into an argument with each other over little stuff it was something that came up so, it was like okay, I need to get down to the bottom of it. We put Jennifer on three-way. Me and the baby mother, we put Jennifer on three-way. She had no idea. I told her it was -- and then I would call her again with the friend that I told her was a lawyer friend of mine. Next thing to hear her story out loud like really giving her a chance because I swore to my best friend like, I don't know sorry, like I don't know I believe my cousin because you want to believe your cousin. You want to believe the person from your household. You want to be supportive.

**EBONY:** Right.

**SHIRAN GRAYSON:** When this girl said to me that second time that I allowed her to say that story she says   yeah, I mean, I was already going into it in this house and this happened and it was just when I was with him I was just so upset that he would treat me like that, he already know what I've been through.  Huh?

7

**Family Speaks on the "Alleged" Victim of Kenneth Petty & Gives their recollection of Events in 1994!**
Judd Burstein
November 18, 2021
Transcript by TransPerfect

**EBONY:** What? So, what she just said was that Jennifer said that she had already had something going on in the house that morning so, when she went and spoke with Kenny, she was so upset that he would treat her like that after already knowing what she had been through. So, I do remember that on Daytime's Tea time's interview back in 2019 she stated that that morning her and her grandma had gotten into some type of an argument because her grandma was looking for a pair of black shoes or something and she had a lot of black shoes so, something had gone on that morning before she ran into Kenneth at the bus stop.

**JENNIFER HOUGH:** But this happened September 16th of 1994. It was a Friday day morning, and I will never forget it because I got into trouble by my grandmother because I couldn't find her matching black boots so, what she had like ten pairs of the same freaking boots.

**SHIRAN GRAYSON:** What? Hold on, hold on, hold on, hold on, hold on.

**EBONY:** That's not the original recollection of events.

**SHIRAN GRAYSON:** This is -- right. It went with nothing. It went with nothing what she previously said to me when I had your back. So, now we're just like, at this point I had to stop. I had to [INDISCERNIBLE] my best friend [INDISCERNIBLE]. I told Jennifer I said let me tell you something. I said if that man did rape you, I caught her in a lie and I said if he rapes you I said he did his time so, why are you going about trying to use this as a story? What? F U and your whole family. And you just saying that because oh, you friends you're sleeping with the enemy. I'm like, what are you talking about sleeping with the -- oh, because you're with Zoo and you with his -- what are you talking about because my best friend is not even like -- he's not somewhere where Zoo is over there every day and we all hanging out. It's not even that type of party. I work. She had her kids. My best friend is dedicated to her kids. She's never been bitter about the Nicki situation or nothing. If anything, it was us. It was her friends that were mad. Like, how dare you leave our friend? How dare you, you know? And so, we did. And so, when she's talking about as far as oh, I want to -- we were dressed, we were in Forever 21

**[00:20:00]**

and they had some Barbie sweatshirts and some wigs and the baby always likes to play dress up with pocketbooks. She always think she Nicki Minaj or Cardi B or whatever. So, yeah, we dressed her up. We dressed her up. And we took the pictures. We took the pictures of her, and we did to share the – share – and now she's dying laughing because this is a lot for her as well. Her children have to watch the media, watching their father get bashed. You know, watching this whole thing. And it's like I'm stuck in the middle of it because it's my cousin that's given him this bad name --

**EBONY:** Right.

**SHIRAN GRAYSON:** -- and I have sat here and supported her this whole time and then come to find out she lied to me or and then that's when I sat down with my family and was like, okay, tell me what's going on.

8

**Family Speaks on the "Alleged" Victim of Kenneth Petty & Gives their recollection of Events in 1994!**
**Judd Burstein**
**November 18, 2021**
**Transcript by TransPerfect**

**EBONY:**  So, before we get into this story that Sunday's getting ready to tell regarding what she says she was told my family about what really occurred in 1994 between Kenneth and the victim.  So, she says that in the beginning she believed her cousin and she was always on her side.  That this would come up sometimes between her and her best friend, which is Kenneth's baby mother, and she would always defend her cousin.  She admits that the household, nor her grandmother, was perfect and that her grandmother did not handle the situation well between what happened to her aunt and mother.  But when it came down to Jennifer, Jennifer was cherished by her and when this happened, she was there for her and believed her.  I'm talking about the grandmother here.  And that's what her aunts had been mad about, especially since the grandmother did know that she had been hanging out at Kenneth's house at times.  Now, it wasn't until December 2018, that Sunday belief in Jennifer had changed because Jennifer had changed her story when she was trying to prove to Kenneth's baby mom that she was telling the truth or when Sunday was trying to give her a chance to tell her story again.  Now, all of this was going on while the blogs were posting about Nicki and that comment she had made.  Now, once Jennifer's story changed and she had lied to Daytime Tea Time about the scar on her stomach from being cut according to Sunday on December 2018, Sunday had contacted Jennifer to ask her what was she doing and had she gotten paid, et cetera, et cetera and that if Kenny had done this he had served his time so, what was she coming to the blogs for and Jennifer cussed her out.  That's around the time that Sunday had sent Nicki Minaj this text message that she doesn't know if Nicki ever saw because she never responded to it.  And then Jennifer does her interview with Daytime Tea Time that dropped on January 4, 2019, where she starts throwing Sunday under the bus.

**JENNIFER HOUGH:**  Wow.  I don't even have anybody on my side that I can truly trust because the family member who originally told me about this who wound up sending me text messages telling me after your story came out that that's a -- what she said $89 million pussy that he could possibly lose.  He already did his time.  That stop acting like a victim, that she has his friends were Bloods coming and questioning her about this incident and that he would shoot her and that I didn't care anything about her being up there in New York where he's at and --

**CANDID CANDICE:**  Now, is this the same, is this the same person who said that they just want a house and a car out of this or something like that?

**JENNIFER HOUGH:**  Right, yeah.  Mm-hmm.

**CANDID CANDICE:**  So, it's clear that she just wants financial gain from him continually to be with Nicki Minaj.

**JENNIFER HOUGH:**  Right.  But her best friend is his children's mother.

**CANDID CANDICE:**  Wait, so one of your family member's best friend, is the baby momma of Kenny?

**JENNIFER HOUGH:**  Yeah.  Before he linked up with, before he linked with Nicki he dropped her off at the train station.

9

**Family Speaks on the "Alleged" Victim of Kenneth Petty & Gives their recollection of Events in 1994!**
Judd Burstein
November 18, 2021
Transcript by TransPerfect

**CANDID CANDICE:** So, is this a huge plot for them to have a come-up?

**JENNIFER HOUGH:** Look, listen, when I tell you that's the reason why I've been afraid to say anything.

**EBONY:** Now, after Daytime Tea Time's interview with Jennifer had dropped on January 4th, 2019,

[00:25:00]

we really didn't hear anything from the victim until November 27th, 2020, when she came out on YouTube again on her own channel named, I Belong To Me, to tell her story again where she had now changed her story from a grandmother who had raised her to a foster family.  The only time we had heard anything during Daytime Tea Time's interview about a non-blood relation was when she was talking about Sunday and her aunt at the inn so, Sunday got mad and addressed her again on Nosey Heaux's Live and that's how she fits into this entire situation.  And so far, I deem her pretty much credible.  So, let's move onto what the events were in 1994 according to her.

**SUNDAY**:  And that's when I sat down with my family and was like, okay, tell me what's going on.  And then that's when they reminded me, look, grandma not only went to the hospital with her, she lied about that.

**MALE 1:**  And so, can you tell the people because a lot of people wanted to know.  They like, well, if you got raped, why wouldn't your grandmother or your foster mother, go with you to the precinct?  A lot of people wanted to they wanted to --

**JENNIFER HOUGH:**  Because she wasn't there, she wasn't there with me when I got raped.  I clearly stated that I ran to school because she was already in her 60s.

**MALE 1:**  Right.

**JENNIFER HOUGH:**  Do you know what I'm saying?  She was tired.  She wasn't -- the police --when I got to the school and then I told my cousin [INDISCERNIBLE] and the security guard and the police and when the police came they put me in a police van.  They put me in a police van.  And there was another cop car.  It was a few of them.  I showed them where the location was that this took place.  The cops stayed with me in the van.  When they came out, they asked me if that I was him and I say yes and then we took off.  We left.  And they took me straight to the hospital.  I don't know when they contacted my grandmother.  I don't really remember.  But she was in contact with the police.  She knew what was going on.  You know what I'm saying?  It wasn't that she was total oblivious or didn't care.  It was -- she had a house full of other kids to take care of.  She always had kids in the house.  I grew up with -- I grew up with foster children, mentally handicapped kids.  Like I said, she raised my mother and my mother's brother.  She raised me and my brothers.  My mother had six kids, you know what I'm saying?  So, her life was spent taking care of children.  She was there at home when I got home.

10

**Family Speaks on the "Alleged" Victim of Kenneth Petty & Gives their recollection of Events in 1994!**
Judd Burstein
November 18, 2021
Transcript by TransPerfect

**MALE 1:** Right.

**JENNIFER HOUGH:** You know? But no, she -- and she didn't drive. She didn't drive. She ain't never drove.

**MALE 1:** Okay.

**JENNIFER HOUGH:** Never learned to drive.

**MALE 1:** Okay. And she was an older lady, you know what I'm saying? A lot of people say why didn't she -- she was an old lady taking care of the kids at the crib so, it makes sense why she couldn't just rush and run to the hospital. You aren't the only foster kid she was looking over --

**JENNIFER HOUGH:** No.

**MALE 1:** -- and she had smaller ones so, that makes sense.

**EBONY:** Wow.

**SHIRAN GRAYSON:** Also, went up there trying to drop this boy's charges and they said it was too late, because State already picked up the case which I don't understand.

**JENNIFER HOUGH:** I'm guessing that they had all the evidence that they needed. What happened was, I had an older family member and my family who took me to court on his court date and they had me on the stairwell. Mind you, I wasn't supposed to be in court. I didn't have to testify, I didn't have to go on the stand, I didn't have to do any of that because the case is -- the State had already picked it up. So, I'm standing on the stairwell waiting for his court time waiting for him to go to court, because I was supposed to stand up in court and say I want to drop the charges in that kind of way. But what happened was the district attorney wound up taking the steps. I end up going. She took the steps and when she seen me, she asked me, Jennifer, what are you doing here? You're not supposed to be here. You didn't have to be here for this. And I was able to turn my back to the people I was with and let her know that they were trying to force me to drop the charges. So, I did follow through with going in the courtroom.

[00:30:00]

I did stand up, I did interrupt the Judge and I said, I want to drop the charges.

**JENNIFER HOUGH:** His mother and father, those – the people I lived with they allowed his mother and father to take me to go see the district attorney to pretend and pretend that they were my aunt and my uncle.

**CANDID CANDICE:** Pretend like what?

11

Family Speaks on the "Alleged" Victim of Kenneth Petty & Gives their recollection of Events in 1994!
Judd Burstein
November 18, 2021
Transcript by TransPerfect

**JENNIFER HOUGH:**  Pretend like they were my aunt and uncle.

**CANDID CANDICE:**  So, who was going to pretend to be the aunt and the uncle?

**JENNIFER HOUGH:**  His mother and father.

**CANDID CANDICE:**  Oh, wow.  Just to have parents there.

**JENNIFER HOUGH:**  So, they -- so, no, so they can go back and, I guess, let his lawyer know what was going on.  They didn't come in there with me and say we're Kenneth Petty's parents.  Let me explain something to you.  They tried to force me to drop the charges.  They were hiding me on the steps in the courthouse.  The State took the case over because, you know, of my age.  So, it wasn't Jennifer against Kenneth Petty.  It was the state of New York City against Kenneth Petty.  So, I didn't have to be at court to testify.  They weren't using me to testify.

**CANDID CANDICE:**  Okay.

**JENNIFER HOUGH:**  There was no reason for me to be at court. They forced me to go to the courthouse to drop the charges.  I was hiding on a staircase.  And it just so happen that something was going on with the elevator, or maybe it was taking too long or whatever, but the DA happened to come up the steps and she seen me and she pulled me aside and asked me what I was doing there and I was able to whisper to her that they were trying to force me to drop the charges.

**SHIRAN GRAYSON:**  Once her daughter called me and asked, "Oh, do you know what Kenny did to my mom?"  Yes, I know what Kenny did to your mom.  Just call me because I don't want to sit here and say, listen, your mom's a lie.  What Kenny did with your mom was, Kenny is over to have sex with her and tell her go home because his main girlfriend was coming.  He knew that she was a slut case.  She's got a whole train ran on her by the niggers in the hood.  And when she got caught cutting school she came home and that was the lie that she told my grandmother.  And when my aunt and all of them and my oldest sister went onto the neighborhood to see what was going on that's when they -- oh my God, they would not let my grandmother live with it and that's when she went and got down to the bottom of it and then you hear her say, oh, I was not supposed talk about it and I was sent down South because you got caught up in a lie and you embarrassed the hell out of her.

**EBONY:**  So, what Sunday is saying is Jennifer got mad at Kenneth after he sent her home after him having sex with her because his main girlfriend was coming over to the house.  When Jennifer got caught skipping school that day that's the lie that she came home and told her grandmother.  Now, when her aunts had went out into the neighborhood to discuss what was going on with the situation they found out that Jennifer had had a train ran on her by the boys in the neighborhood, and they went home and told the grandmother and they would not let it die until she questioned Jennifer about it, and that's when Jennifer admitted what really happened and her grandmother attempted to drop the charges, but it was too late because the state had picked up the case already.  So, let me just explain something here.  This is probably the reason

12

**Family Speaks on the "Alleged" Victim of Kenneth Petty & Gives their recollection of Events in 1994!**
Judd Burstein
November 18, 2021
Transcript by TransPerfect

why he was able to plea down to attempted rape from rape and why he only served four years. Now, Sunday was really on a roll here when she was telling the story so, I just broke it down in a more simpler way.  Now, she says the reason that Jennifer had to leave was because she embarrassed the hell out of her grandmother when she found out about the situation.  Now, Sunday goes on to share some more things about Jennifer after she talks about them not dropping the case because of the state so, I'm going to let the rest of that play.  Now, as I stated in the beginning of this video, I did take out certain parts regarding the daughter as I do feel that some of that was just a little too personal, and this isn't about her daughter and if the daughter wants to come out and share her side of her story regarding her mother then I'll let her do so, but it won't happen here.  Now, Black Tea Blog did have a Part 2 to this interview which she did share with me, and I am not going to include it in this video as I feel like I got the gist of her part of this entire situation and what her story is, and this video was enough to tell her side.  But if you'd like to see Part 2, please leave it in the comments and one of us will let you know where you can view it.  I'll leave it up to you guys to share what you feel regarding her story in the comments.  And I want to thank you all for tuning into the video.  Now, here's the rest of Part 1.

**SHIRAN GRAYSON:**  And also went up there trying to drop this boy charges and they said it was too late, because State already picked up the case which I don't understand.

**EBONY:**  But look at it this way though real quick -- and I don't mean to cut you off -- I kind of feel like when you guys were in that New York setting

[00:35:00]

we saw the same thing with Central Five so, the state was going very heavily after sex crimes against African American males no matter what age and for --

**SHIRAN GRAYSON:**  No matter what age.

**EBONY:**  Exactly.

**SHIRAN GRAYSON:**  Especially against a white women.  Your mother's white.  Your mother's a Caucasian with blue eyes and blonde hair, but you're saying I'm not white, I'm black.  Girl, stop it.  You already know how it is with them.  And you know how it is if you really pay attention is [INDISCERNIBLE] smartest person in the world when it comes to the law.  But it said he went down.  He did time for a gun charge.  They didn't even make that rape charge number one.  You have a history of being promiscuous.  You don't want to show your face because you're running from your last kid's father who wants to tear your head off.  That's why you won't show your face.  You have -- she has no teeth in her mouth --

**EBONY:** She has no teeth?

**SHIRAN GRAYSON:**  -- at all.  You're 42 years old and you're saying the fact that she had to say oh, how did -- oh, did they pay you to say this?  No, because none of us really even get along.

13

**Family Speaks on the "Alleged" Victim of Kenneth Petty & Gives their recollection of Events in 1994!**
Judd Burstein
November 18, 2021
Transcript by TransPerfect

I haven't seen my best friend since February behind all of this, the mess.  I just want out of this.  I don't want to hear about it anymore.

**EBONY:**  And I kind of felt like when they brought you on that live, I almost felt like that was to shut you down.

**SHIRAN GRAYSON:**  Yes, it was.

**EBONY:**  All she kept saying, how much they're paying you?  Literally, she didn't even give you a chance to speak.

**SHIRAN GRAYSON:**  Exactly.

**EBONY:**  And then she put you on mute.

**SHIRAN GRAYSON:**  And then she put me on mute.

**EBONY:**  What the hell?

**SHIRAN GRAYSON:**  And so, it's like the people who just talked to me you just validated me more for the people in Fashion Week.  I'm a bartending with the girl brother's who's a designer.  And we so tight.  We like close knit family in that place where I work so, we -- she's the makeup artist. She's like well, my brother does Fashion Week.  I'll take you next time as a birthday gift.  And when I went it wasn't like okay, okay, yeah, you all giving me Fashion Week tickets and I'm sitting front row at the Fashion Week.  I'm back there seeing the models and helping them get the show together which is where I want to be anyway --

**EBONY:**  Right.

**SHIRAN GRAYSON:**  -- so, you see what I'm saying here?  Not only that, oh, she so hustle because we were with Lil Uzi.  Lil Uzi loves the restaurant Vibes where I used to work and we used to make him Fruity Pebble waffles and food and drink and --

**EBONY:**  That's the bomb, actually.

**SHIRAN GRAYSON:**  That's the bomb.com.  My job was everything.  And if you go and look at my pictures, you'll see Vibes.  You'll see me working, bartending.  You'll see the celebs coming out because that place to eat because the vibes were good --

**EBONY:**  Right.

**SHIRAN GRAYSON:**  -- so, I never have to clout chase, I never even wanted -- I get nervous when I celebrity come eat.  What I be clout chasing for?

**EBONY:**  Right.

14

**Family Speaks on the "Alleged" Victim of Kenneth Petty & Gives their recollection of Events in 1994!**
Judd Burstein
November 18, 2021
Transcript by TransPerfect

**SHIRAN GRAYSON:** You see? What do I need to get paid for any of this for? It was something that I manifested. It's something I always wanted in life and it came the same way she could've manifested instead of using people to pay for a past, an ugly past, to happen and it's like she's forgetting the fact that everybody feels rain. When we incentive there ain't nobody except who so, please stop it.

**EBONY:** And the thing is is -- and I want to know your perspective on this -- so, from what I'm getting she, obviously, got into some stuff with Kenny, she realized that she wasn't the main one and she was embarrassed so, she took that story and changed it because of that embarrassment and --

**SHIRAN GRAYSON:** And she did. She mostly definitely did. And that's why I feel really bad because it's like I really did believe her. And I was bashing him for a long time. But it's just like no, what's right is right and what's wrong is wrong. I have a 16-year-old son and he plays football, and he has a lot of girls trying come at him, come at very promiscuous. I mean, and they begging him, please get me pregnant, me and my father's arguing so, I know how girls like you work but I really tried to be there for you and that's why --

**EBONY:** And the thing is that's interesting how life changes, right? It changes so, that we're able to see things through another perspective. So, now you're seeing Kenny, not him exactly, but a young man whose subject to something that he probably shouldn't be involved in. And --

**SHIRAN GRAYSON:** Absolutely.

**EBONY**: That's crazy.

**SHIRAN GRAYSON:** It's crazy because it's like, at the end of the day he -- it -- what is it, what does it gain me to help any of them? Do you understand what I'm saying?

**EBONY:** Right.

**SHIRAN GRAYSON:** Wait, like, it's my best friend. Yeah, we were very, very close, but why would I -- what am I getting out of trying to get money from them for anything? Like, really. I'm happy in my life and she knows that. And so, the fact that I can show you in inboxes of this of me really turn this on oh, I'm so sorry that you have to see all of this. Oh, I'm praying for you. Oh, I mean, she really suckered me in. And it's -- as soon as as I felt if she really did do that and fuck you the way that you got so mad. And this is the thing right here with me, right? This is it for me. And this is what really it was like I feel like the ancestors wanted me to see. It was Jennifer the one that's talking now that was baby Kenya.

**[00:40:00]**

The beginning of this year her four-year-old daughter, beautiful, beautiful, her four-year-old daughter, my aunt she dropped her off when she about two months, when she was about three months old, my sister dropped her off to my aunt's house for her -- she was supposed to be there

15

**Family Speaks on the "Alleged" Victim of Kenneth Petty & Gives their recollection of Events in 1994!**
**Judd Burstein**
**November 18, 2021**
**Transcript by TransPerfect**

for two weeks -- never came and back and got her.  Mind you at the same house that this is the reason all her kids are depressed and all sad because they were also in raised in the house, right?  The very same house she says now her daughter's four.  They at a wedding.  At her brother's wedding everybody talking, laughing, having fun, here goes Jennifer.  She needed some type of energy. Oh, she stops the whole table to say -- oh, they drinking, having fun at her brother's real wedding reception.  Oh, I'm not sitting and all that because she said so and so laid her down and said --

**EBONY:**  At the party?

**SHIRAN GRAYSON:**  At the middle of the wedding reception.  Everybody's like, okay, Jennifer, we don't got time for this, right, and walks away.

**EBONY:**  Wow.

**SHIRAN GRAYSON:**  My aunt is so hurt like hurt; my aunt loved this baby momma.  My aunt took care of this kid like her own.  Took her to Florida on a Disney trip.  Everything for this little girl.  This girl has not wanted for anything.  And she called her auntie, 'Mamie'.  Do you know two weeks later after accusing my same auntie, this year, asked my aunt oh, could she stay with you for the -- I don't want to stay for good, but could she stay for the summer? Girl, just say you miss your kid, and you need a babysitter.

**EBONY:** Right.

**SHIRAN GRAYSON:**  You had to go through all of that to drop your baby right back off at the same person that you just said molested her two weeks ago.  Of course, I'm going to interrupt you while you're sitting here trying to tell a story and play yourself.

**EBONY:**  Wow.

**SHIRAN GRAYSON:**  And yesterday and your daughter whose up there baby Kenny or baby Sue or whatever they want to call her, she knows this.  Yeah.  And so, it's for all of you to sit there and do all that that, like please stop.  I don't have no reason to, you know what I mean?  So, I'm very hurt behind it because it's just like this dysfunctional family thing and this Nosey Heaux girl or whatever Heaux or whatever it is it's like you have no idea the sensitivity of the things that you are enemy like treading on.  You don't know everybody else that had to sit here and endure to watch this girl do what she do to manipulate people.  She's very good at it.  I fell for the tears.

**EBONY:**  And see, this is the thing.  This is my thing with the nosy girl, right?  You are on here, this platform, saying that you care about victims.  You're saying that you want victims to get their voices heard.  But one of the biggest things about being a victim advocate is to gather the facts, is to look at this case objectively and to talk to all the parties involved.  But what I'm seeing is, it's obvious -- because this Nosey girl she creates threads online about Nicki, she tweets about Nicki a lot, and it's like she latched onto this and here we are exploiting your family.

16

Family Speaks on the "Alleged" Victim of Kenneth Petty & Gives their recollection of Events in 1994!
Judd Burstein
November 18, 2021
Transcript by TransPerfect

**SHIRAN GRAYSON:** Exactly.

**EBONY:** -- for clicks and views.

**SHIRAN GRAYSON:** Exactly.  But this is the thing, she didn't even -- if she did her homework, she would've seen that Lil Uzi and the celebrities been coming to this particular bar long time ago.  If you did your homework, you would've seen the same girl that works with me at the bar is the same girl in there at Fashion Week who brother is the top fashion designer.  You're not doing your work, girl.  Before you say I'm money hungry for something, could you please give me that money?

**EBONY:** Right.

**SHIRAN GRAYSON:** Like, oh, ratchet, please because --

**EBONY:** And that's the thing, it's like Jennifer is just -- it -- there's no doubt.  When I saw her in the TikTok video with her daughter you could tell that there wasn't something completely right in her aura.  And you could see that there was trauma behind that aura.  And I've learned, working with victims myself, that sometimes when they are promiscuous that is a form of self-sabotage, right.

**SHIRAN GRAYSON:** My whole thing is Jennifer I don't want these people to sit here and believe somebody that will sit here -- you just sat here and said -- you can't be in your right mind to sit here and in the same year accuse somebody of doing something to your beautiful four-year-old at the same house where you care for the kid.  And when she said yeah, I've got my kids now.  Yeah, what, bitch, you're mad because she didn't take care of you?  It's no, my parents have a big house.  No, I don't own a house.  I always was like the person that I see that same type of girl that my father always let me know whatever you do you can always come home.  All the accusations she had against me I already knew she were covering up something.  So, she keeps giving me a reason to be like wow, what is it?  What is your whole point?  I really think that Jennifer wants love in the way that she talks and the way that she started speaking and she's oh, yeah, well, because, I mean, yeah, nobody was wishing me.  That's right, girl, you need some love and affection.

**EBONY:** Wow.

**SHIRAN GRAYSON:** And I am happy that those hoes and all those mother fuckers on my page has given her what she want.  I hope they got somebody to rub they backs for the issue that they fell for this bitch.

**[00:45:00]**

17