# **EXHIBIT 9**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

JENNIFER HOUGH,

                 Plaintiff,

   -against

ONIKA TANYA MARAJ, AKA
("NICKI MINAJ") an individual,
KENNETH PETTY, AKA ("ZOO"),
an individual

                 Defendants.

Case No. 21-CV-04568

**NOTICE OF VOLUNTARY DISMISSAL**
**OF CERTAIN CAUSES OF ACTION**
**DEFENDANT KENNETH PETTY**
**PURSUANT TO F.R.C.P 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff,

JENNIFER HOUGH ("Plaintiff"), and her counsel hereby give notice that Plaintiff voluntarily

dismisses the Fifth and Seventh causes of action against Defendant KENNETH PETTY, and only

to the extent it relates to conduct from 2018 or later, the Fourth cause of action of the Amended

Complaint, WITHOUT prejudice.

Dated: January 26, 2022

Application Granted
**SO ORDERED**
Brooklyn, New York
Dated: _____1/27/2022_____

/s/ Eric N. Vitaliano

Eric N. Vitaliano
United States District Judge

*Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.
T. A. Blackburn Law, PLLC.
1242 E. 80th Street, 3rd Floor
Brooklyn, NY 11236
T: (347) 347-7432
E: tblackburn@tablackburnlaw.com