## JUDD BURSTEIN, P.C.
ATTORNEYS AT LAW

JUDD BURSTEIN*
JBURSTEIN@BURLAW.COM

PETER B. SCHALK**
PSCHALK@BURLAW.COM

EMILY C. FINESTONE***
EFINESTONE@BURLAW.COM

*ALSO ADMITTED IN CONNECTICUT
**ALSO ADMITTED IN NEW JERSEY
***ALSO ADMITTED IN MASSACHUSETTS,
   PENNSYLVANIA, AND VIRGINIA

260 MADISON AVENUE
15TH FLOOR
NEW YORK, NEW YORK 10016
TEL: (212) 974-2400
FAX: (212) 974-2944
WWW.BURLAW.COM

12 OLD HILL FARMS ROAD
WESTPORT, CONNECTICUT 06880

March 31, 2022

**VIA ECF**
Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Hough v. Maraj and Petty*, Case No. 21-cv-04568-ENV-JRC

Dear Judge Vitaliano:

With the consent of Tyrone Blackburn, I write to request a one-week extension, from April 3, 2022 until April 11, 2022, of the date for serving the reply papers and the filing of a bundled set of papers on former Defendant Onika Tanya Maraj's and my motion for sanctions against Mr. Blackburn. I make this request because I have been suffering from a non-Covid lung infection which has restricted my ability to work. This is the first request for an extension of time.

Respectfully yours,

/s/ Judd Burstein

Judd Burstein

cc: All counsel (via ECF)