UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
JENNIFER HOUGH,

                *Plaintiff*,

       -- against--

ONIKA TANYA MARAJ, AKA ("NICKI MINAJ") and KENNETH PETTY, AKA ("ZOO"),

                *Defendants*.
--------------------------------------------------------X

Case No. 21-cv-04568-ENV-JRC

**NOTICE OF MOTION**

       **PLEASE TAKE NOTICE**, that upon the attached Declaration of Judd Burstein, executed on February 2, 2022, and the exhibits annexed thereto; the accompanying Memorandum of Law; and all prior proceedings heretofore had herein, the undersigned, on behalf of former Defendant Onika Tanya Maraj and her counsel, Judd Burstein, Esq., will move this Court, before the Honorable Eric N. Vitaliano, United States District Judge, at the Courthouse located at 225 Cadman Plaza East, Brooklyn, New York, 11201, on a date and time to be set by the Court, for an Order sanctioning Plaintiff Jennifer Hough's counsel, Tyrone Blackburn, Esq., pursuant to 28 U.S.C. § 1927 and the Court's inherent power.

Dated:  New York, New York
          February 2, 2022

                                                JUDD BURSTEIN, P.C.

                                                By:  /s/ Judd Burstein
                                                    Judd Burstein, Esq. (JB-9585)
                                          Emily C. Finestone, Esq. (EF-0725)
                                          260 Madison Avenue, 15th Floor
                                          New York, New York 10016
                                          Tel.: (212) 974-2400
                                          Fax: (212) 974-2944
                                          *Attorneys for Onika Tanya Maraj*
                                          *and Judd Burstein*

TO: Tyrone A. Blackburn, Esq.
T.A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236
(347) 342-7432
*Attorneys for Plaintiff Jennifer Hough*
(Via ECF)