# EXHIBIT A

**Victor Weberman**

**From:** Emily Finestone
**Sent:** Wednesday, November 03, 2021 3:05 PM
**To:** Judd Burstein <jburstein@burlaw.com>; Victor Weberman <VWeberman@burlaw.com>; Peter B. Schalk <pschalk@burlaw.com>
**Subject:** RE: Steven Gordon's wife spreading lies on YouTube

Yep: Mr. Gordon and Mr. Gordon's wife's wedding website

Emily C. Finestone
Associate
Judd Burstein, P.C.
260 Madison Avenue, 15th Floor
New York, New York 10016
Tel.: (212) 974-2400
Fax: (212) 974-2944
efinestone@burlaw.com
www.burlaw.com

CONFIDENTIALITY NOTICE: This email and any associated attachments is a private communication and may contain confidential, legally privileged information meant solely for the intended recipient.  Any disclosure, copying, or distribution is strictly prohibited.  If you have received this email in error, please notify the sender immediately and do not disclose its contents, use it for any purpose, or store or copy the information in any medium.

**From:** Judd Burstein <jburstein@burlaw.com>
**Sent:** Wednesday, November 3, 2021 3:04 PM
**To:** Victor Weberman <VWeberman@burlaw.com>; Peter B. Schalk <pschalk@burlaw.com>
**Cc:** Emily Finestone <EFinestone@burlaw.com>
**Subject:** RE: Steven Gordon's wife spreading lies on YouTube

Is this really his wife?

Judd Burstein
Judd Burstein, P.C.
260 Madison Avenue
15th Floor
New York, New York 10016
(212) 974-2400
(212) 974-2944 (Fax)
(917) 687-2981 (Cell—Best number)

1

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE.**

---

**From:** Victor Weberman <VWeberman@burlaw.com>
**Sent:** Wednesday, November 3, 2021 3:00 PM
**To:** Judd Burstein <jburstein@burlaw.com>; Peter B. Schalk <pschalk@burlaw.com>
**Cc:** Emily Finestone <EFinestone@burlaw.com>
**Subject:** FW: Steven Gordon's wife spreading lies on YouTube

Just when you think this case cannot get any weirder

Victor M. Weberman
Office Manager
Judd Burstein, P.C.
260 Madison Avenue, 15th Floor
New York, New York 10016
Tel.: (212) 974-2400
Fax: (212) 974-2944
vweberman@burlaw.com
www.burlaw.com
THIS E-MAIL IS INTENDED ONLY FOR THE PERSON(S) NAMED ABOVE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED AND CONFIDENTIAL. ANY OTHER REVIEW, DISTRIBUTION, COPYING OR DISCLOSURE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND DELETE THIS E-MAIL WITHOUT MAKING A COPY

---

**From:** aisha n <wintersoldiers@live.com>
**Sent:** Wednesday, November 3, 2021 10:43 AM
**To:** Victor Weberman <VWeberman@burlaw.com>
**Subject:** Steven Gordon's wife spreading lies on Youtube

Good morning to the office of Mr Burstein,

I'm sorry to trouble you with this, as I'm sure you've probably already gotten a million emails from other fans, but I thought this might be pertinent information and figured it wouldn't hurt to share. Steven Gordon's wife, [Mr. Gordon's wife] [redacted] is going around on Youtube with libelous statements about Nicki Minaj. Attached is a screenshot from the comments of the following video:

https://youtu.be/nO71MP48ids

And I've highlighted the relevant bits:

2



And here is the archived proof that this is indeed Mr. Gordon's wife via a personal video she uploaded in 2015. As of the time of writing this email, the original video is still uploaded onto Youtube.

Mr. Gordon's wife's YouTube page

Thank you for your time.

3