# EXHIBIT B



**Mr. Gordon's wife** 2 months ago

This analysis is so biased and misleading. First, as a lawyer, this man should know that Petty pleading to attempted rape is not even remotely dispositive of a finding that he didn't do it. Plea deals often involve agreeing to get convicted of a lesser charge. Actually, the fact that he took a plea deal shows that he didn't want to go to trial because a rape conviction would likely result in a larger sentence. And what makes the plea deal appear even more like he committed the crime is the fact that he agreed to be convicted as an adult. You don't get charged or agree to be convicted as an adult unless you are very nervous that you will be sent away for a long time if you go to trial. If he was not convicted as an adult, the conviction would have been sealed. Accepting such a deal points to the allegations being legitimate. Second, this man lies about the NY Child Sex Act. While it was promulgated with sexual abuse by priest in mind, they didn't limit it to such because other child victims deserve their day in Court too. His explanation is incredibly misleading. Third, Nicki was the one who reached out to Jennifer. Nicki re-lit the flame on this by spreading a lie in a comment to a tweet in November/December 2018. And then the harassment and infliction of emotional distress was caused by Nicki, Petty and their cohorts. Fourth, while lawyers may sometimes permit their opposition to file a late response, they do not do so where the opposition is seeking to file a motion to dismiss as a late response. It would be bordering on malpractice to do so. The only late response that lawyers agreed to allow is the filing of an Answer. There are too many other misleading and/or false statements by him to list them all. But believe his bullshit if you want.