# EXHIBIT C

**Victor Weberman**

| | |
|---|---|
| **From:** | Judd Burstein |
| **Sent:** | Wednesday, November 03, 2021 3:19 PM |
| **To:** | Tyrone Blackburn; Steven Gordon; Steven D. Isser; Emily Finestone; Peter B. Schalk; Victor Weberman |
| **Subject:** | Hit "send" too soon. |

Steven:

I am not sure you are aware of your wife's posts on social media.  While they raise a number of issues, I am reminding you out of courtesy that she is not covered by the litigation privilege, and to the extent she is relating discussions with you, she may have waived the marital communications privilege.  There is no need for you to respond to this email because it's up to the two of you to decide what is or is not appropriate and then bear the consequences of your decisions, if any.

Judd Burstein
Judd Burstein, P.C.
260 Madison Avenue
15th Floor
New York, New York 10016
(212) 974-2400
(212) 974-2944 (Fax)
(917) 687-2981 (Cell—Best number)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE.**