# EXHIBIT L

# Kenneth Petty and Nicki Minaj Cited as Gang Members During Court Proceedings



Jason Merritt/Radarpics/Shutterstock

Kenneth Petty and Nicki Minaj are currently battling a $20 million lawsuit. In court, attorney Tyrone Blackburn, representing Jennifer Hough, presented the judge with a video, stating the two are affiliated with the Makk Balla Brims Blood gang of Queens, New York.

"[Kenneth] Petty and Maraj were both in this district, in Jamaica, Queens, New York. As seen on an Instagram live video currently up on Maraj's Instagram page, both Maraj and Petty were seen associating with members of the Makk Ballers set of the Bloods Gang. Petty and Maraj are both members of this gang," Blackburn said.

According to *AllHipHop*, the faction has been labeled the most dangerous criminal organization in New York, very organized and heavily involved in drugs, guns and rap.

Blackburn added, "Shortly after Petty and Maraj are spotted with their gangster colleagues, a member of the gang posted a death threat to Ms. Hough on Twitter, stating: 'Jennifer if you see this, the Makks are coming to get you.'"

Hough states Petty and Minaj recently offered her $500,000 to recant her story of being raped in 1994. PEtty accepted a plea deal to the charge in 1995 and spent four years in prison.

In September, *PEOPLE* states the 43-year-old pleaded guilty during a virtual hearing on Thursday with the U.S. District Court for the Central District of California and now faces a max of 10 years in prison with a lifetime of supervised release.

According to PEOPLE, the sentencing will be on Jan. 24, 2022.

Thanks for trying out Immersive Reader. Share your feedback with us.

# EXCLUSIVE: Nicki Minaj Is A Gangbanger With Ruthless NY Gang According To Lawyers In $20 Million Lawsuit



According to Tyrone Blackburn Esq., Nicki Minaj, born Onika Maraj, is a member of the violent New York-based gang known as the Makk Balla Brims.

The Makk Balla Brims are a subset of Brims operating in Queens, New York. The gang is said to be very organized and is said to be heavily involved in drugs, guns, and the rap business.

The court documents complained that Kenneth and Nicki Minaj are part of the gang – and they pointed to her recent trip to Queens, New York as evidence submitted to judge Eric Vitaliano, who is presiding over a $20 million civil suit filed by Jennifer Hough.

"[Kenneth] Petty and Maraj were both in this district, in Jamaica Queens, New York. As seen on an Instagram live video currently up on Maraj's Instagram page, both Maraj and Petty were seen associating with members of the Makk Ballers set of the Bloods Gang. Petty and Maraj are both members of this gang," Tyrone Blackburn told Judge Vitaliano.

"Shortly after Petty and Maraj are spotted with their gangster colleagues, a member of the gang posted a death threat to Ms. Hough on Twitter, stating: "Jennifer if you see this, the Makks are coming to get you.'"

Hough insists the couple supposedly unleashed a campaign of terror starting in early 2020. They wanted Hough to retract her allegations so that Kenneth could get off the National Sex Offender Registry.

Hough's lawsuit claims Kenneth and Nicki offered up $500,000 to recant her story claiming he raped her at knife-point in 1994. Kenneth copped a plea to the crime in 1995 and was sentenced to four years in prison.

The campaign of harassment intensified after Kenneth was arrested for failing to register as a sex offender in California. He pleaded guilty to that crime and is awaiting sentencing in January of 2021.

Hough and her lawyers claim an associate of the couple known as Black threatened her life on social media after refusing his offer of $20,000 in cash. Most recently, members of the Makk Balla gang have been promising retaliation against Hough.

According to Jennifer Hough's lawsuit, she has not been able to work since May of 2020. She has also had to relocate to different states and suffers from severe depression and paranoia.

BUZZ

# Nicki Minaj Part of Big New York Gang Involved in Guns, Drugs and Rap, Victim Claims in $20 Million Lawsuit

By *Emma Winters*   Nov 08, 2021 08:39 AM EST





Lawyers for Kenneth Petty's alleged sexual assault victim recently made some surprising allegations about his wife, Nicki Minaj.

The "Superbass" hitmaker, whose real name is Onika Maraj, is a member of a violent gang known as Makk Balla Brims, according to lawyer Tyrone Blackburn, Esq.

According to reports, the gang is based in New York, with a subsection of Brims operating in Queens.

They are said to be well-organized and largely reliant on narcotics, firearms, and the rap industry.

Jennifer Hough, the alleged victim, claims that Petty and Minaj are members of the group in court records obtained by AllHipHop. They've provided evidence to judge Eric Vitaliano of their recent journey to Queens.

The duo was spotted in Jamaica, Queens, New York, according to the tabloid, and they were even seen in an Instagram Live video.

"Maraj and Petty were both observed socializing with members of the Bloods Gang's Makk Ballers set, of which Petty and Maraj are both members."

"Shortly after Petty and Maraj are seen with their gangster comrades, a member of the gang posts a death threat to Ms. Hough on Twitter, stating: 'Jennifer, if you see this, the Makks are coming to get you,'" the report continued.



Add a comment...

READ ALSO: Travis Scott Astroworld Festival Tragedy NOT The First Time Where Fans Died; Rapper 'Never Learned His Lesson'

# Kenneth Petty, Nicki Minaj Lawsuit

Jennifer Hough, who is suing Petty for $20 million, claims that he and Minaj launched a terror campaign that began last year.

Her lawyers also alleged that after she refused a man named Black's offer of $20,000, he threatened her life on social media.

They wanted her to retract her allegations so that the celebrity husband might be removed from the National Sex Offender Registry, she claims.

Petty and Minaj allegedly promised her $500,000 in exchange for recanting her testimony about being raped and held at knifepoint in 1994.

Petty pleaded guilty to the offence in 1995 and was sentenced to four years in prison.

The harassment, however, increased after Petty was jailed for the second time for failing to register as a sex offender in California.

Petty later admitted to the crime and is currently awaiting punishment.

The Makk Balla gang is said to be planning a vengeance on Hough, who hasn't worked since May 2020 and has moved to several states.

Hough is also suffering from extreme sadness and paranoia at the moment.

**READ MORE:** [Kanye West New Meltdown Coming Up, Kim Kardashian Anticipates Amid Pete Davidson Romance Rumors](#)

**See More** [Nicki Minaj](#)

© 2015 MUSICTIMES.COM ALL RIGHTS RESERVED. DO NOT REPRODUCE WITHOUT PERMISSION.

PROMOTED CONTENT 



**Do This to Legally Erase Your Credit Card Balances (It's Genius)**
FinallyZero



**Doctors Stunned: This Spice Fixes Toenail Fungus**
Fungus Eliminator



**What Causes Psoriasis Of The Scalp - It's Not What You Think**
Search Ads







**Here's What Full Mouth Dental Implants Should Cost You In 2022**
Search Ads



**Nerve Pain? Do This Immediately To End Neuropathy (Watch)**
NeuroPure




**Warning Signs That Your Heart Is Failing You!**
Search Ads

**It's Stronger Than Adderall And Taking Connecticut By Storm**
Brain Booster USA


**Live In Westport? You May Qualify For This Dental Implant Grant**
Search Ads


**Over-The-Counter Adderall Alternative, And It's Stronger!**
Brain Booster USA


**Common Signs Your Body Is Fighting Ulcerative Colitis. (See Now)**
Search Ads


**Asian Facelift: Nippon Anti-Age Secret Wipes Years Off Your Face**
Hydrossential


**Forget The 30yr Mortgage If You Owe Less Than $548K. (Do This)**
LowerMyBills

**FESTIVALS**



**My Chemical Romance x Paramore: Legendary Bands to Conquer Upcoming 'When We**



**How Can You Get Your Hands On VIP Tickets?**

**Travis Scott Ultimately Snubbed At Coachella 2022: New Set of Artists to Headline Festival**

Mic
Deat
Mus

## POPULAR NOW


1
**Meat Loaf Cause of Death: Singer Suffered Privately From Mysterious Health Issues For Years**


2
**'When We Were Young' Concert Is the Next 'Fyre' Festival? Theories Arise Over 'Too Good to Be True' Punk Event**


3
**Boxing With Eminem: Slim Shady Signs Deal With THIS Excercise App So You Can Shadowbox With Him**


**Dick Halligan Cause of Death Revealed: Blood, Sweat & Tears Founder Was 78**


4


5   Kurt Cobain's Daughter Not a Fan of Nirvana; Says Father is 'Larger than Life'

**YOU MAY ALSO LIKE**



**Cardi B Still on a Feud With Nicki Minaj? Singer Exposed After These Proofs Surfaces Online**



**Leigh-Anne Pinnock's Fiance Has Stern Warning Amid Nicki Minaj, Nesy Jelson 'Blackfishing' Drama**



**Nicki Minaj Defended Jesy Nelson For the Wrong Reason, Fans Think It's Ironic**

ADVERTISEMENT

DAILY DISH    GENRES    REVIEWS    EXCLUSIVES    TRENDING

About Us    Contact Us    Privacy Policy    Terms of Service

Copyright © 2022 Music Times. All rights reserved. Reproduction in whole or in part without permission is prohibited.