# EXHIBIT M

**Victor Weberman**

---

**From:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Sent:** Tuesday, October 19, 2021 2:20 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Cc:** steven.gordon803@gmail.com; Victor Weberman <VWeberman@burlaw.com>; Peter B. Schalk <pschalk@burlaw.com>
**Subject:** Re: PACER

No.

Tyrone A. Blackburn, Esq.
T. A. Blackburn Law, PLLC.
Phone: 347-342-7432
TABlackburnlaw.com

> On Oct 19, 2021, at 2:01 PM, Judd Burstein <jburstein@burlaw.com> wrote:
>
> In light of the Clerk's Office's denial of a request for a Certificate of Default, will you enter a stipulation to extend my time to answer or move against the Complaint to Friday, in which case I will withdraw my motion and just file my letter (with some edits) asking for a pre-motion conference?
>
> Judd Burstein
> Judd Burstein, P.C.
> 260 Madison Avenue
> 15th Floor
> New York, New York 10016
> (212) 974-2400
> (212) 974-2944 (Fax)
> (917) 687-2981 (Cell—Best number)
>
> **MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE.**

1