# EXHIBIT # B

**From:** Judd Burstein
**To:** Steven Ciar's Husband
**Cc:** Tyrone Blackburn, Esq
Emily Finestone, Steven D. Isser
Peter B. Schalk, Peter B. Schalk
November 3, 2021 at 3:13 PM

**Your wife**

Steven:

I am not sure you are aware of your wife's posts on social media. While they raise a number of issues, I am reminding you out of courtesy that she is not covered by the litigation privilege, and to the extent she is relating discussions with you, she may have waived the marital communications privilege. There is no need for you to respond to this email because .

Judd Burstein
Judd Burstein, P.C.
260 Madison Avenue
15th Floor
New York, New York 10016
(212) 974-2400
(212) 974-2944 (Fax)