# EXHIBIT # C

| | |
|---|---|
| **From:** | Steven Gordon |
| **To:** | Judd Burstein |
| **Subject:** | Hough v. Petty et al. |
| **Date:** | Friday, January 28, 2022 2:48:23 PM |

Dear Judd:

As we have discussed:

Tyrone Blackburn sent a letter to the Court on January 22, 2022 in which he stated:

"An example of [Mr. Burstein's] deplorable behavior stems from his sick obsession with Mr. Gordon's wife. Mr. Burstein went scrummaging through the comments section of youtube posts in search of comments posted by Mrs. Gordon. Not only was his act of cyberstalking Mrs. Gordon creepy, but it was also weird, and beneath the dignity of this profession."

I write to confirm the following:

1. I **did not see Mr. Blackburn's letter before he sent it;**
2. **I would have objected to these comments if I had seen the letter before it was sent (**although I had no control over anything which Mr. Blackburn ultimately filed with the Court);
3. **I do not in any way agree with them; and**
4. **I never at any time said anything to Mr. Blackburn even to suggest that I agreed with the views as expressed in his letter;**

As we have also discussed, I was not lead counsel in the case against Ms. Maraj and I had no control over statements of facts ultimately submitted in Mr. Blackburn's filings.

I appreciate the fact that you and your client have accepted my explanations as set forth above and have acknowledged that, in my role as Mr. Blackburn's co-counsel, I never acted in bad faith and that I had a good faith belief in the truth of Ms. Hough's factual allegations.

Respectfully,

Steven

--
Steven N. Gordon, Esq.
Tsyngauz & Associates, P.C.
114 Mulberry Street, Ground Floor
New York, NY 10013
Telephone: (212) 337-9770
Facsimile: (212) 337-3375
Email: sg@nytlaw.com