# EXHIBIT # F

Case 1:21-cv-04568-ENV-JRC   Document 70-6   Filed 04/11/22   Page 1 of 2 PageID #: 1545

Be safe out here lol

No Friends (feat. Yo Gotti...
EST Gee

2,020 views · 114 comments

Browse IGTV >