# EXHIBIT # G

