# EXHIBIT # H







**Post**

zoonikaaaa





106 likes

zoonikaaaa Makkks is outs
#queenradio #kennethzoopetty
#zoonika #heavyonthesleeze #nickiminaj
 #heavyonit
#zoonicka
#onika
#onikatanyamaraj

View 1 comment

July 26, 2019



Case 1:21-cv-04568-ENV-JRC   Document 70-8   Filed 04/11/22   Page 6 of 12 PageID #: 1554



Follow

interview. He we are in 2022 and she has accomplished so much... more

View all 5 comments

January 9

 zoonikaaaa ...



       • • • • • •     

**577 likes**

zoonikaaaa Is Nicki on your home or Lock Screen... more

View all 36 comments

January 9

 zoonikaaaa ...

0:12







**5,079,946 views** · Liked by **nekadior**

**nickiminaj** Heavy on da mthaphkn makk sauce!!!!! Airport flow ✈️ how my babies doing today? ⛏️ B

View all 18,277 comments

**neneleakes** Love you my Sag sista ❤️







**nickiminaj**
Sydney, Australia





Liked by **devinjelani** and 2,632,005 others

**nickiminaj** Heavy on the MAKK SAUCE!!!! Heavy on it!!!!! 🦄 💖😍🇦🇺🐐Ⅿ🅱💤

January 12, 2019