# EXHIBIT # I

