# EXHIBIT # K

5:43

◀ Safari

**Tweet**

←

**Nicki Minaj** ✓
@NICKIMINAJ                                    ···

Chile y'all here for me or Zoo? I'm
getting jealous. 🙄 of course he likes
the "makk truck" part. 😝😘

> 🍮 **Nicki's Puddin Pop** @RowlandMinaj · 2/8/20
> What's Kenny's favourite line? @NICKIMINAJ
> #YikesOutNow

9:08 AM · 2/8/20 · Twitter for iPhone

**1,097** Retweets  **87** Quote Tweets  **9,110** Likes

💬        ↻        ♡        ⬆

You're unable to view this Tweet because this
account owner limits who can view their Tweets.
Learn more

**Mawu_dem** @_elle_wolf · 2/8/20              ···
💯💯💯
💬        ↻        ♡ 3        ⬆

*jules* 🔹 @OfficialJules · 2/8/20              ···
Replying to @NICKIMINAJ

Tweet your reply

🏠        🔍        ⠿        🔔 1        ✉