# EXHIBIT # L

**From:** Judd Burstein <jburstein@burlaw.com>
**Date:** January 12, 2022 at 3:38:40 PM EST
**To:** Tyrone Blackburn
<tblackburn@tablackburnlaw.com>, Steven
Gordon <sg@nytlaw.com>, "Michael J. Snizek"
<msnizek@mcgivneyandkluger.com>, "Tara E.
Faenza" <tfaenza@mcgivneyandkluger.com>
**Cc:** "Peter B. Schalk" <pschalk@burlaw.com>,
Victor Weberman <VWeberman@burlaw.com>,
Emily Finestone <EFinestone@burlaw.com>,
"Steven D. Isser" <sisser@isserlaw.com>
**Subject: RE: Hough v. Maraj -- Dkt. No.
210CV-04568 (E.D.N.Y.)**


Counsel:

I am pleased to see that you and Ms. Hough
have come to your senses and have
dismissed this appalling lawsuit against
Nicki Minaj, which has inexcusably wasted
my time and her money over the past three
months.  In my view, your conduct in
pursuing this case against Nicki represents
the worst of our legal system: bottom-
feeding lawyers who pursue frivolous
actions against a celebrity assuming that
they will be paid off if they throw up enough
dirt.  As I told you during our one virtual
meeting, Nicki would **never** pay a dime to
your client.  I was correct.  You ultimately
were forced to surrender without you or your

   

 
meeting, Nicki would **never** pay a dime to your client.  I was correct.  You ultimately were forced to surrender without you or your client receiving a penny.

In all events, while your dismissal of the Amended Complaint may be the end of your efforts to extort Nicki into a settlement, it is just the beginning of Nicki's and my efforts to make you pay for your disgraceful conduct with both money and, if the Court recommends it, disciplinary sanctions.  You forced my client to spend over $300,000 in fees to defend a case which even my Labradoodle, Gracie, could see was frivolous on both the facts and the law.

While you availed yourself of Rule 11's safe harbor provision to avoid having to defend against the sanctions motion with which I served you on Sunday, there are other Rule 11 motions which I served in 2021 and which I now intend to file.  Further, I intend to seek sanctions against all of you pursuant 28 U.S.C. § 1927 and/or the Court's inherent power.

Accordingly, I would like to agree upon a schedule for those motions, which we could then submit to the Court.  I propose the following:

February 2, 2021:          Our motion

         

 
While you availed yourself of Rule 11's safe harbor provision to avoid having to defend against the sanctions motion with which I served you on Sunday, there are other Rule 11 motions which I served in 2021 and which I now intend to file.  Further, I intend to seek sanctions against all of you pursuant 28 U.S.C. § 1927 and/or the Court's inherent power.

Accordingly, I would like to agree upon a schedule for those motions, which we could then submit to the Court.  I propose the following:

February 2, 2021:          Our motion
February 23, 2021:         Your answering papers
March 9, 2021:              Our reply.

Please let me know if this is acceptable.

Judd Burstein
Judd Burstein, P.C.
260 Madison Avenue
15th Floor
New York, New York 10016
(212) 974-2400
(212) 974-2944 (Fax)

