# EXHIBIT 4

**Judd Burstein**

| | |
|---|---|
| **From:** | Judd Burstein |
| **Sent:** | Thursday, October 21, 2021 4:15 PM |
| **To:** | Steven Gordon |
| **Subject:** | RE: Your Motion for Leave to Amend the Complaint |

ok

Judd Burstein
Judd Burstein, P.C.
260 Madison Avenue
15th Floor
New York, New York 10016
(212) 974-2400
(212) 974-2944 (Fax)
(917) 687-2981 (Cell—Best number)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE.**

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Thursday, October 21, 2021 4:11 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Re: Your Motion for Leave to Amend the Complaint

Caught up on a call myself now, and have another one soon. I'll call you once they're done.

On Thu, Oct 21, 2021 at 3:47 PM Steven Gordon <sg@nytlaw.com> wrote:
> Ok, no problem.
>
> On Thu, Oct 21, 2021 at 3:23 PM Judd Burstein <jburstein@burlaw.com> wrote:
>> Call me on my cell at your convenience

1

Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)

(917) 687-2981 (Cell—Best number)


**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE.**


**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Thursday, October 21, 2021 3:03 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Cc:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>; Peter B. Schalk <pschalk@burlaw.com>; Emily Finestone <EFinestone@burlaw.com>
**Subject:** Re: Your Motion for Leave to Amend the Complaint


We don't mind agreeing on a briefing schedule for both motions and allowing the Court to decide whether it would like to withdraw what is on file to package them together. I'm available by phone now or any time over the next two hours, and then after 7:30 PM.  Please let me know what works for you.


Thanks,

On Thu, Oct 21, 2021 at 2:36 PM Judd Burstein <jburstein@burlaw.com> wrote:

I do not agree that in this unusual circumstance when your co-counsel told me to just file my motion, my filing was in violation of the Court's Order.   On the other hand,  your letter was in violation of the rule, as it asked for relief, not just clarification.

**However,** I do not want to continue wasting the Court's time with this nonsense.  So, I propose that we agree on a briefing schedule for both motions and ask the Court whether it would like us to withdraw what is on file so that we may bundle them.

If this plan is not acceptable, I guess you should write the Court.  However, you have an obligation to provide the Court with a copy of this email.

---

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Thursday, October 21, 2021 2:16:30 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Cc:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>; Peter B. Schalk <pschalk@burlaw.com>
**Subject:** Your Motion for Leave to Amend the Complaint

Judd,

Before writing to the Court that your motion was improperly submitted, I wanted to give you the opportunity to withdraw your pending motion for leave to amend the complaint.  Per the Judge's Rules, parties are not permitted to serve any motion paper before obtaining Court approval of a briefing schedule.

Section III(B) of the Judge's Rules entitled "Scheduling of Motions" provides:

"Where permission to file a motion is granted, or where permission is not needed, the parties are to jointly file a letter proposing a briefing schedule for Court approval. If the moving party is **unable** to obtain the adversary's consent to the proposed briefing schedule, **the moving party must state the reasons consent was not obtained, including describing any unsuccessful efforts to reach the adversary.**

3

**No party is to serve any motion paper prior to obtaining court approval of the schedule.** No changes to the approved schedule may be made without court order."

While we did not agree to filing a late response to the Amended Complaint, we never stated that we would not discuss a briefing schedule and jointly submit one to the Judge. As such, I urge you to withdraw your motion and discuss submitting a briefing schedule with us.

Before you attempt to say that we also did not follow the rules, my letter the other day was simply a letter to the Judge. Per the Judge's rules, letters to the Court are to be filed through Pacer. Because of the unprecedented nature of the Clerk's delay -- and subsequent improper denial -- with respect to issuing the Certificate of Default, the purpose of my letter was to advise the Judge of this error and seek direction on how to proceed if we needed to do so formally.

If you refuse to withdraw your motion and discuss a briefing schedule with us, I will be forced to advise the Judge that you refuse to comply with his rules.

Regards,

Steve

Steven N. Gordon, Esq.

Tsyngauz & Associates, P.C.

114 Mulberry Street, Ground Floor

New York, NY 10013

Telephone: (212) 337-9770

Facsimile: (212) 337-3375

Email: sg@nytlaw.com

4

--

Steven N. Gordon, Esq.

Tsyngauz & Associates, P.C.

114 Mulberry Street, Ground Floor

New York, NY 10013

Telephone: (212) 337-9770

Facsimile: (212) 337-3375

Email: sg@nytlaw.com

--
Steven N. Gordon, Esq.
Tsyngauz & Associates, P.C.
114 Mulberry Street, Ground Floor
New York, NY 10013
Telephone: (212) 337-9770
Facsimile: (212) 337-3375
Email: sg@nytlaw.com



--
Steven N. Gordon, Esq.
Tsyngauz & Associates, P.C.
114 Mulberry Street, Ground Floor
New York, NY 10013
Telephone: (212) 337-9770
Facsimile: (212) 337-3375
Email: sg@nytlaw.com

# Judd Burstein

| | |
|---|---|
| **From:** | Steven Gordon <sg@nytlaw.com> |
| **Sent:** | Friday, November 12, 2021 11:12 AM |
| **To:** | Peter B. Schalk |
| **Cc:** | Judd Burstein |
| **Subject:** | Re: Hough v. Maraj, Et al., 21-civ-04568 |

Thanks, guys. I genuinely appreciate it. I hope all is well with both of you.

On Fri, Nov 12, 2021 at 10:43 AM Peter B. Schalk <pschalk@burlaw.com> wrote:

> Steven – This is a nice email. Thanks. I ███████████████████████ .
>
> Nobody contacted us about you professionally (at least me) and you have found a job, but if anyone does we will respond as discussed.
>
> Regards,
>
> Peter
>
> ---
>
> **From:** Judd Burstein <jburstein@burlaw.com>
> **Sent:** Friday, November 12, 2021 10:37 AM
> **To:** Steven Gordon <sg@nytlaw.com>; Peter B. Schalk <pschalk@burlaw.com>
> **Subject:** RE: Hough v. Maraj, Et al., 21-civ-04568
>
> Sure
>
> Judd Burstein
>
> Judd Burstein, P.C.
>
> 260 Madison Avenue
>
> 15th Floor
>
> New York, New York 10016
>
> (212) 974-2400
>
> (212) 974-2944 (Fax)
>
> (917) 687-2981 (Cell—Best number)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS. I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, November 12, 2021 10:35 AM
**To:** Judd Burstein <jburstein@burlaw.com>; Peter B. Schalk <pschalk@burlaw.com>
**Subject:** Re: Hough v. Maraj, Et al., 21-civ-04568

Judd,

I appreciate the apology and want to assume that you didn't intentionally [redacted] even though it's hard to believe that it wasn't purposeful (your previous email simply called me sloppy but didn't mention [redacted]). Of course, I don't openly share [redacted] with people. In fact, I don't share anything about my time at your firm or anyone there. Hence, putting only you and Peter on this email. While I don't need to share this, I [redacted].

I'm not ashamed of being [redacted] I prefer to not explain it to anyone. Peter said that the only thing that would be said about me are the dates I worked for your firm. I understand that we're adversaries now, but I would appreciate it if that statement was upheld. I have no animosity towards you, Peter or Victor. It wasn't a good fit for any of us at the time. And, just so you know, I did not join this case because you're representing Nicki. Rather, Tyrone asked if I could help, as he's a solo practitioner with a large caseload. And I agreed because I'm passionate about helping people like Jennifer.

That being said, I hope this is the last time that we talk about this. I finally got my old self back and could not be happier. I'd like to have a cordial and professional relationship with you guys. I don't expect us all to be friends (which I wouldn't mind being), but we can be friendly. And we can do so while also being competitive in litigation.

Finally, I'd appreciate it if you kept this email between the three of us. [redacted]

Thanks,

Steve

On Thu, Nov 11, 2021 at 5:22 PM Judd Burstein <jburstein@burlaw.com> wrote:

Steven:

First, you are right about my initial comment about the reasons why [redacted]. I was upset that it appeared on the docket that I was representing parties on both sides of the case, but I should not have done that. I thought I had apologized for the comment. But if I did not do so, I apologize.

Otherwise, I don't see the value of engaging on the merits of my motion. If you think that your affidavit stating that I had made a "baseless claim that [Tyrone and you] are lying about serving Defendant Petty" fairly conveyed only your view that I had "intimated that [you] would be lying to continue asserting that service was proper," you should refuse to withdraw your Declaration. At that point, we could address the fact that I could not possibly have intimated that

2

you or Tyrone were lying about service because neither of you were present at the time the documents were left at the house in California.

But again, if you do not believe that any of the issues I have raised have merit, then you should by all means stick to your guns and we can let the Court decide.

Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)

(917) 687-2981 (Cell—Best number)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS. I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Thursday, November 11, 2021 4:52 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Cc:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>; Steven D. Isser <sisser@isserlaw.com>; Peter B. Schalk <pschalk@burlaw.com>; Emily Finestone <EFinestone@burlaw.com>; Victor Weberman <VWeberman@burlaw.com>
**Subject:** Re: Hough v. Maraj, Et al., 21-civ-04568

Judd,

I know the article says that you didn't comment, but how else did the reporter get the proposed motion that was sent only to people on this email thread? Obviously, we didn't share it.

On the day that I filed my notice of appearance, you sent us an email threatening to sue me for defamation and trying to disparage me in front of my colleague. Do you think that reflects well on the legal profession? Especially when it comes to how former employees are treated? Do you think sending an email with the subject heading "Your Wife" reflects well on the legal profession? Was that not indecorous conduct? My first thought was that something happened to her and I'm going to learn about it from your email. But, of course, I didn't share those emails with the media. Every email that I've sent has in one way or another involved this case. You will never receive an email or see a filing from me that does not go to a factor or element of this case. My email regarding the traverse hearing was because you intimated that we would be lying to continue asserting that service was proper. It did not include any ad hominem attacks. It merely demonstrated the steps that we can take because of how strong our evidence is regarding service.

3

If you want to start the dialogue between us over, we can. Up to you.

On Thu, Nov 11, 2021 at 4:14 PM Judd Burstein <jburstein@burlaw.com> wrote:

I assume that you saw the NY Post article today, which confirms that I did not speak to the reporter. Indeed, I have not spoken once to any reporter about this case, let alone said anything negative about you.

In any event, I wish you would reconsider your penchant for insulting me both in your communications with me and in the media. It does not upset me in the least. Indeed, people, including my ex-wife, have said far worse (usually unfairly)! But I don't think that it reflects well upon you or on our legal profession when you engage in such indecorous conduct. I continue to hope that we can have a cordial relationship outside of the actual litigation of the case.

Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)

(917) 687-2981 (Cell—Best number)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS. I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

**From:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Sent:** Monday, November 8, 2021 4:36 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Cc:** Steven Ciar's Husband <sg@nytlaw.com>; Steven D. Isser <sisser@isserlaw.com>; Peter B. Schalk <pschalk@burlaw.com>; Emily Finestone <EFinestone@burlaw.com>; Victor Weberman <VWeberman@burlaw.com>
**Subject:** Re: Hough v. Maraj, Et al., 21-civ-04568

So I am assuming you're calling the NYPost reporter a liar?! 🤣🤣🤣.

Regards,

Tyrone A. Blackburn, Esq.

T. A. Blackburn Law, PLLC

4

TABlackburnlaw.com

On Nov 8, 2021, at 4:28 PM, Judd Burstein <jburstein@burlaw.com> wrote:

FYI

I never spoke to any reporter and I am refusing to do so. .

Also, I thought we had an agreement that, subject to our right (consistent with our Rule 11 obligations) to say what we like in Court papers, we would be courteous with each other in our communications. I am going to assume that this is a momentary lapse of decorum on your end ((as was Steven's email to me on Friday), so I will not respond in kind.

I thought we had made real progress during our conference recently in developing a cordial out-of-court relationship. I am not giving up on that.

Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)

(917) 687-2981 (Cell—Best number)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS. I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

**From:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Sent:** Monday, November 8, 2021 3:54 PM
**To:** Steven Ciar's Husband <sg@nytlaw.com>
**Cc:** Judd Burstein <jburstein@burlaw.com>; Steven D. Isser <sisser@isserlaw.com>; Peter B. Schalk <pschalk@burlaw.com>; Emily Finestone <EFinestone@burlaw.com>; Victor Weberman <VWeberman@burlaw.com>
**Subject:** Re: Hough v. Maraj, Et al., 21-civ-04568

Judd,

5

Just received a call from the NYPost. Thank you for LEAKING your sanctions threat against Jennifer and me to the media. I think its pretty pathetic and hypocritical of you, but this comes as little surprise seeing your reputation in the EDNY as well as the SDNY. The reporter and I had a good laugh at your move. I am eager for you file your motion, because I am prepared to file a cross motion and request damages due to your frivolous billing exercise.

I am sure you are probably the first party to ever file a motion for sanctions while in default. I hope you're prepared to explain to your client why you are engaging in multiple acts of billing exercises in these nonsensical motions, only to bleed your client of her money.

I look forward to your motion, as well as, to your desperate media hit.

Regards,

Tyrone A. Blackburn, Esq.

T. A. Blackburn Law, PLLC.

Phone: 347-342-7432

TABlackburnlaw.com

> On Nov 5, 2021, at 6:12 PM, Steven Gordon <sg@nytlaw.com> wrote:
>
> I'm glad that we received this today, three days before Monday. It makes a few **huge** decisions much easier. Have a good weekend.
>
> On Fri, Nov 5, 2021 at 5:12 PM Judd Burstein <jburstein@burlaw.com> wrote:
>
>> Please see the attached.
>>
>> Judd Burstein
>>
>> Judd Burstein, P.C.
>>
>> 260 Madison Avenue
>>
>> 15th Floor
>>
>> New York, New York 10016
>>
>> (212) 974-2400
>>
>> (212) 974-2944 (Fax)
>>
>> (917) 687-2981 (Cell—Best number)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS. I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE.**

--

Steven N. Gordon, Esq.

Tsyngauz & Associates, P.C.

114 Mulberry Street, Ground Floor

New York, NY 10013

Telephone: (212) 337-9770

Facsimile: (212) 337-3375

Email: sg@nytlaw.com



--

Steven N. Gordon, Esq.

Tsyngauz & Associates, P.C.

114 Mulberry Street, Ground Floor

New York, NY 10013

Telephone: (212) 337-9770

Facsimile: (212) 337-3375

Email: sg@nytlaw.com



--

Steven N. Gordon, Esq.

7

Tsyngauz & Associates, P.C.

114 Mulberry Street, Ground Floor

New York, NY 10013

Telephone: (212) 337-9770

Facsimile: (212) 337-3375

Email: sg@nytlaw.com

---

 Scanned by McAfee and confirmed virus-free.

--
Steven N. Gordon, Esq.
Tsyngauz & Associates, P.C.
114 Mulberry Street, Ground Floor
New York, NY 10013
Telephone: (212) 337-9770
Facsimile: (212) 337-3375
Email: sg@nytlaw.com

## Judd Burstein

| | |
|---|---|
| **From:** | Judd Burstein |
| **Sent:** | Wednesday, January 26, 2022 7:52 PM |
| **To:** | Steven Gordon |
| **Cc:** | Emily Finestone |
| **Subject:** | RE: FW: Steven Gordon is "threatening" me.pdf |

Steven:

You do not need to keep it confidential. I was just apologizing for sending you something by mistake out of the blue

Judd Burstein
Judd Burstein, P.C.
260 Madison Avenue
15th Floor
New York, New York 10016
(212) 974-2400
(212) 974-2944 (Fax)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Wednesday, January 26, 2022 7:47 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Cc:** Emily Finestone <EFinestone@burlaw.com>
**Subject:** Re: FW: Steven Gordon is "threatening" me.pdf

It's okay, Judd. Despite the unnecessary animus you have towards me, I'll keep it between us. I have a right to send a cease and desist to anyone who is diluting the jury pool and telling falsehoods about my client and I, as I believe you would do as well.

On Wed, Jan 26, 2022 at 7:16 PM Judd Burstein <jburstein@burlaw.com> wrote:

> I sent that last email to you by mistake
>
>
> Judd Burstein
>
> Judd Burstein, P.C.

1

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)


**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

---

**From:** Emily Finestone <EFinestone@burlaw.com>
**Sent:** Wednesday, January 26, 2022 7:09 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Re: Steven Gordon is "threatening" me.pdf

Just realized You sent this to Steven. I'm assuming you Didn't mean to include him on the email?

Sent from my iPhone

> On Jan 26, 2022, at 6:30 PM, Judd Burstein <jburstein@burlaw.com> wrote:

--
Steven N. Gordon, Esq.
Tsyngauz & Associates, P.C.
114 Mulberry Street, Ground Floor
New York, NY 10013
Telephone: (212) 337-9770

Facsimile: (212) 337-3375
Email: sg@nytlaw.com

# Judd Burstein

| | |
|---|---|
| **From:** | Steven Gordon <sg@nytlaw.com> |
| **Sent:** | Monday, January 24, 2022 5:36 PM |
| **To:** | Judd Burstein |
| **Subject:** | Re: FW: Activity in Case 1:21-cv-04568-ENV-JRC Hough v. Maraj et al Order |

Judd, if you file your motion Wednesday, you will be in breach of the Judge's Order. We will agree to a briefing schedule by January 31, 2022.

On Mon, Jan 24, 2022 at 5:34 PM Judd Burstein <jburstein@burlaw.com> wrote:

> In light of this Order, I will serve my motion on Wednesday,  Then , after you have an opportunity to review it, please get back to me on what you propose as a schedule.
>
>
> Judd Burstein
>
> Judd Burstein, P.C.
>
> 260 Madison Avenue
>
> 15th Floor
>
> New York, New York 10016
>
> (212) 974-2400
>
> (212) 974-2944 (Fax)
>
>
> MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE
>
> ---
>
> **From:** ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>
> **Sent:** Monday, January 24, 2022 5:27 PM
> **To:** nobody@nyed.uscourts.gov
> **Subject:** Activity in Case 1:21-cv-04568-ENV-JRC Hough v. Maraj et al Order

1

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 1/24/2022 at 5:27 PM EST and filed on 1/24/2022

**Case Name:**         Hough v. Maraj et al
**Case Number:**       1:21-cv-04568-ENV-JRC
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER. By 1/31/2022, the parties shall submit a joint letter setting forth a proposed briefing schedule for the parties' proposed motions for sanctions. If, by then, the parties are unable to agree on a briefing schedule, the parties shall submit a joint letter to inform the Court of that fact, and the Court will set a briefing schedule. Apart from the submissions just described, the parties are directed to refrain from filing further letters on this issue. Ordered by Judge Eric N. Vitaliano on 1/24/2022.(Federowicz, Stephen)**

**1:21-cv-04568-ENV-JRC Notice has been electronically mailed to:**

Judd Burstein      Jburstein@burlaw.com, ECF@burlaw.com, hyonke@burlaw.com, pguzman@burlaw.com, pschalk@burlaw.com

Steven David Isser     sisser@isserlaw.com

Emily C. Finestone     efinestone@burlaw.com

Tyrone Anthony Blackburn     TBLACKBURN@TABLACKBURNLAW.COM

Steven N. Gordon     sg@nytlaw.com

**1:21-cv-04568-ENV-JRC Notice will not be electronically mailed to:**

--
Steven N. Gordon, Esq.
Tsyngauz & Associates, P.C.
114 Mulberry Street, Ground Floor
New York, NY 10013
Telephone: (212) 337-9770
Facsimile: (212) 337-3375
Email: sg@nytlaw.com