# EXHIBIT 5

| | |
|---|---|
| **From:** | ecf_bounces@nyed.uscourts.gov |
| **To:** | nobody@nyed.uscourts.gov |
| **Subject:** | Activity in Case 1:21-cv-04568-ENV-JRC Hough v. Maraj et al Letter |
| **Date:** | Thursday, January 27, 2022 10:44:52 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered by Gordon, Steven on 1/27/2022 at 10:44 AM EST and filed on 1/27/2022

**Case Name:**     Hough v. Maraj et al
**Case Number:**   1:21-cv-04568-ENV-JRC
**Filer:**         Jennifer Hough
**Document Number:** 59

**Docket Text:**
**Letter *Withdrawing as Counsel for Plaintiff Jennifer Hough* by Jennifer Hough (Gordon, Steven)**


**1:21-cv-04568-ENV-JRC Notice has been electronically mailed to:**

Emily C. Finestone     efinestone@burlaw.com

Judd Burstein     Jburstein@burlaw.com, ECF@burlaw.com, hyonke@burlaw.com, pguzman@burlaw.com, pschalk@burlaw.com

Steven David Isser     sisser@isserlaw.com

Steven N. Gordon     sg@nytlaw.com

Tyrone Anthony Blackburn     TBLACKBURN@TABLACKBURNLAW.COM

**1:21-cv-04568-ENV-JRC Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document

**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=1/27/2022] [FileNumber=16542032-0]
[98f1edeb4ddefbfbab191bf7b60145e77d2ae8a3845e7a6cd50956c23aaf938f305c
18033b274faa49c9d87650631841089fa2509eedb520f39baabfa9eaf922]]