# EXHIBIT 7

**Judd Burstein**

| | |
|---|---|
| **From:** | Steven Gordon <sg@nytlaw.com> |
| **Sent:** | Wednesday, January 26, 2022 10:01 PM |
| **To:** | Judd Burstein |
| **Cc:** | Emily Finestone; Peter B. Schalk; Tyrone Blackburn; Victor Weberman |
| **Subject:** | Re: Sanctions motion |

Judd,

I did not say that you had an obsession with my wife, and your email candidly did make me consider withdrawing from this case for the safety of my wife and I. Nothing I said was inaccurate. The only obsession I alluded to is the one in which you will apparently do or say anything to try to personally harm me.

We will be awaiting your motion and will respond with our proposed briefing schedule.

On Wed, Jan 26, 2022 at 9:28 PM Judd Burstein <jburstein@burlaw.com> wrote:

> Victor from my office will be emailing you our sanctions motion tonight. Substantively, it is final, but we still need to proof it more carefully and collect the exhibits. We will finish that up by Friday, but you will not receive anything that you do not already have available to you tonight.
>
> I am having the motion sent to you tonight because I believe that it is fair for you to have a chance to analyze it before we seek to agree on a schedule. My view on scheduling depends upon whether you are prepared (after reading my papers) to withdraw all of the false claims which you have made about my supposed sick obsession with Steven's wife which led me to engage in creepy cyberstalking and thereby put Steven in fear for the safety of his family. If you will agree to acknowledge that these allegation are untrue in a way that publicly clears my name, I will agree to a schedule which gives you until March to answer my papers.
>
> However, if you do not withdraw those accusations in full and in writing, I am going to push for an expedited briefing schedule in light of the fact that your vile accusations have been repeated on the internet.
>
> Judd Burstein
>
> Judd Burstein, P.C.

1

[260 Madison Avenue](#)

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

--
Steven N. Gordon, Esq.
Tsyngauz & Associates, P.C.
114 Mulberry Street, Ground Floor
New York, NY 10013
Telephone: (212) 337-9770
Facsimile: (212) 337-3375
Email: [sg@nytlaw.com](mailto:sg@nytlaw.com)