EXHIBIT 9

**Judd Burstein**

---

**From:**     Judd Burstein
**Sent:**      Friday, January 28, 2022 11:59 AM
**To:**        Steven Gordon
**Subject:**   Possible resolution


Steven:;  I am prepared to send you a proposal to avoid a sanctions motion against you which I believe would be workable.  But I want to make sure we agree that it is entirely confidential and that if we cannot agree, it will not be disclosed for any purpose whatsoever.

Judd Burstein
Judd Burstein, P.C.
260 Madison Avenue
15th Floor
New York, New York 10016
(212) 974-2400
(212) 974-2944 (Fax)


**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

## Judd Burstein

| | |
|---|---|
| **From:** | Steven Gordon <sg@nytlaw.com> |
| **Sent:** | Friday, January 28, 2022 12:15 PM |
| **To:** | Judd Burstein |
| **Subject:** | Re: Possible resolution |

Ok, Judd. Yes, I agree it will be confidential.

On Fri, Jan 28, 2022 at 11:59 AM Judd Burstein <jburstein@burlaw.com> wrote:

> Steven:;  I am prepared to send you a proposal to avoid a sanctions motion against you which I believe would be workable.  But I want to make sure we agree that it is entirely confidential and that if we cannot agree, it will not be disclosed for any purpose whatsoever.
>
>
> Judd Burstein
>
> Judd Burstein, P.C.
>
> 260 Madison Avenue
>
> 15th Floor
>
> New York, New York 10016
>
> (212) 974-2400
>
> (212) 974-2944 (Fax)
>
>
> **MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

--
Steven N. Gordon, Esq.
Tsyngauz & Associates, P.C.
114 Mulberry Street, Ground Floor

New York, NY 10013
Telephone: (212) 337-9770
Facsimile: (212) 337-3375
Email: sg@nytlaw.com

**Judd Burstein**

---

| | |
|---|---|
| **From:** | Judd Burstein |
| **Sent:** | Friday, January 28, 2022 1:06 PM |
| **To:** | Steven Gordon |
| **Subject:** | FOR SETTLEMENT PURPOSES ONLY |

Steven:

I think this is fair.  **I am not asking you to say anything that you would not say in response to my sanctions motion**.  Nor am I asking you to agree that my email about your wife was appropriate because I understand how you feel even if I disagree with you.  I am also not asking you to disavow the gang allegation, although I do think that you should do so.

Finally, the only reason that I am agreeing not to seek sanctions is because you explained to me that you were not in a position to control what Tyrone did.  I don't agree with you as a matter of law, but I am sympathetic to your career concerns.  However, I cannot allow him to use you as a foil.

So, if this is OK with you, send it back to me and I will not seek sanctions

Dear Judd:

As we have discussed:

Tyrone Blackburn sent a letter to the Court on January 22, 2022 in which he stated:

"An example of [Mr. Burstein's] deplorable behavior stems from his sick obsession with Mr. Gordon's wife. Mr. Burstein went scrummaging through the comments section of youtube posts in search of comments posted by Mrs. Gordon. Not only was his act of cyberstalking Mrs. Gordon creepy, but it was also weird, and beneath the dignity of this profession."

I write to confirm the following:

1. I **did not see Mr. Blackburn's letter before he sent it;**
2. **I would have objected to these comment if I had seen the letter before it was sent (**although I had no control over anything which Mr. Blackburn filed with the Court);
3. **I do not in any way agree with them; and**
4. **I never at any time said anything to Mr. Blackburn even to suggest that I agreed the views he expressed in his letter;**

As we have also discussed, I was not lead counsel in the case against Ms. Maraj and I had no control whatsoever over the filings submitted by Mr. Blackburn.

I appreciate the fact that you and your client have accepted my explanations as set forth above and have acknowledged that, in my role as Mr. Blackburn's co-counsel, I never acted in bad faith and that I had a good faith belief in the truth of Ms. Hough's factual allegations.


Judd Burstein
Judd Burstein, P.C.
260 Madison Avenue
15th Floor
New York, New York 10016
(212) 974-2400
(212) 974-2944 (Fax)


**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

**Judd Burstein**

| | |
|---|---|
| **From:** | Steven Gordon <sg@nytlaw.com> |
| **Sent:** | Friday, January 28, 2022 1:14 PM |
| **To:** | Judd Burstein |
| **Subject:** | Re: FOR SETTLEMENT PURPOSES ONLY |

Thank you, Judd. I will send under a separate email. Please note that due to my imploring, Tyrone has corrected his declaration to say "Upon information and belief."

As you may expect, Tyrone is going to come after me once I send this email. I am already facing threats.

On Fri, Jan 28, 2022 at 1:06 PM Judd Burstein <jburstein@burlaw.com> wrote:

Steven:

I think this is fair. **I am not asking you to say anything that you would not say in response to my sanctions motion**. Nor am I asking you to agree that my email about your wife was appropriate because I understand how you feel even if I disagree with you. I am also not asking you to disavow the gang allegation, although I do think that you should do so.

Finally, the only reason that I am agreeing not to seek sanctions is because you explained to me that you were not in a position to control what Tyrone did. I don't agree with you as a matter of law, but I am sympathetic to your career concerns. However, I cannot allow him to use you as a foil.

So, if this is OK with you, send it back to me and I will not seek sanctions

Dear Judd:

As we have discussed:

Tyrone Blackburn sent a letter to the Court on January 22, 2022 in which he stated:

"An example of [Mr. Burstein's] deplorable behavior stems from his sick obsession with Mr. Gordon's wife. Mr. Burstein went scrummaging through the comments section of youtube posts in search of comments posted by Mrs. Gordon. Not only was his act of cyberstalking Mrs. Gordon creepy, but it was also weird, and beneath the dignity of this profession."

I write to confirm the following:

1. I **did not see Mr. Blackburn's letter before he sent it;**
2. **I would have objected to these comment if I had seen the letter before it was sent** (although I had no control over anything which Mr. Blackburn filed with the Court);
3. **I do not in any way agree with them; and**
4. **I never at any time said anything to Mr. Blackburn even to suggest that I agreed the views he expressed in his letter;**

As we have also discussed, I was not lead counsel in the case against Ms. Maraj and I had no control whatsoever over the filings submitted by Mr. Blackburn.

I appreciate the fact that you and your client have accepted my explanations as set forth above and have acknowledged that, in my role as Mr. Blackburn's co-counsel, I never acted in bad faith and that I had a good faith belief in the truth of Ms. Hough's factual allegations.

Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

7

(212) 974-2400

(212) 974-2944 (Fax)


**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**



--
Steven N. Gordon, Esq.
Tsyngauz & Associates, P.C.
114 Mulberry Street, Ground Floor
New York, NY 10013
Telephone: (212) 337-9770
Facsimile: (212) 337-3375
Email: sg@nytlaw.com

**Judd Burstein**

| | |
|---|---|
| **From:** | Judd Burstein |
| **Sent:** | Friday, January 28, 2022 1:23 PM |
| **To:** | Steven Gordon |
| **Subject:** | RE: FOR SETTLEMENT PURPOSES ONLY |

I agree.  But better him than me!!

Judd Burstein
Judd Burstein, P.C.
260 Madison Avenue
15th Floor
New York, New York 10016
(212) 974-2400
(212) 974-2944 (Fax)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, January 28, 2022 1:14 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY

Thank you, Judd. I will send under a separate email. Please note that due to my imploring, Tyrone has corrected his declaration to say "Upon information and belief."

As you may expect, Tyrone is going to come after me once I send this email. I am already facing threats.

On Fri, Jan 28, 2022 at 1:06 PM Judd Burstein <jburstein@burlaw.com> wrote:

> Steven:
>
>
> I think this is fair.  **I am not asking you to say anything that you would not say in response to my sanctions motion**.  Nor am I asking you to agree that my email about your wife was appropriate because I understand how you feel even if I disagree with you.  I am also not asking you to disavow the gang allegation, although I do think that you should do so.

Finally, the only reason that I am agreeing not to seek sanctions is because you explained to me that you were not in a position to control what Tyrone did.  I don't agree with you as a matter of law, but I am sympathetic to your career concerns.  However, I cannot allow him to use you as a foil.

So, if this is OK with you, send it back to me and I will not seek sanctions

Dear Judd:

As we have discussed:

Tyrone Blackburn sent a letter to the Court on January 22, 2022 in which he stated:

"An example of [Mr. Burstein's] deplorable behavior stems from his sick obsession with Mr. Gordon's wife. Mr. Burstein went scrummaging through the comments section of youtube posts in search of comments posted by Mrs. Gordon. Not only was his act of cyberstalking Mrs. Gordon creepy, but it was also weird, and beneath the dignity of this profession."

I write to confirm the following:

1. I **did not see Mr. Blackburn's letter before he sent it;**
2. **I would have objected to these comment if I had seen the letter before it was sent (**although I had no control over anything which Mr. Blackburn filed with the Court);
3. **I do not in any way agree with them; and**
4. **I never at any time said anything to Mr. Blackburn even to suggest that I agreed the views he expressed in his letter;**

As we have also discussed, I was not lead counsel in the case against Ms. Maraj and I had no control whatsoever over the filings submitted by Mr. Blackburn.

I appreciate the fact that you and your client have accepted my explanations as set forth above and have acknowledged that, in my role as Mr. Blackburn's co-counsel, I never acted in bad faith and that I had a good faith belief in the truth of Ms. Hough's factual allegations.

Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

--
Steven N. Gordon, Esq.
Tsyngauz & Associates, P.C.
114 Mulberry Street, Ground Floor
New York, NY 10013
Telephone: (212) 337-9770
Facsimile: (212) 337-3375
Email: sg@nytlaw.com

**Judd Burstein**

| | |
|---|---|
| **From:** | Judd Burstein |
| **Sent:** | Friday, January 28, 2022 1:25 PM |
| **To:** | Steven Gordon |
| **Subject:** | RE: FOR SETTLEMENT PURPOSES ONLY |

I am glad we could resolve this.  I never wanted to hurt you.  In light of you doing this, you can always reach out to me if you have a question on judgment

Judd Burstein
Judd Burstein, P.C.
260 Madison Avenue
15th Floor
New York, New York 10016
(212) 974-2400
(212) 974-2944 (Fax)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, January 28, 2022 1:14 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY

Thank you, Judd. I will send under a separate email. Please note that due to my imploring, Tyrone has corrected his declaration to say "Upon information and belief."

As you may expect, Tyrone is going to come after me once I send this email. I am already facing threats.

On Fri, Jan 28, 2022 at 1:06 PM Judd Burstein <jburstein@burlaw.com> wrote:

> Steven:
>
>
> I think this is fair.  **I am not asking you to say anything that you would not say in response to my sanctions motion**.  Nor am I asking you to agree that my email about your wife was appropriate because I understand how you feel even if I disagree with you.  I am also not asking you to disavow the gang allegation, although I do think that you should do so.

Finally, the only reason that I am agreeing not to seek sanctions is because you explained to me that you were not in a position to control what Tyrone did. I don't agree with you as a matter of law, but I am sympathetic to your career concerns. However, I cannot allow him to use you as a foil.

So, if this is OK with you, send it back to me and I will not seek sanctions

Dear Judd:

As we have discussed:

Tyrone Blackburn sent a letter to the Court on January 22, 2022 in which he stated:

"An example of [Mr. Burstein's] deplorable behavior stems from his sick obsession with Mr. Gordon's wife. Mr. Burstein went scrummaging through the comments section of youtube posts in search of comments posted by Mrs. Gordon. Not only was his act of cyberstalking Mrs. Gordon creepy, but it was also weird, and beneath the dignity of this profession."

I write to confirm the following:

1. I **did not see Mr. Blackburn's letter before he sent it;**
2. **I would have objected to these comment if I had seen the letter before it was sent** (although I had no control over anything which Mr. Blackburn filed with the Court);
3. **I do not in any way agree with them; and**
4. **I never at any time said anything to Mr. Blackburn even to suggest that I agreed the views he expressed in his letter;**

As we have also discussed, I was not lead counsel in the case against Ms. Maraj and I had no control whatsoever over the filings submitted by Mr. Blackburn.

I appreciate the fact that you and your client have accepted my explanations as set forth above and have acknowledged that, in my role as Mr. Blackburn's co-counsel, I never acted in bad faith and that I had a good faith belief in the truth of Ms. Hough's factual allegations.

Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

--
Steven N. Gordon, Esq.
Tsyngauz & Associates, P.C.
114 Mulberry Street, Ground Floor
New York, NY 10013
Telephone: (212) 337-9770
Facsimile: (212) 337-3375
Email: sg@nytlaw.com

**Judd Burstein**

---

| | |
|---|---|
| **From:** | Steven Gordon <sg@nytlaw.com> |
| **Sent:** | Friday, January 28, 2022 1:30 PM |
| **To:** | Judd Burstein |
| **Subject:** | Re: FOR SETTLEMENT PURPOSES ONLY |

Thank you, Judd. I appreciate it. I am simply waiting for my boss's approval but it is completely reasonable and I appreciate it.

On Fri, Jan 28, 2022 at 1:24 PM Judd Burstein <jburstein@burlaw.com> wrote:

I am glad we could resolve this.  I never wanted to hurt you.  In light of you doing this, you can always reach out to me if you have a question on judgment

Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

---

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, January 28, 2022 1:14 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY

Thank you, Judd. I will send under a separate email. Please note that due to my imploring, Tyrone has corrected his declaration to say "Upon information and belief."

As you may expect, Tyrone is going to come after me once I send this email. I am already facing threats.

On Fri, Jan 28, 2022 at 1:06 PM Judd Burstein <jburstein@burlaw.com> wrote:

Steven:

I think this is fair. **I am not asking you to say anything that you would not say in response to my sanctions motion**. Nor am I asking you to agree that my email about your wife was appropriate because I understand how you feel even if I disagree with you. I am also not asking you to disavow the gang allegation, although I do think that you should do so.

Finally, the only reason that I am agreeing not to seek sanctions is because you explained to me that you were not in a position to control what Tyrone did. I don't agree with you as a matter of law, but I am sympathetic to your career concerns. However, I cannot allow him to use you as a foil.

So, if this is OK with you, send it back to me and I will not seek sanctions

Dear Judd:

As we have discussed:

Tyrone Blackburn sent a letter to the Court on January 22, 2022 in which he stated:

"An example of [Mr. Burstein's] deplorable behavior stems from his sick obsession with Mr. Gordon's wife. Mr. Burstein went scrummaging through the comments section of youtube posts in search of comments posted by Mrs. Gordon. Not only was his act of cyberstalking Mrs. Gordon creepy, but it was also weird, and beneath the dignity of this profession."

I write to confirm the following:

1. I **did not see Mr. Blackburn's letter before he sent it;**
2. **I would have objected to these comment if I had seen the letter before it was sent (**although I had no control over anything which Mr. Blackburn filed with the Court);
3. **I do not in any way agree with them; and**
4. **I never at any time said anything to Mr. Blackburn even to suggest that I agreed the views he expressed in his letter;**

As we have also discussed, I was not lead counsel in the case against Ms. Maraj and I had no control whatsoever over the filings submitted by Mr. Blackburn.

I appreciate the fact that you and your client have accepted my explanations as set forth above and have acknowledged that, in my role as Mr. Blackburn's co-counsel, I never acted in bad faith and that I had a good faith belief in the truth of Ms. Hough's factual allegations.

Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)


**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**


--

Steven N. Gordon, Esq.

Tsyngauz & Associates, P.C.

114 Mulberry Street, Ground Floor

New York, NY 10013

Telephone: (212) 337-9770

Facsimile: (212) 337-3375

Email: sg@nytlaw.com


--
Steven N. Gordon, Esq.
Tsyngauz & Associates, P.C.
114 Mulberry Street, Ground Floor
New York, NY 10013
Telephone: (212) 337-9770
Facsimile: (212) 337-3375
Email: sg@nytlaw.com

**Judd Burstein**

| | |
|---|---|
| **From:** | Judd Burstein |
| **Sent:** | Friday, January 28, 2022 1:31 PM |
| **To:** | Steven Gordon |
| **Subject:** | RE: FOR SETTLEMENT PURPOSES ONLY |

OK.  The sooner the better because I have to revise my motion

Judd Burstein
Judd Burstein, P.C.
260 Madison Avenue
15th Floor
New York, New York 10016
(212) 974-2400
(212) 974-2944 (Fax)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, January 28, 2022 1:30 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY

Thank you, Judd. I appreciate it. I am simply waiting for my boss's approval but it is completely reasonable and I appreciate it.

On Fri, Jan 28, 2022 at 1:24 PM Judd Burstein <jburstein@burlaw.com> wrote:

I am glad we could resolve this.  I never wanted to hurt you.  In light of you doing this, you can always reach out to me if you have a question on judgment

Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

19

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

---

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, January 28, 2022 1:14 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY

Thank you, Judd. I will send under a separate email. Please note that due to my imploring, Tyrone has corrected his declaration to say "Upon information and belief."

As you may expect, Tyrone is going to come after me once I send this email. I am already facing threats.

On Fri, Jan 28, 2022 at 1:06 PM Judd Burstein <jburstein@burlaw.com> wrote:

Steven:

I think this is fair.  **I am not asking you to say anything that you would not say in response to my sanctions motion**.  Nor am I asking you to agree that my email about your wife was appropriate because I understand how you feel even if I disagree with you.  I am also not asking you to disavow the gang allegation, although I do think that you should do so.

Finally, the only reason that I am agreeing not to seek sanctions is because you explained to me that you were not in a position to control what Tyrone did.  I don't agree with you as a

matter of law, but I am sympathetic to your career concerns.  However, I cannot allow him to use you as a foil.

So, if this is OK with you, send it back to me and I will not seek sanctions

Dear Judd:

As we have discussed:

Tyrone Blackburn sent a letter to the Court on January 22, 2022 in which he stated:

"An example of [Mr. Burstein's] deplorable behavior stems from his sick obsession with Mr. Gordon's wife. Mr. Burstein went scrummaging through the comments section of youtube posts in search of comments posted by Mrs. Gordon. Not only was his act of cyberstalking Mrs. Gordon creepy, but it was also weird, and beneath the dignity of this profession."

I write to confirm the following:

1. I **did not see Mr. Blackburn's letter before he sent it;**
2. **I would have objected to these comment if I had seen the letter before it was sent (**although I had no control over anything which Mr. Blackburn filed with the Court);
3. **I do not in any way agree with them; and**
4. **I never at any time said anything to Mr. Blackburn even to suggest that I agreed the views he expressed in his letter;**

As we have also discussed, I was not lead counsel in the case against Ms. Maraj and I had no control whatsoever over the filings submitted by Mr. Blackburn.

I appreciate the fact that you and your client have accepted my explanations as set forth above and have acknowledged that, in my role as Mr. Blackburn's co-counsel, I never acted in bad faith and that I had a good faith belief in the truth of Ms. Hough's factual allegations.

Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

--

Steven N. Gordon, Esq.

Tsyngauz & Associates, P.C.

114 Mulberry Street, Ground Floor

New York, NY 10013

Telephone: (212) 337-9770

Facsimile: (212) 337-3375

Email: sg@nytlaw.com

--
Steven N. Gordon, Esq.
Tsyngauz & Associates, P.C.
114 Mulberry Street, Ground Floor
New York, NY 10013
Telephone: (212) 337-9770
Facsimile: (212) 337-3375
Email: sg@nytlaw.com

**Judd Burstein**

| | |
|---|---|
| **From:** | Steven Gordon <sg@nytlaw.com> |
| **Sent:** | Friday, January 28, 2022 1:59 PM |
| **To:** | Judd Burstein |
| **Subject:** | Re: FOR SETTLEMENT PURPOSES ONLY |

Dear Judd:

As we have discussed:

Tyrone Blackburn sent a letter to the Court on January 22, 2022 in which he stated:

"An example of [Mr. Burstein's] deplorable behavior stems from his sick obsession with Mr. Gordon's wife. Mr. Burstein went scrummaging through the comments section of youtube posts in search of comments posted by Mrs. Gordon. Not only was his act of cyberstalking Mrs. Gordon creepy, but it was also weird, and beneath the dignity of this profession."

I write to confirm the following:

1. I **did not see Mr. Blackburn's letter before he sent it;**
2. **I would have objected to these comment if I had seen the letter before it was sent (**although I had no control over anything which Mr. Blackburn ultimately filed with the Court);
3. **I do not in any way agree with them; and**
4. **I never at any time said anything to Mr. Blackburn even to suggest that I agreed the views he expressed in his letter;**

As we have also discussed, I was not lead counsel in the case against Ms. Maraj and I had no control over statements of facts ultimately submitted in Mr. Blackburn's filings.

I appreciate the fact that you and your client have accepted my explanations as set forth above and have acknowledged that, in my role as Mr. Blackburn's co-counsel, I never acted in bad faith and that I had a good faith belief in the truth of Ms. Hough's factual allegations.


Respectfully,


Steven


On Fri, Jan 28, 2022 at 1:31 PM Judd Burstein <jburstein@burlaw.com> wrote:

OK.  The sooner the better because I have to revise my motion


Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)


**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, January 28, 2022 1:30 PM

**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY

Thank you, Judd. I appreciate it. I am simply waiting for my boss's approval but it is completely reasonable and I appreciate it.

On Fri, Jan 28, 2022 at 1:24 PM Judd Burstein <jburstein@burlaw.com> wrote:

I am glad we could resolve this.  I never wanted to hurt you.  In light of you doing this, you can always reach out to me if you have a question on judgment

Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, January 28, 2022 1:14 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY

Thank you, Judd. I will send under a separate email. Please note that due to my imploring, Tyrone has corrected his declaration to say "Upon information and belief."

As you may expect, Tyrone is going to come after me once I send this email. I am already facing threats.

On Fri, Jan 28, 2022 at 1:06 PM Judd Burstein <jburstein@burlaw.com> wrote:

Steven:

I think this is fair. **I am not asking you to say anything that you would not say in response to my sanctions motion**. Nor am I asking you to agree that my email about your wife was appropriate because I understand how you feel even if I disagree with you. I am also not asking you to disavow the gang allegation, although I do think that you should do so.

Finally, the only reason that I am agreeing not to seek sanctions is because you explained to me that you were not in a position to control what Tyrone did. I don't agree with you as a matter of law, but I am sympathetic to your career concerns. However, I cannot allow him to use you as a foil.

So, if this is OK with you, send it back to me and I will not seek sanctions

Dear Judd:

As we have discussed:

Tyrone Blackburn sent a letter to the Court on January 22, 2022 in which he stated:

"An example of [Mr. Burstein's] deplorable behavior stems from his sick obsession with Mr. Gordon's wife. Mr. Burstein went scrummaging through the comments section of youtube posts in search of comments posted by Mrs. Gordon. Not only was his act of cyberstalking Mrs. Gordon creepy, but it was also weird, and beneath the dignity of this profession."

I write to confirm the following:

1. I **did not see Mr. Blackburn's letter before he sent it;**
2. **I would have objected to these comment if I had seen the letter before it was sent (**although I had no control over anything which Mr. Blackburn filed with the Court);
3. **I do not in any way agree with them; and**
4. **I never at any time said anything to Mr. Blackburn even to suggest that I agreed the views he expressed in his letter;**

As we have also discussed, I was not lead counsel in the case against Ms. Maraj and I had no control whatsoever over the filings submitted by Mr. Blackburn.

I appreciate the fact that you and your client have accepted my explanations as set forth above and have acknowledged that, in my role as Mr. Blackburn's co-counsel, I never acted in bad faith and that I had a good faith belief in the truth of Ms. Hough's factual allegations.

Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

--

Steven N. Gordon, Esq.

Tsyngauz & Associates, P.C.

114 Mulberry Street, Ground Floor

New York, NY 10013

Telephone: (212) 337-9770

Facsimile: (212) 337-3375

Email: sg@nytlaw.com

--

Steven N. Gordon, Esq.

Tsyngauz & Associates, P.C.

114 Mulberry Street, Ground Floor

New York, NY 10013

Telephone: (212) 337-9770

Facsimile: (212) 337-3375

Email: sg@nytlaw.com

--
Steven N. Gordon, Esq.
Tsyngauz & Associates, P.C.
114 Mulberry Street, Ground Floor
New York, NY 10013
Telephone: (212) 337-9770
Facsimile: (212) 337-3375
Email: sg@nytlaw.com

**Judd Burstein**

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, January 28, 2022 2:01 PM
**To:** Judd Burstein
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY

I just sent back to you with language approved by my boss.

On Fri, Jan 28, 2022 at 1:31 PM Judd Burstein <jburstein@burlaw.com> wrote:

OK.  The sooner the better because I have to revise my motion

Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, January 28, 2022 1:30 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY

Thank you, Judd. I appreciate it. I am simply waiting for my boss's approval but it is completely reasonable and I appreciate it.

On Fri, Jan 28, 2022 at 1:24 PM Judd Burstein <jburstein@burlaw.com> wrote:

I am glad we could resolve this.  I never wanted to hurt you.  In light of you doing this, you can always reach out to me if you have a question on judgment

Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, January 28, 2022 1:14 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY

Thank you, Judd. I will send under a separate email. Please note that due to my imploring, Tyrone has corrected his declaration to say "Upon information and belief."

As you may expect, Tyrone is going to come after me once I send this email. I am already facing threats.

On Fri, Jan 28, 2022 at 1:06 PM Judd Burstein <jburstein@burlaw.com> wrote:

Steven:

I think this is fair.  **I am not asking you to say anything that you would not say in response to my sanctions motion**.  Nor am I asking you to agree that my email about your wife was appropriate because I understand how you feel even if I disagree with you.  I am also not asking you to disavow the gang allegation, although I do think that you should do so.

Finally, the only reason that I am agreeing not to seek sanctions is because you explained to me that you were not in a position to control what Tyrone did.  I don't agree with you as a matter of law, but I am sympathetic to your career concerns.  However, I cannot allow him to use you as a foil.

So, if this is OK with you, send it back to me and I will not seek sanctions

Dear Judd:

As we have discussed:

Tyrone Blackburn sent a letter to the Court on January 22, 2022 in which he stated:

"An example of [Mr. Burstein's] deplorable behavior stems from his sick obsession with Mr. Gordon's wife. Mr. Burstein went scrummaging through the comments section of youtube posts in search of comments posted by Mrs. Gordon. Not only was his act of cyberstalking Mrs. Gordon creepy, but it was also weird, and beneath the dignity of this profession."

I write to confirm the following:

1. I **did not see Mr. Blackburn's letter before he sent it;**
2. **I would have objected to these comment if I had seen the letter before it was sent (**although I had no control over anything which Mr. Blackburn filed with the Court);
3. **I do not in any way agree with them; and**
4. **I never at any time said anything to Mr. Blackburn even to suggest that I agreed the views he expressed in his letter;**

As we have also discussed, I was not lead counsel in the case against Ms. Maraj and I had no control whatsoever over the filings submitted by Mr. Blackburn.

I appreciate the fact that you and your client have accepted my explanations as set forth above and have acknowledged that, in my role as Mr. Blackburn's co-counsel, I never acted in bad faith and that I had a good faith belief in the truth of Ms. Hough's factual allegations.

Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

--

Steven N. Gordon, Esq.

Tsyngauz & Associates, P.C.

114 Mulberry Street, Ground Floor

New York, NY 10013

Telephone: (212) 337-9770

Facsimile: (212) 337-3375

Email: sg@nytlaw.com

--

Steven N. Gordon, Esq.

Tsyngauz & Associates, P.C.

114 Mulberry Street, Ground Floor

New York, NY 10013

Telephone: (212) 337-9770

Facsimile: (212) 337-3375

Email: sg@nytlaw.com

--

Steven N. Gordon, Esq.
Tsyngauz & Associates, P.C.
114 Mulberry Street, Ground Floor
New York, NY 10013
Telephone: (212) 337-9770
Facsimile: (212) 337-3375
Email: sg@nytlaw.com

**Judd Burstein**

| | |
|---|---|
| **From:** | Judd Burstein |
| **Sent:** | Friday, January 28, 2022 2:02 PM |
| **To:** | Steven Gordon |
| **Subject:** | RE: FOR SETTLEMENT PURPOSES ONLY |

Great.  Thanks.  Let's keep this under wraps until Monday.

Judd Burstein
Judd Burstein, P.C.
260 Madison Avenue
15th Floor
New York, New York 10016
(212) 974-2400
(212) 974-2944 (Fax)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, January 28, 2022 1:59 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY

Dear Judd:

As we have discussed:

Tyrone Blackburn sent a letter to the Court on January 22, 2022 in which he stated:

"An example of [Mr. Burstein's] deplorable behavior stems from his sick obsession with Mr. Gordon's wife. Mr. Burstein went scrummaging through the comments section of youtube posts in search of comments posted by Mrs. Gordon. Not only was his act of cyberstalking Mrs. Gordon creepy, but it was also weird, and beneath the dignity of this profession."

I write to confirm the following:

1. I **did not see Mr. Blackburn's letter before he sent it;**
2. **I would have objected to these comment if I had seen the letter before it was sent (**although I had no control over anything which Mr. Blackburn ultimately filed with the Court);
3. **I do not in any way agree with them; and**
4. **I never at any time said anything to Mr. Blackburn even to suggest that I agreed the views he expressed in his letter;**

As we have also discussed, I was not lead counsel in the case against Ms. Maraj and I had no control over statements of facts ultimately submitted in Mr. Blackburn's filings.

I appreciate the fact that you and your client have accepted my explanations as set forth above and have acknowledged that, in my role as Mr. Blackburn's co-counsel, I never acted in bad faith and that I had a good faith belief in the truth of Ms. Hough's factual allegations.

Respectfully,

Steven

On Fri, Jan 28, 2022 at 1:31 PM Judd Burstein <jburstein@burlaw.com> wrote:

OK.  The sooner the better because I have to revise my motion

Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue



15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, January 28, 2022 1:30 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY

Thank you, Judd. I appreciate it. I am simply waiting for my boss's approval but it is completely reasonable and I appreciate it.

On Fri, Jan 28, 2022 at 1:24 PM Judd Burstein <jburstein@burlaw.com> wrote:

I am glad we could resolve this.  I never wanted to hurt you.  In light of you doing this, you can always reach out to me if you have a question on judgment

Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

39

(212) 974-2944 (Fax)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

---

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, January 28, 2022 1:14 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY

Thank you, Judd. I will send under a separate email. Please note that due to my imploring, Tyrone has corrected his declaration to say "Upon information and belief."

As you may expect, Tyrone is going to come after me once I send this email. I am already facing threats.

On Fri, Jan 28, 2022 at 1:06 PM Judd Burstein <jburstein@burlaw.com> wrote:

Steven:

I think this is fair.  **I am not asking you to say anything that you would not say in response to my sanctions motion**.  Nor am I asking you to agree that my email about your wife was appropriate because I understand how you feel even if I disagree with you.  I am also not asking you to disavow the gang allegation, although I do think that you should do so.

Finally, the only reason that I am agreeing not to seek sanctions is because you explained to me that you were not in a position to control what Tyrone did.  I don't agree with you as a matter of law, but I am sympathetic to your career concerns.  However, I cannot allow him to use you as a foil.

So, if this is OK with you, send it back to me and I will not seek sanctions

Dear Judd:

As we have discussed:

Tyrone Blackburn sent a letter to the Court on January 22, 2022 in which he stated:

"An example of [Mr. Burstein's] deplorable behavior stems from his sick obsession with Mr. Gordon's wife. Mr. Burstein went scrummaging through the comments section of youtube posts in search of comments posted by Mrs. Gordon. Not only was his act of cyberstalking Mrs. Gordon creepy, but it was also weird, and beneath the dignity of this profession."

I write to confirm the following:

1. I **did not see Mr. Blackburn's letter before he sent it;**
2. **I would have objected to these comment if I had seen the letter before it was sent (**although I had no control over anything which Mr. Blackburn filed with the Court);
3. **I do not in any way agree with them; and**
4. **I never at any time said anything to Mr. Blackburn even to suggest that I agreed the views he expressed in his letter;**

As we have also discussed, I was not lead counsel in the case against Ms. Maraj and I had no control whatsoever over the filings submitted by Mr. Blackburn.

I appreciate the fact that you and your client have accepted my explanations as set forth above and have acknowledged that, in my role as Mr. Blackburn's co-counsel, I never acted in bad faith and that I had a good faith belief in the truth of Ms. Hough's factual allegations.

Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)


**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**


--

Steven N. Gordon, Esq.

Tsyngauz & Associates, P.C.

114 Mulberry Street, Ground Floor

New York, NY 10013

Telephone: (212) 337-9770

Facsimile: (212) 337-3375

Email: sg@nytlaw.com

--

Steven N. Gordon, Esq.

Tsyngauz & Associates, P.C.

114 Mulberry Street, Ground Floor

New York, NY 10013

Telephone: (212) 337-9770

Facsimile: (212) 337-3375

Email: sg@nytlaw.com

--
Steven N. Gordon, Esq.
Tsyngauz & Associates, P.C.
114 Mulberry Street, Ground Floor
New York, NY 10013
Telephone: (212) 337-9770
Facsimile: (212) 337-3375
Email: sg@nytlaw.com

**Judd Burstein**

---

**From:** Judd Burstein
**Sent:** Friday, January 28, 2022 2:13 PM
**To:** Steven Gordon
**Subject:** RE: FOR SETTLEMENT PURPOSES ONLY

Good point.  And I have no problem saying that you assiduously refused to say anything bad about him.

Judd Burstein
Judd Burstein, P.C.
260 Madison Avenue
15th Floor
New York, New York 10016
(212) 974-2400
(212) 974-2944 (Fax)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

---

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, January 28, 2022 2:12 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY

Sounds good. I believe that Mr. Blackburn is going to argue that we have had several conversations behind his back, during which I talked bad about him. This is demonstrably untrue, but as it related to both of us, I am making you aware. I do not represent Plaintiff any longer. I only represent myself, now.

On Fri, Jan 28, 2022 at 2:02 PM Judd Burstein <jburstein@burlaw.com> wrote:

Great.  Thanks.  Let's keep this under wraps until Monday.


Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)


**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

---

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, January 28, 2022 1:59 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY


Dear Judd:


As we have discussed:


Tyrone Blackburn sent a letter to the Court on January 22, 2022 in which he stated:


"An example of [Mr. Burstein's] deplorable behavior stems from his sick obsession with Mr. Gordon's wife. Mr. Burstein went scrummaging through the comments section of youtube posts in search of comments posted by Mrs. Gordon. Not only was his act of cyberstalking Mrs. Gordon creepy, but it was also weird, and beneath the dignity of this profession."


I write to confirm the following:


　　　　1.　I **did not see Mr. Blackburn's letter before he sent it;**

45

2. **I would have objected to these comment if I had seen the letter before it was sent (**although I had no control over anything which Mr. Blackburn ultimately filed with the Court);

3. **I do not in any way agree with them; and**

4. **I never at any time said anything to Mr. Blackburn even to suggest that I agreed the views he expressed in his letter;**

As we have also discussed, I was not lead counsel in the case against Ms. Maraj and I had no control over statements of facts ultimately submitted in Mr. Blackburn's filings.

I appreciate the fact that you and your client have accepted my explanations as set forth above and have acknowledged that, in my role as Mr. Blackburn's co-counsel, I never acted in bad faith and that I had a good faith belief in the truth of Ms. Hough's factual allegations.

Respectfully,

Steven

On Fri, Jan 28, 2022 at 1:31 PM Judd Burstein <jburstein@burlaw.com> wrote:

OK.  The sooner the better because I have to revise my motion

Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)


**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

---

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, January 28, 2022 1:30 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY


Thank you, Judd. I appreciate it. I am simply waiting for my boss's approval but it is completely reasonable and I appreciate it.


On Fri, Jan 28, 2022 at 1:24 PM Judd Burstein <jburstein@burlaw.com> wrote:

I am glad we could resolve this.  I never wanted to hurt you.  In light of you doing this, you can always reach out to me if you have a question on judgment


Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

---

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, January 28, 2022 1:14 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY

Thank you, Judd. I will send under a separate email. Please note that due to my imploring, Tyrone has corrected his declaration to say "Upon information and belief."

As you may expect, Tyrone is going to come after me once I send this email. I am already facing threats.

On Fri, Jan 28, 2022 at 1:06 PM Judd Burstein <jburstein@burlaw.com> wrote:

Steven:

I think this is fair.  **I am not asking you to say anything that you would not say in response to my sanctions motion**.  Nor am I asking you to agree that my email about your wife was appropriate because I understand how you feel even if I disagree with you.  I am also not asking you to disavow the gang allegation, although I do think that you should do so.

Finally, the only reason that I am agreeing not to seek sanctions is because you explained to me that you were not in a position to control what Tyrone did.  I don't agree with you as a matter of law, but I am sympathetic to your career concerns.  However, I cannot allow him to use you as a foil.

So, if this is OK with you, send it back to me and I will not seek sanctions

Dear Judd:

As we have discussed:

Tyrone Blackburn sent a letter to the Court on January 22, 2022 in which he stated:

"An example of [Mr. Burstein's] deplorable behavior stems from his sick obsession with Mr. Gordon's wife. Mr. Burstein went scrummaging through the comments section of youtube posts in search of comments posted by Mrs. Gordon. Not only was his act of cyberstalking Mrs. Gordon creepy, but it was also weird, and beneath the dignity of this profession."

I write to confirm the following:

1. I **did not see Mr. Blackburn's letter before he sent it;**
2. **I would have objected to these comment if I had seen the letter before it was sent (**although I had no control over anything which Mr. Blackburn filed with the Court);
3. **I do not in any way agree with them; and**
4. **I never at any time said anything to Mr. Blackburn even to suggest that I agreed the views he expressed in his letter;**

As we have also discussed, I was not lead counsel in the case against Ms. Maraj and I had no control whatsoever over the filings submitted by Mr. Blackburn.

I appreciate the fact that you and your client have accepted my explanations as set forth above and have acknowledged that, in my role as Mr. Blackburn's co-counsel, I never acted in bad faith and that I had a good faith belief in the truth of Ms. Hough's factual allegations.

Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

--

Steven N. Gordon, Esq.

Tsyngauz & Associates, P.C.

114 Mulberry Street, Ground Floor

New York, NY 10013

Telephone: (212) 337-9770

Facsimile: (212) 337-3375

Email: sg@nytlaw.com

--

Steven N. Gordon, Esq.

Tsyngauz & Associates, P.C.

114 Mulberry Street, Ground Floor

New York, NY 10013

Telephone: (212) 337-9770

Facsimile: (212) 337-3375

Email: sg@nytlaw.com

--

Steven N. Gordon, Esq.

Tsyngauz & Associates, P.C.

114 Mulberry Street, Ground Floor

New York, NY 10013

Telephone: (212) 337-9770

Facsimile: (212) 337-3375

Email: sg@nytlaw.com

--
Steven N. Gordon, Esq.
Tsyngauz & Associates, P.C.
114 Mulberry Street, Ground Floor
New York, NY 10013
Telephone: (212) 337-9770

Facsimile: (212) 337-3375
Email: sg@nytlaw.com

**Judd Burstein**

| | |
|---|---|
| **From:** | Steven Gordon <sg@nytlaw.com> |
| **Sent:** | Friday, January 28, 2022 2:31 PM |
| **To:** | Judd Burstein |
| **Subject:** | Re: FOR SETTLEMENT PURPOSES ONLY |

Thank you, Judd. And I honestly haven't said anything bad about him. I don't say anything bad about anyone. Starting to understand how you can become jaded in this profession.

On Fri, Jan 28, 2022 at 2:12 PM Judd Burstein <jburstein@burlaw.com> wrote:

Good point.  And I have no problem saying that you assiduously refused to say anything bad about him.

Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, January 28, 2022 2:12 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY

Sounds good. I believe that Mr. Blackburn is going to argue that we have had several conversations behind his back, during which I talked bad about him. This is demonstrably untrue, but as it related to both of us, I am making you aware. I do not represent Plaintiff any longer. I only represent myself, now.

On Fri, Jan 28, 2022 at 2:02 PM Judd Burstein <jburstein@burlaw.com> wrote:

Great.  Thanks.  Let's keep this under wraps until Monday.

Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, January 28, 2022 1:59 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY

Dear Judd:

As we have discussed:

Tyrone Blackburn sent a letter to the Court on January 22, 2022 in which he stated:

"An example of [Mr. Burstein's] deplorable behavior stems from his sick obsession with Mr. Gordon's wife. Mr. Burstein went scrummaging through the comments section of youtube posts in search of comments posted by Mrs. Gordon. Not only was his act of cyberstalking Mrs. Gordon creepy, but it was also weird, and beneath the dignity of this profession."

I write to confirm the following:

1. I **did not see Mr. Blackburn's letter before he sent it;**

2. **I would have objected to these comment if I had seen the letter before it was sent (**although I had no control over anything which Mr. Blackburn ultimately filed with the Court);

3. **I do not in any way agree with them; and**

4. **I never at any time said anything to Mr. Blackburn even to suggest that I agreed the views he expressed in his letter;**

As we have also discussed, I was not lead counsel in the case against Ms. Maraj and I had no control over statements of facts ultimately submitted in Mr. Blackburn's filings.

I appreciate the fact that you and your client have accepted my explanations as set forth above and have acknowledged that, in my role as Mr. Blackburn's co-counsel, I never acted in bad faith and that I had a good faith belief in the truth of Ms. Hough's factual allegations.

Respectfully,

Steven


On Fri, Jan 28, 2022 at 1:31 PM Judd Burstein <jburstein@burlaw.com> wrote:

OK.  The sooner the better because I have to revise my motion


Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)


**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

---

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, January 28, 2022 1:30 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY


Thank you, Judd. I appreciate it. I am simply waiting for my boss's approval but it is completely reasonable and I appreciate it.


On Fri, Jan 28, 2022 at 1:24 PM Judd Burstein <jburstein@burlaw.com> wrote:

I am glad we could resolve this.  I never wanted to hurt you.  In light of you doing this, you can always reach out to me if you have a question on judgment

Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, January 28, 2022 1:14 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY

Thank you, Judd. I will send under a separate email. Please note that due to my imploring, Tyrone has corrected his declaration to say "Upon information and belief."

As you may expect, Tyrone is going to come after me once I send this email. I am already facing threats.

On Fri, Jan 28, 2022 at 1:06 PM Judd Burstein <jburstein@burlaw.com> wrote:

Steven:

I think this is fair.  **I am not asking you to say anything that you would not say in response to my sanctions motion**.  Nor am I asking you to agree that my email about your wife was appropriate because I understand how you feel even if I disagree with you.  I am also not asking you to disavow the gang allegation, although I do think that you should do so.

Finally, the only reason that I am agreeing not to seek sanctions is because you explained to me that you were not in a position to control what Tyrone did.  I don't agree with you as a matter of law, but I am sympathetic to your career concerns.  However, I cannot allow him to use you as a foil.

So, if this is OK with you, send it back to me and I will not seek sanctions

Dear Judd:

As we have discussed:

Tyrone Blackburn sent a letter to the Court on January 22, 2022 in which he stated:

"An example of [Mr. Burstein's] deplorable behavior stems from his sick obsession with Mr. Gordon's wife. Mr. Burstein went scrummaging through the comments section of youtube posts in search of comments posted by Mrs. Gordon. Not only was his act of cyberstalking Mrs. Gordon creepy, but it was also weird, and beneath the dignity of this profession."

I write to confirm the following:

1. I **did not see Mr. Blackburn's letter before he sent it;**
2. **I would have objected to these comment if I had seen the letter before it was sent (**although I had no control over anything which Mr. Blackburn filed with the Court);
3. **I do not in any way agree with them; and**
4. **I never at any time said anything to Mr. Blackburn even to suggest that I agreed the views he expressed in his letter;**

As we have also discussed, I was not lead counsel in the case against Ms. Maraj and I had no control whatsoever over the filings submitted by Mr. Blackburn.

I appreciate the fact that you and your client have accepted my explanations as set forth above and have acknowledged that, in my role as Mr. Blackburn's co-counsel, I never acted in bad faith and that I had a good faith belief in the truth of Ms. Hough's factual allegations.

Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

--

Steven N. Gordon, Esq.

Tsyngauz & Associates, P.C.

114 Mulberry Street, Ground Floor

New York, NY 10013

Telephone: (212) 337-9770

Facsimile: (212) 337-3375

Email: sg@nytlaw.com

--

Steven N. Gordon, Esq.

Tsyngauz & Associates, P.C.

114 Mulberry Street, Ground Floor

New York, NY 10013

Telephone: (212) 337-9770

Facsimile: (212) 337-3375

Email: sg@nytlaw.com

--

Steven N. Gordon, Esq.

Tsyngauz & Associates, P.C.

114 Mulberry Street, Ground Floor

New York, NY 10013

Telephone: (212) 337-9770

Facsimile: (212) 337-3375

Email: sg@nytlaw.com

--

Steven N. Gordon, Esq.

Tsyngauz & Associates, P.C.

114 Mulberry Street, Ground Floor

New York, NY 10013

Telephone: (212) 337-9770

Facsimile: (212) 337-3375

Email: sg@nytlaw.com

--
Steven N. Gordon, Esq.
Tsyngauz & Associates, P.C.
114 Mulberry Street, Ground Floor
New York, NY 10013
Telephone: (212) 337-9770
Facsimile: (212) 337-3375
Email: sg@nytlaw.com

**Judd Burstein**

| | |
|---|---|
| **From:** | Judd Burstein |
| **Sent:** | Friday, January 28, 2022 2:32 PM |
| **To:** | Steven Gordon |
| **Subject:** | RE: FOR SETTLEMENT PURPOSES ONLY |

I am sending the letter out on scheduling which will make clear that I am not seeking sanctions on you.  It will not reveal anything else

Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, January 28, 2022 2:12 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY

Sounds good. I believe that Mr. Blackburn is going to argue that we have had several conversations behind his back, during which I talked bad about him. This is demonstrably untrue, but as it related to both of us, I am making you aware. I do not represent Plaintiff any longer. I only represent myself, now.

On Fri, Jan 28, 2022 at 2:02 PM Judd Burstein <jburstein@burlaw.com> wrote:

Great.  Thanks.  Let's keep this under wraps until Monday.

Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)


**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

---

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, January 28, 2022 1:59 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY


Dear Judd:


As we have discussed:


Tyrone Blackburn sent a letter to the Court on January 22, 2022 in which he stated:


"An example of [Mr. Burstein's] deplorable behavior stems from his sick obsession with Mr. Gordon's wife. Mr. Burstein went scrummaging through the comments section of youtube posts in search of comments posted by Mrs. Gordon. Not only was his act of cyberstalking Mrs. Gordon creepy, but it was also weird, and beneath the dignity of this profession."


I write to confirm the following:


1. I **did not see Mr. Blackburn's letter before he sent it;**

2. **I would have objected to these comment if I had seen the letter before it was sent (**although I had no control over anything which Mr. Blackburn ultimately filed with the Court);

3. **I do not in any way agree with them; and**

4. **I never at any time said anything to Mr. Blackburn even to suggest that I agreed the views he expressed in his letter;**

As we have also discussed, I was not lead counsel in the case against Ms. Maraj and I had no control over statements of facts ultimately submitted in Mr. Blackburn's filings.

I appreciate the fact that you and your client have accepted my explanations as set forth above and have acknowledged that, in my role as Mr. Blackburn's co-counsel, I never acted in bad faith and that I had a good faith belief in the truth of Ms. Hough's factual allegations.

Respectfully,

Steven

On Fri, Jan 28, 2022 at 1:31 PM Judd Burstein <jburstein@burlaw.com> wrote:

OK.  The sooner the better because I have to revise my motion

Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

---

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, January 28, 2022 1:30 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY

Thank you, Judd. I appreciate it. I am simply waiting for my boss's approval but it is completely reasonable and I appreciate it.

On Fri, Jan 28, 2022 at 1:24 PM Judd Burstein <jburstein@burlaw.com> wrote:

I am glad we could resolve this.  I never wanted to hurt you.  In light of you doing this, you can always reach out to me if you have a question on judgment

Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

---

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, January 28, 2022 1:14 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY

Thank you, Judd. I will send under a separate email. Please note that due to my imploring, Tyrone has corrected his declaration to say "Upon information and belief."

As you may expect, Tyrone is going to come after me once I send this email. I am already facing threats.

On Fri, Jan 28, 2022 at 1:06 PM Judd Burstein <jburstein@burlaw.com> wrote:

Steven:

I think this is fair.  **I am not asking you to say anything that you would not say in response to my sanctions motion**.  Nor am I asking you to agree that my email about your wife was appropriate because I understand how you feel even if I disagree with you.  I am also not asking you to disavow the gang allegation, although I do think that you should do so.

Finally, the only reason that I am agreeing not to seek sanctions is because you explained to me that you were not in a position to control what Tyrone did.  I don't agree with you as a matter of law, but I am sympathetic to your career concerns.  However, I cannot allow him to use you as a foil.

So, if this is OK with you, send it back to me and I will not seek sanctions

Dear Judd:

As we have discussed:

Tyrone Blackburn sent a letter to the Court on January 22, 2022 in which he stated:

"An example of [Mr. Burstein's] deplorable behavior stems from his sick obsession with Mr. Gordon's wife. Mr. Burstein went scrummaging through the comments section of youtube posts in search of comments posted by Mrs. Gordon. Not only was his act of cyberstalking Mrs. Gordon creepy, but it was also weird, and beneath the dignity of this profession."

I write to confirm the following:

1.  I **did not see Mr. Blackburn's letter before he sent it;**
2.  **I would have objected to these comment if I had seen the letter before it was sent (**although I had no control over anything which Mr. Blackburn filed with the Court);
3.  **I do not in any way agree with them; and**
4.  **I never at any time said anything to Mr. Blackburn even to suggest that I agreed the views he expressed in his letter;**

As we have also discussed, I was not lead counsel in the case against Ms. Maraj and I had no control whatsoever over the filings submitted by Mr. Blackburn.

I appreciate the fact that you and your client have accepted my explanations as set forth above and have acknowledged that, in my role as Mr. Blackburn's co-counsel, I never acted in bad faith and that I had a good faith belief in the truth of Ms. Hough's factual allegations.

Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)


**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**




--

Steven N. Gordon, Esq.

Tsyngauz & Associates, P.C.

114 Mulberry Street, Ground Floor

New York, NY 10013

Telephone: (212) 337-9770

Facsimile: (212) 337-3375

Email: [sg@nytlaw.com](mailto:sg@nytlaw.com)

--

Steven N. Gordon, Esq.

Tsyngauz & Associates, P.C.

114 Mulberry Street, Ground Floor

New York, NY 10013

Telephone: (212) 337-9770

Facsimile: (212) 337-3375

Email: sg@nytlaw.com

--

Steven N. Gordon, Esq.

Tsyngauz & Associates, P.C.

114 Mulberry Street, Ground Floor

New York, NY 10013

Telephone: (212) 337-9770

Facsimile: (212) 337-3375

Email: sg@nytlaw.com

--
Steven N. Gordon, Esq.
Tsyngauz & Associates, P.C.
114 Mulberry Street, Ground Floor
New York, NY 10013
Telephone: (212) 337-9770

Facsimile: (212) 337-3375
Email: sg@nytlaw.com

**Judd Burstein**

| | |
|---|---|
| **From:** | Judd Burstein |
| **Sent:** | Friday, January 28, 2022 2:44 PM |
| **To:** | Steven Gordon |
| **Subject:** | RE: FOR SETTLEMENT PURPOSES ONLY |

Can you please send me back your email without the FOR SETTLEMENT PURPOSES" subject line.

Also ,in par. 2, there is an "s" missing after "comment."

Thanks

Judd Burstein
Judd Burstein, P.C.
260 Madison Avenue
15th Floor
New York, New York 10016
(212) 974-2400
(212) 974-2944 (Fax)


**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, January 28, 2022 1:30 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY

Thank you, Judd. I appreciate it. I am simply waiting for my boss's approval but it is completely reasonable and I appreciate it.

On Fri, Jan 28, 2022 at 1:24 PM Judd Burstein <jburstein@burlaw.com> wrote:

I am glad we could resolve this.  I never wanted to hurt you.  In light of you doing this, you can always reach out to me if you have a question on judgment


Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

---

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, January 28, 2022 1:14 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY

Thank you, Judd. I will send under a separate email. Please note that due to my imploring, Tyrone has corrected his declaration to say "Upon information and belief."

As you may expect, Tyrone is going to come after me once I send this email. I am already facing threats.

On Fri, Jan 28, 2022 at 1:06 PM Judd Burstein <jburstein@burlaw.com> wrote:

> Steven:
>
> I think this is fair.  **I am not asking you to say anything that you would not say in response to my sanctions motion**.  Nor am I asking you to agree that my email about your wife was appropriate because I understand how you feel even if I disagree with you.  I am also not asking you to disavow the gang allegation, although I do think that you should do so.

Finally, the only reason that I am agreeing not to seek sanctions is because you explained to me that you were not in a position to control what Tyrone did.  I don't agree with you as a matter of law, but I am sympathetic to your career concerns.  However, I cannot allow him to use you as a foil.

So, if this is OK with you, send it back to me and I will not seek sanctions

Dear Judd:

As we have discussed:

Tyrone Blackburn sent a letter to the Court on January 22, 2022 in which he stated:

"An example of [Mr. Burstein's] deplorable behavior stems from his sick obsession with Mr. Gordon's wife. Mr. Burstein went scrummaging through the comments section of youtube posts in search of comments posted by Mrs. Gordon. Not only was his act of cyberstalking Mrs. Gordon creepy, but it was also weird, and beneath the dignity of this profession."

I write to confirm the following:

1. I **did not see Mr. Blackburn's letter before he sent it;**
2. **I would have objected to these comment if I had seen the letter before it was sent** (although I had no control over anything which Mr. Blackburn filed with the Court);
3. **I do not in any way agree with them; and**
4. **I never at any time said anything to Mr. Blackburn even to suggest that I agreed the views he expressed in his letter;**



As we have also discussed, I was not lead counsel in the case against Ms. Maraj and I had no control whatsoever over the filings submitted by Mr. Blackburn.

I appreciate the fact that you and your client have accepted my explanations as set forth above and have acknowledged that, in my role as Mr. Blackburn's co-counsel, I never acted in bad faith and that I had a good faith belief in the truth of Ms. Hough's factual allegations.

Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

--

Steven N. Gordon, Esq.

Tsyngauz & Associates, P.C.

114 Mulberry Street, Ground Floor

New York, NY 10013

Telephone: (212) 337-9770

Facsimile: (212) 337-3375

Email: sg@nytlaw.com

--
Steven N. Gordon, Esq.
Tsyngauz & Associates, P.C.
114 Mulberry Street, Ground Floor
New York, NY 10013
Telephone: (212) 337-9770
Facsimile: (212) 337-3375
Email: sg@nytlaw.com

## Judd Burstein

| | |
|---|---|
| **From:** | Steven Gordon <sg@nytlaw.com> |
| **Sent:** | Friday, January 28, 2022 2:46 PM |
| **To:** | Judd Burstein |
| **Subject:** | Re: FOR SETTLEMENT PURPOSES ONLY |

Thank you. If you cannot answer this question, do not worry about it and I will ask someone else. At the hearing on Monday, the Judge simply wants to confirm that the client terminated me and which type of lien I am seeking, correct? It is my understanding that the purported reasons are irrelevant, as a client can terminate counsel for any or no reason at all. This is not me insinuating that I did anything wrong -- candidly, I think that I'm being extorted to not seek a lien by threats of asserting untrue reasons for my termination. I'm only asking you because my boss is unsure and I'm sure you've been to one of these in your 40 years.

On Fri, Jan 28, 2022 at 2:31 PM Judd Burstein <jburstein@burlaw.com> wrote:

I am sending the letter out on scheduling which will make clear that I am not seeking sanctions on you.  It will not reveal anything else

Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, January 28, 2022 2:12 PM

**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY

Sounds good. I believe that Mr. Blackburn is going to argue that we have had several conversations behind his back, during which I talked bad about him. This is demonstrably untrue, but as it related to both of us, I am making you aware. I do not represent Plaintiff any longer. I only represent myself, now.

On Fri, Jan 28, 2022 at 2:02 PM Judd Burstein <jburstein@burlaw.com> wrote:

Great.  Thanks.  Let's keep this under wraps until Monday.

Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, January 28, 2022 1:59 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY

Dear Judd:

As we have discussed:

Tyrone Blackburn sent a letter to the Court on January 22, 2022 in which he stated:

"An example of [Mr. Burstein's] deplorable behavior stems from his sick obsession with Mr. Gordon's wife. Mr. Burstein went scrummaging through the comments section of youtube posts in search of comments posted by Mrs. Gordon. Not only was his act of cyberstalking Mrs. Gordon creepy, but it was also weird, and beneath the dignity of this profession."

I write to confirm the following:

1. I **did not see Mr. Blackburn's letter before he sent it;**

2. **I would have objected to these comment if I had seen the letter before it was sent (**although I had no control over anything which Mr. Blackburn ultimately filed with the Court);

3. **I do not in any way agree with them; and**

4. **I never at any time said anything to Mr. Blackburn even to suggest that I agreed the views he expressed in his letter;**

As we have also discussed, I was not lead counsel in the case against Ms. Maraj and I had no control over statements of facts ultimately submitted in Mr. Blackburn's filings.

I appreciate the fact that you and your client have accepted my explanations as set forth above and have acknowledged that, in my role as Mr. Blackburn's co-counsel, I never acted in bad faith and that I had a good faith belief in the truth of Ms. Hough's factual allegations.

Respectfully,


Steven


On Fri, Jan 28, 2022 at 1:31 PM Judd Burstein <jburstein@burlaw.com> wrote:

OK.  The sooner the better because I have to revise my motion


Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)


**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

---

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, January 28, 2022 1:30 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY


Thank you, Judd. I appreciate it. I am simply waiting for my boss's approval but it is completely reasonable and I appreciate it.

On Fri, Jan 28, 2022 at 1:24 PM Judd Burstein <jburstein@burlaw.com> wrote:

I am glad we could resolve this.  I never wanted to hurt you.  In light of you doing this, you can always reach out to me if you have a question on judgment

Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, January 28, 2022 1:14 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY

Thank you, Judd. I will send under a separate email. Please note that due to my imploring, Tyrone has corrected his declaration to say "Upon information and belief."

As you may expect, Tyrone is going to come after me once I send this email. I am already facing threats.

On Fri, Jan 28, 2022 at 1:06 PM Judd Burstein <jburstein@burlaw.com> wrote:

Steven:

I think this is fair.  **I am not asking you to say anything that you would not say in response to my sanctions motion**.  Nor am I asking you to agree that my email about your wife was appropriate because I understand how you feel even if I disagree with you.  I am also not asking you to disavow the gang allegation, although I do think that you should do so.

Finally, the only reason that I am agreeing not to seek sanctions is because you explained to me that you were not in a position to control what Tyrone did.  I don't agree with you as a matter of law, but I am sympathetic to your career concerns.  However, I cannot allow him to use you as a foil.

So, if this is OK with you, send it back to me and I will not seek sanctions

Dear Judd:

As we have discussed:

Tyrone Blackburn sent a letter to the Court on January 22, 2022 in which he stated:

"An example of [Mr. Burstein's] deplorable behavior stems from his sick obsession with Mr. Gordon's wife. Mr. Burstein went scrummaging through the comments section of youtube posts in search of comments posted by Mrs. Gordon. Not only was his act of cyberstalking Mrs. Gordon creepy, but it was also weird, and beneath the dignity of this profession."

I write to confirm the following:

82

1. I **did not see Mr. Blackburn's letter before he sent it;**
2. **I would have objected to these comment if I had seen the letter before it was sent (**although I had no control over anything which Mr. Blackburn filed with the Court);
3. **I do not in any way agree with them; and**
4. **I never at any time said anything to Mr. Blackburn even to suggest that I agreed the views he expressed in his letter;**

As we have also discussed, I was not lead counsel in the case against Ms. Maraj and I had no control whatsoever over the filings submitted by Mr. Blackburn.

I appreciate the fact that you and your client have accepted my explanations as set forth above and have acknowledged that, in my role as Mr. Blackburn's co-counsel, I never acted in bad faith and that I had a good faith belief in the truth of Ms. Hough's factual allegations.

Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

--

Steven N. Gordon, Esq.

Tsyngauz & Associates, P.C.

114 Mulberry Street, Ground Floor

New York, NY 10013

Telephone: (212) 337-9770

Facsimile: (212) 337-3375

Email: sg@nytlaw.com

--

Steven N. Gordon, Esq.

Tsyngauz & Associates, P.C.

114 Mulberry Street, Ground Floor

New York, NY 10013

Telephone: (212) 337-9770

Facsimile: (212) 337-3375

Email: sg@nytlaw.com

--

Steven N. Gordon, Esq.

Tsyngauz & Associates, P.C.

114 Mulberry Street, Ground Floor

New York, NY 10013

Telephone: (212) 337-9770

Facsimile: (212) 337-3375

Email: sg@nytlaw.com

--

Steven N. Gordon, Esq.

Tsyngauz & Associates, P.C.

114 Mulberry Street, Ground Floor

New York, NY 10013

Telephone: (212) 337-9770

Facsimile: (212) 337-3375

Email: sg@nytlaw.com

--
Steven N. Gordon, Esq.
Tsyngauz & Associates, P.C.
114 Mulberry Street, Ground Floor
New York, NY 10013
Telephone: (212) 337-9770

Facsimile: (212) 337-3375
Email: sg@nytlaw.com

**Judd Burstein**

| | |
|---|---|
| **From:** | Judd Burstein |
| **Sent:** | Friday, January 28, 2022 2:48 PM |
| **To:** | Steven Gordon |
| **Subject:** | RE: FOR SETTLEMENT PURPOSES ONLY |

Correct.  You are still supporting her facts.  It would be a charging lien.

Judd Burstein
Judd Burstein, P.C.
260 Madison Avenue
15th Floor
New York, New York 10016
(212) 974-2400
(212) 974-2944 (Fax)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, January 28, 2022 2:46 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY

Thank you. If you cannot answer this question, do not worry about it and I will ask someone else. At the hearing on Monday, the Judge simply wants to confirm that the client terminated me and which type of lien I am seeking, correct? It is my understanding that the purported reasons are irrelevant, as a client can terminate counsel for any or no reason at all. This is not me insinuating that I did anything wrong -- candidly, I think that I'm being extorted to not seek a lien by threats of asserting untrue reasons for my termination. I'm only asking you because my boss is unsure and I'm sure you've been to one of these in your 40 years.

On Fri, Jan 28, 2022 at 2:31 PM Judd Burstein <jburstein@burlaw.com> wrote:

> I am sending the letter out on scheduling which will make clear that I am not seeking
> sanctions on you.  It will not reveal anything else
>
>
>
> Judd Burstein
>
> Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)


**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

---

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, January 28, 2022 2:12 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY


Sounds good. I believe that Mr. Blackburn is going to argue that we have had several conversations behind his back, during which I talked bad about him. This is demonstrably untrue, but as it related to both of us, I am making you aware. I do not represent Plaintiff any longer. I only represent myself, now.


On Fri, Jan 28, 2022 at 2:02 PM Judd Burstein <jburstein@burlaw.com> wrote:

Great.  Thanks.  Let's keep this under wraps until Monday.


Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)


**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

---

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, January 28, 2022 1:59 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY


Dear Judd:


As we have discussed:


Tyrone Blackburn sent a letter to the Court on January 22, 2022 in which he stated:


"An example of [Mr. Burstein's] deplorable behavior stems from his sick obsession with Mr. Gordon's wife. Mr. Burstein went scrummaging through the comments section of youtube posts in search of comments posted by Mrs. Gordon. Not only was his act of cyberstalking Mrs. Gordon creepy, but it was also weird, and beneath the dignity of this profession."


I write to confirm the following:


    1.   I **did not see Mr. Blackburn's letter before he sent it;**

2. **I would have objected to these comment if I had seen the letter before it was sent (**although I had no control over anything which Mr. Blackburn ultimately filed with the Court);

3. **I do not in any way agree with them; and**

4. **I never at any time said anything to Mr. Blackburn even to suggest that I agreed the views he expressed in his letter;**

As we have also discussed, I was not lead counsel in the case against Ms. Maraj and I had no control over statements of facts ultimately submitted in Mr. Blackburn's filings.

I appreciate the fact that you and your client have accepted my explanations as set forth above and have acknowledged that, in my role as Mr. Blackburn's co-counsel, I never acted in bad faith and that I had a good faith belief in the truth of Ms. Hough's factual allegations.

Respectfully,

Steven

On Fri, Jan 28, 2022 at 1:31 PM Judd Burstein <jburstein@burlaw.com> wrote:

OK.  The sooner the better because I have to revise my motion

Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)


**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

---

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, January 28, 2022 1:30 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY


Thank you, Judd. I appreciate it. I am simply waiting for my boss's approval but it is completely reasonable and I appreciate it.


On Fri, Jan 28, 2022 at 1:24 PM Judd Burstein <jburstein@burlaw.com> wrote:

I am glad we could resolve this.  I never wanted to hurt you.  In light of you doing this, you can always reach out to me if you have a question on judgment


Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

---

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, January 28, 2022 1:14 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY

Thank you, Judd. I will send under a separate email. Please note that due to my imploring, Tyrone has corrected his declaration to say "Upon information and belief."

As you may expect, Tyrone is going to come after me once I send this email. I am already facing threats.

On Fri, Jan 28, 2022 at 1:06 PM Judd Burstein <jburstein@burlaw.com> wrote:

Steven:

I think this is fair.  **I am not asking you to say anything that you would not say in response to my sanctions motion**.  Nor am I asking you to agree that my email about your wife was appropriate because I understand how you feel even if I disagree with you.  I am also not asking you to disavow the gang allegation, although I do think that you should do so.

Finally, the only reason that I am agreeing not to seek sanctions is because you explained to me that you were not in a position to control what Tyrone did.  I don't agree with you as a matter of law, but I am sympathetic to your career concerns.  However, I cannot allow him to use you as a foil.

So, if this is OK with you, send it back to me and I will not seek sanctions

Dear Judd:

As we have discussed:

Tyrone Blackburn sent a letter to the Court on January 22, 2022 in which he stated:

"An example of [Mr. Burstein's] deplorable behavior stems from his sick obsession with Mr. Gordon's wife. Mr. Burstein went scrummaging through the comments section of youtube posts in search of comments posted by Mrs. Gordon. Not only was his act of cyberstalking Mrs. Gordon creepy, but it was also weird, and beneath the dignity of this profession."

I write to confirm the following:

1.  I **did not see Mr. Blackburn's letter before he sent it;**
2.  **I would have objected to these comment if I had seen the letter before it was sent (**although I had no control over anything which Mr. Blackburn filed with the Court);
3.  **I do not in any way agree with them; and**
4.  **I never at any time said anything to Mr. Blackburn even to suggest that I agreed the views he expressed in his letter;**

As we have also discussed, I was not lead counsel in the case against Ms. Maraj and I had no control whatsoever over the filings submitted by Mr. Blackburn.

I appreciate the fact that you and your client have accepted my explanations as set forth above and have acknowledged that, in my role as Mr. Blackburn's co-counsel, I never acted in bad faith and that I had a good faith belief in the truth of Ms. Hough's factual allegations.

Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)


**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**




--

Steven N. Gordon, Esq.

Tsyngauz & Associates, P.C.

114 Mulberry Street, Ground Floor

New York, NY 10013

Telephone: (212) 337-9770

Facsimile: (212) 337-3375

Email: sg@nytlaw.com

--

Steven N. Gordon, Esq.

Tsyngauz & Associates, P.C.

114 Mulberry Street, Ground Floor

New York, NY 10013

Telephone: (212) 337-9770

Facsimile: (212) 337-3375

Email: sg@nytlaw.com

--

Steven N. Gordon, Esq.

Tsyngauz & Associates, P.C.

114 Mulberry Street, Ground Floor

New York, NY 10013

Telephone: (212) 337-9770

Facsimile: (212) 337-3375

Email: sg@nytlaw.com

--

Steven N. Gordon, Esq.

Tsyngauz & Associates, P.C.

114 Mulberry Street, Ground Floor

New York, NY 10013

Telephone: (212) 337-9770

Facsimile: (212) 337-3375

Email: sg@nytlaw.com

--
Steven N. Gordon, Esq.
Tsyngauz & Associates, P.C.
114 Mulberry Street, Ground Floor
New York, NY 10013
Telephone: (212) 337-9770
Facsimile: (212) 337-3375
Email: sg@nytlaw.com

**Judd Burstein**

| | |
|---|---|
| **From:** | Judd Burstein |
| **Sent:** | Friday, January 28, 2022 2:49 PM |
| **To:** | Steven Gordon |
| **Subject:** | RE: Hough v. Petty et al. |

I would shut my phone off for the weekend

Judd Burstein
Judd Burstein, P.C.
260 Madison Avenue
15th Floor
New York, New York 10016
(212) 974-2400
(212) 974-2944 (Fax)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, January 28, 2022 2:48 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Hough v. Petty et al.

Dear Judd:

As we have discussed:

Tyrone Blackburn sent a letter to the Court on January 22, 2022 in which he stated:

"An example of [Mr. Burstein's] deplorable behavior stems from his sick obsession with Mr. Gordon's wife. Mr. Burstein went scrummaging through the comments section of youtube posts in search of comments posted by Mrs. Gordon. Not only was his act of cyberstalking Mrs. Gordon creepy, but it was also weird, and beneath the dignity of this profession."

I write to confirm the following:

1. I **did not see Mr. Blackburn's letter before he sent it;**
2. **I would have objected to these comments if I had seen the letter before it was sent (**although I had no control over anything which Mr. Blackburn ultimately filed with the Court);
3. **I do not in any way agree with them; and**
4. **I never at any time said anything to Mr. Blackburn even to suggest that I agreed with the views as expressed in his letter;**

As we have also discussed, I was not lead counsel in the case against Ms. Maraj and I had no control over statements of facts ultimately submitted in Mr. Blackburn's filings.

I appreciate the fact that you and your client have accepted my explanations as set forth above and have acknowledged that, in my role as Mr. Blackburn's co-counsel, I never acted in bad faith and that I had a good faith belief in the truth of Ms. Hough's factual allegations.

Respectfully,

Steven

--
Steven N. Gordon, Esq.
Tsyngauz & Associates, P.C.
114 Mulberry Street, Ground Floor
New York, NY 10013
Telephone: (212) 337-9770
Facsimile: (212) 337-3375
Email: sg@nytlaw.com

**Judd Burstein**

| From: | Steven Gordon <sg@nytlaw.com> |
|---|---|
| Sent: | Friday, January 28, 2022 2:48 PM |
| To: | Judd Burstein |
| Subject: | Hough v. Petty et al. |

Dear Judd:

As we have discussed:

Tyrone Blackburn sent a letter to the Court on January 22, 2022 in which he stated:

"An example of [Mr. Burstein's] deplorable behavior stems from his sick obsession with Mr. Gordon's wife. Mr. Burstein went scrummaging through the comments section of youtube posts in search of comments posted by Mrs. Gordon. Not only was his act of cyberstalking Mrs. Gordon creepy, but it was also weird, and beneath the dignity of this profession."

I write to confirm the following:

1. I **did not see Mr. Blackburn's letter before he sent it;**
2. **I would have objected to these comments if I had seen the letter before it was sent (**although I had no control over anything which Mr. Blackburn ultimately filed with the Court);
3. **I do not in any way agree with them; and**
4. **I never at any time said anything to Mr. Blackburn even to suggest that I agreed with the views as expressed in his letter;**

As we have also discussed, I was not lead counsel in the case against Ms. Maraj and I had no control over statements of facts ultimately submitted in Mr. Blackburn's filings.

I appreciate the fact that you and your client have accepted my explanations as set forth above and have acknowledged that, in my role as Mr. Blackburn's co-counsel, I never acted in bad faith and that I had a good faith belief in the truth of Ms. Hough's factual allegations.


Respectfully,


Steven


--
Steven N. Gordon, Esq.
Tsyngauz & Associates, P.C.
114 Mulberry Street, Ground Floor
New York, NY 10013
Telephone: (212) 337-9770
Facsimile: (212) 337-3375
Email: sg@nytlaw.com

**Judd Burstein**

| | |
|---|---|
| **From:** | Steven Gordon <sg@nytlaw.com> |
| **Sent:** | Friday, January 28, 2022 2:49 PM |
| **To:** | Judd Burstein |
| **Subject:** | Re: FOR SETTLEMENT PURPOSES ONLY |

Ok, thank you.

On Fri, Jan 28, 2022 at 2:48 PM Judd Burstein <jburstein@burlaw.com> wrote:

Correct.  You are still supporting her facts.  It would be a charging lien.


Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)


**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**


**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, January 28, 2022 2:46 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY


Thank you. If you cannot answer this question, do not worry about it and I will ask someone else. At the hearing on Monday, the Judge simply wants to confirm that the client terminated me and which type of lien I am seeking, correct?

It is my understanding that the purported reasons are irrelevant, as a client can terminate counsel for any or no reason at all. This is not me insinuating that I did anything wrong -- candidly, I think that I'm being extorted to not seek a lien by threats of asserting untrue reasons for my termination. I'm only asking you because my boss is unsure and I'm sure you've been to one of these in your 40 years.

On Fri, Jan 28, 2022 at 2:31 PM Judd Burstein <jburstein@burlaw.com> wrote:

I am sending the letter out on scheduling which will make clear that I am not seeking sanctions on you.  It will not reveal anything else

Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, January 28, 2022 2:12 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY

Sounds good. I believe that Mr. Blackburn is going to argue that we have had several conversations behind his back, during which I talked bad about him. This is demonstrably untrue, but as it related to both of us, I am making you aware. I do not represent Plaintiff any longer. I only represent myself, now.

On Fri, Jan 28, 2022 at 2:02 PM Judd Burstein <jburstein@burlaw.com> wrote:

Great.  Thanks.  Let's keep this under wraps until Monday.

Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, January 28, 2022 1:59 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY

Dear Judd:

As we have discussed:

Tyrone Blackburn sent a letter to the Court on January 22, 2022 in which he stated:

"An example of [Mr. Burstein's] deplorable behavior stems from his sick obsession with Mr. Gordon's wife. Mr. Burstein went scrummaging through the comments section of youtube posts in search of comments posted by Mrs. Gordon. Not only was his act of cyberstalking Mrs. Gordon creepy, but it was also weird, and beneath the dignity of this profession."

I write to confirm the following:

1. I **did not see Mr. Blackburn's letter before he sent it;**

2. **I would have objected to these comment if I had seen the letter before it was sent (**although I had no control over anything which Mr. Blackburn ultimately filed with the Court);

3. **I do not in any way agree with them; and**

4. **I never at any time said anything to Mr. Blackburn even to suggest that I agreed the views he expressed in his letter;**

As we have also discussed, I was not lead counsel in the case against Ms. Maraj and I had no control over statements of facts ultimately submitted in Mr. Blackburn's filings.

I appreciate the fact that you and your client have accepted my explanations as set forth above and have acknowledged that, in my role as Mr. Blackburn's co-counsel, I never acted in bad faith and that I had a good faith belief in the truth of Ms. Hough's factual allegations.

Respectfully,

Steven

On Fri, Jan 28, 2022 at 1:31 PM Judd Burstein <jburstein@burlaw.com> wrote:

OK.  The sooner the better because I have to revise my motion

Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, January 28, 2022 1:30 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY

Thank you, Judd. I appreciate it. I am simply waiting for my boss's approval but it is completely reasonable and I appreciate it.

On Fri, Jan 28, 2022 at 1:24 PM Judd Burstein <jburstein@burlaw.com> wrote:

I am glad we could resolve this.  I never wanted to hurt you.  In light of you doing this, you can always reach out to me if you have a question on judgment

Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)


**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

---

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, January 28, 2022 1:14 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Re: FOR SETTLEMENT PURPOSES ONLY


Thank you, Judd. I will send under a separate email. Please note that due to my imploring, Tyrone has corrected his declaration to say "Upon information and belief."


As you may expect, Tyrone is going to come after me once I send this email. I am already facing threats.


On Fri, Jan 28, 2022 at 1:06 PM Judd Burstein <jburstein@burlaw.com> wrote:

Steven:


I think this is fair.  **I am not asking you to say anything that you would not say in response to my sanctions motion**.  Nor am I asking you to agree that my email about your wife was appropriate because I understand how you feel even if I disagree with

you.  I am also not asking you to disavow the gang allegation, although I do think that you should do so.

Finally, the only reason that I am agreeing not to seek sanctions is because you explained to me that you were not in a position to control what Tyrone did.  I don't agree with you as a matter of law, but I am sympathetic to your career concerns.  However, I cannot allow him to use you as a foil.

So, if this is OK with you, send it back to me and I will not seek sanctions

Dear Judd:

As we have discussed:

Tyrone Blackburn sent a letter to the Court on January 22, 2022 in which he stated:

"An example of [Mr. Burstein's] deplorable behavior stems from his sick obsession with Mr. Gordon's wife. Mr. Burstein went scrummaging through the comments section of youtube posts in search of comments posted by Mrs. Gordon. Not only was his act of cyberstalking Mrs. Gordon creepy, but it was also weird, and beneath the dignity of this profession."

I write to confirm the following:

1. I **did not see Mr. Blackburn's letter before he sent it;**
2. **I would have objected to these comment if I had seen the letter before it was sent (**although I had no control over anything which Mr. Blackburn filed with the Court);

3. **I do not in any way agree with them; and**
4. **I never at any time said anything to Mr. Blackburn even to suggest that I agreed the views he expressed in his letter;**

As we have also discussed, I was not lead counsel in the case against Ms. Maraj and I had no control whatsoever over the filings submitted by Mr. Blackburn.

I appreciate the fact that you and your client have accepted my explanations as set forth above and have acknowledged that, in my role as Mr. Blackburn's co-counsel, I never acted in bad faith and that I had a good faith belief in the truth of Ms. Hough's factual allegations.

Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

--

Steven N. Gordon, Esq.

Tsyngauz & Associates, P.C.

114 Mulberry Street, Ground Floor

New York, NY 10013

Telephone: (212) 337-9770

Facsimile: (212) 337-3375

Email: sg@nytlaw.com

--

Steven N. Gordon, Esq.

Tsyngauz & Associates, P.C.

114 Mulberry Street, Ground Floor

New York, NY 10013

Telephone: (212) 337-9770

Facsimile: (212) 337-3375

Email: sg@nytlaw.com

--

Steven N. Gordon, Esq.

Tsyngauz & Associates, P.C.

114 Mulberry Street, Ground Floor

New York, NY 10013

Telephone: (212) 337-9770

Facsimile: (212) 337-3375

Email: sg@nytlaw.com

--

Steven N. Gordon, Esq.

Tsyngauz & Associates, P.C.

114 Mulberry Street, Ground Floor

New York, NY 10013

Telephone: (212) 337-9770

Facsimile: (212) 337-3375

Email: sg@nytlaw.com

--

Steven N. Gordon, Esq.

Tsyngauz & Associates, P.C.

114 Mulberry Street, Ground Floor

New York, NY 10013

Telephone: (212) 337-9770

Facsimile: (212) 337-3375

Email: sg@nytlaw.com

--
Steven N. Gordon, Esq.
Tsyngauz & Associates, P.C.
114 Mulberry Street, Ground Floor
New York, NY 10013
Telephone: (212) 337-9770
Facsimile: (212) 337-3375
Email: sg@nytlaw.com

**Judd Burstein**

| | |
|---|---|
| **From:** | Steven Gordon <sg@nytlaw.com> |
| **Sent:** | Friday, January 28, 2022 2:50 PM |
| **To:** | Judd Burstein |
| **Subject:** | Re: Hough v. Petty et al. |

Good idea. Thanks.

On Fri, Jan 28, 2022 at 2:49 PM Judd Burstein <jburstein@burlaw.com> wrote:

I would shut my phone off for the weekend

Judd Burstein

Judd Burstein, P.C.

260 Madison Avenue

15th Floor

New York, New York 10016

(212) 974-2400

(212) 974-2944 (Fax)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, January 28, 2022 2:48 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Hough v. Petty et al.

Dear Judd:

As we have discussed:

Tyrone Blackburn sent a letter to the Court on January 22, 2022 in which he stated:

"An example of [Mr. Burstein's] deplorable behavior stems from his sick obsession with Mr. Gordon's wife. Mr. Burstein went scrummaging through the comments section of youtube posts in search of comments posted by Mrs. Gordon. Not only was his act of cyberstalking Mrs. Gordon creepy, but it was also weird, and beneath the dignity of this profession."

I write to confirm the following:

1.  I **did not see Mr. Blackburn's letter before he sent it;**

2.  **I would have objected to these comments if I had seen the letter before it was sent (**although I had no control over anything which Mr. Blackburn ultimately filed with the Court);

3.  **I do not in any way agree with them; and**

4.  **I never at any time said anything to Mr. Blackburn even to suggest that I agreed with the views as expressed in his letter;**

As we have also discussed, I was not lead counsel in the case against Ms. Maraj and I had no control over statements of facts ultimately submitted in Mr. Blackburn's filings.

I appreciate the fact that you and your client have accepted my explanations as set forth above and have acknowledged that, in my role as Mr. Blackburn's co-counsel, I never acted in bad faith and that I had a good faith belief in the truth of Ms. Hough's factual allegations.

Respectfully,


Steven


--

Steven N. Gordon, Esq.

Tsyngauz & Associates, P.C.

114 Mulberry Street, Ground Floor

New York, NY 10013

Telephone: (212) 337-9770

Facsimile: (212) 337-3375

Email: sg@nytlaw.com


--
Steven N. Gordon, Esq.
Tsyngauz & Associates, P.C.
114 Mulberry Street, Ground Floor
New York, NY 10013
Telephone: (212) 337-9770
Facsimile: (212) 337-3375
Email: sg@nytlaw.com

**Judd Burstein**

| | |
|---|---|
| **From:** | Judd Burstein |
| **Sent:** | Friday, January 28, 2022 4:26 PM |
| **To:** | Steven Gordon |
| **Subject:** | RE: Preservation Notice |

So preserve it.  There is nothing for you to be concerned about. Our communications were entirely appropriate.  He is just lashing out.

Judd Burstein
Judd Burstein, P.C.
260 Madison Avenue
15th Floor
New York, New York 10016
(212) 974-2400
(212) 974-2944 (Fax)

**MY APOLOGIES IN ADVANCE FOR ANY TYPOGRAPHICAL AND/OR GRAMMATICAL ERRORS.  I AM A TERRIBLE TYPIST AND PROOFREADER – PARTICULARLY WHEN I AM DRAFTING AN EMAIL UNDER TIME PRESSURE**

**From:** Steven Gordon <sg@nytlaw.com>
**Sent:** Friday, January 28, 2022 4:22 PM
**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Fwd: Preservation Notice

FYI - I believe he thinks we had been communicating due to that one email which you were using as an exhibit.

---------- Forwarded message ---------
From: **Tyrone Blackburn** <tblackburn@tablackburnlaw.com>
Date: Fri, Jan 28, 2022 at 4:03 PM
Subject: Preservation Notice
To: Steven Ciar's Husband <sg@nytlaw.com>


See attached.

Regards,

Tyrone A. Blackburn, Esq.
T. A. Blackburn Law, PLLC.
Phone: 347-342-7432
TABlackburnlaw.com

--
Steven N. Gordon, Esq.
Tsyngauz & Associates, P.C.
114 Mulberry Street, Ground Floor
New York, NY 10013
Telephone: (212) 337-9770
Facsimile: (212) 337-3375
Email: sg@nytlaw.com

**Judd Burstein**

---

| | |
|---|---|
| **From:** | Steven Gordon <sg@nytlaw.com> |
| **Sent:** | Friday, January 28, 2022 4:22 PM |
| **To:** | Judd Burstein |
| **Subject:** | Fwd: Preservation Notice |
| **Attachments:** | Preservation Notice for Steven Gordon-1282022.pdf |

FYI - I believe he thinks we had been communicating due to that one email which you were using as an exhibit.

---------- Forwarded message ---------
From: **Tyrone Blackburn** <tblackburn@tablackburnlaw.com>
Date: Fri, Jan 28, 2022 at 4:03 PM
Subject: Preservation Notice
To: Steven Ciar's Husband <sg@nytlaw.com>


See attached.

Regards,

Tyrone A. Blackburn, Esq.
T. A. Blackburn Law, PLLC.
Phone: 347-342-7432
TABlackburnlaw.com



--
Steven N. Gordon, Esq.
Tsyngauz & Associates, P.C.
114 Mulberry Street, Ground Floor
New York, NY 10013
Telephone: (212) 337-9770
Facsimile: (212) 337-3375
Email: sg@nytlaw.com