EXHIBIT 13

# Queen (Nicki Minaj album)

**Queen**



**Studio album** by
**Nicki Minaj**

| | |
|---|---|
| **Released** | August 10, 2018 |
| **Recorded** | December 2016 – August 9, 2018[1] |
| **Studio** | <ul><li>Criteria (Miami)</li><li>Effigy (Detroit)</li><li>La Grande Armée (Paris)</li><li>Glenwood Place (Burbank)</li><li>Kingdom (Beverly Hills)</li><li>SremmLife (Los Angeles)</li><li>Jungle City (New York)</li><li>Germano (New York)</li><li>Premier (New York)</li></ul> |
| **Genre** | Hip hop[2] |
| **Length** | 66:19 |
| **Label** | <ul><li>Young Money</li><li>Cash Money</li><li>Republic</li></ul> |
| **Producer** | <ul><li>Beats Bailey</li><li>Ben Billions</li><li>Domenic Garofalo</li><li>Boi-1da</li><li>Ashley "Blank" Bannister</li><li>Chris Braide</li><li>Cirkut</li><li>Cubeatz</li><li>DJ Wes</li></ul> |

- Frank Dukes
- Illmind
- Invincible
- J Beatzz
- JFK
- J Gramm
- JMIKE
- J. Reid
- June Nawakii
- Kane Beatz
- Labrinth
- Mel and Mus
- Messy
- Metro Boomin
- Mike Will Made It
- Murda Beatz
- Pluss
- Rashad Smith
- Rex Kudo
- Sevn Thomas
- Supa Dups
- Zaytoven

**Nicki Minaj** chronology

*The* *Queen*
*Pinkprint* (2018)
(2014)

**Singles** from *Queen*

1. "Chun-Li"
   Released: April 12, 2018
2. "Bed"
   Released: June 14, 2018
3. "Barbie Dreams"
   Released: August 14, 2018
4. "Good Form"
   Released: November 29, 2018

*Queen* is the fourth studio album by Trinidadian-born rapper Nicki Minaj. It was released on August 10, 2018, through Young Money Entertainment, Cash Money Records and Republic Records. It is Minaj's first album in nearly four years, following *The Pinkprint* (2014). The rapper started recording the album throughout 2017 and 2018 and collaborated with a handful of producers to reach her desired sound. It features guest appearances by rappers Eminem, Foxy Brown, Future, Swae Lee, and Lil Wayne; and singers Ariana Grande, Labrinth, and the Weeknd.

The album's release date was delayed before ultimately being released a week ahead of schedule. It was supported by the singles: "Chun-Li", "Bed", "Barbie Dreams" and a remix of "Good Form". To further promote the album's release, Minaj launched her own radio show, titled Queen Radio, which aired on Beats 1, made several television appearances and live performances, and began The Nicki Wrld Tour in February 2019.

*Queen* debuted at number two on the Billboard 200 albums chart and received generally positive reviews from music critics, who praised the production but derided the album's length and lack of direction. It debuted at number two on the US *Billboard* 200 with 185,000 album-equivalent units, of which 78,000 came from pure album sales. It charted within the top ten in other music markets, such as Australia, Canada, Netherlands, Ireland, New Zealand, Norway, Switzerland, and the United Kingdom. The album was certified platinum by the RIAA in January 2019.

## Background and development

Following the release of her third studio album *The Pinkprint* in 2014 and the end of The Pinkprint Tour in August 2015, Minaj went into Hot 97's *Ebro in the Morning* in October 2016, where she was asked for details about her upcoming album, responding, "The album is so freaking epic, but it's a journey right. Before my first album came out, I was on everybody's song; I had my own campaign without realizing it. Right now, I have to complete a few things for other people."[3] During following interviews Minaj claimed her fourth studio album would be her "best body of work", "a classic hip-hop album that people will never forget,"[3] and an era "a billion times more epic than anything 'Anaconda' could have delivered."[4]

In October 2017, Minaj opened up for *T Magazine* about her vision for the album. "Sonically, I know what the album's about to sound like," she said, "I know what this album is gonna mean to my fans. This album is everything in my life coming full circle. [...] Now, I can tell you guys what happened for the last two years of my life. I know who I am. I am getting Nicki Minaj figured out with this album and I'm loving her."[5]

## Music and lyrics

*Queen* is a hip hop[2] album that also contains elements of trap, dancehall, reggae, pop, and R&B.[6][7] The opening track "Ganja Burn" is a reggae-inspired island-pop song,[8][9] in which Minaj defends her position in the music industry.[8] The following track "Majesty", featuring Eminem and Labrinth, is a pop-rap song that "sinks under dated piano chords, melodramatic string swells and a grating vocal hook."[10][11] The third track, "Barbie Dreams", samples The Notorious B.I.G.'s 1994 song "Just Playing (Dreams)". While The Notorious B.I.G. rapped about his sexual desire for popular R&B singers, Minaj roasts male artists, including Drake, ex-boyfriend Meek Mill, Eminem, DJ Khaled, 50 Cent, Young Thug, Swae Lee, Lil Uzi Vert, Fetty Wap, Quavo, Desiigner, Future, and YG.[12] Minaj clarified that the track only targets individuals she loves, and claimed it is not actually a diss track.[13][14]

"Rich Sex", featuring Lil Wayne, is a trap song, in contrast to R&B song "Thought I Knew You" which "sports some of *Queen*'s lushest production".[10] In "Thought I Knew You", the Weeknd, a featured artist on the track, contribute to the lament over estranged lovers[15] with Weeknd's "buttery tenor serving as the perfect counterpoint to [Minaj's] clipped, Auto-Tuned raps and distorted vocals."[16] Swae Lee, of hip hop duo Rae Sremmurd, is also featured on the album.[17] Brendan Klinkenberg of *Rolling Stone* opines that Lee steals the spotlight on this track with his "delicate falsetto" with Minaj "deploying

clearly demarcated, darting verses." Minaj named their song "Chun Swae" after her collaborator. At the end of this track, Minaj boasts to her listeners "You're in the middle of Queen right now, thinking/I see why she called this shit Queen/This bitch is really the fucking queen—ahh!" before bursting into a maniacal laugh.[18]

The album's lead single, Chun-Li follows immediately. "Sir", featuring Future, was one of two tracks added after the other 17 songs in the album.[19] *Variety* described "Come See About Me" as "a soft, sculpted ballad that allows Minaj's rap-singing romanticism to nestle in a richly opulent setting."[20] Foxy Brown is featured in the track "Coco Chanel". Andree Gee from Uproxx asserted that their collaboration in the "swaggering" track remained "true to both rapper's Trini roots, with dancehall inspired drums fused over ominous keys." The song continues into the closing track "Inspirations Outro".[21]

## Release and promotion

On May 7, 2018, during an interview at the Met Gala, Minaj announced the album's title and original release date, which was then delayed. It was initially scheduled for a June 15 release, but was later pushed back to August 10, and then to August 17, before ultimately being released a week ahead of schedule.[22] [23] [24]

To accompany the album's release, Minaj launched her own radio show titled Queen Radio, which aired on Beats 1.[25] The radio show started August 9, 2018 and the most recent show aired on February 10, 2020.[26] The show featured celebrity guest appearances by Ariana Grande, Alicia Keys, Winnie Harlow, Kim Kardashian, Kelly Rowland, Swae Lee, Little Mix, Lil Wayne, Nene Leakes, Normani, Kandi Burruss, Lauren London, Kehlani, Tyga, Trina, Asian Doll, Cassie, Soulja Boy, Blac Chyna, Big Fendi, Joe Budden and Ts Madison.[27] [28] The show usually began with Minaj reading fans' tweets. Throughout the show, Minaj played a mixture of songs from her own playlist as well as some tracks from the album. Additionally, Minaj gave advice to callers about their sex lives.[29] [30]

Minaj made several television appearances and live performances in support of the album. On May 13, 2018, Minaj performed "Chun-Li" live during Future's set at Rolling Loud Festival in Miami.[31] She also performed the song during her *Saturday Night Live* season finale appearance on May 19, 2018.[32] On June 23, 2018, she performed a medley of "Chun-Li" and "Rich Sex" at the BET Awards.[33] On August 13, 2018, she appeared as a guest on *The Late Show*, and freestyled a personalized verse from "Barbie Dreams" dedicated to Stephen Colbert.[34] On August 20, 2018, she performed a medley of "Majesty", "Barbie Dreams", "Ganja Burn", and "Fefe" live from the PATH World Trade Center station at the 2018 MTV Video Music Awards. On November 4, 2018, Minaj performed her song "Good Form" and "Woman Like Me" with Little Mix in Spain at the 2018 MTV Europe Music Awards.[35] On November 11, 2018, Minaj performed "Good Form" and "Dip" with Tyga at the 44th People's Choice Awards[36] where *Queen* won the fan-voted award for the Album of 2018.

Merchandise and tour bundles were sold with the album.[37] Further promotion included a co-headlining NickiHndrxx Tour with American rapper Future.[38] However, it was announced on December 21, 2018 that Future was no longer part of the tour and Minaj would tour with late American rapper Juice Wrld instead; the Nicki Wrld Tour commenced in February 2019 in Europe.[39] [40]

### Artwork and packaging

On June 7, 2018, Minaj released the cover art for the album on Twitter, shot by Mert and Marcus during the Ganja Burn music video shoot, which featured Minaj topless, sitting on a log.[41] She wears

pasties and a head-dress inspired by the ancient Egyptian queen Cleopatra.[42][43]

## Singles

"Chun-Li" was released on April 12, 2018 as the first single alongside "Barbie Tingz".[44] As the lead single from the album, a vertical music video was released on April 13,[45] while the official video, directed by Steven Klein, was uploaded onto Minaj's YouTube and Vevo accounts on May 4.[46] It peaked at number ten on the US Billboard Hot 100 and number six on the Hot R&B/Hip-Hop Songs chart;[47][48] and was certified platinum by the Recording Industry Association of America.[49] "Bed", featuring American singer Ariana Grande, was released as the album's second single on June 14 along with the album pre-order,[50] and was later serviced to contemporary hit radio and rhythmic contemporary radio in the United States on June 19.[51][52] Its music video, directed by Hype Williams, premiered on July 6 on Minaj's YouTube and Vevo accounts.[53] The song peaked at number 42 on the Billboard Hot 100 and number 19 on the Hot R&B/Hip-Hop Songs chart and was certified gold by the RIAA.[54][47][48]

"Barbie Dreams" was released as the album's third single and serviced to rhythmic contemporary radio in the United States on August 14.[55] The music video for the song was released on September 11 and was directed by Hype Williams.[56] It peaked at number 18 on the Billboard Hot 100 and number 13 on the Hot R&B/Hip-Hop Songs chart and was certified gold by the RIAA.[47][48][57] "Majesty", featuring Eminem and Labrinth, and "Good Form" were scheduled to be serviced to radio as singles on October 16 and November 13, respectively.[58][59] Only the latter was released, with a remix featuring American rapper Lil Wayne, being serviced as the album's fourth single with an accompanying music video, directed by Colin Tilley, on November 29. It peaked at number 60 on the Billboard Hot 100 and number 29 on the Hot R&B/Hip-Hop songs chart.[60][61]

### Promotional singles

"Rich Sex" featuring American rapper Lil Wayne was released on June 11, 2018 as a promotional single from the album.[62] It peaked at number 56 on the Billboard Hot 100 and number 24 on the Hot R&B/Hip-Hop Songs chart.[47][48]

### Other songs

"Barbie Tingz" was released on April 12, 2018, alongside "Chun-Li".[44] It was originally intended to be included on Queen but did not make the standard cut, and instead is present on the Target Exclusive edition of the album.[63] Its music video, directed by Giovanni Bianco, was uploaded to Minaj's YouTube and Vevo accounts on May 4.[46] The song peaked at number 25 on the Billboard Hot 100 and number 17 on the Hot R&B/Hip-Hop Songs chart[47][48] and was certified gold by the Recording Industry Association of America.[64] "Ganja Burn", the opening track of the album, was supported by a music video directed by Mert and Marcus, released on August 13.[65] The song peaked at number 60 on the Billboard Hot 100 and number 27 on the Hot R&B/Hip-Hop Songs chart.[47][48] "Hard White" was also supported by a music video released on February 1, 2019. Minaj announced the release of the video a day earlier on Instagram,[66] along with the announcement of her Queen Fragrance.[67]

video a day earlier on Instagram[66] along with the announcement of her Queen Fragrance.[67]

"Fefe" by American rapper 6ix9ine featuring Minaj and Murda Beatz was released on July 22, along with its accompanying music video, directed by TrifeDrew and William Asher.[68] It peaked at number three on both *Billboard* Hot 100 and the Hot R&B/Hip-Hop Songs chart and was certified 8× Platinum by the Recording Industry Association of America.[47][48] "Fefe" was added to the tracklist days after the album release as track number 20,[69] and only appears in the standard digital edition.

## Critical reception

| Professional ratings | |
| --- | --- |
| **Aggregate scores** | |
| **Source** | **Rating** |
| AnyDecentMusic? | 6.5/10[71] |
| Metacritic | 70/100[72] |
| **Review scores** | |
| **Source** | **Rating** |
| AllMusic | ★★★★★[2] |
| *Entertainment Weekly* | B[6] |
| *The Guardian* | ★★★★★[7] |
| *HipHopDX* | 3.4/5[73] |
| *The Independent* | ★★★★★[74] |
| *NME* | ★★★★★[75] |
| *Pitchfork* | 7.6/10[76] |
| *Rolling Stone* | ★★★★★[77] |
| *Spin* | ★★★★★[78] |
| *Vice* (Expert Witness) | A–[79] |

read://https_en.wikipedia.org/?url=https%3A%2F%2Fen.wikipedia.org%2Fwiki%2FQueen_(Nicki_Minaj_album)

*Queen* was met with generally positive reviews from critics, who praised the production but derided the length and general lack of direction. At Metacritic, which assigns a normalized rating out of 100 to reviews from mainstream publications, the album received an average score of 70, based on 22 reviews.[72]

In a positive review, Ella Jukwey of *The Independent* wrote that *Queen* is "the most important album of Minaj's career so far. It's the first time in her career that she has faced real opposition, and this latest record suggests that competition brings out the best in her. It may lack cohesion at certain points, but one thing is never in doubt: Minaj is still one of the best in her field."[74] Reviewing for *Vice*, Robert Christgau said Minaj's album and Eminem's 2018 *Kamikaze* record are "quick-lipped, sharp-tongued arguments for the hip-hop they and I came up on and the endangered kind of flow both excel at. And both are funny, outrageous, self-confident announcements that neither artist has any intention of going away."[79]

For *Billboard*, Kathy Iandoli stated that *Queen* "exists to exemplify Nicki's proven longevity, which is enough of a rarity to finally declare her as well-deserved rap royalty", although was critical of the album's length.[80][81] Briana Younger of *Pitchfork* gave the album a positive review, stating "the connections between past and present, between style and form, make *Queen* feel like her most creatively honest album."[76] Erin Lowers from *Exclaim!* gave the album a positive review, saying it highlighted the rapper's "ability to adapt to an ever-changing sonic landscape" and concluding that Minaj wasn't going anywhere anytime soon.[82] *The A.V. Club* gave it a B+, stating in their review, "Musically, she avoids flavor-of-the-moment trend-hopping in favor of lusher, more broadly poppy production [...] it's a lot of fun, but not quite the instant classic for which Minaj seems to have been aiming."[83]

In a mixed review, Bryan Rolli of *Forbes* concluded that *Queen* is "a great 10-song album hiding inside a messy 19-song album", though complimented Minaj's lyricism, and said the album "gives fans plenty to sink their teeth into."[10] Mikael Wood of the *Los Angeles Times*, felt that Minaj "spends so much time describing her dominance that a clear conclusion is that she fears it's beginning to erode [...] all the back-in-my-day stuff suggests a lack of confidence in her unique perspective."[84] For *The Washington Post*, Chris Richards said, "*Queen* only feels connected to the current rap zeitgeist in the saddest way, as another portrait of a visionary rapper in decline."[85] Carl Anka of *NME* wrote, "Unfortunately, in trying to take on all comers at once, there are parts of *Queen* that feel like an overreach. There is a better ten track effort hiding in *Queen*, but you get the impression Nicki kept tracks like "Miami" to hedge her bets in a bid for streaming success."[75] Mosi Reeves of *Rolling Stone* wrote that *Queen* brings a new Nicki Minaj character: "the regal, haughty monarch, a woman who insists on sword-sharpened rhymes as a prerogative for excellence" but taking note of the "flabby, meandering mid-section."[77]

In an unfavorable review, *The Hollywood Reporter*'s Jonny Coleman deemed the album "[a] joyless mess" and summarized, "Minaj doesn't really investigate any of her issues with herself or others in any meaningful way on the new album. When all is said and done, it's just another playlist of disconnected mish-mash bangers that we'll probably forget in two weeks."[86] *The Atlantic*'s Spencer Kornhaber criticized the lyrical content of "Hard White", describing it as sexist and undermining Minaj's feminist position.[87] Online hip hop publication *HipHopDX* criticised the album for a lack of depth and its run time, saying: "There are no deep layers to be uncovered on *Queen*."[73]

# Commercial performance

In the United States, the album debuted at number two on the *Billboard* 200 with 185,000 album-equivalent units, of which 78,000 were from pure album sales. The album debuted behind *Astroworld* by American rapper Travis Scott, which spent a second week on top. *Queen* saw its sales bolstered by a variety of merchandise/album bundles sold via Minaj's website, as well as from sales generated by a concert ticket/album sale redemption offer with her then-upcoming co-headlining tour with Future.[37] The album dropped one place to number three in its second week, earning an additional 95,000 album-equivalent units.[88] The album dropped to the number five position on the *Billboard* chart in the third week, moving 64,000 equivalent units.[89] In the fourth week, *Queen* slipped from the number five to seven position on the Billboard charts, moving 47,000 equivalent-units.[90]

In Australia, *Queen* opened at number four on the ARIA Albums Chart, becoming Minaj's highest charting album in the country.[91] In Canada, the album debuted at number two on the Canadian Albums Chart, behind Scott's *Astroworld*.[92] It serves as Minaj's fourth consecutive top-ten album in the country.[92] In the United Kingdom, *Queen* debuted at number five on the UK Albums Chart, becoming the rapper's second top-ten album on the chart.[93] The album also reached the top ten in other music markets, such as Belgium (Wallonia), Netherlands, Ireland, New Zealand, Norway, and Switzerland. *Queen* is also Minaj's highest peaking album in France and Germany, where it debuted at number seven and eighteen respectively.

In January 2019, *Queen* was certified Platinum by the Recording Industry Association of America (RIAA) for 1 million equivalent units in the US.[94] In February 2022, the album surpassed 2 Billion streams on Spotity, making it her second album to achieve such feat.

## Accolades

A summary of accolades by publication and rank

| Publication | Accolade | Rank | Ref. |
|---|---|---|---|
| *Okayplayer* | The Best Albums of 2018 | 8 | 95 |

# Track listing

| No. | Title | Writer(s) | Producer(s) | Length |
|---|---|---|---|---|
| 1. | "Ganja Burn" | • Onika Maraj<br>• Jeremy Reid<br>• Jairus Mozee | J. Reid | 4:54 |
| 2. | "Majesty" (with Labrinth, featuring Eminem) | • Maraj<br>• Timothy McKenzie<br>• Marshall Mathers<br>• Luis Resto | • Labrinth<br>• Eminem[b] | 4:55 |
| 3. | "Barbie Dreams" | • Maraj | • Rashad Smith | 4:30 |

| 3. | "Barbie Dreams" | Maraj<br>• Rashad Smith<br>• Melvin Hough II<br>• Rivelino Raoul Wouter<br>• Christopher Wallace<br>• James Brown<br>• Fred Wesley | • Rashad Smith<br>• Mel and Mus | 4:59 |
|----|-----------------|-------|-------|------|
| 4. | "Rich Sex" (featuring Lil Wayne) | • Maraj<br>• Dwayne Carter<br>• Reid<br>• Jawara Headley<br>• Aubry Delaine | • J. Reid<br>• Big Juice[b] | 3:12 |
| 5. | "Hard White" | • Maraj<br>• Matthew Samuels<br>• Ramon Ibanga Jr.<br>• Brittany Hazzard | • Boi-1da<br>• Illmind | 3:13 |
| 6. | "Bed" (featuring Ariana Grande) | • Maraj<br>• Benjamin Diehl<br>• Gamal Lewis<br>• Brett Bailey<br>• Mescon David Asher<br>• Dwayne Chin-Quee | • Ben Billions<br>• Beats Bailey<br>• Supa Dups<br>• Messy[a] | 3:09 |
| 7. | "Thought I Knew You" (featuring the Weeknd) | • Maraj<br>• Abel Tesfaye<br>• Hazzard<br>• Reid | J. Reid | 3:18 |
| 8. | "Run & Hide" | • Maraj<br>• Hazzard<br>• Rupert Thomas Jr.<br>• Masamune Kudo | • Sevn Thomas<br>• Rex Kudo | 2:34 |
| 9. | "Chun Swae" (featuring Swae Lee) | • Maraj<br>• Khalif Brown<br>• Leland Wayne | • Metro Boomin | 6:10 |
| 10. | "Chun-Li" | • Maraj<br>• Reid | • J. Reid<br>• Nicki Minaj[a] | 3:11 |

read://https_en.wikipedia.org/?url=https%3A%2F%2Fen.wikipedia.org%2Fwiki%2FQueen_(Nicki_Minaj_album)

| 11. | "LLC" | • Maraj<br>• Rasool Diaz<br>• Wesley Dees<br>• Jason Fox | • Sool<br>• DJ Wes<br>• JFK | 3:41 |
|-----|-------|---------|---------|------|
| 12. | "Good Form" | • Maraj<br>• Michael Williams II<br>• Asheton Hogan | • Mike Will Made It<br>• Pluss | 3:19 |
| 13. | "Nip Tuck" | • Maraj<br>• Hazzard<br>• Jeremy Coleman<br>• Daniel Johnson<br>• June Nawakii | • JMIKE<br>• June Nawakii<br>• Kane Beatz | 3:27 |
| 14. | "2 Lit 2 Late Interlude" | • Maraj<br>• Hazzard<br>• Julian Gramma<br>• Adam King Feeney | • J Gramm<br>• Frank Dukes | 0:55 |
| 15. | "Come See About Me" | • Maraj<br>• Hazzard<br>• Christopher Braide<br>• Henry Walter | • Chris Braide<br>• Cirkut | 4:06 |
| 16. | "Sir" (featuring Future) | • Maraj<br>• Nayvadius Wilburn<br>• Wayne<br>• Xavier Dotson | • Metro Boomin<br>• Zaytoven | 3:44 |
| 17. | "Miami" | • Maraj<br>• Shane Lindstrom<br>• Diaz<br>• Douglas Patterson | • Murda Beatz<br>• Sool[a] | 3:10 |
| 18. | "Coco Chanel" (featuring Foxy Brown) | • Maraj<br>• Joshua Adams<br>• Inga Marchand<br>• Ashley Bannister<br>• Dillon Hart Francis | • J Beatzz<br>• Blank[a] | 3:44 |

| | | | • Sonny Moore | | |
|---|---|---|---|---|---|
| 19. | "Inspirations (Outro)" | • Maraj<br>• Adams<br>• Bannister<br>• Dillon<br>• Moore | | • J Beatzz<br>• Blank[a] | 0:58 |
| **Total length:** | | | | | **66:19** |

| No. | Title | Writer(s) | Producer(s) | Length |
|---|---|---|---|---|
| 20. | "Fefe" (6ix9ine featuring Nicki Minaj and Murda Beatz) | • Daniel Hernandez<br>• Maraj<br>• Lindstrom<br>• Kevin Gomringer<br>• Tim Gomringer<br>• Andrew Green | Murda Beatz | 2:59 |
| **Total length:** | | | | **70:00** |

| No. | Title | Writer(s) | Producer(s) | Length |
|---|---|---|---|---|
| 20. | "Good Form" (featuring Lil Wayne) | • Maraj<br>• Michael Williams II<br>• Asheton Hogan<br>• Carter | • Mike Will Made It<br>• Pluss | 3:57 |
| **Total length:** | | | | **70:16** |

| No. | Title | Writer(s) | Producer(s) | Length |
|---|---|---|---|---|
| 20. | "Barbie Tingz" | • Maraj<br>• Reid | J. Reid | 3:11 |
| 21. | "Regular Degular" | • Maraj<br>• Vincent Watson<br>• Cory Martin | • Invincible<br>• Lowkey[b] | 3:33 |

read://https_en.wikipedia.org/?url=https%3A%2F%2Fen.wikipedia.org%2Fwiki%2FQueen_(Nicki_Minaj_album)

| | |
|---|---|
| **Total length:** | 73:14 |

## Notes

- ^**[a]** signifies a co-producer.
- ^**[b]** signifies an additional producer.
- "Ganja Burn" was incorrectly titled as "Ganja Burns" upon release
- "Miami" features additional vocals by Douglas Patterson
- "Fefe" is titled as 'FEFE' in the official tracklist and was added halfway through Queen's first week

## Sample credits

- "Barbie Dreams" contains interpolations from "Just Playing (Dreams)", written by Christopher Wallace and Rashad Smith, as performed by The Notorious B.I.G.; samples and interpolations from "Blues & Pants", written by James Brown and Fred Wesley, as performed by Brown
- "Coco Chanel" and "Inspirations (Outro)" contain elements and samples from "Bun Up the Dance", written by Dillon Hart Francis and Sonny Moore, as performed by Dillon Francis and Skrillex

# Personnel

Credits adapted from *Queen* album liner notes.[97]

## Musicians

- Nicki Minaj – main vocals (all tracks, featured on FEFE)
- 6ix9ine – main vocals (track 20 (bonus))
- Labrinth – main vocals (track 2)
- Eminem – featured vocals (track 2)
- Lil Wayne – featured vocals (track 4, track 20 (deluxe))
- Ariana Grande – featured vocals (track 6)
- The Weeknd – featured vocals (track 7)
- Swae Lee – featured vocals (track 9)
- Future – featured vocals (track 16)
- Murda Beatz – featured artist (track 20 (bonus))
- Foxy Brown – featured vocals (track 18)
- Douglas Patterson – additional vocals (track 17)
- Jairus Mozee – guitars (track 1)
- Luis Resto – additional keyboards (track 2)
- OP! – additional programming (track 3)

## Production

- Dwayne "Tha President" Carter – executive production
- Bryan "Baby Birdman" Williams – executive production
- Ronald "Slim tha Don" Williams – executive production
- Nicki Minaj – co-executive production, co-production (track 10)

- Jenny Beal – album production
- Michelle Ayabarreno – album production
- J. Reid – production (tracks 1, 4, 7, 10, and 21 (Target))

- Labrinth – production (track 2)
- Rashad "Ringo" Smith – production (track 3)
- Mel and Mus – production (track 3)
- Boi-1da – production (track 5)
- Illmind – production (track 5)
- Ben Billions – production (track 6)
- Beats Bailey – production (track 6)
- Dwayne "Supa Dups" Chin-Quee – production (track 6)
- Sevn Thomas – production (track 8)
- Rex Kudo – production (track 8)
- Metro Boomin – production (tracks 9 and 16)
- Sool – production (tracks 11 and 17)
- DJ Wes – production (track 11)
- JFK – production (track 11)
- Mike Will Made It – production (track 12)
- Pluss – production (track 12)
- JMIKE – production (track 13)
- June Nawakii – production (track 13)
- Kane Beatz – production (track 13)
- J Gramm – production (track 14)
- Frank Dukes – production (track 14)
- Christopher Braide – production (track 15)
- Henry "Cirkut" Walter – production (track 15)
- Zaytoven – production (track 16)
- Murda Beatz – production (tracks 17 and 20 (bonus))
- J Beatzz – production (tracks 18 and 19)
- Invincible – production (track 20 (Target))
- Messy – co-production (track 6)
- Ashley "Blank" Bannister – co-production (tracks 18 and 19)
- Cubeatz – co-production (track 20 (bonus))
- Lowkey – co-production (track 20 (Target))
- Eminem – additional production (track 2)
- Aubry "Big Juice" Delaine – additional production (track 4)

## Technical

- Aubry "Big Juice" Delaine – record engineering (all tracks), mixing (tracks 5, 16, and 21 (Target))
- Labrinth – record engineering (tracks 1, 2, 11, and 21 (Target))
- Mike Strange – record engineering (track 2)
- Joe Strange – record engineering (track 2)
- Jeff Edwards – record engineering (track 4)
- Manny Galvez – record engineering (track 4)
- Shin Kamiyama – record engineering (track 7)
- Randy Lanphaer – record engineering (track 9)
- Swae Lee – record engineering (track 9)
- Jeremy Reid – record engineering (track 18)
- Wizard Lee Weinberg – record engineering (track 20 (bonus)), mixing (track 20 (bonus)), mastering engineering (track 20 (bonus))
- Laura Bates – record engineering assistance (tracks 1, 3, 7, 10, 11, and 21 (Target)), mixing

assistance (tracks 5, 10, 16, and 21 (Target))
- Iván Jiménez – record engineering assistance (tracks 1, 10, 11, and 21 (Target)), mixing assistance (track 16)

- Brian Judd – record engineering assistance (tracks 1, 4, 7, 9, 11, 13, and 17)
- Nick Valentin – record engineering assistance (tracks 1, 2, 6, 8, 12–15, and 20 (Target))
- Alex Estevez – record engineering assistance (track 2)
- Todd Bergman – record engineering assistance (track 3)
- Jamal Berry – record engineering assistance (tracks 4 and 15)
- Jason Delattiboudere – record engineering assistance (track 4)
- Ludovick Tartavel – record engineering assistance (track 5)
- Yann Bordeo – record engineering assistance (track 5)
- Iain Findlay – record engineering assistance (tracks 5 and 16)
- Jordon Silva – record engineering assistance (tracks 5 and 16)
- William Knauft – record engineering assistance (tracks 6, 11, and 15)
- Cory Williams – record engineering assistance (tracks 9 and 14)
- Matthew Sim – record engineering assistance (tracks 12, 17, and 18)
- Jason Staniulis – record engineering assistance (tracks 12, 17–19)
- Kenta Yonesaka – record engineering assistance (tracks 12, 17, and 18)
- Shane Goodridge – record engineering assistance (tracks 18 and 19)
- Jaycen Joshua – mixing (tracks 1, 3–5, 7, 9, 11, 12, 14, 15, 17–19)
- Eminem – mixing (track 2)
- Mike Strange – mixing (track 2)
- Serban Ghenea – mixing (tracks 6 and 13)
- Jon Castelli – mixing (tracks 8 and 20 (Target))
- John Hanes – mixing engineering (tracks 6 and 13)
- Ingmar Carlson – mixing engineering (track 8)
- Josh Deguzman – mixing engineering (track 20 (Target))
- David Nakaji – mixing assistance (tracks 1, 3, 5, 7, 9, 11, 12, 14, 15, 17–19)
- Ben Milchev – mixing assistance (tracks 1, 3, 5, 7, 9, 11, 12, 14, 15, 17–19)
- Jacob Richards – mixing assistance (track 4)
- Rashawn Mclean – mixing assistance (track 4)
- Mike Seaberg – mixing assistance (track 4)
- Chris Athens – mastering (tracks 1, 3–19, 20 (Target), and 21 (Target))
- Brian "Big Bass" Gardner – mastering (track 2)

## Artwork

- Marcus Piggott – photography
- Mert Alas – photography
- Jenna Marsh – creative direction
- Joe Perez – creative direction
- Katie McIntyre – type design, art direction assistance
- Allen Chiu – type design drawing

# Charts

| Weekly charts | | Year-end charts | |
|---|---|---|---|
| Chart (2018) | Peak position | Chart (2018) | Position |
| | | Australian Albums (ARIA)[124] | 60 |

| Chart (2018) | Peak position |
| --- | --- |
| Australian Albums (ARIA)[98] | 4 |
| Austrian Albums (Ö3 Austria)[99] | 19 |
| Belgian Albums (Ultratop Flanders)[100] | 11 |
| Belgian Albums (Ultratop Wallonia)[101] | 8 |
| Canadian Albums (Billboard)[102] | 2 |
| Czech Albums (ČNS IFPI)[103] | 44 |
| Danish Albums (Hitlisten)[104] | 18 |
| Dutch Albums (Album Top 100)[105] | 8 |
| Estonian Albums (Eesti Ekspress)[106] | 11 |
| Finnish Albums (Suomen virallinen lista)[107] | 11 |
| French Albums (SNEP)[108] | 7 |
| German Albums (Offizielle Top 100)[109] | 18 |
| Hungarian Albums (MAHASZ)[110] | 31 |
| Irish Albums (IRMA)[111] | 5 |
| Italian Albums (FIMI)[112] | 19 |
| Japanese Albums (Oricon)[113] | 80 |
| New Zealand Albums (RMNZ)[114] | 8 |
| Norwegian Albums (VG-lista)[115] | 9 |
| Polish Albums (ZPAV)[116] | 27 |
| Scottish Albums (OCC)[117] | 15 |
| Spanish Albums (PROMUSICAE)[118] | 19 |
| Swedish Albums (Sverigetopplistan)[119] | 15 |
| Swiss Albums (Schweizer Hitparade)[120] | 5 |
| UK Albums (OCC)[121] | 5 |
| UK R&B Albums (OCC)[122] | 1 |
| US Billboard 200[37] | 2 |
| US Top R&B/Hip-Hop Albums (Billboard)[123] | 2 |

| Chart (2018) | Position |
| --- | --- |
| Australian Albums (ARIA)[124] | 69 |
| Canadian Albums (Billboard)[125] | 40 |
| French Albums (SNEP)[126] | 185 |
| US Billboard 200[127] | 42 |
| US Top R&B/Hip-Hop Albums (Billboard)[128] | 25 |

| Chart (2019) | Position |
| --- | --- |
| US Billboard 200[129] | 96 |
| US Top R&B/Hip-Hop Albums (Billboard)[130] | 67 |

# Certifications

read://https_en.wikipedia.org/?url=https%3A%2F%2Fen.wikipedia.org%2Fwiki%2FQueen_(Nicki_Minaj_album)

| Region | Certification | Certified units/sales |
|---|---|---|
| Canada (**Music Canada**)[131] | 2× Platinum | 160,000‡ |
| United Kingdom (**BPI**)[132] | Gold | 100,000‡ |
| United States (**RIAA**)[133] | Platinum | 1,000,000‡ |

‡ Sales+streaming figures based on certification alone.

## Release history

| Region | Date | Format | Label |
|---|---|---|---|
| **Various** | August 10, 2018 | • Digital download<br>• streaming | • Young Money<br>• Cash Money<br>• Republic |
| | August 17, 2018 | CD | |
| | November 2018 | • LP<br>• cassette | |
| **Japan** | September 26, 2018 | CD | Universal Music Japan[134] |

## See also

- List of UK R&B Albums Chart number ones of 2018

## References

1. ^ Leight, Elias (August 13, 2018). *"Nicki Minaj Freestyled 90-Percent of 'Barbie Dreams' in One Take"*. *Rolling Stone*. *Archived* from the original on August 13, 2018. Retrieved August 14, 2018.
2. ^ Jump up to: *a b c* Thomas, Fred. *"AllMusic Review"*. AllMusic. *Archived* from the original on August 20, 2018. Retrieved August 20, 2018.
3. ^ Jump up to: *a b* Dandridge-Lemco, Ben (October 30, 2017). *"Here's everything we know so far about Nicki Minaj's fourth studio album"*. *The Fader*. *Archived* from the original on July 12, 2018. Retrieved July 9, 2018.
4. ^ Renshaw, David (September 20, 2017). *"Nicki Minaj Promises Her "Most Memorable*

*And Most Impactful" Era Yet". The Fader. Archived from the original on August 10, 2018. Retrieved August 6, 2018.*

5. ^ *Montgomery, Sarah Jasmine (October 16, 2017). "Nicki Minaj is one of the greats". The Fader. Archived from the original on August 10, 2018. Retrieved August 6, 2018.*

6. ^ Jump up to: ᵃ ᵇ *"Entertainment Weekly review". August 13, 2018. Archived from the original on August 14, 2018. Retrieved August 14, 2018.*

7. ^ Jump up to: ᵃ ᵇ *"Nicki Minaj: Queen review – uneasy coronation for rap's manic monarch". The Guardian. Archived from the original on August 13, 2018. Retrieved August 13, 2018.*

8. ^ Jump up to: ᵃ ᵇ *Kim, Michelle (August 11, 2018). "5 Takeaways from Nicki Minaj's New Album, Queen". Pitchfork. Archived from the original on August 16, 2018. Retrieved August 17, 2018.*

9. ^ *Sanders, Shamika (August 15, 2018). "Nicki Minaj's Best Punchlines From The 'Queen' Album". Billboard. Archived from the original on August 16, 2018. Retrieved August 17, 2018.*

10. ^ Jump up to: ᵃ ᵇ ᶜ *Rolli, Bryan (August 10, 2018). "First Listen: Nicki Minaj's 'Queen' Is A Great 10-Song Album Hiding Inside A Messy 19-Song Album". Forbes. Archived from the original on August 13, 2018. Retrieved August 12, 2018.*

11. ^ *"Nicki Minaj Reunites With "Boyfriend" Eminem For "Majesty"". August 10, 2018. Archived from the original on August 13, 2018. Retrieved August 13, 2018.*

12. ^ *Leight, Brendan Klinkenberg, Elias (August 10, 2018). "Every Rapper Nicki Minaj Dissed on 'Barbie Dreams'". Archived from the original on August 13, 2018. Retrieved August 13, 2018.*

13. ^ *"Drake, Lil Wayne & More: All The Rappers Nicki Minaj Pokes Fun at on 'Barbie Dreams'". Archived from the original on August 13, 2018. Retrieved August 13, 2018.*

14. ^ *Aswad, Jem (August 10, 2018). "Nicki Minaj Explains Why She Goes After Drake, Meek Mill, DJ Khaled on 'Barbie Dreams'". Archived from the original on August 13, 2018. Retrieved August 13, 2018.*

15. ^ *"Nicki Minaj & The Weeknd Walk Away Dignified On "Thought I Knew You"". August 11, 2018. Archived from the original on August 13, 2018. Retrieved August 13, 2018.*

16. ^ *Rolli, Bryan. "First Listen: Nicki Minaj's 'Queen' Is A Great 10-Song Album Hiding Inside A Messy 19-Song Album". Archived from the original on August 13, 2018. Retrieved August 12, 2018.*

17. ^ *Klinkenberg, Brendan (August 10, 2018). "Swae Lee Steals the Show (Again) on Nicki Minaj's 'Chun Swae'". Archived from the original on August 13, 2018. Retrieved August 13, 2018.*

18. ^ *"Nicki Minaj (Ft. Swae Lee) – Chun Swae". Archived from the original on August 13, 2018. Retrieved August 13, 2018.*

19. ^ *"Nicki Minaj Plans to Update 'Queen' Album With New Future Song – XXL". Archived from the original on August 13, 2018. Retrieved August 13, 2018.*

20. ^ *Amorosi, A.D. (August 11, 2018). "Album review: Nicki Minaj's 'Queen'". Variety. Archived from the original on August 12, 2018. Retrieved August 13, 2018.*

21. ^ *"Nicki Minaj And Foxy Brown Celebrate Trini Roots On 'Coco Chanel'". August 10, 2018. Archived from the original on August 14, 2018. Retrieved August 13, 2018.*

22. ^ *"Nicki Minaj Announces New Album 'Queen' at Met Gala". Billboard. May 8, 2018. Archived from the original on May 8, 2018. Retrieved May 8, 2018.*

23. ^ *Madden, Sidney (August 10, 2018). "After A Bumpy Start, Nicki Minaj's 'Queen' Has Landed". NPR. NPR.org. Archived from the original on August 10, 2018. Retrieved August 11, 2018.*

24. ^ *Melas, Chloe (August 10, 2018). "Nicki Minaj drops 'Queen'". CNN. Archived from the original on August 10, 2018. Retrieved August 11, 2018.*

25. ^ *Hussein, Wandera (August 10, 2018). "Listen to Nicki Minaj debut her Queen album via Beats 1". The Fader. Archived from the original on August 16, 2018. Retrieved August 15,*

*Beats 1 - The Fader. Archived from the original on August 10, 2018. Retrieved August 15, 2018.*

26. ^ Duncan, Amy (August 10, 2018). *"Nicki Minaj Queen album release date and tracklist as Queen Radio launches"*. Metro.co.uk. *Archived* from the original on December 15, 2018. Retrieved December 12, 2018.

27. ^ *"Nicki Minaj Announces "Queen Radio" Beats 1 Show"*. HipHopDX. August 8, 2018. *Archived* from the original on December 14, 2018. Retrieved December 29, 2018.

28. ^ *"Nicki Minaj Launches Queen Radio Show on Beats 1 With Apple Music"*. Billboard. *Archived* from the original on December 14, 2018. Retrieved December 29, 2018.

29. ^ Sampson, Issy (September 22, 2018). *"Beats in the trap: Nicki Minaj's Queen show is radio's chaotic, addictive monster"*. Theguardian.com. *Archived* from the original on January 27, 2019. Retrieved January 28, 2018.

30. ^ *"Nicki Minaj Announces Beats 1 Show 'Queen Radio' on Apple Music"*. Hiphop-n-more.com. August 8, 2018. *Archived* from the original on December 16, 2018. Retrieved December 29, 2018.

31. ^ *"Watch Future Bring Out Nicki Minaj at Rolling Loud"*. Pitchfork. May 14, 2018. Retrieved May 14, 2018.

32. ^ *"Watch Nicki Minaj Bring 'Chun-Li,' Playboi Carti to 'SNL'"*. Rolling Stone. May 20, 2018. *Archived* from the original on May 21, 2018. Retrieved May 20, 2018.

33. ^ Reed, Ryan (June 25, 2018). *"Nicki Minaj Performs Intense 'Chun Li,' 'Rich Sex' at BET Awards"*. Rolling Stone. *Archived* from the original on June 26, 2018. Retrieved June 26, 2018.

34. ^ Cullum, Erin (August 14, 2018). *"Nicki Minaj Added a "Barbie Dreams" Verse About Stephen Colbert, and He Absolutely Lost It"*. PopSugar. *Archived* from the original on August 15, 2018. Retrieved August 15, 2018.

35. ^ *"Archived copy"*. *Archived* from the original on January 15, 2019. Retrieved January 15, 2019.{{cite web}}: CS1 maint: archived copy as title (link)

36. ^ *"Nicki Minaj is Too Hot to Handle During 2018 People's Choice Awards Performance"*. November 12, 2018. *Archived* from the original on November 27, 2018. Retrieved January 15, 2019.

37. ^ Jump up to: ᵃ ᵇ ᶜ *"Travis Scott's 'Astroworld' Spends Second Week at No. 1 on Billboard 200 Albums Chart"*. Billboard. August 19, 2018. *Archived* from the original on August 20, 2018. Retrieved August 19, 2018.

38. ^ Mojica, Nick (June 11, 2018). *"Future and Nicki Minaj Share NickiHndrxx Tour Dates"*. XXL. Retrieved August 19, 2018.

39. ^ *"Nicki Minaj: The Nicki Wrld Tour"* (in Danish). Live Nation Entertainment. *Archived* from the original on December 21, 2018. Retrieved December 21, 2018.

40. ^ *"NICKI MINAJ TAR MED JUICE WRLD PÅ KOMMANDE VÄRLDSTURNÉ!"* (Press release) (in Swedish). Live Nation Entertainment. December 21, 2018. *Archived* from the original on December 21, 2018. Retrieved December 21, 2018.

41. ^ *"Nicki Minaj Finally Releases 'Queen' Album"*. *Archived* from the original on August 13, 2018. Retrieved August 13, 2018.

42. ^ Clopton, Ellis (June 8, 2018). *"Nicki Minaj Reveals Album Cover for 'Queen'"*. Variety. *Archived* from the original on June 28, 2018. Retrieved June 27, 2018.

43. ^ Thompson, Rachel. *"Nicki Minaj appears as a topless Cleopatra on cover of new album"*. Mashable. *Archived* from the original on June 28, 2018. Retrieved June 27, 2018.

44. ^ Jump up to: ᵃ ᵇ *"Nicki Minaj details new album, drops two new singles, 'Chun-Li' and 'Barbie Tingz'"*. Entertainment Weekly. April 12, 2018. *Archived* from the original on June 12, 2018. Retrieved August 23, 2018.

45. ^ Kreps, Daniel (April 14, 2018). *"Watch Nicki Minaj's Selfie Video for 'Chun-Li'"*. Rolling Stone. *Archived* from the original on April 16, 2018. Retrieved April 14, 2018.

46. ^ Jump up to: ᵃ ᵇ *"Nicki Minaj Releases "Chun-Li" and "Barbie Tingz" Visuals"*. The Source. May 4, 2018. Archived from the original on May 9, 2018. Retrieved May 9, 2018.

*Source*. May 4, 2018. *Archived from the original on May 9, 2018*. Retrieved May 9, 2018.

47. ^ Jump up to: *ᵃ ᵇ ᶜ ᵈ ᵉ ᶠ ᵍ* *"Nicki Minaj Chart History (Hot 100)"*. Billboard. *Archived* from the original on August 30, 2018. Retrieved August 24, 2018.

48. ^ Jump up to: *ᵃ ᵇ ᶜ ᵈ ᵉ ᶠ ᵍ* *"Nicki Minaj Chart History (Hot R&B/Hip-Hop Songs)"*. Billboard. *Archived* from the original on August 15, 2018. Retrieved August 23, 2018.

49. ^ *"American single certifications – Nicki Minaj – Chun-Li"*. *Recording Industry Association of America*. Retrieved July 30, 2018.

50. ^ *"Nicki Minaj Taps Singer Ariana Grande for New Song "Bed""*. XXL. June 14, 2018. *Archived* from the original on July 10, 2018. Retrieved August 6, 2018.

51. ^ *"Top 40/M Future Releases"*. All Access Media Group. Archived from *the original* on June 14, 2018. Retrieved June 15, 2018.

52. ^ *"Top 40/R Future Releases"*. All Access Media Group. Archived from *the original* on June 15, 2018. Retrieved June 15, 2018.

53. ^ *"Video: Nicki Minaj Feat. Ariana Grande – 'Bed'"*. *Rap-Up*. July 6, 2018. *Archived* from the original on July 7, 2018. Retrieved July 7, 2018.

54. ^ *"American single certifications – Nicki Minaj – Chun-Li"*. *Recording Industry Association of America*. Retrieved July 30, 2018.

55. ^ *"Top 40 Rhythmic Future Releases"*. Archived from *the original* on August 14, 2018. Retrieved August 14, 2018.

56. ^ *"Archived copy"*. *Archived* from the original on October 6, 2018. Retrieved October 5, 2018.{{cite web}}: CS1 maint: archived copy as title (link)

57. ^ *"Archived copy"*. *Archived* from the original on February 20, 2019. Retrieved August 24, 2018.{{cite web}}: CS1 maint: archived copy as title (link)

58. ^ *"Top 40 Rhythmic Future Releases"*. Archived from *the original* on October 4, 2018. Retrieved August 20, 2018.

59. ^ *"Top 40 Rhythmic Future Releases"*. Archived from *the original* on August 14, 2018. Retrieved November 13, 2018.

60. ^ *"Archived copy"*. *Archived* from the original on November 27, 2018. Retrieved November 26, 2018.{{cite web}}: CS1 maint: archived copy as title (link)

61. ^ *"Archived copy"*. *Archived* from the original on November 23, 2018. Retrieved November 26, 2018.{{cite web}}: CS1 maint: archived copy as title (link)

62. ^ Strauss, Matthew (June 11, 2018). *"Listen to Nicki Minaj and Lil Wayne's New Song "Rich Sex""*. Pitchfork. *Archived* from the original on June 12, 2018. Retrieved June 12, 2018.

63. ^ *"Nicki Minaj Fans Are Bursting Into Rage After Discovering This One Thing Missing From Her Album..."* BET. June 14, 2018. *Archived* from the original on August 6, 2018. Retrieved August 24, 2018.

64. ^ *"American single certifications – Nicki Minaj – Barbie Tingz"*. *Recording Industry Association of America*. Retrieved August 13, 2018.

65. ^ Saponara, Michael (August 13, 2018). *"Nicki Minaj Is Queen of the Desert in New 'Ganja Burn' Video: Watch"*. Billboard. *Archived* from the original on August 16, 2018. Retrieved August 17, 2018.

66. ^ *"Barbie® on Instagram: "#HardWhite on VEVO @ midnight""*. Instagram. Archived from *the original* on December 23, 2021. Retrieved January 31, 2019.

67. ^ *"Barbie® on Instagram: "So excited to finally launch my 7th fragrance just in time for Valentine's Day. 💅 Only fit for a #QUEEN. 💅 Sign up NOW for early access–..."*. Instagram. Archived from *the original* on December 23, 2021. Retrieved January 31, 2019.

68. ^ Berry, Peter A. (July 22, 2018). *"6ix9ine, Nicki Minaj and Murda Beatz Drop Colorful "Fefe" Video"*. XXL. *Archived* from the original on December 8, 2018. Retrieved December 15, 2018.

69. ^ *"Nicki Minaj Adds 6ix9ine Collaboration 'Fefe' to 'Queen Tracklist'*. Billboard. *Archived* from the original on August 20, 2018. Retrieved August 19, 2018.

70. ^ *"Nicki Minaj– Queen- Review"*. Album of the Year. Retrieved August 29, 2020.

71. ^ *"Queen by Nicki Minaj"*. *AnyDecentMusic?*. *Archived* from the original on September 17,

71. ^ *"Queen by Nicki Minaj Reviews and Tracks". Metacritic. Archived from the original on September 14, 2018. Retrieved September 14, 2018.*

72. ^ Jump up to: ᵃ ᵇ *"Reviews for Queen by Nicki Minaj". Metacritic. Archived from the original on September 5, 2018. Retrieved September 14, 2018.*

73. ^ Jump up to: ᵃ ᵇ *Clark, Trent (August 14, 2018). "Review: Nicki Minaj's "Queen" Is Far From A Royal Release". HipHopDX. Archived from the original on August 14, 2018. Retrieved August 15, 2018.*

74. ^ Jump up to: ᵃ ᵇ *Jukwey, Ella (August 11, 2018). "Nicki Minaj, Queen review: The most important album of her career so far". The Independent. Archived from the original on August 13, 2018. Retrieved August 12, 2018.*

75. ^ Jump up to: ᵃ ᵇ *Anka, Carl (August 13, 2018). "Nicki Minaj – 'Queen' review". NME. Archived from the original on August 13, 2018. Retrieved August 13, 2018.*

76. ^ Jump up to: ᵃ ᵇ *Younger, Briana. "Nicki Minaj: Queen Review". Pitchfork. Archived from the original on August 14, 2018. Retrieved August 14, 2018.*

77. ^ Jump up to: ᵃ ᵇ *Reeves, Mosi (August 14, 2018). "Review: Nicki Minaj Protects Her Crown on 'Queen'". Rolling Stone. Archived from the original on August 15, 2018. Retrieved August 15, 2018.*

78. ^ *"Nicki Minaj's Queen Doesn't Transcend the Controversy". August 13, 2018. Archived from the original on August 17, 2018. Retrieved August 13, 2018.*

79. ^ Jump up to: ᵃ ᵇ *Christgau, Robert (June 28, 2019). "Robert Christgau Reviews Nicki Minaj's 'Queen'". Vice. Archived from the original on June 30, 2019. Retrieved July 1, 2019.*

80. ^ *Iandoli, Kathy (August 11, 2018). "Nicki Minaj Reclaims Her Throne On 'Queen'". Billboard. Eldridge Industries. Archived from the original on August 12, 2018. Retrieved August 12, 2018.*

81. ^ *"Nicki Minaj Reclaims Her Throne On 'Queen'". Billboard. Retrieved August 12, 2021.*

82. ^ *Lowers, Erin. "Nicki Minaj, 'Queen'". Exclaim! Media. Retrieved August 14, 2018.*

83. ^ *Club, The A. V. "Nicki Minaj, Animal Collective, and Death Cab lead a busy week in new releases". The A.V. Club. Retrieved November 5, 2021.*

84. ^ *Wood, Mikael (August 12, 2018). "Review: Nicki Minaj still cares about the old way of doing things. Does anybody else?". Los Angeles Times. Archived from the original on August 13, 2018. Retrieved August 12, 2018.*

85. ^ *Richards, Chris (August 13, 2018). "Will Nicki Minaj ever release an album that's as good as she is?". The Washington Post. Archived from the original on January 19, 2019. Retrieved August 13, 2018.*

86. ^ *Coleman, Jonny (August 11, 2018). "Critic's Notebook: Nicki Minaj's 'Queen' Is a Joyless Mess". The Hollywood Reporter. Archived from the original on August 12, 2018. Retrieved August 12, 2018.*

87. ^ *Kornhaber, Spencer (August 15, 2018). "Nicki Minaj Guards a Shrinking Kingdom". The Atlantic. Archived from the original on August 15, 2018. Retrieved August 15, 2018.*

88. ^ *Caulfield, Keith (August 26, 2018). "Ariana Grande Earns Third No. 1 Album on Billboard 200 Chart With 'Sweetener'". Billboard. Archived from the original on September 11, 2019. Retrieved September 27, 2018.*

89. ^ *"BTS Scores Second No. 1 Album on Billboard 200 Chart With 'Love Yourself: Answer'". Archived from the original on March 31, 2019. Retrieved September 2, 2018.*

90. ^ *"Eminem Earns Ninth No. 1 Album on Billboard 200 Chart With 'Kamikaze'". Archived from the original on September 9, 2018. Retrieved September 9, 2018.*

91. ^ *"Drake returns to #1 with Scorpion". Australian Recording Industry Association. Archived from the original on August 19, 2018. Retrieved August 19, 2018.*

92. ^ Jump up to: ᵃ ᵇ *"Aretha's '30 Greatest Hits' Has A Chart Comeback". FYIMusicNews. August 20, 2018. Archived from the original on August 20, 2018. Retrieved August 20, 2018.*

93. ^ *"Super Troupers! Mamma Mia's Motion Picture Cast Recording scores fourth week at Albums Chart top spot". Official Charts Company. August 17, 2018. Archived* from the original on August 17, 2018. Retrieved August 17, 2018.

94. ^ *"Gold & Platinum"*. RIAA. Retrieved October 24, 2020.

95. ^ *"Okayplayer's Best Albums Of 2018"*. Okayplayer. Retrieved August 28, 2020.

96. ^ *"Nicki Minaj Adds 6ix9ine Collaboration 'Fefe' to 'Queen' Tracklist". Archived* from the original on August 20, 2018. Retrieved August 19, 2018.

97. ^ Queen (CD). Nicki Minaj. *Young Money Entertainment/Cash Money Records/Republic Records*. 2018. 602567809920.{{cite AV media notes}}: CS1 maint: others in cite AV media (notes) (link)

98. ^ "Australiancharts.com – Nicki Minaj – Queen". Hung Medien. Retrieved August 18, 2018.

99. ^ "Austriancharts.at – Nicki Minaj – Queen" (in German). Hung Medien. Retrieved August 23, 2018.

100. ^ "Ultratop.be – Nicki Minaj – Queen" (in Dutch). Hung Medien. Retrieved August 17, 2018.

101. ^ "Ultratop.be – Nicki Minaj – Queen" (in French). Hung Medien. Retrieved August 17, 2018.

102. ^ "Nicki Minaj Chart History (Canadian Albums)". *Billboard*. Retrieved August 21, 2018.

103. ^ "Czech Albums – Top 100". ČNS IFPI. **Note**: On the chart page, select *201834* on the field besides the word "Zobrazit", and then click over the word to retrieve the correct chart data. Retrieved August 28, 2018.

104. ^ *"Hitlisten.NU – Album Top-40 Uge 33, 2018". Hitlisten. Retrieved August 22, 2018.*

105. ^ "Dutchcharts.nl – Nicki Minaj – Queen" (in Dutch). Hung Medien. Retrieved August 17, 2018.

106. ^ *"Estonian Eesti Ekspress". Eesti Ekspress. Archived* from the original on August 27, 2018. Retrieved July 20, 2019.

107. ^ "Nicki Minaj: Queen" (in Finnish). Musiikkituottajat – IFPI Finland. Retrieved August 26, 2018.

108. ^ *"Le Top de la semaine : Top Albums – SNEP (Week 33, 2018)". SNEP. Retrieved August 28, 2018.*

109. ^ "Offiziellecharts.de – Nicki Minaj – Queen" (in German). GfK Entertainment Charts. Retrieved August 17, 2018.

110. ^ *"Album Top 40 slágerlista – 2018. 33. hét"* (in Hungarian). MAHASZ. Retrieved August 23, 2018.

111. ^ *"Irish Albums Chart: 17 August 2018".* Irish Recorded Music Association. Retrieved August 18, 2018.

112. ^ *"Classifica settimanale WK 33". Federazione Industria Musicale Italiana. Archived* from the original on August 6, 2017. Retrieved August 21, 2018.

113. ^ *"Nicki Minaj". Oricon. Retrieved September 21, 2020.*

114. ^ *"NZ Top 40 Albums Chart". Recorded Music NZ. August 20, 2018. Archived* from the original on August 17, 2018. Retrieved August 17, 2018.

115. ^ *"VG-lista – Topp 40 Album uke 33, 2018". VG-lista. Retrieved August 17, 2018.*

116. ^ "Oficjalna lista sprzedaży :: OLiS - Official Retail Sales Chart". OLiS. Polish Society of the Phonographic Industry. Retrieved September 6, 2018.

117. ^ "Official Scottish Albums Chart Top 100". Official Charts Company. Retrieved August 18, 2018.

118. ^ *"Top 100 Albumes – Semana 35: del 24 August 2018 al 30.8.2018"* (PDF) (in Spanish). Productores de Música de España. *Archived* from the original on September 4, 2018. Retrieved September 4, 2018.

119. ^ *"Sverigetopplistan – Sveriges Officiella Topplista". Sverigetopplistan. Archived* from the original on December 26, 2015. Retrieved August 17, 2018. Click on "Veckans albumlista".

120. ^ "Swisscharts.com – Nicki Minaj – Queen". Hung Medien. Retrieved August 22, 2018.

121. ^ "Official Albums Chart Top 100". Official Charts Company. Retrieved August 18, 2018.

122. ^ "Official R&B Albums Chart Top 40". Official Charts Company. Retrieved August 20, 2018.

123. ^ "Nicki Minaj Chart History (Top R&B/Hip-Hop Albums)". *Billboard*. Retrieved August 21, 2018.

124. ^ *"ARIA End of Year Albums 2018"*. Australian Recording Industry Association. *Archived* from the original on January 2, 2019. Retrieved January 10, 2019.

125. ^ *"Canadian Albums – Year-End 2018"*. Billboard. *Archived* from the original on December 5, 2018. Retrieved December 5, 2018.

126. ^ *"Top de l'année Top Albums 2018"* (in French). SNEP. *Archived* from the original on February 28, 2020. Retrieved January 8, 2020.

127. ^ *"Billboard 200 Albums – Year-End 2018"*. Billboard. *Archived* from the original on December 4, 2018. Retrieved December 5, 2018.

128. ^ *"Top R&B/Hip-Hop Albums – Year-End 2018"*. Billboard. Retrieved June 17, 2020.

129. ^ *"Top Billboard 200 Albums – Year-End 2019"*. Billboard. *Archived* from the original on February 23, 2020. Retrieved December 13, 2019.

130. ^ *"Top R&B/Hip-Hop Albums – Year-End 2019"*. Billboard. Retrieved June 17, 2020.

131. ^ *"Canadian album certifications – Nicki Minaj – Queen". Music Canada*. Retrieved February 2, 2022.

132. ^ *"British album certifications – Nicki Minaj – Queen". British Phonographic Industry*. Retrieved April 17, 2020.

133. ^ *"American album certifications – Nicki Minaj – Queen". Recording Industry Association of America*. Retrieved January 11, 2019.

134. ^ *"クイーン". Universal Music Japan*. Retrieved June 17, 2020.

# External links

- Official website 🖉
- Did It On Em Socks