# EXHIBIT 14

## Department of State
### Division of Corporations

## Entity Information

Return to Results    Return to Search

**Entity Details**

**ENTITY NAME:** PINK FRIDAY FILMS, INC.
**DOS ID:** 4404714
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** FOREIGN BUSINESS CORPORATION
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 1304 BCL - BUSINESS CORPORATION LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 05/17/2013
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 05/17/2013
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:** 06/17/2011
**STATEMENT STATUS:** CURRENT
**COUNTY:** ALBANY
**NEXT STATEMENT DUE DATE:** 05/31/2023
**JURISDICTION:** DELAWARE, UNITED STATES
**NFP CATEGORY:**

ENTITY DISPLAY    NAME HISTORY    FILING HISTORY    MERGER HISTORY    ASSUMED NAME HISTORY

**Service of Process Name and Address**

**Name:** ERESIDENTAGENT, INC.

**Address:** 99 WASHINGTON AVE, STE 805A, ALBANY, NY, UNITED STATES, 12210

**Chief Executive Officer's Name and Address**

**Name:** ONIKA MARAJ

**Address:** 21731 VENTURA BOULEVARD, SUITE, WOODLAND HILLS, CA, UNITED STATES, 91364

**Principal Executive Office Address**

**Address:** 21731 VENTURA BOULEVARD, SUITE, WOODLAND HILLS, CA, UNITED STATES, 91364

**Registered Agent Name and Address**

**Name:** ERESIDENTAGENT INC

**Address:** 99 WASHINGTON AVENUE, SUITE 805A, ALBANY, NY, 12210

**Entity Primary Location Name and Address**

**Name:**

**Address:**

**Farmcorpflag**

**Is The Entity A Farm Corporation:** NO

Stock Information

**Share Value**                    **Number Of Shares**                    **Value Per Share**