# EXHIBIT # B

**From:** Judd Burstein jburstein@burlaw.com
**Subject:** RE: Motion to file a sur-reply
**Date:** Apr 18, 2022 at 8:30 AM
**To:** Tyrone Blackburn

Tyrone:

Obviously, I do not want to harm Steven anymore beyond what you have done to him. But I need another day to sort this out, including to investigate it's bona fides

Judd Burstein
Judd Burstein, P.C.
260 Madison Avenue
New York, New York 10016
(212) 974-2400 (Main Number)
(917) 687-2981 (Direct)

**PLEASE EXCUSE TYPOS AND GRAMMATICAL ERRORS, AS I AM A TERRIBLE TYPIST AND AN EVEN WORSE PROOFREADER.**

**From:** Tyrone Blackburn
**Sent:** Monday, April 18, 2022 7:35 AM
**To:** Judd Burstein <jburstein@burlaw.com>
**Subject:** Re: Motion to file a sur-reply

Tyrone A. Blackburn, Esq.
T. A. Blackburn Law, PLLC.
Phone: 347-342-7432





On Apr 18, 2022, at 7:33 AM, Tyrone Blackburn <██████████████████████> wrote:

Judd,

This evening I will submit a letter to the court to request leave to file a Sur-reply to your reply brief for your sanctions motion. In your reply brief, you introduced new and demonstrably false Declarations that require a response.

In your reply brief, you provided the court with declarations from Steven Gordon, and "Mrs. Gordon." Although there were several issues with the Mrs. Gordon declaration, for the purposes of this email I will focus on three issues. 1. Ciardone Franklin sent me a text message letting me know that Steven Gordon had threatened her in exchange for her providing him with a written statement. I am unsure if you were made aware of this, but nonetheless, I have attached a screenshot of the text message I received from Ciardone concerning this fact. 2. On March 31, 2022, Ciardone was my date to a Gala in NYC. She did not express any "anger" regarding my declaration, and what she shared with me regarding Mr. Gordons drug addiction. So, Mr. Gordon's assertion in the March 30th email to you that his wife was "angry," is a lie. 3. Ciardone Franklin is a licensed attorney, and her mother Allyson Franklin is a licensed attorney. It is highly unlikely that Ciardone, with the advice of her mother, would provide a demonstrably false declaration to a Federal Court concerning facts that I can confirm by reproducing the two-hour-long conversation.



I have no desire to disclose the contents of Ciardone and my conversation. But it is important to correct the record especially if Steven fabricated the "Mrs. Gordon" declaration (which I think he did since he fabricated the youtube post).

I am requesting that you withdraw Steven Gordon and the Mrs. Gordon's Declarations or provide me with dates for a briefing schedule so I can file a sur-reply.

Regards,

Tyrone A. Blackburn, Esq.
T. A. Blackburn Law, PLLC.
Phone: 347-342-7432
TABlackburnlaw.com