# EXHIBIT # F

**From:** Tyrone Blackburn ▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Mrs. Gordon Declaration
**Date:** Apr 11, 2022 at 11:32 PM
**To:** Steven C ar's Husband sg@nyt aw.com

Steven,

Judd filed his reply to my opposition to his motion for sanctions, and part of his filing was a declaration from you that referenced a declaration from "Mrs. Gordon." I was surprised to see that your soon-to-be ex-wife willingly agreed to provide you with a sworn declaration denying what I wrote in my declaration in the face of the fact that I have the recorded conversation where she did indeed disclose to me that you have a drug addiction.

In the face of your reputation for impersonating Ciardone by posting comments in her name on Youtube, I am unsure if you wrote and signed the Mrs. Gordon declaration or if Ciardone intentionally lied to the court. There are several issues with this declaration; the first is that Mrs. Gordon and not Ciardone Gordon signed it. The second issue is that I have irrefutable evidence from the conversation I had at dinner with Ciardone on March 10, 2022, when she informed me that you have a drug addiction. She also informed me that you were addicted to "the hard stuff." ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ In the face of this conversation which I can reproduce, it defies all logic as to why Ciardone would intentionally lie to a federal court under penalty of purgery.

Paragraphs 3, 4, 5, 7, and 9 of her declaration are demonstrably false.

Ciardone informed me that you threatened to use my declaration against her to get money out of her in your divorce proceedings which may explain why she may have been under duress to write this declaration. I would strongly advise you to correct the record if you did indeed write this or if you caused Ciardone to commit purgery by threatening her.

I will be submitting a sur-reply this week or on Monday where I will point out the inaccuracies of this declaration and the inaccuracies of the other documents filed tonight by Judd.

Regards,

Tyrone A. Blackburn, Esq.
T. A. Blackburn Law, PLLC.
Phone: 347-342-7432
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮