# EXHIBIT # G



Ciardoné

Mon, Apr 11, 10:06 PM

Ciardone,

I am not sure if you wrote and signed the declaration Judd filed today or if Steven forged this declaration the same way he filed the Youtube comment in your name. There are several issues with this declaration, the first of which is that it is signed by Mrs. Gordon and not Ciardone Gordon. The second issue is that I have irrefutable evidence from the conversation we had at dinner on March 10, 2022, when you informed me that Steven does have a drug addiction. You also informed me that he was addicted to "the hard stuff."



Cíardoné

In the face of this conversation which I can reproduce, it defies all logic as to why you would intentionally lie to a federal court under penalty of purgery.

Paragraphs 3, 4, 5, 7, and 9 of the declaration are all demonstrably false.

I know you said that Steven threatened to use my declaration against you to get money out of you in your divorce proceedings which may explain why you were under duress to write this declaration. I would strongly advise you to correct the record if you did indeed write this.

I will be submitting a sur-reply this



Cíardoné

you would intentionally lie to a federal court under penalty of purgery.

Paragraphs 3, 4, 5, 7, and 9 of the declaration are all demonstrably false.

I know you said that Steven threatened to use my declaration against you to get money out of you in your divorce proceedings which may explain why you were under duress to write this declaration. I would strongly advise you to correct the record if you did indeed write this.

I will be submitting a sur-reply this week or on Monday where I will point out the inaccuracies of this declaration and the inaccuracies of the other documents filed today by Judd.



Declaration, Mrs. Gordon...

This is what was field

Subject

iMessage