# EXHIBIT # H






11:06

29

Cíardoné

Wed, Apr 6, 6:30 PM

I've been crying all day, I'm so stressed. Steve is threatening to use what you wrote in the declaration against me in the divorce to get money from me. Can you please give me a call so we can come up with a plan. Judd is filing soon.