JUDD BURSTEIN, P.C.
ATTORNEYS AT LAW

JUDD BURSTEIN*
JBURSTEIN@BURLAW.COM

PETER B. SCHALK**
PSCHALK@BURLAW.COM

EMILY C. FINESTONE***
EFINESTONE@BURLAW.COM

*ALSO ADMITTED IN CONNECTICUT
**ALSO ADMITTED IN NEW JERSEY
***ALSO ADMITTED IN MASSACHUSETTS,
  PENNSYLVANIA, AND VIRGINIA

260 MADISON AVENUE
15TH FLOOR
NEW YORK, NEW YORK 10016
TEL: (212) 974-2400
FAX: (212) 974-2944
WWW.BURLAW.COM

12 OLD HILL FARMS ROAD
WESTPORT, CONNECTICUT 06880

May 3, 2022

**VIA ECF**
Magistrate Judge James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Hough v. Maraj and Petty*, Case No. 21-cv-04568-ENV-JRC

Dear Magistrate Judge Cho:

Following our conference with the Court, I write to confirm that I am withdrawing the Declarations of Mr. and Mrs. Gordon which were submitted as Exhibits 2 and 3 (Dkt. Nos. 71-2 and 71-3) to my Reply Affirmation in further support of Ms. Maraj's and my sanctions motion against Plaintiff Jennifer Hough's counsel, Tyrone Blackburn.

As I explicitly stated in my Reply Declaration, I have no personal knowledge of whether Mr. and Mrs. Gordon's denials of Mr. Blackburn's allegations concerning their personal lives are true. Moreover, for my and Ms. Maraj's purposes, it is the **fact** that Mr. Blackburn made these ugly, superfluous accusations in his oppsoition papers, as opposed to their truth or falsity, that is relevant.

Accordingly, since Mr. Blackburn wished to file a sur-reply addressed only to those portions of Mr. and Mrs. Gordon's Declarations discussing Mr. Blackburn's allegations about their personal affairs, I have agreed to obviate any need for a sur-reply from Mr. Blackburn by withdrawing their Declarations.

Respectfully yours,

/s/ Judd Burstein

Judd Burstein

cc:   All Counsel of Record (via ECF)