# JUDD BURSTEIN, P.C.
## ATTORNEYS AT LAW

JUDD BURSTEIN*
JBURSTEIN@BURLAW.COM

PETER B. SCHALK**
PSCHALK@BURLAW.COM

EMILY C. FINESTONE***
EFINESTONE@BURLAW.COM

*ALSO ADMITTED IN CONNECTICUT
**ALSO ADMITTED IN NEW JERSEY
***ALSO ADMITTED IN MASSACHUSETTS,
   PENNSYLVANIA, AND VIRGINIA

260 MADISON AVENUE
15TH FLOOR
NEW YORK, NEW YORK 10016
TEL: (212) 974-2400
FAX: (212) 974-2944
WWW.BURLAW.COM

12 OLD HILL FARMS ROAD
WESTPORT, CONNECTICUT 06880

May 6, 2022

**VIA ECF**
Magistrate Judge James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Hough v. Maraj and Petty*, Case No. 21-cv-04568-ENV-JRC

Dear Magistrate Judge Cho:

      I write to inform you that I have some personal obligations at my home in Connecticut on May 12, 2022 which I will not be able to meet if I travel to the courthouse in Brooklyn for the conference scheduled for that day. Further, I am about to commence two weeks of depositions in a case in the Southern District of New York which cannot be delayed due to an impending discovery deadline.

      I know that my appearance is not mandatory, but I understand that the Court believes that there might be some possible value to attending the conference. While I could send a lawyer from my office to attend the conference, I suspect that the Court would like my personal participation.

      Under the circumstances, would it be possible for me to appear by phone or Zoom on May 12?

                            Respectfully yours,

                              /s/ Judd Burstein

                              Judd Burstein

cc:      All Counsel of Record (via ECF)