

# T. A. Blackburn Law

TYRONE A. BLACKBURN

MEMBER OF
NY & NJ BAR

FEDERAL MEMBERSHIP
EDNY, SDNY, NDNY & DNJ

1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236

May 13, 2022

VIA PACER
Honorable James R. Cho
United States District Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**<u>Re: Jennifer Hough v. Onika Tanya Maraj AKA ("Nicki Minaj") and Kenneth Petty AKA ("Zoo"); Case No. 1:21-cv-04568-ENV-JRC</u>**

Dear Judge Cho:

We are counsel to Plaintiff Jennifer Hough in the above-referenced matter.  On May 12, 2022, the parties engaged in a productive conference before Your Honor, and in the interest of reaching an amicable resolution to this matter, I am writing to request a withdrawal of Plaintiff's motion for default judgment against defendant Petty.

Respectfully Submitted,

*Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.

CC: All attorneys of record, via ECF.



347-342-7432     tblackburn@tablackburnlaw.com     TABlackburnlaw.com