# JUDD BURSTEIN, P.C.
ATTORNEYS AT LAW

JUDD BURSTEIN*
JBURSTEIN@BURLAW.COM

PETER B. SCHALK**
PSCHALK@BURLAW.COM

EMILY C. FINESTONE***
EFINESTONE@BURLAW.COM

*ALSO ADMITTED IN CONNECTICUT
**ALSO ADMITTED IN NEW JERSEY
***ALSO ADMITTED IN MASSACHUSETTS,
   PENNSYLVANIA, AND VIRGINIA

260 MADISON AVENUE
15TH FLOOR
NEW YORK, NEW YORK 10016
TEL: (212) 974-2400
FAX: (212) 974-2944
WWW.BURLAW.COM

12 OLD HILL FARMS ROAD
WESTPORT, CONNECTICUT 06880

**VIA ECF**

Honorable James R. Cho
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *Hough v. Maraj and Petty*: Case No. 21-cv-04568-ENV-JRC

Dear Magistrate Judge Cho:

      Because I am still recovering from a bout of pneumonia, I write to request that I be excused from tomorrow's conference in the above-referenced case. Alternatively, I ask that the conference be rescheduled.

      Candidly, attending tomorrow's conference will not pose a threat to my health, and I will of course do so if directed by the Court. However, I am still experiencing both considerable fatigue and some breathing difficulties such that traveling from my home in Connecticut to Brooklyn will be a hardship. Since Ms. Maraj is no longer a party except as to the issue of sanctions, her litigation issues are distinct from Mr. Petty's. Hence, the Court, if it deems it appropriate, could meet with Mr. Blackburn and Mr. Isser tomorrow and then schedule a separate conference for me and Mr. Blackburn.

      Respectfully,

      Judd Burstein

cc: All Counsel (via ECF)