# EXHIBIT C

**Judd Burstein**

| | |
|---|---|
| **From:** | Judd Burstein |
| **Sent:** | Thursday, July 7, 2022 6:23 PM |
| **To:** | Tyrone Blackburn |
| **Subject:** | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I have to tell you that I am not happy about the allegation in your new complaint against Steven that he communicated confidential information to me because, regardless of what you believe, it is not true.  I assume that you believe that you are only making the accusation against him, but it is also an allegation against me because if he had communicated confidential information to me, I would have had an ethical duty to report him and I would have done so.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Also, while I don't care because your and your client's fight with Steven  has nothing to do with me or my client, you should know that "a simple phone call" to my office would **not** have "revealed that Gordon had a pattern, practice, and history of drug use/addiction, as well as highlight Gordons gross incompetence, unethical behavior as an associate, and his inability to be trusted and to have self-control."

I did write an email on October 18, 2021, concerning Steven listing my office as his address when he entered his Notice of Appearance, in which I did state that his having done so "was reckless and your sloppiness is appalling – although not the least surprising given your performance working for me."  To the best of my recollection, though,  I never made any further comments concerning Steven's employment with me.  To be sure, though, I never would have stated that Steven had "a pattern, practice, and history of drug use/addiction" because I never had a basis for making that statement.  Nor would I have ever stated that he had ever acted unethically because I did not see any unethical behavior on his part when he worked for me.  As for "trust," if you were using the term to communicate that I came not to trust the quality of his work product, I think that is a fair inference from my email.  But I never suggested that he was untrustworthy in any ethical sense because he never gave me reason to so conclude

As I said, this is not my fight ,and I am not going to insert myself voluntarily.  However, you now know what I will say if I am subpoenaed.

1

Judd Burstein
Judd Burstein, P.C.
260 Madison Avenue
New York, New York 10016
(212) 974-2400 (Main Number)
(917) 687-2981 (Direct)

**PLEASE EXCUSE TYPOS AND GRAMMATICAL ERRORS, AS I AM A TERRIBLE TYPIST AND AN EVEN WORSE PROOFREADER.**