

# T. A. BLACKBURN LAW

TYRONE A. BLACKBURN

MEMBER OF
NY & NJ BAR

FEDERAL MEMBERSHIP
EDNY, SDNY, NDNY & DNJ

1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236

November 2, 2022

VIA PACER
Honorable James R. Cho
United States District Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Jennifer Hough v. Onika Tanya Maraj AKA ("Nicki Minaj") and
Kenneth Petty AKA ("Zoo"); Case No. 1:21-cv-04568-ENV-JRC

## Adjournment Request

Dear Judge Cho:

We are counsel to Plaintiff Jennifer Hough in the above-referenced matter. On October 25, 2022, the Court published a scheduling order requiring the parties to attend an in person initial conference on November 29, 2022. This writer has a scheduling conflict on that day and has a previously scheduled in person hearing in southern New Jersey. Pursuant to Your Honors individual rules, Plaintiff met and conferred with Defense counsel who consented to the Adjournment request. The parties respectfully request that the Court reschedule the initial conference for any date and time before December 23rd, or after January 4, 2023.

Respectfully Submitted,

*Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.

CC: All attorneys of record, via ECF.

  

347-342-7432   tblackburn@tablackburnlaw.com   TABlackburnlaw.com