

# T. A. Blackburn Law

TYRONE A. BLACKBURN

---

MEMBER OF
NY & NJ BAR

---

FEDERAL MEMBERSHIP
EDNY, SDNY, NDNY & DNJ

---

1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236

December 2, 2022

VIA PACER
Honorable James R. Cho
United States District Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Hough v. Mara, et al. Case No. 1:21-cv-04568-ENV-JRC

Dear Judge Cho,

We are counsel to Plaintiff Jennifer Hough in the above-referenced matter. On December 1, 2022, the parties met and conferred concerning the proposed scheduling order. The parties have agreed to tentative dates in accordance with the court's individual rules. The parties respectfully request that the court has some flexibility surrounding some of the deadlines, as the parties anticipate needing additional time. We can discuss these changes during the in-person scheduling conference scheduled for December 6, 2022.

Finally, this writer respectfully requests, with the consent of the defendant's counsel, to move the start time of the December 6, 2022, conference from 10 am to 11 am. This writer has a prescheduled phone status conference in the U.S. District Court for the District of New Jersey which is scheduled to start at 10 am. This writer thanks the court in advance for its flexibility.

Respectfully Submitted,

*Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.

CC: All attorneys of record, via ECF.

 347-342-7432    tblackburn@tablackburnlaw.com    TABlackburnlaw.com