

# T. A. BLACKBURN LAW

TYRONE A. BLACKBURN

MEMBER OF
NY & NJ BAR

FEDERAL MEMBERSHIP
EDNY, SDNY, NDNY & DNJ

1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236

February 27, 2023

VIA PACER
Honorable James R. Cho
United States District Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Hough v. Maraj, et al. Case No. 1:21-cv-04568-ENV-JRC

Dear Judge Cho,

We are counsel to Plaintiff Jennifer Hough in the above-referenced matter. As you know, the Court provided the parties with an opportunity to engage in private mediation. The Court's deadline for the completion of mediation is March 6, 2023. The parties were scheduled to participate in mediation on March 2, 2023.

The mediator adjourned the mediation because this writer submitted his mediation statement 48 hours past the due date. As I explained to the mediator and opposing counsel Steven Isser (who was very gracious and kind), this writer was (and still is) very ill. I was out of the country and caught a virus that ultimately incapacitated me. I completed the page-and-a-half mediation statement and provided the mediator with 23 additional pages of photographic evidence which support Plaintiff's position.

There was truly no need for the mediation to be delayed, but the mediator decided to do so. The new mediation date is March 9, 2023, or March 10, 2023. We respectfully request the Court extend the deadline to complete mediation to March 10, 2023.

Respectfully Submitted,

*Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.

CC: All attorneys of record via ECF.

  
347-342-7432    tblackburn@tablackburnlaw.com    TABlackburnlaw.com