LAW OFFICES OF
# STEVEN D. ISSER
305 Broadway, 7th Floor
New York, New York 10007
(212) 812-5096
sisser@isserlaw.com

March 9, 2023

**BY ECF**

Hon. James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re:    *Hough v. Maraj, et al.,* 21-civ-04568 (EDNY) (ENV)_ (JRC)

Dear Judge Cho:

    This firm represents Defendant Kenneth Petty in the above-referenced matter.

    On December 6, 2022, the Court referred the parties to mediation and Ordered that that the parties complete the mediation by March 6, 2023. The parties had scheduled the mediation to occur on March 2, 2023. Unfortunately, the mediation had to be postponed because Plaintiff's counsel was unable to submit his pre-mediation statement due to illness. *See* Document Number 91. As a result, on February 27, 2023, the Court extended the mediation deadline to March 10, 2023.

    The parties had scheduled the mediation for today, March 9, 2023. Unfortunately, my client, Mr. Petty, became ill and was unable to attend the mediation. Accordingly, we respectfully request that the Court extend the mediation deadline to March 24, 2023, which will hopefully be sufficient time for Mr. Petty to recover and the for parties and the Mediator to schedule a mutually available date for the mediation.

    Thank you for your attention to this matter.

                                 Respectfully submitted,

                                 Steven D. Isser

CC:    All counsel *via* ECF
         Erica Garay, Esq. (Mediator) *via* email