LAW OFFICES OF
# STEVEN D. ISSER
305 Broadway, 7th Floor
New York, New York 10007
(212) 812-5096
sisser@isserlaw.com

March 21, 2023

**BY ECF**

Hon. James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

    Re: *Hough v. Maraj, et al.,* 21-civ-04568 (EDNY) (ENV)_ (JRC)

Dear Judge Cho:

  This firm represents Defendant Kenneth Petty in the above-referenced matter.

  On December 6, 2022, the Court referred the parties to mediation and Ordered that that the parties complete the mediation by March 6, 2023.  Due to various issues, on February 27, 2023, the Court extended the mediation deadline to March 10, 2023, and it was extended again on March 10, 2023 to March 24, 2023.  Due to the schedule of the Mediator, the parties and counsel, the Mediation cannot be held until April 14, 2024.  Accordingly, we respectfully request that the Court extend the mediation deadline.

  Thank you for your attention to this matter.

            Respectfully submitted,

            Steven D. Isser

CC: All counsel *via* ECF
    Erica Garay, Esq. (Mediator) *via* email