UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
JENNIFER HOUGH,

        *Plaintiff,*

    -- against--

ONIKA TANYA MARAJ, AKA ("NICKI MARAJ" and KENNETH PETTY, AKA ("ZOO"),

        *Defendants*.
---------------------------------------------------------X

Case No. 21-cv-04568-ENV-JRC

## NOTICE OF WITHDRAWAL OF ATTORNEY

TO THE COURT, COUNSEL, AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that, after May 19, 2023, Emily C. Finestone will no longer be affiliated with the law firm of JUDD BURSTEIN, P.C. and therefore hereby withdraws as counsel for former Defendant ONIKA TANYA MARAJ ("Ms. Maraj"). Ms. Maraj will continue to be represented by other attorneys on the record for JUDD BURSTEIN, P.C. in this action.

Dated: May 17, 2023

        Yours, etc.,

        JUDD BURSTEIN, P.C.

        By: /s/ Emily C. Finestone
            Emily C. Finestone (EF0725)
        110 East 59th Street, 22nd Floor
        New York, New York 10022
        (212) 974-2400
        (212) 974-2944 (Fax)
        efinestone@burlaw.com
        *Attorneys for Onika Tanya Maraj*