

# T. A. Blackburn Law

TYRONE A. BLACKBURN

MEMBER OF
NY & NJ BAR

FEDERAL MEMBERSHIP
EDNY, SDNY, NDNY & DNJ

1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236

May 23, 2023

VIA PACER
Honorable James R. Cho
United States District Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Hough v. Maraj, et al. Case No. 1:21-cv-04568-ENV-JRC

Dear Judge Cho,

     We are counsel to Plaintiff Jennifer Hough in the above-referenced matter. I write jointly with counsel for Defendant Kenneth Petty. As you know, the Court provided the parties with an opportunity to engage in private mediation. The parties participated in private mediation, but unfortunately, we were unable to reach a settlement. We would like to have a scheduling conference with the court to set a scheduling order.

Respectfully Submitted,

*Tyrone Blackburn*
Tyrone A. Blackburn, Esq.

CC: All attorneys of record via ECF.



📞 347-342-7432    ✉ tblackburn@tablackburnlaw.com    🌐 TABlackburnlaw.com