# EXHIBIT # A



Jennifer Hough
9/10/94

6