# EXHIBIT # C


9/16/94 · 123-40 Linwood St.
ADA Paula Aylward



9/16/94  123-40 Inwood St.
ADA Aylward



9/16/91  12-3-40 Inwood St
ADA Aylward



9/16/94 - 123-40 Inwood St
ADA Paula Aylward





9/16/94 · 123-40 Inwood St.
ADA Paula Aquino



9/16/14 - 123 - 40 Inwood St.
ADA Aylward



9/16/94. 123-40 Inwood St
ADA Paula Ayward



9/16/94, 123-40 Linwood St
ADA Aylward