# EXHIBIT # D

Jennifer Houghs

7        9/16/94



4 Jennifer Houpt    9/16/
9/12 94