# EXHIBIT # E



Jenifer Hough
9/13/94



Jennifer Hough
9/10/94

6



Jennifer Honph
7/16/94