# EXHIBIT # F



9/16/94 · 12-3-40 Inwood St.
3    ADA Aylward