# Complaint Report
PD 313-152A (Rev. 4-92)-H1

| Field | Value |
|---|---|
| Jurisdiction | 00 |
| 9 Pct of Occ. | 113 |
| Complaint No. / File No. | 5282 |
| Military Time and Date of This Report | 1005  9/16/94 |
| 17 Date | 9/16/94 |
| Occurrence on or From | 0845 |
| Occurrence Through | 0935 |
| Offense(s) if Any | Forcible Rape / Unlawful Imprisonment |
| P.L. Section | CPW |

**Victim**
- Last Name, First, M.I.: HOUGH, Jennifer
- Address: 130-16 Inwood St, Jamaica NY 11436
- Home Telephone: 529-3644
- Actions of Victim Prior: Walking to School
- 34 Victim's Sex: 2 (Female)
- 35 Age: 16
- 37 Victim's Race: 5 (Hisp/White)
- 37A Living Together?: 2 (No)
- 38 Can Identify?: 6 (Friend)
- Date of Birth: 3/24/78
- 38A Victim Was: 5
- 39 Comp. Rec'd: 5 (Pick-up)
- Will View Photo?: Yes
- Will Prosecute?: Yes

**Reporter/Witness No. 1**
- Last Name, First: S/A/A

**Location**
- Type of Location: House
- Address/Location of Occurrence: 123-46 Inwood St
- 44 Visible by Patrol: No
- Case Status: Open
- Unit Referred To: Sex Crimes

**Perp. No. 1**
- Wanted: Yes
- Last Name, First, M.I.: KENNY PETTY
- Res. Pct.: 113
- Sex: M
- Race: B
- Age: 16
- Height: 5 Ft. 7 In.
- Weight: 130
- Eye Color: BR
- Hair Color: BL
- Hair Length: Sh(ort)
- Nickname/Alias: KAZOO
- Clothing: blue jeans, tee shirt, white & blue stripe shirt, white sweats

## Details

AT T/P/O Above victim states she was walking to school when perp did put blunt object into her back and told her "keep walking". Victim then heard a "clicking" noise and assumed object was a gun and complied. Perp then walked victim to a house, force her upstairs into a room, pushed her down on to a bed and did forcibly pulled down her pants and did forcibly place his penis into her vagina. Perp then kept victim against her will for approx. 20. Victim then struck perp with plastic bottle causing perp to fall and victim did free.

Complaint Report Prepared By: P.O. Booth
Reporting/Investigating Officer: J. Booth
Tax Registry No.: 89703
Command: 106

Phone No.

Special
Victims
2030

Perkins
Sylva