# EXHIBIT # H

# ON LINE BOOKING SYSTEM ARREST WORKSHEET

PD 244-159 (Rev. 3-93) PI

Arrest ID: [illegible]

| NITRO NTFD. | C.C.I.U. NTFD. | C.C.I.U./NITRO LOG NO. | Felony Case Development Classification |
|---|---|---|---|
| ☐ YES ☐ NO | ☒ YES ☐ NO | 70-3 | ☐ A ☒ B ☐ C ☐ D |

## ARRESTING OFFICER INFORMATION

1. Tax Reg. No.: 877633   Name (Last, First, M.I.): BOOTH PAUL R   Rank: PO   Command: 106
2. Shield No.: 21635   Social Security No. (If Not NYPD): /   On Duty? ☒ Yes ☐ No   In Uniform? ☐ Yes ☒ No   Injured? ☐ Yes ☒ No
3. Used Force? ☐ Yes ☒ No   Type: A ☐ Handgun   B ☐ Physical Force   C ☐ Chemical Agent   D ☐ Nightstick, Blunt Instrument   E ☐ Firearm   Z ☐ Other
4. Reason Force Used: A ☐ Overcome Assault   B ☐ Restrain   C ☐ Prevent Escape   Z ☐ Other
5. Officer Assigned ☐ Yes ☒ No   Arresting Officer's Dept.: 00   Precinct of Arrest: 113

## DEFENDANT INFORMATION

6. Last Name: Petty   First Name: Kenny   M.I.: —
7. Race: W ☐ White   B ☒ Black   Q ☐ White-Hispanic   P ☐ Black-Hispanic   A ☐ Asian/Pacific Islander   I ☐ American Indian/Alaskan Native
8. Sex: ☒ Male ☐ Female   Age: 16   Date of Birth: [redacted]   No. Associates Also Arrested: 01

## CHARGES INFORMATION

|   | ATTEMPT? | LAW | SECTION | SUB. | CLS. | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Top Chg. | ☐ Yes ☒ No | P/L | 130.30 | | D | F | 1 | Rape 1° |
| 2nd Chg. | ☐ Yes ☒ No | P/L | 135.10 | | E | F |  | Unlawful Imprisonment |
| 3rd Chg. | ☐ Yes ☒ No | P/L | 265.02 | | D | F | 1 | CPW |
| 4th Chg. | ☐ Yes ☒ No | P/L | | | | | | |
| 5th Chg. | ☐ Yes ☒ No | | | | | | | |

10. Occurrence: Time 0845   Date 9/16/94   Specific Location: Inside 123-40 Inwood St

11. Narrative: At T/P/O victim states she was walking to school when deft did put blunt object believed to be a gun to her back and told victim to keep walking. Victim was then led to deft house pushed her to floor with knife forcibly pulled her pants down and did forcibly place his penis in her vagina did vcfu for approx 20 minutes after

11a. Defendant's Firearm — At either time of offense or time of arrest (Check Appropriate Box)
A ☐ None/Unknown   B ☐ Possessed   C ☐ Displayed   D ☐ Discharged

## DEFENDANT INFORMATION

12. Aka/Nickname: KA200   Citizen? ☒ Yes ☐ No   State/Country of Birth: Q   Social Security Number: 
13. Resident Precinct: 113   or 1 ☐ Other in N.Y.C.   2 ☐ N.Y. State   3 ☐ Other State   4 ☐ No Home
14. Address: [redacted]   Apt. No.: [redacted]   Home Telephone No.: [redacted]
15. Skin Tone: L ☒ Light M ☐ Med. D ☐ Dark   Height: 5'7   Weight: 125   Eye Color: B   Hair Color: BL
16. Social Status: S   Deft. Related to Victim As: YY   Living Together: 1 ☐ Yes 2 ☒ No
17. Physical Condition: 01   Type Drug Used: 00
18. Occupation: 99   License/Permit Type (Exc. Driver's License):    License/Permit No.: 
19. Telephone Calls: 1. [redacted] Name: Annette   2. Name: 

## ARREST INFORMATION

20. Time: 1308   Date: 9/16/94   Weapon Poss./Used (Type): F Knife/possible gun
21. Arrest Location: [redacted]   DAT? ☐ Yes ☒ No   Return Date:    A/O Excused? ☐ Yes ☒ No
22. Assoc. Arrests Numbers: 1.   2.   3.

## PROPERTY VOUCHER INFORMATION

| No. | Number | Command | Value | Type |
|---|---|---|---|---|
| 1. | F537024 | 106 | | 22☐Drugs 54☐Veh. 56☐Curr. 59☐Firearm 57☐Jwlry. 36☐Boat 97☐Other |
| 2. |  |  |  | 22☐Drugs 54☐Veh. 56☐Curr. 59☐Firearm 57☐Jwlry. 36☐Boat 97☐Other |
| 3. |  |  |  | 22☐Drugs 54☐Veh. 56☐Curr. 59☐Firearm 57☐Jwlry. 36☐Boat 97☐Other |

## COMPLAINANT DATA

24. Is Comp A Cop? ☐ Yes ☒ No   or PSNY? ☐ Yes ☒ No   or Disabled? ☐ Yes ☒ No   Total Victims: 1
25. Name: Jennifer Hough   130-16 Inwood St   Sex: ☐ Male ☒ Female ☐ N/A   Race: B   Age: 16
26. Address: [redacted]   Home Telephone Number: [redacted]
27. Aided No.: 2396   Command: 13   Accident No.:    Command: 
28. Complaint No.: 15262   Precinct: 113   Sec.:    Jurisdiction of Complaint: 00

## NATURE OF CRIME/METHOD (FOR TOP CHARGE) - SEE REVERSE FOR OTHER SELECTION POSSIBILITIES

29. Robbery: 5 ☐ Purse Snatch   3 ☐ Payroll   1 ☐ Neck Chain   V ☐ Hijack   D ☐ Bicycle   Z ☐ Other
Larceny: B ☐ of Vehicle   6 ☐ Shoplifting   9 ☐ Veh. Accessories   ☐ Other Selection (Specify):
Drugs: L ☐ Crack   G ☐ Opium Deriv.   I ☐ Synthetic   2 ☐ Other Cocaine   7 Other Drug
Other Crimes (Specify As Indicated On Reverse Side):

30. Premises Type: 13 ☐ Comm.   12 ☐ Resid.   33 ☐ Bank   09 ☐ Street   32 ☐ Truck   05 ☐ Church   04 ☐ Cemetery   ☐ Other Selection (Specify): 12

## ARRESTING OFFICER INFORMATION

31. Chart: NB   Squad: CPU   Primary Assignment (Check Appropriate Box): 5 ☒ Beat Officer   1 ☐ Other Uniform   2 ☐ Anti-Crime   3 ☐ Investigatory   4 ☐ Other

## JUVENILE INFORMATION

32. Gang: /   School: JAHS   Mother's Maiden Name: Annette
33. Number Priors:    Relative Notified: Annette Petty   Time Notified: On scene 10:opt

## ADDITIONAL DEFENDANT INFORMATION FOR PHOTOGRAPHABLE ARRESTS

34. If Vehicle Was Used:    Make:    Color:    Year:

35. PHYSICAL DESCRIPTION (Check Features that are Distinctive, Unique, Unusual or Prominent)
☐ Beard   ☐ Part Bald   ☐ Pimpled Face   ☐ Unusual Teeth
☐ Mustache   ☐ Glasses   ☐ Freckled Face   ☐ Limp or Foot/Leg Missing/Deformed
☐ Sideburns   ☐ Unusual Eyes   ☐ Unusual Ears/Hearing Aid   ☐ Arm/Hand Missing
☐ Wig/Hair Dyed   ☐ Pocked Face   ☐ Unusual Nose   ☐ Left Handed

36. Facial Complexion: LL
37. Hair ST: ☐ Straight   CR ☒ Crew   PR ☐ Processed   CU ☐ Curly   KY ☐ Kinky   AF ☐ Afro   DL ☐ Dread Locks   NH ☐ No Hair   BR ☐ Braids   PP ☐ Corn Row   ZZ ☐ Other
38. Hair Length: S ☐ Short   N ☐ Normal   L ☐ Long
39. First Body Mark: 1 ☐ Scars   2 ☐ Birthmarks   4 ☐ Word Tattoo   3 ☐ Picture Tattoo   5 ☐ Tattoo with Both   9 ☐ Marks of Unk. Origin   8 ☐ Other
Second Body Mark: 1 ☐ Scars   2 ☐ Birthmarks   4 ☐ Word Tattoo   3 ☐ Picture Tattoo   5 ☐ Tattoo with Both   9 ☐ Marks of Unk. Origin   8 ☐ Other
First Mark Location: ☐ Face   2 ☐ Neck   3 ☐ Torso   4 ☐ Arm   5 ☐ Hand   6 ☐ Leg   9 ☐ Unk.
Second Mark Location: 1 ☐ Face   2 ☐ Neck   3 ☐ Torso   4 ☐ Arm   5 ☐ Hand   6 ☐ Leg   9 ☐ Unk.

40. Impersonated: ☐ Police Officer   ☐ Female   ☐ Other   Other Identifying Data: ☐ Team Member   ☐ Gang Member
41. Reviewing Supervisor's Name (Printed): [signature]   Signature: [signature]   Tax Reg. No.: 882318