# EXHIBIT # I

# INTAKE BUREAU

DEFENDANT: Petty, Kenny          ARREST #: 35395/94Q

DATE:_____          DOCKET #:_____

CHARGES: Rape 1°; Sexual Abuse 1°; Unlawful Impris 2°

Special Bureau: SPECIAL VICTIMS          Grand Jury Date: 9/20

C/W Age: 16          Relationship: Acquaintances 180.80 Date:_____ Bail:_____

Date: 9/16          Time: 0845          Location: ████████████

Date of Arrest: 9/16          Time of Arrest: 1308

Delay in Arrest? 4 hrs   Why? Interviews by police, at high school

SUMMARY: (Parties know each other from neighborhood + high school.) D came up behind c/w on her way to school, pressed gun-like object into her back, object clicked. Told her to go w/ him. Forced her to bedroom of his nearby home. Pulled at her clothes pinched sides + choked her. Visible bruises. Forced intercourse. Then held large knife to her + told her she couldn't leave. She eventually was able to hit him in head w/ plastic bottle + escaped. c/w Went to school where crime reported to officer assigned school -

- C/W is 16 yrs old
  - received treatment at Jamaica Hospital

Property Recovered: Lg Knife ; B&L Lens Cleaner Bottle ; Bed Sheets ; c/w clothes

How Was Defendant Arrested? @ home ; confirmatory/show-up I.D

Statement / Substance: See notices - many of them

Identification: Show-up / Confirmatory

Special Instructions: See note on white folder - $35000 BAIL per Special Victims