# EXHIBIT # J

## THE JAMAICA HOSPITAL
### JAMAICA, NEW YORK
### EMERGENCY MEDICINE RECORD

**jh 1891**

12:24

9 CLN: 042

MEDICAL RECORD NO.: 000000000
PATIENT TYPE: JAN O
PATIENT ACCOUNT NO.: 009811358

| LAST NAME | FIRST | SOCIAL SECURITY NO. | DATE OF BIRTH | AGE |
|---|---|---|---|---|
|  | JENNIFER | [redacted] | [redacted] | [redacted] |

| STREET ADDRESS | CITY | STATE | ZIP CODE | TELEPHONE NO. | PLACE OF BIRTH |
|---|---|---|---|---|---|
| S INWOOD ST | JAMAICA | NY | 11436 0000 | [redacted] | [redacted] |

| RACE | RELIGION | MARITAL STATUS | FATHER'S NAME | MOTHER'S MAIDEN NAME, FIRST NAME |
|---|---|---|---|---|
| F B | R | S | , | , |

| M.D. NAME OR CLINIC NAME | PATIENT COMPLAINT |
|---|---|
|  | RAPE |

| ARRIVAL | ACCOMPANIED BY | RELATIONSHIP | TELEPHONE NO. | INJURED AT WORK? | AUTO ACCIDENT? |
|---|---|---|---|---|---|
| E | ACR# |  |  | N | N |

| TIME OF ACCIDENT | POLICE OFFICER NAME & BADGE NO. | PCT. NO. | REFERRED FROM: |
|---|---|---|---|
| /94 00:00 | 3333 | 106 | ☐ PMD ☐ TRUMP ☐ CLINIC ☐ FP ☐ OTHER |

| KIN LAST NAME | RELATIONSHIP TO PATIENT | TELEPHONE NO. | NEXT OF KIN ADDRESS |
|---|---|---|---|
| SON, ELIZABETH | 05 | [redacted] | [redacted] |

### FINANCIAL - INSURANCE

| OR'S LAST NAME | FIRST | STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| SON, ELIZABETH |  | [redacted] | [redacted] | [redacted] | [redacted] |

| 'S SOC. SEC. NO. | TELEPHONE NO. | GUARANTOR'S EMPLOYER | ADDRESS | TELEPHONE NO. |
|---|---|---|---|---|
| 0-0000 | [redacted] |  | , | 000 000-0000 |

| PATIENT'S EMPLOYER NAME | STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| SS N/A | , |  |  | 00000 0000 |

| INCE #1: 003 | NAME | GROUP NO. | POLICY NO. |
|---|---|---|---|
|  | ZF 24519 A |  |  |

| INCE #2: | NAME | GROUP NO. | POLICY NO. |
|---|---|---|---|

| PAST 50 DAYS? | IF YES, WHERE AND WHEN? | PLACE OF ACCIDENT | CRIME VICTIM PCT. NO. | CRIME VICTIM COMPLAINT NO. |
|---|---|---|---|---|

**COMMENTS:**

INCE #3:
INCE #4:

| SIGNS | TIME | B.P. | PULSE | RESP | TEMP |
|---|---|---|---|---|---|
|  | TIME | B.P. | PULSE | RESP | TEMP |

IF ORDERED, CHECK WHEN COMPLETED:

☐ CARDIAC MONITOR ___ ☐ IV ANGIO# ___ FLUID ___ ☐ OXYGEN GIVEN
INITIALS   INITIALS   INITIALS   INITIALS   METHOD   INITIALS

S NOTES ☐ ADVANCED DIRECTIVES DISCUSSED   HEALTH CARE PROXY ☐YES ☐NO   AGENT'S NAME:

*[signature]*

RN SIGNATURE

| TE | TIME | NON-MEDICATION ORDERS (EKG, LABS, CULTURES, ETC.) | MD SIGNATURE | RN SIGNATURE | TIME |
|---|---|---|---|---|---|
|  |  | VDRL, UA/UCG hep prophy | Rodriguez | Y. Gran | 2:14 |

| ATE | TIME | MEDICATION ORDERS — MEDICATION | DOSE | ROUTE | MD SIGNATURE | RN SIGNATURE | TIME |
|---|---|---|---|---|---|---|---|
| /6 |  | Rocephin | 250m | IM | Rod | Y. Gran | 2:35 |
|  |  | T.T. | 0.5 | IM | Rodriguez | Carrel |  |
|  |  | Ovral | 2 tabs now 2 tabs 9a | | Rodriguez | Y. Gran | 2:35 |