# EXHIBIT # K

TEL:212-477-9789        Oct 13'94    10:36 No.002 P.03

100M 7701039 (87)

Page 1 of 2



**POLICE LABORATORY ANALYSIS REPORT**
PD 521-161 (REV.11-84)

Police Lab. No. **94-5034**
Case No. _____ Sqd. _____
U.F. 61 No. **15282**  Pct **106**
Arrest No. _____ Pct _____
Precinct Voucher No. **F537024/F5370**
Docket No. _____
**9-22-94**

LABORATORY CLASSIFICATION: INVESTIGATION                        DATE

RECEIVED FROM: **PO** (Rank)   **Amelia, Carol** (Name)   **3333** (Shield No.)   **106** (Command)

ON **9-19-94** THE FOLLOWING ITEMS LISTED BELOW.

| Laboratory No. | Identifying Marks | EVIDENCE | DEFENDANT(S) |
|---|---|---|---|
| 94-5034 | MB | F537024<br>1) ONE SEALED EVIDENCE COLLECTION KIT<br>1) 2 vaginal smears<br>2) 1 vaginal swab<br>3) 1 vaginal DNA swab<br>4) 1 pair panties (multicolored)<br>5) 2 oral smears<br>6) 1 oral swab<br>7) 6 envelopes labeled, pulled head hairs, fingernail scrapings, pubic hair combings, pulled pubic hair, dried blood control; | Petty, Kenny |

**RESULTS OF EXAMINATION OR ANALYSIS:**

F537024

Two vaginal smears, and one pair of panties were positive for the presence of spermatozo[a].
One vaginal swab one vaginal DNA swab, and all items listed under item # 7 were not ana[lyzed].

Two oral smears, one and one oral swab were negative for the presence of spermatozoa.

ELECTRONIC TRANSMITTAL MEMORANDUM
This Laboratory Report consists of **2** pages. It is hereby certified that it is a true and unaltered copy. Transmitted and Certified by:

*Monica Brooks*

RECEIPT CERTIFICATION
It is hereby certified that this report and electronic transmittal memorandum were received and certified by:

_____

SWORN TO BEFORE ME THIS _____ DAY OF _____ 19___

I hereby certify that the foregoing report is a true and full copy of the original report. False statements made herein are punishable as a Class "A" misdemeanor pursuant to section 210.45 of the Penal Law.

*Monica Brooks*

Chemist, Monica Brooks
(Rank)  (Name)                         Shield No.

CHEMIST/TECHNICIAN - POLICE LABORAT[ORY]



**POLICE LABORATORY ANALYSIS REPORT**
PD 521-151 (REV.11-84)

Page 2 of 2

Police Lab. No. 94-5034
Case No. _____ Sqd. _____
U.F 61 No 15282  Pct 106
Arrest No. _____ Pct ____
Precinct Voucher No. F537024/F53702
Docket No. _____

LABORATORY CLASSIFICATION: INVESTIGATION                                    DATE 9-29-94

RECEIVED FROM: PO (Rank)  Amelia, Carol (Name)  3333 (Shield No)  106 (Command)

ON 9-19-94 (DATE) THE FOLLOWING ITEMS LISTED BELOW:

| Laboratory No. | Identifying Marks | EVIDENCE | DEFENDANT(S) |
|---|---|---|---|
| 94-5034 | MB | F537024<br>II.) 1 pair green levi jeans<br>III.) 1 white tee shirt<br>IV.) 1 pair checker boxer shorts<br>V.) 2 white Fila sneakers<br>F537032<br>1) 1 large knife<br>2) 1 bottle with liquid labeled Bausch & Lomb<br>3) 2 bed sheets | Petty, Kenny |

**RESULTS OF EXAMINATION OR ANALYSIS:**

F537024 — One pair jeans, one white tee shirt, and two Fila sneakers were negative for the presence of spermatozoa.
One pair checker shorts were positive for the presence of spermatozoa.

F537032 — One large knife was negative for the presence of blood.
One bottle and two bed sheets were not analyzed.

ELECTRONIC TRANSMITTAL MEMORANDUM
This Laboratory Report consists of 2 pages. It is hereby certified that it is a true and unaltered copy. Transmitted and Certified by:
*Monica Brooks*

RECEIPT CERTIFICATION
It is hereby certified that this report and electronic transmittal memorandum were received and certified by:

SWORN TO BEFORE ME THIS _____ DAY OF _____, 19__

I hereby certify that the foregoing report is a true and full copy of the original report. False statements made herein are punishable as a Class "A" misdemeanor pursuant to section 210.45 of the Penal Law.

*Monica Brooks*
Chemist, Monica Brooks
RANK    NAME    SHIELD NO
CHEMIST/TECHNICIAN  POLICE LABORA