# EXHIBIT # M

