

# T. A. BLACKBURN LAW

TYRONE A. BLACKBURN

MEMBER OF
NY & NJ BAR

FEDERAL MEMBERSHIP
EDNY, NDNY, WDNY, SDNY, ILND & DNJ

1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236

September 25, 2023

VIA PACER:
Hon. James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Jennifer Hough v. Onika Tanya Maraj AKA ("Nicki Minaj") and Kenneth Petty AKA ("Zoo"); Case No. 1:21-cv-04568-ENV-JRC

Dear Judge Cho:

We represent Plaintiff Jennifer Hough in the above-referenced matter. We respectfully submit this letter with the consent of Defendants to ask the Court to reschedule the September 27, 2023 status conference or, in the alternative, to move the start time to any time later than 11 a.m. on September 27, 2023. Unfortunately, this writer has a scheduling conflict, as I have a previously scheduled conference with Magistrate Judge Lois Bloom across the hall at 10 a.m. on September 27, 2023. I would have requested to reschedule Judge Bloom's conference, but several attorneys are flying in from California for the hearing.

This writer has the following dates available in the coming weeks: October 2, 4th-6th, and 10th -13th. I could not meet and confer with Counsel for Defendants regarding his dates of availability because I believe he may be observing the Yom Kippur holiday.

To date, the parties have exchanged discovery demands and answers. We have met and conferred concerning any outstanding discovery issues and are working on resolving those concerns amongst ourselves.

I thank the Court for its time and consideration of this request, and I apologize for any inconvenience this may cause.

Respectfully Submitted,

*Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.

CC: All attorneys of record via ECF.

 

347-342-7432   tblackburn@tablackburnlaw.com   TABlackburnlaw.com