# T. A. BLACKBURN LAW

TYRONE A. BLACKBURN

MEMBER OF
NY & NJ BAR

FEDERAL MEMBERSHIP
EDNY, NDNY, WDNY, SDNY, ILND & DNJ

1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236

December 11, 2023

VIA PACER:
Hon. James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Jennifer Hough v. Onika Tanya Maraj AKA ("Nicki Minaj") and Kenneth Petty AKA ("Zoo"); Case No. 1:21-cv-04568-ENV-JRC

Dear Judge Cho:

We represent Plaintiff Jennifer Hough in the above-referenced matter. We respectfully submit this letter to inform the court that this writer is sick with the flu and cannot attend tomorrow's status conference. Prior to filing this letter, I informed counsel for defendants, Mr. Isser of my condition. This writer respectfully requests that the court adjourn tomorrows hearing by a few weeks.

I thank the Court for its time and consideration of this request, and I apologize for any inconvenience this may cause.

Respectfully Submitted,



Tyrone A. Blackburn, Esq.

CC: All attorneys of record via ECF.

347-342-7432    tblackburn@tablackburnlaw.com    TABlackburnlaw.com