# EXHIBIT # A



Jennifer Hough

9/16/94

6