# EXHIBIT # B



9/16/94. 123-40 Inwood St
ADA Paula Aylward