# EXHIBIT # C



9  9/16/94 · 123-40 Ivywood St.
ADA Paula Aylward



9/16/94   123-40 Inwood St.
ADA Aylward



9/16/91   12-3-40 Inwood St
ADA Aylward



9/16/94 - 123-40 Inwood St
ADA Paula Aylward

9/16/94
AAA Paula Aywa E?
123-40 Linwood St



9/16/94 · 123-40 Inwood St.
ADA Paula Aynuso



9/16/14 - 123 - 40 Inwood St.
ADA Aylward



9/16/94. 123-40 Inwood St
ADA Paula Ayward



9/16/94, 123-40 Inwood St
ADA Aylward