# EXHIBIT # D



Jennifer Hough
9/16/94



Jennifer Houpt 9/16/94
9/10/94