# EXHIBIT # E

V-JRC   Document 103-5   Filed 12/23/23   Pag



Jenifer Hough
9/15/94



Jennifer Hough
9/10/94



Jennifer Hough
7/16/94