# EXHIBIT # G

# Complaint Report
PD 313-152A (Rev. 4-92)-H1

| Field | Value |
|---|---|
| Military Time and Date of This Report | 1005  9/16/94 |
| Occurrence on or From | 0845 |
| Occurrence Through | 0935 |
| Complaint No. | 5282 |

**Offense(s) if Any:** Forcible Rape / Unlawful Imprisonment

**Last Name, First, M.I.:** HOUGH, Jennifer

**Actions of Victim Prior to Robbery, Larceny or Sex Crimes:** Walking to School

**Victim's Sex:** 2 (Female)
**Age:** 16
**Victim's Race:** 5 (Hisp./White)
**Living Together:** 2-No
**Can Identify:** 6
**Victim Was:** 5
**Comp. Rec'd:** 5

**Type of Location (Specific):** house

**Case Status:** Open
**Unit Referred To:** Sex Crimes

## Perpetrator 1
- Last Name, First, M.I.: KENNY PETTY
- Res. Pct.: 113
- Sex: M
- Race: B
- Age: 16
- Height: 5 ft. 7 in.
- Weight: 130
- Eye Color: BR
- Hair Color: BL
- Hair Length: Sm
- Nickname/Alias: KAZOO
- Clothing Description: blue jeans, tee shirt, white & blue stripe shirt, white sneakers

**Total No. of Perpetrators:** 1

## Details
ATT/P/O Above victim states she was walking to school when perp did put blunt object into her back and told her "keep walking". Victim then heard a "clicking" noise and assumed object was a gun and complied. Perp then walked victim to a house, forced her upstairs into a room, pushed her down on to a bed and did forcibly pulled down her pants and did forcibly place his penis into her vagina. Perp then kept victim against her will for approx. 20. Victim then struck perp with plastic bottle causing perp to fall and victim did flee.

**Reporting/Investigating Officer:** P.O. Booth
**Tax Registry No.:** 89703
**Command:** 106

Phone No.

Special
Victims    Perkins
2030      Sylva