# EXHIBIT # H

# ON LINE BOOKING SYSTEM ARREST WORKSHEET

PD 244-159 (Rev. 3-93) H1

Arrest ID: 5385

- NITRO NTFD: ☐ YES ☐ NO
- C.C.I.U. NTFD: ☒ YES ☐ NO
- C.C.I.U./NITRO LOG NO.: 70-3
- Felony Case Development Classification: ☐ A ☒ B ☐ C ☐ D

## ARRESTING OFFICER INFORMATION

1. Tax Reg. No.: 877635 | Name (Last, First, M.I.): BOOTH PAUL C | Rank: PO | Command: 106
2. Shield No.: 21635 | Social Security No.: — | On Duty? ☒ Yes ☐ No | In Uniform? ☐ Yes ☒ No | Injured? ☐ Yes ☒ No
3. Used Force? ☐ Yes ☒ No | Type: A ☐ Handgun  B ☐ Physical Force  C ☐ Chemical Agent  D ☐ Nightstick, Blunt Instrument  E ☐ Firearm  Z ☐ Other
4. Reason Force Used: A ☐ Overcome Assault  B ☐ Restrain  C ☐ Prevent Escape  Z ☐ Other
5. Officer Assigned: ☐ Yes ☒ No | Arresting Officer's Dept.: 00 | Precinct of Arrest: 113

## DEFENDANT INFORMATION

6. Last Name: Petty | First Name: Kenny | M.I.: —
7. Race: W ☐ White  B ☒ Black  Q ☐ White-Hispanic  P ☐ Black-Hispanic  A ☐ Asian/Pacific Islander  I ☐ American Indian/Alaskan Native
8. Sex: ☒ Male ☐ Female | Age: 16 | Date of Birth: — | No. Associates Also Arrested: 01

## CHARGES INFORMATION

| | ATTEMPT? | LAW | SECTION SUB. | CLS. | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Top Chg. | ☐ Yes ☒ No | P/L | 130.30 | D | F | 1 | Rape 1° |
| 2nd Chg. | ☐ Yes ☒ No | P/L | 135.10 | E | F | 1 | Unlawful Imprisonment |
| 3rd Chg. | ☐ Yes ☒ No | P/L | 265.02 | D | F | 1 | CPW |
| 4th Chg. | ☐ Yes ☒ No | P/L | | | | | |
| 5th Chg. | ☐ Yes ☐ No | | | | | | |

10. Occurrence: Time 0845 | Date 9/16/94 | Specific Location: Inside 123-40 Inwood St

11. Narrative: AT T/P/O victim states she was walking to school when deft did put blunt object believed to be a gun to her back and told victim to keep walking victim was then led to deft house pushed her to floor with knife forcibly pulled her pants down and did forcibly place his penis in her vagina held vct for appox 20 minutes after

11a. Defendant's Firearm — At either time of offense or time of arrest (Check Appropriate Box)
A ☐ None/Unknown  B ☐ Possessed  C ☐ Displayed  D ☐ Discharged

## DEFENDANT INFORMATION

12. Aka/Nickname: KAZOO | Citizen? ☒ Yes ☐ No | State/Country of Birth: Q | Social Security Number: —
13. Resident Precinct: 113 | or 1 ☐ Other in N.Y.C.  2 ☐ N.Y. State  3 ☐ Other State  4 ☐ No Home
14. Address: [redacted] | Apt. No.: — | Home Telephone No.: [redacted]
15. Skin Tone: L ☐ Light  M ☒ Med.  D ☐ Dark | Height: 5'7 | Weight: 125 | Eye Color: B | Hair Color: BL
16. Social Status: S | Deft. Related to Victim As: YY | Living Together: 1 ☐ Yes  2 ☒ No
17. Physical Condition: 01 | Type Drug Used: 00
18. Occupation: 99 | License/Permit Type: — | License/Permit No.: —
19. Telephone Calls: 1. Name: Annette  2. Name: —

## ARREST INFORMATION

20. Time: 1308 | Date: 9/16/94 | Weapon Poss./Used (Type): F  Knife/poss bgn
21. Arrest Location: [redacted] | DAT? ☐ Yes ☒ No | Return Date: — | A/O Excused? ☐ Yes ☒ No
22. Assoc. Arrests Numbers: 1. 2. 3.

## PROPERTY VOUCHER INFORMATION

| | Number | Command | Value | Type |
|---|---|---|---|---|
| 1. | F537024 | 106 | | 22☐Drugs 54☐Veh. 56☐Curr. 59☐Firearm 57☐Jwlry. 36☐Boat 97☐Other |
| 23. 2. | | | | 22☐Drugs 54☐Veh. 56☐Curr. 59☐Firearm 57☐Jwlry. 36☐Boat 97☐Other |
| 3. | | | | 22☐Drugs 54☐Veh. 56☐Curr. 59☐Firearm 57☐Jwlry. 36☐Boat 97☐Other |

## COMPLAINANT DATA

24. Is Comp A Cop? ☐ Yes ☒ No | or PSNY? ☐ Yes ☒ No | or Disabled? ☐ Yes ☒ No | Total Victims: 1
25. Name: Jennifer Hough  130-16 Inwood St | Sex: ☐ Male ☒ Female ☐ N/A | Race: B | Age: 16
26. Address: [redacted] | Home Telephone Number: [redacted]
27. Aided No.: 2396 | Command: 13 | Accident No.: — | Command: —
28. Complaint No.: 15262 | Precinct: 113 | Sec.: — | Jurisdiction of Complaint: 00

## NATURE OF CRIME/METHOD (FOR TOP CHARGE)

29. Robbery: 5 ☐ Purse Snatch  3 ☐ Payroll  1 ☐ Neck Chain  V ☐ Hijack  D ☐ Bicycle  Z ☐ Other
Larceny: B ☐ of Vehicle  6 ☐ Shoplifting  9 ☐ Veh. Accessories  ☐ Other Selection
Drugs: L ☐ Crack  G ☐ Opium Deriv.  I ☐ Synthetic  2 ☐ Other Cocaine  7 ☐ Other Drug
Other Crimes:

30. Premises Type: 13 ☐ Comm.  12 ☐ Resid.  33 ☐ Bank  09 ☐ Street  32 ☐ Truck  05 ☐ Church  04 ☐ Cemetery  Other Selection: 12

## ARRESTING OFFICER INFORMATION

31. Chart: NS | Squad: CPU | Primary Assignment: 5 ☒ Beat Officer  1 ☐ Other Uniform  2 ☐ Anti-Crime  3 ☐ Investigatory  4 ☐ Other

## JUVENILE INFORMATION

32. Gang: / | School: JAHS | Mother's Maiden Name: Annette
33. Number Priors: — | Relative Notified: Annette Petty | Time Notified: On scene 1400

## ADDITIONAL DEFENDANT INFORMATION FOR PHOTOGRAPHABLE ARRESTS

34. If Vehicle Was Used: | Make: | Color: | Year:

## PHYSICAL DESCRIPTION

35. ☐ Beard  ☐ Mustache  ☐ Sideburns  ☐ Wig/Hair Dyed  ☐ Part Bald  ☐ Glasses  ☐ Unusual Eyes  ☐ Pocked Face  ☐ Pimpled Face  ☐ Freckled Face  ☐ Unusual Ears/Hearing Aid  ☐ Unusual Nose  ☐ Unusual Teeth  ☐ Limp or Foot/Leg Missing/Deformed  ☐ Arm/Hand Missing  ☐ Left Handed

36. Facial Complexion: CL
37. Hair ST: ☐ Straight  CR ☒ Crew  PR ☐ Processed  CU ☐ Curly  KY ☐ Kinky  AF ☐ Afro  DL ☐ Dread Locks  NH ☐ No Hair  BR ☐ Braids  PP ☐ Corn Row  ZZ ☐ Other
38. Hair Length: S ☐ Short  N ☐ Normal  L ☐ Long
39. First Body Mark: 1 ☐ Scars  2 ☐ Birthmarks  4 ☐ Word Tattoo  3 ☐ Picture Tattoo  5 ☐ Tattoo with Both  9 ☐ Marks of Unk. Origin  8 ☐ Other
Second Body Mark: 1 ☒ Scars  2 ☐ Birthmarks  4 ☐ Word Tattoo  3 ☐ Picture Tattoo  5 ☐ Tattoo with Both  9 ☐ Marks of Unk. Origin  8 ☐ Other
First Mark Location: ☐ Face  2 ☒ Neck  3 ☐ Torso  4 ☐ Arm  5 ☐ Hand  6 ☐ Leg  9 ☐ Unk.
Second Mark Location: 1 ☒ Face  2 ☐ Neck  3 ☐ Torso  4 ☐ Arm  5 ☐ Hand  6 ☐ Leg  9 ☐ Unk.

40. Impersonated: ☐ Police Officer  ☐ Female  ☐ Other | Other Identifying Data: ☐ Team Member  ☐ Gang Member
41. Reviewing Supervisor's Name (Printed): Burke | Signature: [signature] | Tax Reg. No.: 882318