# EXHIBIT # J

# THE JAMAICA HOSPITAL
## JAMAICA, NEW YORK
### EMERGENCY MEDICINE RECORD

**jh 1891**

| Field | Value |
|---|---|
| ARRIVAL | 12:24 |
| MEDICAL RECORD NO. | 000000000 |
| PATIENT TYPE | JAN O |
| PATIENT ACCOUNT NO. | 009811358 |
| 9 CLN: | 042 |

| Field | Value |
|---|---|
| LAST NAME | (redacted) |
| FIRST | JENNIFER |
| SOCIAL SECURITY NO. | (redacted) |
| DATE OF BIRTH | (redacted) |
| AGE | (redacted) |

| Field | Value |
|---|---|
| STREET ADDRESS | S INWOOD ST |
| CITY | JAMAICA |
| STATE | NY |
| ZIP CODE | 11436 0000 |
| TELEPHONE NO. | (redacted) |
| PLACE OF BIRTH | (redacted) |

| RACE | RELIGION | MARITAL STATUS | FATHER'S NAME | MOTHER'S MAIDEN NAME, FIRST NAME |
|---|---|---|---|---|
| F B | R | S | , | , |

| M.D. NAME OR CLINIC NAME | PATIENT COMPLAINT |
|---|---|
|  | RAPE |

| ARRIVAL | ACCOMPANIED BY | RELATIONSHIP | TELEPHONE NO. | INJURED AT WORK? | AUTO ACCIDENT? |
|---|---|---|---|---|---|
| E | ACR# |  |  | N | N |

| TIME OF ACCIDENT | POLICE OFFICER NAME & BADGE NO. | PCT. NO. | REFERRED FROM: |
|---|---|---|---|
| /94 00:00 | 3333 | 106 | ☐ PMD  ☐ TRUMP  ☐ CLINIC  ☐ FP  ☐ OTHER |

| KIN LAST NAME | RELATIONSHIP TO PATIENT | TELEPHONE NO. | NEXT OF KIN ADDRESS |
|---|---|---|---|
| SON, ELIZABETH | OS | (redacted) | (redacted) |

### FINANCIAL - INSURANCE

| OR'S LAST NAME | FIRST | STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| SON, ELIZABETH |  | (redacted) | (redacted) | (redacted) | (redacted) |

| S SOC. SEC. NO. | TELEPHONE NO. | GUARANTOR'S EMPLOYER | ADDRESS | TELEPHONE NO. |
|---|---|---|---|---|
| 0-0000 | (redacted) |  | , | 000 000-0000 |

| PATIENT'S EMPLOYER NAME | STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| SS N/A | , |  |  | 00000 0000 |

| INCE #1: 003 | NAME | GROUP NO. ZF 24519 A | POLICY NO. |
|---|---|---|---|

| INCE #2: | NAME | GROUP NO. | POLICY NO. |
|---|---|---|---|

| PAST 60 DAYS? | IF YES, WHERE AND WHEN? | PLACE OF ACCIDENT | CRIME VICTIM PCT. NO. | CRIME VICTIM COMPLAINT NO. |
|---|---|---|---|---|

**COMMENTS:**

ANCE #3:
ANCE #4:

| SIGNS | TIME | B.P. | PULSE | RESP | TEMP |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  | TIME | B.P. | PULSE | RESP | TEMP |

**IF ORDERED, CHECK WHEN COMPLETED:**

☐ CARDIAC MONITOR ____ INITIALS  ☐ IV ANGIO# ____ INITIALS  FLUID ____ INITIALS  ☐ OXYGEN GIVEN ____ INITIALS  METHOD ____ INITIALS

S NOTES  ☐ ADVANCED DIRECTIVES DISCUSSED  HEALTH CARE PROXY ☐ YES ☐ NO  AGENT'S NAME:

*[signature]* RN SIGNATURE

| TE | TIME | NON-MEDICATION ORDERS (EKG, LABS, CULTURES, ETC.) | MD SIGNATURE | RN SIGNATURE | TIME |
|---|---|---|---|---|---|
|  |  | VDRL, UA/UCG hep prophy | Rodriguez | Y. Grant | 2:14 |

| ATE | TIME | MEDICATION | DOSE | ROUTE | MD SIGNATURE | RN SIGNATURE | TIME |
|---|---|---|---|---|---|---|---|
| /46 |  | Rocephin | 250m | IM | Rodriguez | Y. Grant | 2:30 |
|  |  | T.T. | 0.5 | IM | Rodriguez | Laurel |  |
|  |  | Ovral | 2 tabs now 2 tabs 9a | | Rodriguez | Y. Grant | 2:30 |