# EXHIBIT # L

INDICTMENT

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF QUEENS

---

THE PEOPLE OF THE STATE OF NEW YORK

AGAINST

XJ.  KENNY PETTY - VFO
     DEFENDANT
     94Q033243
     NYSID# 7785583J

FILED:
INDICTMENT NO. 4521/94

---

| Code | Charge |
|---|---|
| 130.35-1 | RAPE IN THE FIRST DEGREE (1) |
| 130.65-1 | SEXUAL ABUSE IN THE FIRST DEGREE (2) |
| 135.05 | UNLAWFUL IMPRISONMENT IN THE SECOND DEGREE (3) |
| 120.05-6 | ASSAULT IN THE SECOND DEGREE (4) |
| 265.01-2 | CRIMINAL POSSESSION OF A WEAPON IN THE FOURTH DEGREE (5) |

A TRUE BILL

---------------------------
FOREMAN

DISTRICT ATTORNEY

FIRST COUNT

THE GRAND JURY OF THE COUNTY OF QUEENS BY THIS INDICTMENT, ACCUSE THE DEFENDANT OF THE CRIME OF RAPE IN THE FIRST DEGREE COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT SEPTEMBER 16, 1994, IN THE COUNTY OF QUEENS, BEING MALE, ENGAGED IN SEXUAL INTERCOURSE WITH JENNIFER HOUGH, A FEMALE BY MEANS OF FORCIBLE COMPULSION.

SECOND COUNT

THE GRAND JURY OF THE COUNTY OF QUEENS BY THIS INDICTMENT, ACCUSE THE DEFENDANT OF THE CRIME OF SEXUAL ABUSE IN THE FIRST DEGREE COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT SEPTEMBER 16, 1994, IN THE COUNTY OF QUEENS, SUBJECTED JENNIFER HOUGH TO SEXUAL CONTACT BY TOUCHING THE VAGINA OF JENNIFER HOUGH WITH THE PENIS OF THE DEFENDANT BY MEANS OF FORCIBLE COMPULSION.

THIRD COUNT

THE GRAND JURY OF THE COUNTY OF QUEENS BY THIS INDICTMENT, ACCUSE THE DEFENDANT OF THE CRIME OF UNLAWFUL IMPRISONMENT IN THE SECOND DEGREE COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT SEPTEMBER 16, 1994, IN THE COUNTY OF QUEENS, RESTRAINED JENNIFER HOUGH.

## FOURTH COUNT

THE GRAND JURY OF THE COUNTY OF QUEENS BY THIS INDICTMENT, ACCUSE THE DEFENDANT OF THE CRIME OF ASSAULT IN THE SECOND DEGREE COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT SEPTEMBER 16, 1994, IN THE COUNTY OF QUEENS, IN THE COURSE OF AND IN FURTHERANCE OF THE COMMISSION OR ATTEMPTED COMMISSION OF A FELONY, OTHER THAN A FELONY DEFINED IN ARTICLE 130 OF THE PENAL LAW WHICH REQUIRES CORROBORATION FOR CONVICTION, OR OF IMMEDIATE FLIGHT THEREFROM, CAUSED PHYSICAL INJURY TO JENNIFER HOUGH, WHO WAS NOT A PARTICIPANT IN THE CRIME.

## FIFTH COUNT

THE GRAND JURY OF THE COUNTY OF QUEENS BY THIS INDICTMENT, ACCUSE THE DEFENDANT OF THE CRIME OF CRIMINAL POSSESSION OF A WEAPON IN THE FOURTH DEGREE COMMITTED AS FOLLOWS:

THE DEFENDANT, ON OR ABOUT SEPTEMBER 16, 1994, IN THE COUNTY OF QUEENS, KNOWINGLY AND UNLAWFULLY POSSESSED A DANGEROUS INSTRUMENT TO WIT: A KNIFE, WITH INTENT TO USE UNLAWFULLY AGAINST ANOTHER.

DISTRICT ATTORNEY