# EXHIBIT # N

Be safe   out here lol

No Friends (feat. Yo Gotti...
EST Gee

2,020 views · 114 comments

Browse IGTV >