# EXHIBIT 1

# Steven Isser

**From:** Steven Isser
**Sent:** Thursday, July 11, 2024 10:49 AM
**To:** Tyrone Anthony Blackburn, Esq.
**Subject:** RE: Depositions

That is not what happened and you know this. Ms. Hough was clearly confused by my previous question and I referred to movies to put my question in context so she could understand it, but you began yelling and objecting before I could finish my question. Further, even if I did ask an irrelevant question about movies, which was not the case, this would not be a valid basis to unilaterally terminate a deposition because you did not like one question (or. More likely because you did not like your client's testimony concerning this line of questioning). If you want to bring your conduct before the Court, that is your right, and you can file any letter you like. I believe, however, that it is likely that the Court will allow me to finish Ms. Hough's deposition and the letter will only cause delay.

Law Offices of Steven D. Isser
305 Broadway, 7th Floor
New York, New York 10007
(212) 812-5096
sisser@isserlaw.com

**Privileged And Confidential Communication.**
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

**From:** Tyrone Anthony Blackburn, Esq. <tblackburn@tablackburnlaw.com>
**Sent:** Thursday, July 11, 2024 10:31 AM
**To:** Steven Isser <sisser@isserlaw.com>
**Subject:** Re: Depositions

I will file a letter to the court to compel your clients appearance and you can explain to the judge why you thought it was necessary to question Ms. Hough about movies.

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
TABlackburnlaw.com

Please note that the use of the internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.

CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and/or the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution of any information in this transmission or the taking of any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the

1

sender by reply e-mail and then destroy all copies of this transmission. Thank you.

CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based upon the limited facts presented to this firm.


On Jul 11, 2024, at 10:16 AM, Steven Isser <sisser@isserlaw.com> wrote:


Tyrone,
Your outburst at your client's deposition was uncalled for and unprofessional. More importantly, however, your unilateral termination of the deposition was improper and prejudiced my client. I am entitled to finish Ms. Hough's deposition and my client will not appear for a deposition until Ms. Hough's deposition is concluded. Please provide me with dates that you and Ms. Hough are available to finish her deposition.

Law Offices of Steven D. Isser
305 Broadway, 7th Floor
New York, New York 10007
(212) 812-5096
sisser@isserlaw.com

**Privileged And Confidential Communication.**
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.