LAW OFFICES OF
# STEVEN D. ISSER
305 Broadway, 7th Floor
New York, New York 10007
(212) 812-5096
sisser@isserlaw.com

November 25, 2025

**BY ECF**

Hon. James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>Hough v. Maraj, et al.,</u> 21-civ-04568 (EDNY) (ENV) (JRC)

Dear Judge Cho:

      This firm represents Defendant Kenneth Petty ("Defendant") in the above-referenced action.

      Pursuant to the Court's Order at the November 4, 2025 status conference, I write jointly with Plaintiff's counsel to inform the Court that at this time Defendant intends to retain an expert witness and that the parties have agreed to the following proposed discovery schedule, which takes the holidays into account and the need to schedule the IME of Plaintiff:

      Defendant's Expert Report due January 30, 2026
      Deposition of Plaintiff's Expert on or before March 13, 2026

      Thank you for the Court's attention to this matter.

                                  Respectfully submitted,

                                  Steven D. Isser

CC:    All counsel *via* ECF