# LAW OFFICES OF
# STEVEN D. ISSER

305 Broadway, 7th Floor
New York, New York 10007
(212) 812-5096
sisser@isserlaw.com

February 13, 2026

**BY ECF**
Hon. James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>Hough v. Maraj, et al.,</u> 21-civ-04568 (EDNY) (ENV) (JRC)

Dear Judge Cho:

  This firm represents Defendant Kenneth Petty in the above-referenced matter. This letter is being jointly submitted by Defendant and Plaintiff Jennifer Hough ("Plaintiff"), pursuant to the Court's Order on February 10, 2026, directing the parties to file a joint status report.

  Expert discovery is proceeding and the parties are currently in the process of scheduling the deposition of Plaintiffs' expert witness. There currently are no issues which the parties believe require the Court's intervention.

  If the Court desires additional information, please let us know. Thank you for your attention to this matter.

                 Respectfully submitted,

                 Steven D. Isser

CC: All counsel *via* ECF