LAW OFFICES OF
**STEVEN D. ISSER**
305 Broadway, 7th Floor
New York, New York 10007
(212) 812-5096
sisser@isserlaw.com

May 28, 2026

**BY ECF**

Hon. James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Hough v. Maraj, et al.*, 21-civ-04568 (EDNY) (ENV)_ (JRC)

Dear Judge Cho:

This firm represents Defendant Kenneth Petty in the above-referenced matter. For the reasons discussed below, Defendant respectfully requests an Order precluding Plaintiff's expert witness from testifying at trial or an extension of the deadline for Defendant to depose Plaintiff's expert witness. Defendant also respectfully requests an adjournment of the Status Conference scheduled for June 9, 2026.

On March 10, 2026, the Court extended expert discovery to June 1, 2026 because Plaintiff had informed me that his expert witness was not available to be deposed until mid-May 2026. On March 19, 2026, the parties scheduled the deposition of Plaintiff's expert witness to occur on May 21, 2026. On May 18, 2026, I sent Plaintiff's counsel the Zoom link for the remote deposition. Plaintiff's counsel responded on by email on May 19, 2026, informing me that "We need to postpone the deposition. There is an outstanding balance that must be paid before the expert appears, and I am having difficulty securing litigation funding to cover it." I responded to Plaintiff's counsel by email that same day, informing him that we need to seek an extension of the deadline for expert discovery and asked Plaintiff's counsel when I can depose Plaintiff's expert witness, as we needed to know how long of an extension to seek. Plaintiff's counsel did not respond. I sent Plaintiff's counsel five additional emails between May 20 and May 27 seeking a time period for the deposition. Plaintiff did not respond to any of these emails. Attached is the email chain.

In a last attempt to communicate with Plaintiff's counsel, I telephoned Plaintiff's counsel earlier today. He informed me that he does not know when he will be able to secure the "funding," so he does not know when Plaintiff can produce her expert for her deposition.

Due to Plaintiff's failure to produce her expert witness for a deposition and/or respond to my emails seeking to reschedule the deposition (only communicating when I telephoned him), it is respectfully submitted that Plaintiff's expert witness should be precluded from testifying at trial and the expert report should be held inadmissible for any purpose. Alternatively, should this motion be denied, it is respectfully requested that the deadline for the deposition of Plaintiff's expert witness be adjourned. Plaintiff's counsel consents to an adjournment of the deadline for expert discovery. Unfortunately, however, as Plaintiff has not provided any potential time period when she will be able to produce her expert witness for a deposition, any extension should be the last.

Although the expert discovery schedule previously has been amended several times, this is the second request to adjourn the deposition deadline. The first request was granted, as discussed above.

There is a Status Conference currently scheduled for June 9, 2026. Unfortunately, I have a trial scheduled on that day and respectfully request an adjournment of the Status Conference. This is the first request to adjourn the Status Conference. Plaintiff consents to the request to adjourn the Status Conference, and the parties are available on June 10 or June 17.

Thank you for your attention to this matter.

Respectfully submitted,

Steven D. Isser

CC: All counsel *via* EC

**From:** Steven Isser
**To:** Tyrone Blackburn
**Cc:** Tyrone Blackburn
**Subject:** RE: FW: DO NOT REPLY - Invitation: Jennifer Hough v. Maraj @ Thursday, May 21, 2026 10:00 AM EDT
**Date:** Wednesday, May 27, 2026 9:59:00 AM
**Attachments:** image001.png

---

I need dates for the deposition. Also, I need to adjourn the conference on June 9. I have a trial that day. Consent?

Law Offices of Steven D. Isser
305 Broadway, 7th Floor
New York, New York 10007
(212) 812-5096
sisser@isserlaw.com

**Privileged And Confidential Communication.**
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

---

**From:** Steven Isser
**Sent:** Tuesday, May 26, 2026 2:02 PM
**To:** 'Tyrone Blackburn' <tyrone.a.blackburn@gmail.com>
**Cc:** 'Tyrone Blackburn' <tblackburn@tablackburnlaw.com>
**Subject:** RE: FW: DO NOT REPLY - Invitation: Jennifer Hough v. Maraj @ Thursday, May 21, 2026 10:00 AM EDT

Tyrone,
Please respond to the below emails. I need to know when I can depose your expert

Law Offices of Steven D. Isser
305 Broadway, 7th Floor
New York, New York 10007
(212) 812-5096
sisser@isserlaw.com

**Privileged And Confidential Communication.**
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

---

**From:** Steven Isser
**Sent:** Thursday, May 21, 2026 3:11 PM
**To:** 'Tyrone Blackburn' <tyrone.a.blackburn@gmail.com>
**Cc:** 'Tyrone Blackburn' <tblackburn@tablackburnlaw.com>
**Subject:** RE: FW: DO NOT REPLY - Invitation: Jennifer Hough v. Maraj @ Thursday, May 21, 2026 10:00 AM EDT

I need to know when I can depose your expert so I know how long of an extension I need to ask the Court for.

Law Offices of Steven D. Isser
305 Broadway, 7th Floor
New York, New York 10007
(212) 812-5096
sisser@isserlaw.com

**Privileged And Confidential Communication.**
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

**From:** Steven Isser
**Sent:** Wednesday, May 20, 2026 11:00 AM
**To:** 'Tyrone Blackburn' <tyrone.a.blackburn@gmail.com>
**Cc:** 'Tyrone Blackburn' <tblackburn@tablackburnlaw.com>
**Subject:** RE: FW: DO NOT REPLY - Invitation: Jennifer Hough v. Maraj @ Thursday, May 21, 2026 10:00 AM EDT

I cancelled the Court reporter for tomorrow. I need to know when I can depose your expert because we need an extension from the Court. I reserve all rights, including to preclude your expert.

Law Offices of Steven D. Isser
305 Broadway, 7th Floor
New York, New York 10007
(212) 812-5096
sisser@isserlaw.com

**Privileged And Confidential Communication.**
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the

sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

---

**From:** Steven Isser
**Sent:** Wednesday, May 20, 2026 7:52 AM
**To:** 'Tyrone Blackburn' <tyrone.a.blackburn@gmail.com>
**Cc:** 'Tyrone Blackburn' <tblackburn@tablackburnlaw.com>
**Subject:** RE: FW: DO NOT REPLY - Invitation: Jennifer Hough v. Maraj @ Thursday, May 21, 2026 10:00 AM EDT

I am will cancel the Court reporter for tomorrow. I need to know when I can depose your expert

Law Offices of Steven D. Isser
305 Broadway, 7th Floor
New York, New York 10007
(212) 812-5096
sisser@isserlaw.com

**Privileged And Confidential Communication.**
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

---

**From:** Steven Isser
**Sent:** Tuesday, May 19, 2026 9:56 AM
**To:** Tyrone Blackburn <tyrone.a.blackburn@gmail.com>
**Cc:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Subject:** RE: FW: DO NOT REPLY - Invitation: Jennifer Hough v. Maraj @ Thursday, May 21, 2026 10:00 AM EDT

The Discovery deadline is June 1. We need an extension from the Court. When can we do the deposition?

Law Offices of Steven D. Isser
305 Broadway, 7th Floor
New York, New York 10007
(212) 812-5096
sisser@isserlaw.com

**Privileged And Confidential Communication.**
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the

sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

**From:** Tyrone Blackburn <tyrone.a.blackburn@gmail.com>
**Sent:** Tuesday, May 19, 2026 12:50 AM
**To:** Steven Isser <sisser@isserlaw.com>
**Cc:** Tyrone Blackburn <tblackburn@tablackburnlaw.com>
**Subject:** Re: FW: DO NOT REPLY - Invitation: Jennifer Hough v. Maraj @ Thursday, May 21, 2026 10:00 AM EDT

Hi Steven,

We need to postpone the deposition. There is an outstanding balance that must be paid before the expert appears, and I am having difficulty securing litigation funding to cover it.

On Mon, May 18, 2026 at 2:44 PM Steven Isser <sisser@isserlaw.com> wrote:

> Tyrone,
> Below is the link for the deposition of your expert on Thursday. Please confirm
>
> Law Offices of Steven D. Isser
> 305 Broadway, 7th Floor
> New York, New York 10007
> (212) 812-5096
> sisser@isserlaw.com
>
> **Privileged And Confidential Communication.**
> This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.
>
> ---
>
> **From:** remotedepolink@uslegalsupport.com <remotedepolink@uslegalsupport.com>
> **Sent:** Monday, May 18, 2026 2:43 PM
> **To:** Steven Isser <sisser@isserlaw.com>
> **Cc:** hlevine@uslegalsupport.com
> **Subject:** DO NOT REPLY - Invitation: Jennifer Hough v. Maraj @ Thursday, May 21, 2026 10:00 AM EDT
>
> Please do not reply to this message. Replies to this message are routed to an unmonitored mailbox. Please send all inquiries to remotedeposupport@uslegalsupport.com or call 888-401-9541. Thank you.

remotedepo™
by U.S. Legal Support

Thank you for scheduling your RemoteDepo™ event with U.S. Legal Support. The details, along with a link for your event, are outlined below. We recommend testing your connection in advance and logging in at least 15 minutes prior to the deposition to ensure timely connection and commencement of proceedings. In order to preserve privacy, contact information for the witness, if provided, has been included via bcc to this email.

Notice to Witnesses: Please refer to the Notice of Deposition, served upon you by counsel, as to the requirements for your appearance at this proceeding.

Please be advised, this Remote Link communication does not guarantee coverage for your proceeding. A formal confirmation of coverage will be sent once the appropriate resource has been confirmed.

RemoteDepo Quick Guide can be found here.
https://uslegalsupport.remotecounsel.com/documents/usl/RemoteDepo Client Guide.pdf

How to Join the Proceeding:

- Click the link below to join the proceeding from your PC, Mac, iOS or Android device.
  https://uslegalsupport.remotecounsel.com/meetings/PlbZe6tZzZo/join
- Select **"Join as Participant"** on the far left of the web browser window.

Proceeding Details:

- **Case Name:** Jennifer Hough v. Maraj
- **Witness Name:** (10:00 AM) Rachel Powers
- **Job Number:** 7147286
- **Date:** Thursday, May 21, 2026
- **Start Time:** 10:00 AM EDT
- **Meeting ID:** 930-603-73811
- **Password:** 321182
- **Cameo Room:** Room2421

If you are also joining the proceeding by phone:

- **Dial-In:** 646-568-7788
- **Meeting ID:** 930-603-73811

Test Your System:

We recommend testing your connection and system by visiting our **Test Room** at least 48 hours before your event.

Support:

If you need assistance at any point during your proceeding, please contact us at remotedeposupport@uslegalsupport.com or 888-401-9541 and reference the following meeting number: 1043171

**Connect via video conference system:** 162.255.36.11##93060373811#321182

**Connect via SIP:** 93060373811@162.255.36.11

Please review our terms and conditions of use.