**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

JENNIFER HOUGH,

                Plaintiff,

    -against-

KENNETH PETTY, AKA ("ZOO"),
an individual,

                Defendant.

Case No.: 21-CV-4568

 

**PLEASE TAKE NOTICE** that Marjorie Mesidor of Mesidor PLLC hereby appears as

counsel to Plaintiff Jennifer Hough in this action.

Dated: Bellport, New York
      July 29, 2026

                      Marjorie Mesidor
                      Mesidor PLLC
                      30 Station Rd, Ste 5
                      Bellport, NY 11713
                      (212) 930-6010
                      mm@marjoriemesidor.com
                      *Attorneys for Plaintiff*

TO:
Steven D. Isser
305 Broadway, 7th Fl
New York, NY10007
(212) 812-5096
sisser@isserlaw.com
*Attorneys for Defendant*

Tyrone A. Blackburn
T. A. Blackburn Law, PLLC
1242 East 80th St, 3rd Fl
Brooklyn, NY 11236
*Co-Counsel for Plaintiff*

***VIA ECF***