T. A. BLACKBURN LAW
TYRONE A. BLACKBURN

MEMBER OF
NY & NJ BAR

FEDERAL MEMBERSHIP
EDNY, SDNY, NDNY, ILND & DNJ

1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236

August 25, 2026

Hon. James R. Cho, USMJ
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Jennifer Hough v. Petty AKA ("Zoo"); Case No. 1:21-cv-04568-ENV-JRC

Dear Judges Cho:

We represent Plaintiff Jennifer Hough in the above-referenced matter. I respectfully submit this letter informing the court that Plaintiff withdraws her use of expert witness, Rachel Powers.

Respectfully Submitted,

*Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.

CC: All attorneys of record via ECF.

347-342-7432 tblackburn@tablackburnlaw.com TABlackburnlaw.com