To Whom It May Concern:

I Jennifer Hough, would like to drop charges against Kenneth Petty.

On the day that I said I was rape it is half true and half false. The marks on my neck was not from me being choke. They were hickies that I got the day before from someone else. I been knowing kenneth for many years. We grew up together, we went to the same day care center. We liked each other for a long time. I use to go out with him.

The day that this incident happen I was at the bus stop on my way to school. Kenny came up, and asked me where was I going. I told him I was going to school, but he told me he had something very important to talk to me about privately, so I went home with him. When we got there we started talking, and then we started making out. After that we got into an argument, than a fight. We started hitting one another. I told him I wanted to leave, but he wouldn't let me, because he said I was too upset. He asked to make love with me again. I said no. so we started arguing again. Than he told me if I would have sex with him, I can leave. So I did, because I was already late for school, and I just wanted to leave. I was so angry when I left his house, that before I left I picked up a water bottle and through it at him. He started running after me, I felled down the stairs. when he tryed to help me get up I told him I will start screaming. Then he told me to get the fuck out of his house, and started calling me names. When I got to school I told my friend what happen and she told me to go the office and tell them that I was rape, because even if I had sex with him the first time I didn't want to have sex the second time. Everybody in school took it out of proportion, saying this and saying that. Next thing I knew the cops was there. Everybody was making a big deal about everything. I am really sorry about everything I hope kenneth and his family will forgive me for all the trouble I caused him and his family. Maybe we could put this all behind us and continue the friendship we once had.

Kenneth, have always been a friend to me in the past. He have never disrespected me in any way. I think our feelings just got out of hand on that day. The more I think about it kenny may be guilty for telling me that I couldn't go home, until we have sex and make up, but he's not a rapist. Many times I was at his house, and he never took advantage of me. But again on that day our emotions got out of hand.

Eunice Larue Graham

EUNICE LARUE GRAHAM
NOTARY PUBLIC, State of New York
No. 4638051
Qualified in Nassau County
Commission Expires Sept 30, 1996

11/19/94

Sincerely,

Jennifer Hough

Jennifer Hough