**T.A. BLACKBURN LAW, PLLC**
1242 East 80th Street, Brooklyn, New York 11236
Phone: (347) 342-7432 | Email: tblackburn@tablackburnlaw.com

September 28, 2026

BY ECF
Hon. Eric N. Vitaliano
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Hough v. Maraj, et al., No. 21-cv-04568 (ENV) (JRC)
**Plaintiff's Request for Leave to File Response Out of Time**

Dear Judge Vitaliano:

Plaintiff respectfully requests leave to file her response to Defendant Kenneth Petty's pre-motion letter (ECF No. 125) out of time and asks the Court to accept the response filed at ECF No. 126.

I am currently out of the country and had trouble accessing PACER and CM/ECF, which delayed the filing; I apologize for the delay and have not previously requested an extension of this response deadline.

Respectfully submitted,

*/s/ Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.
T.A. Blackburn Law, PLLC
Counsel for Plaintiff Jennifer Hough

cc: Steven D. Isser, Esq., counsel for Defendant (via ECF)