LAW OFFICES OF
**STEVEN D. ISSER**
305 Broadway, 7th Floor
New York, New York 10007
(212) 812-5096
sisser@isserlaw.com

October 14, 2026

**BY ECF**

Hon. Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brookly, New York 11201

Re: *Hough v. Maraj, et al.,* 21-civ-04568 (EDNY)

Dear Judge Vitaliano:

This firm represents Defendant Kenneth Petty in the above-referenced matter and this letter is written jointly with Plaintiff's counsel.

We write pursuant Rule III(B) of the Court's Individual Motion Practice and Rules concerning the briefing schedule for Defendant's motion for summary judgment. Due to the parties' travel schedules and trial schedules, the parties respectfully request approval by the Court of following briefing schedule for Defendants' motion for summary judgment:

Defendant's motion to be served on or before December 15, 2026
Plaintiff's opposition to be served on or before January 29, 2027
Defendant's reply served on or before March 1, 2027
Return Date: March 2, 2027

Thank you for your attention to this matter.

Respectfully submitted,

Steven D. Isser

CC: All Counsel *via* ECF